IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:  
FOSTON MANAGEMENT, LTD, and   :  
OMNI TRUSTHOUSE, LTD,   :  
  :  
Plaintiffs,   :  
  :  
v.   :   Consol. No. 04-1482
  :  
NEW START GROUP CORP., VENITOM CORP.,:  
PAN-AMERICAN CORP., MDM BANK,   :  
URAL-GORNO METALURAGICAL COMPANY,:  
MIKHAIL CHERNOI, OLEG DERIPASKA,   :  
ARNOLD KISLIN, MIKHAIL NEKRICH, and   :  
ISKANDER MAKMUDOV,   :  
  :  
Defendants.   :  

## NOTICE OF SERVICE

TO:   Cathy L. Reese, Esquire  
       Paul D. Brown, Esquire  
       Greenberg Traurig, LLP  
       1000 West Street, Suite 1540  
       Wilmington, DE 19801  

       Charles M. Oberly, III, Esquire  
       Karen V. Sullivan, Esquire  
       Oberly, Jennings & Rhodunda, P.A.  
       800 Delaware Avenue, Suite 901  
       Wilmington DE 19899  

       Collins J. Seitz, Jr., Esquire  
       Christos T. Adamopoulos, Esquire  
       Connolly Bove Lodge & Hutz, LLP  
       1007 North Orange Street  
       Wilmington, DE 19899  

       William M. Lafferty, Esquire  
       Morris, Nichols, Arsht & Tunnell  
       Chase Manhattan Centre, 18th Floor  
       1201 North Market Street  
       Wilmington, DE 19899-1347  

PLEASE TAKE NOTICE that Plaintiffs' Rule 26(a)(1) Initial Disclosures were served electronically and via hand delivery on counsel listed above on March 8, 2005.

579760v1

2

| | |
|---|---|
| OF COUNSEL: | THE BAYARD FIRM |
| MARKS & SOKOLOV, LLC<br>Bruce S. Marks<br>1835 Market Street - 28th Floor<br>Philadelphia, PA 19103<br>(215) 569-8901<br>(215) 569-8901 | */s/ Kurt M. Heyman*<br>Kurt M. Heyman (# 3054)<br>Email: kheyman@bayardfirm.com<br>Patricia L. Enerio (# 3728)<br>Email: penerio@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>Attorneys for Plaintiffs |

Dated: March 15, 2005

579760v1

2