IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD, <br><br> Plaintiffs, <br><br> v. <br><br> NEW START GROUP CORP., VENITOM CORP., PAN-AMERICAN CORP., MDM BANK, URAL-GORNO METALURAGICAL COMPANY, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> Consol. No. 04-1482 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

TO:  Cathy L. Reese, Esquire  
Paul D. Brown, Esquire  
Greenberg Traurig, LLP  
1000 West Street, Suite 1540  
Wilmington, DE 19801  

Charles M. Oberly, III, Esquire  
Karen V. Sullivan, Esquire  
Oberly, Jennings & Rhodunda, P.A.  
800 Delaware Avenue, Suite 901  
Wilmington DE 19899  

Collins J. Seitz, Jr., Esquire  
Christos T. Adamopoulos, Esquire  
Connolly Bove Lodge & Hutz, LLP  
1007 North Orange Street  
Wilmington, DE 19899  

William M. Lafferty, Esquire  
Morris, Nichols, Arsht & Tunnell  
Chase Manhattan Centre, 18th Floor  
1201 North Market Street  
Wilmington, DE 19899-1347  

PLEASE TAKE NOTICE that Plaintiffs' First Set of Interrogatories and Requests for Documents Addressed Jointly to Defendants Regarding *Forum Non Conveniens* Issues were served electronically and via hand delivery on counsel listed above on March 8, 2005.

579759v1

2

| | |
|---|---|
| OF COUNSEL: | THE BAYARD FIRM |
| MARKS & SOKOLOV, LLC<br>Bruce S. Marks<br>1835 Market Street - 28th Floor<br>Philadelphia, PA  19103<br>(215) 569-8901<br>(215) 569-8901 | /s/ Kurt M. Heyman<br>Kurt M. Heyman (# 3054)<br>Email:  kheyman@bayardfirm.com<br>Patricia L. Enerio (# 3728)<br>Email:  penerio@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>Attorneys for Plaintiffs |

Dated: March 15, 2005