# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jay N. Moffitt
302 351 9123
302 425 3002 Fax
jmoffitt@mnat.com

September 24, 2008

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court for the
    District of Delaware
844 King Street
Wilmington, DE 19801

Dear Judge Sleet:

> RE: *Davis International LLC, et al. v. New Start Group Corp., et al.*
> C.A. Nos. 04-1482 and 04-1483 (GMS)

Pursuant to the Court's direction, I submit the following agenda for the discovery teleconference scheduled for Friday, September 26, 2008 at 11:30 a.m.:

Issues of Plaintiffs:

1. Status of the proceeding.

2. Whether the Court should permit discovery and order defendant Mikhail Chernoi to produce the filings, including affidavits and legal expert reports submitted by Chernoi and defendant Oleg Deripaska, in the *Cherney v. Deripaska* English litigation to support Plaintiffs' proposed supplemental brief in opposition to the anti-suit motion?

3. Whether the Court should permit additional limited discovery to support Plaintiffs' anticipated Fed. R. Civ. P. 60 motion to set aside the decision granting the *forum non conveniens* motion based on estoppel?

Issues of Defendants:

1. Status of this matter, which, after the Third Circuit ruled that this Court has jurisdiction to enjoin Plaintiffs, was remanded to this Court by mandate to determine whether

The Honorable Gregory M. Sleet
September 24, 2008
Page 2

Plaintiffs should be enjoined from pursuing further litigation against these Defendants due to, among other things, Plaintiffs' evasion of the removal statute.

        2.      Whether the English decision in *Cherney v. Deripaska* bears relevance to the pending injunction motion or any anticipated motion so as to warrant discovery.

Respectfully,

*/s/ Jay N. Moffitt*

Jay N. Moffitt (#4742)

cc:    Clerk of the Court (via CM/ECF)
        David L. Finger, Esq. (via CM/ECF)
        Kevin F. Brady, Esq. (via CM/ECF)
        Richard I.G. Jones, Esq. (via CM/ECF)
        Charles M. Oberly, III, Esq. (via CM/ECF)

2502923.1