IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and :
OMNI TRUSTHOUSE, LTD, :
                               :
              Plaintiffs, :
                               :
v. :     No. 04-1482-GMS
                               :
NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK, :
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI, :
OLEG DERIPASKA, ARNOLD KISLIN, :
MIKHAIL NEKRICH, and ISKANDER :
MAKMUDOV, :
                               :
              Defendants. :

NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephen E. Jenkins and Richard I.G. Jones, Jr. of the firm of Ashby & Geddes on behalf of defendant MDM Bank in the above-captioned matter.

                                      ASHBY & GEDDES

                                      */s/ Richard I.G. Jones, Jr. (#3301)*

                                      _____
                                      Stephen E. Jenkins (#2152)
                                      Richard I.G. Jones, Jr. (#3301)
                                      222 Delaware Avenue, 17th Floor
                                      P.O. Box 1150
                                      Wilmington, DE  19899
                                      (302) 654-1888
                                      Attorneys for Plaintiff

Dated:  March 18, 2005
154467.1

CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2005, I electronically filed the attached NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
kheyman@bayardfirm.com
penerio@bayardfirm.com

Paul D. Brown, Esq.
Cathy L. Reese, Esq.
Greenberg Traurig, LLP
The Brandywine Bldg
1000 West Street, Suite 1540
Wilmington, DE 19801
(302) 661-7000
brownp@gtlaw.com
reesec@gtlaw.com

Richard P. Rollo, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 1150
Wilmington, DE 19899
(302) 658-6541
rollo@rlf.com

William M. Lafferty, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
wlafferty@mnat.com

Christos Theodore Adamopoulos, Esquire
Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Bldg.
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
cadamopoulos@cblh.com
cseitz@cblh.com

Charles M. Oberly, III, Esquire
Karen S. VanHoy Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801
302 576-2000
coberly@ojlaw.com
ksullivan@ojlaw.com

*/s/ Richard I.G. Jones, Jr. (#3301)*

Richard I.G. Jones, Jr. (#3301)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
302-654-1888
sjenkins@ashby-geddes.com