IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,

      Plaintiffs,

v.                No. 04-1482-GMS

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI,
OLEG DERIPASKA, ARNOLD KISLIN,
MIKHAIL NEKRICH, and ISKANDER
MAKMUDOV,

      Defendants.

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David H. Greenberg, Joel B. Kleinman and Steven J. Roman of the firm of Dickstein, Shapiro, Morin & Oshinsky LLP to represent the defendant MDM Bank in this matter.

            ASHBY & GEDDES

            */s/ Richard I.G. Jones, Jr. (#3301)*
            _____
            Stephen E. Jenkins (#2152)
            Richard I.G. Jones, Jr. (#3301)
            222 Delaware Avenue, 17th Floor
            P.O. Box 1150
            Wilmington, DE  19899
            (302) 654-1888
            Attorneys for Plaintiff

Dated: March 18, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and           :
OMNI TRUSTHOUSE, LTD,                 :
                                      :
              Plaintiffs,             :
                                      :
       v.                             :   No. 04-1482-GMS
                                      :
NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,         :
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI,       :
OLEG DERIPASKA, ARNOLD KISLIN,        :
MIKHAIL NEKRICH, and ISKANDER         :
MAKMUDOV,                             :
                                      :
              Defendants.             :

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules.

Dated: March 9, 2005

David H. Greenberg
Dickstein, Shapiro, Morin & Oshinsky LLP
2102 L Street, NW
Washington, DC 20037-1526
202-785-9700

DSMDB.1895256.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,

        Plaintiffs,

v.        :   No. 04-1482-GMS

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI,
OLEG DERIPASKA, ARNOLD KISLIN,
MIKHAIL NEKRICH, and ISKANDER
MAKMUDOV,

        Defendants.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules.

Dated: March 9, 2005

Joel B. Kleinman
Dickstein, Shapiro, Morin & Oshinsky LLP
2102 L Street, NW
Washington, DC 20037-1526
202-785-9700

DSMDB.1895256.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and            :
OMNI TRUSTHOUSE, LTD,                  :
                                       :
            Plaintiffs,                :
                                       :
    v.                                 :   No. 04-1482-GMS
                                       :
NEW START GROUP CORP., VENITOM CORP.,: 
PAN-AMERICAN CORP., MDM BANK,          :
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI,        :
OLEG DERIPASKA, ARNOLD KISLIN,         :
MIKHAIL NEKRICH, and ISKANDER          :
MAKMUDOV,                              :
                                       :
            Defendants.                :

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules.

Dated: March 9, 2005

_____
Steven J. Roman
Dickstein, Shapiro, Morin & Oshinsky LLP
2102 L Street, NW
Washington, DC 20037-1526
202-785-9700

DSMDB.1895256.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,: 
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD, :

          Plaintiffs, :

v. :     No. 04-1482-GMS

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK, :
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI, :
OLEG DERIPASKA, ARNOLD KISLIN, :
MIKHAIL NEKRICH, and ISKANDER :
MAKMUDOV, :

          Defendants. :

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of David H. Greenberg, Joel B. Kleinman and Steven J. Roman of the firm of Dickstein, Shapiro, Morin & Oshinsky LLP to represent the defendant MDM Bank in this matter is granted.

_____
United States District Judge

Dated: _____, 2005

## CERTIFICATE OF SERVICE

  I hereby certify that on March 18, 2005, I electronically filed the attached MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
kheyman@bayardfirm.com
penerio@bayardfirm.com

Richard P. Rollo, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 1150
Wilmington, DE 19899
(302) 658-6541
rollo@rlf.com

Christos Theodore Adamopoulos, Esquire
Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Bldg.
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
cadamopoulos@cblh.com
cseitz@cblh.com

Paul D. Brown, Esq.
Cathy L. Reese, Esq.
Greenberg Traurig, LLP
The Brandywine Bldg
1000 West Street, Suite 1540
Wilmington, DE 19801
(302) 661-7000
brownp@gtlaw.com
reesec@gtlaw.com

William M. Lafferty, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
wlafferty@mnat.com

Charles M. Oberly, III, Esquire
Karen S. VanHoy Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801
302 576-2000
coberly@ojlaw.com
ksullivan@ojlaw.com

*/s/ Richard I.G. Jones, Jr. (#3301)*
_____
Richard I.G. Jones, Jr. (#3301)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
302-654-1888
sjenkins@ashby-geddes.com