IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD., <br>           Plaintiffs, <br> v. <br><br> NEW START GROUP CORP., VENITOM CORP., PAN-AMERICAN CORP., MDM BANK, URAL-GORNO METALURGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOL, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, <br>           Defendants. | No. 04-1482-GMS |

**NOTICE OF SUBSTITUTION OF COUNSEL**

      PLEASE TAKE NOTICE that, pursuant to District of Delaware Local Rule 83.7, the law firm of Greenberg Traurig, LLP hereby withdraws its appearance as local counsel for defendants Mikhail Nekrich, New Start Group Corp. and Venitom Corp., and that the law firm of Oberly Jennings & Rhodunda, P.A. hereby enters its appearance for the same parties.

      PLEASE TAKE FURTHER NOTICE that, the law firm of Greenberg Traurig, LLP hereby withdraws its appearance as counsel for defendant Mikhail Nekrich, and that the law firm of Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C. hereby enters its appearance for the same party.

|  |  |
|---|---|
| Cathy L. Reese (No. 2838)<br>Paul D. Brown (No. 3903)<br>Greenberg Traurig, LLP<br>1000 West Street<br>Suite 1540<br>Wilmington, DE 19801<br>(302) 661-7000 | *Karen V. Sullivan* (signature)<br>Charles M. Oberly, III (No. 743)<br>Karen V. Sullivan (No. 3872)<br>Oberly Jennings & Rhodunda, P.A.<br>800 Delaware Avenue<br>Suite 901<br>P.O. Box 2054<br>Wilmington, DE 19899-2054<br>(302) 576-2000 |
| Michael Burrows<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 801-9200 | Paul R. Grand<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9510 |

Dated: March 8, 2005

\\ny-srv01\1031411v01\3/8/05

| | |
|---|---|
| Cathy L. Reese (No. 2838)<br>Paul D. Brown (No. 3903)<br>Greenberg Traurig, LLP<br>1000 West Street<br>Suite 1540<br>Wilmington, DE 19801<br>(302) 661-7000 | Charles M. Oberly, III (No. 743)<br>Karen V. Sullivan (No. 3872)<br>Oberly Jennings & Rhodunda, P.A.<br>800 Delaware Avenue<br>Suite 901<br>P.O. Box 2054<br>Wilmington, DE 19899-2054<br>(302) 576-2000 |
| Michael Burrows<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 801-9200 | Paul R. Grand<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9510 |

Dated: March 8, 2005

\\ny-srv01\1031411v01\3/8/05