IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,  :
FOSTON MANAGEMENT, LTD, and             :
OMNI TRUSTHOUSE, LTD,                   :
                                        :
              Plaintiffs,        :
                                        :
v.                                      :   No. 04-1482-GMS
                                        :
NEW START GROUP CORP., VENITOM CORP.,   :
PAN-AMERICAN CORP., MDM BANK,           :
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI,         :
OLEG DERIPASKA, ARNOLD KISLIN,          :
MIKHAIL NEKRICH, and ISKANDER           :
MAKMUDOV,                               :
                                        :
              Defendants.        :

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.
COUNTY OF NEW YORK       )

    Catherine B. Schumacher, being duly sworn, deposes and says:

1.    I am over eighteen years of age and am not a party to this action.

2.    On March 17, 2005, I caused copies of the foregoing Notice of Substitution of Counsel to be delivered by first class mail upon the following counsel of record:

<u>Attorneys for Plaintiffs:</u>

| | |
|---|---|
| Kurt M. Heyman | Bruce Marks |
| Patricia L. Enerio | Gene M. Burd |
| The Bayard Firm | Marks & Solokov, LLC |
| 222 Delaware Avenue, Suite 900 | 1835 Market Street, 28th Floor |
| Wilmington, DE 19899 | Philadelphia, PA 19103 |

Attorneys for Defendant Arnold Kislin:

Charles M. Oberly, III
Karen V. Sullivan
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899

Lisa C. Cohen
Schindler Cohen & Hochman LP
100 Wall Street, 15th Floor
New York, NY 10005

Lawrence S. Goldman
Elizabeth Johnson
The Law Offices of Lawrence S. Goldman
500 Fifth Avenue, 29th Floor
New York, NY 10110-2900

Attorneys for Defendants New Start Group Corp. and Venitom Corp.:

Charles M. Oberly, III
Karen V. Sullivan
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899

Richard J. Schaeffer
Peter J. Venaglia
Dornbush Schaeffer Strongin & Weinstein LLP
747 Third Avenue, 11th Floor
New York, NY 10017

Attorneys for Defendant Mikhail Nekrich:

Charles M. Oberly, III
Karen V. Sullivan
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899

Paul R. Grand
Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Attorneys for Defendant Oleg Deripaska:

Collins J. Seitz, Jr.
Christos T. Adamopoulos
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Rodney F. Page
Michael G. Biggers
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300

Attorneys for Defendant Evraz Holdings:

William M. Lafferty
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Center, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

David H. Herrington
Vitali Rosenfeld
Clearly Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Attorneys for Defendant MDM Bank:

Joel B. Kleinman
David H. Greenberg
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street N.W.
Washington, D.C. 20037-1526

Attorneys for Defendants Iskander Makmudov & Ural-Gorno Metalurgical Co.:

William H. Devaney
Heard & O'Toole LLP
405 Lexington Avenue, Floor 62
New York, NY 10174

Attorney for Defendant Mikhail Chernoi:

Brian Maas
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue, 9th Floor
New York, NY 10022

_____
Catherine B. Schumacher

Sworn to before me this
17th day of March, 2005

_____
Notary Public

PATRYCE RICHARDSON
Notary Public, State of New York
No. 01RI5053095
Qualified in Westchester County
Commission Expires Dec. 11, 2005

3