IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD., <br> Plaintiffs, <br> v. <br><br> NEW START GROUP CORP., VENITOM CORP., PAN-AMERICAN CORP., MDM BANK, URAL-GORNO METALURGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, <br> Defendants. | No. 04-1482-GMS |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to District of Delaware Local Rule 83.5 and the attached certification, counsel moves the admission, pro hac vice of Paul R. Grand to represent Defendant Mikhail Nekrich in this matter.

Dated: March 23, 2005

_____
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
Oberly Jennings & Rhodunda, P.A.
800 Delaware Avenue
Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000

Attorneys for Defendant Mikhail Nekrich

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2005

_____
United States District Judge