## **CERTIFICATE OF SERVICE**

      I, Karen V. Sullivan, hereby certify that on this 23rd day of March, 2005, I caused a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice for Paul R. Grand, Esquire to be served upon the following in the manner indicated:

Via Electronic Filing
Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
*Attorneys for Plaintiffs*

Via U.S. Mail
Bruce S. Marks, Esquire
Gene M. Burd, Esquire
Marks & Sokolov LLC
1835 Market Street – 28th Floor
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

Via Electronic Filing
Collins J. Seitz, Jr., Esquire
Christos T. Adamopoulos, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Defendant Oleg Deripaska*

Via U.S. Mail
Rodney F. Page, Esquire
Michael G. Biggers, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
*Attorneys for Defendant Oleg Deripaska*

Via Electronic Filing
William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorney for Defendant Evraz Holdings*

Via U.S. Mail
David H. Herrington, Esquire
Vitali Rosenfeld, Esquire
Clearly Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
*Attorney for Defendant Evraz Holdings*

Via U.S. Mail
Brian Maas, Esquire
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue, 9th Fl.
New York, NY 10022
*Attorney for Defendant Mikhail Chernoi*

Via U.S. Mail
Joel B. Kleinman, Esquire
David H. Greenberg, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526
*Attorneys for Defendant MDM Bank*

Via U.S. Mail
Lisa C. Cohen, Esquire
Schindler Cohen & Hochman, LLP
100 Wall Street, 15th Floor
New York, NY 10005
*Attorney for Defendant Arnold Kislin*

Via U.S. Mail
Lawrence S. Goldman, Esquire
Elizabeth Johnson, Esquire
The Law Offices of Lawrence S. Goldman
500 Fifth Avenue
New York, NY 10110
*Attorney for Defendant Arnold Kislin*

Via U.S. Mail
William H. Devaney, Esquire
Heard & O'Toole LLP
The Chrysler Building
405 Lexington Ave., 62nd Floor
New York, NY 10174
*Attorney for Defendants Iskander Makmudov and Ural Gorno Metalurgical Co.*

_____
KAREN V. SULLIVAN (No. 3872)