IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | No. 04-1482-GMS |
| NEW START GROUP CORP., VENITOM CORP., PAN-AMERICAN CORP., MDM BANK, URAL-GORNO METALURAGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, | : : : : : : : : | |
| Defendants. | : | |

<u>SUBSTITUTION OF COUNSEL</u>

PLEASE withdraw the appearance of Stephen E. Jenkins as lead attorney for defendant MDM Bank and enter the appearance of Richard I.G. Jones, Jr. as lead attorney for defendant MDM Bank in the above-captioned matter.

ASHBY & GEDDES                                    ASHBY & GEDDES

*/s/ Stephen E. Jenkins (#2152)*                  */s/ Richard I.G. Jones, Jr. (#3301)*
_____                  _____
Stephen E. Jenkins (#2152)                        Richard I.G. Jones, Jr. (#3301)
222 Delaware Avenue, 17th Floor                   222 Delaware Avenue, 17th Floor
Wilmington, DE 19801                              Wilmington, DE 19801
(302) 654-1888                                    (302) 654-1888
sjenkins@ashby-geddes.com                         rjones@ashby-geddes.com

Dated: March 29, 2005
155178.1

CERTIFICATE OF SERVICE

       I hereby certify that on March 29, 2005, I electronically filed the attached SUBSITUTION OF COUNSEL with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Kurt M. Heyman, Esquire<br>Patricia L. Enerio, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>**kheyman@bayardfirm.com**<br>**penerio@bayardfirm.com** | Paul D. Brown, Esq.<br>Cathy L. Reese, Esq.<br>Greenberg Traurig, LLP<br>The Brandywine Bldg<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>(302) 661-7000<br>**brownp@gtlaw.com**<br>**reesec@gtlaw.com** |
| Richard P. Rollo, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 658-6541<br>**rollo@rlf.com** | William M. Lafferty, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801<br>**wlafferty@mnat.com** |
| Christos Theodore Adamopoulos, Esquire<br>Collins J. Seitz, Jr., Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Bldg.<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141<br>**cadamopoulos@cblh.com**<br>**cseitz@cblh.com** | Charles M. Oberly, III, Esquire<br>Karen S. VanHoy Sullivan, Esquire<br>Oberly, Jennings & Rhodunda, P.A.<br>800 Delaware Avenue, Suite 901<br>Wilmington, DE 19801<br>302 576-2000<br>**coberly@ojlaw.com**<br>**ksullivan@ojlaw.com** |

                                                    */s/ Richard I.G. Jones, Jr. (#3301)*

                                                    Richard I.G. Jones, Jr. (#3301)<br>
                                                    Ashby & Geddes<br>
                                                    222 Delaware Avenue, 17th Floor<br>
                                                    Wilmington, DE 19801<br>
                                                    302-654-1888<br>
                                                    **rjones@ashby-geddes.com**