## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
DAVIS INTERNATIONAL, LLC, HOLDEX,            :
LLC, FOSTON MANAGEMENT, LTD, and             :
OMNI TRUSTHOUSE, LTD,                        :
                                             :
                  Plaintiffs,                :
         v.                                  :   Case No. 04-1482-GMS
                                             :
NEW START GROUP CORP., VENITOM               :
CORP., PAN-AMERICAN CORP., MDM               :
BANK, URAL-GORNO METALURAGICAL               :
COMPANY, EVRAZ HOLDING, MIKHAIL              :
CHERNOI, OLEG DERIPASKA, ARNOLD              :
KISLIN, MIKHAIL NEKRICH, and                 :
ISKANDER MAKMUDOV,                           :
                                             :
                  Defendants.                :
-------------------------------------------------------------x
```

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT & TO ENJOIN PLAINTIFFS FROM RE-FILING THIS ACTION

Defendants New Start Group Corp, Venitom Corp., MDM Bank, Ural-Gorno Metallurgical Company, Evraz Holding, Mikhail Chernoi, Oleg Deripaska, Arnold Kislin, Mikhail Nekrich and Iskander Makmudov (the "Defendants") hereby move to dismiss the complaint on the following grounds: 1) direct estoppel; 2) *forum non conveniens*; 3) international comity; and 4) lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). Defendants also move for an order enjoining Plaintiffs from re-filing this action. Defendants are contemporaneously filing opening briefs in support of each of the grounds for dismissal.

Attorneys for Defendants Arnold Kislin:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

Lisa C. Cohen
Schindler Cohen & Hochman LLP
100 Wall Street
15th Floor
New York, NY 10005
(212) 277-6300

Lawrence S. Goldman
Elizabeth Johnson
The Law Offices of Lawrence S. Goldman
500 Fifth Ave., 29th Floor
New York, NY 10110-2900
(212) 997-7499

Attorneys for Defendants New Start Group Corp. and Venitom Group:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

Richard J. Schaeffer
Peter J. Venaglia
Laura D. Sullivan
Dornbush, Schaeffer, Strongin & Weinstein, LLP
747 Third Avenue, 11th Floor
New York, NY 10017
(212) 759-3300

Attorneys for Defendant Oleg Deripaska:

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (DSBA No. 2237)
Kevin F. Brady (DSBA No. 2248)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Rodney F. Page
Michael G. Biggers
Bryan Cave LLP
700 13th Street, N.W.
Washington, D.C. 20005-3960
(202) 508-6002

Attorneys for Defendant Evraz Holding:

/s/ William M. Lafferty
William M. Lafferty (DSBA No. 2755)
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7341

David H. Herrington
Vitali Rosenfeld
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2266

Attorneys for Defendant MDM Bank:

/s/ Richard I.G. Jones, Jr.
Richard I.G. Jones, Jr. (DSBA No. 3301)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Joel B. Kleinman
Steven J. Roman
David H. Greenberg
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526
(202) 785-9700

Attorneys for Defendant Ural-Gorno Metallurgical Company:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

William H. Devaney
Heard & O'Toole LLP
405 Lexington Ave, Floor 62
New York, NY 10174
(212) 307-5500

Attorneys for Defendant Iskander Makmudov:

| | |
|---|---|
| /s/ Charles M. Oberly, III | William H. Devaney |
| Charles M. Oberly, III (DSBA No. 743) | Heard & O'Toole LLP |
| Karen V. Sullivan (DSBA No. 3872) | 405 Lexington Ave, Floor 62 |
| Oberly, Jennings & Rhodunda, P.A. | New York, NY 10174 |
| 800 Delaware Avenue, Suite 901 | (212) 307-5500 |
| PO Box 2054 | |
| Wilmington, DE 19899 | |
| (302) 576-2000 | |

Attorneys for Defendant Mikhail Chernoi:

| | |
|---|---|
| /s/ Charles M. Oberly, III | |
| Charles M. Oberly, III (DSBA No. 743) | Brian Maas |
| Karen V. Sullivan (DSBA No. 3872) | Cameron A. Myler |
| Oberly, Jennings & Rhodunda, P.A. | Frankfurt Kurnit Klein & Selz PC |
| 800 Delaware Avenue, Suite 901 | 488 Madison Avenue, 9th Floor |
| PO Box 2054 | New York, NY 10022 |
| Wilmington, DE 19899 | (212) 980-0120 |
| (302) 576-2000 | |

Attorneys for Defendant Mikhail Nekrich:

| | |
|---|---|
| /s/ Charles M. Oberly, III | |
| Charles M. Oberly, III (DSBA No. 743) | |
| Karen V. Sullivan (DSBA No. 3872) | Paul R. Grand |
| Oberly, Jennings & Rhodunda, P.A. | Edward M. Spiro |
| 800 Delaware Avenue, Suite 901 | Morvillo, Abramowitz, Grand, Iason & |
| PO Box 2054 | Silberberg, P.C. |
| Wilmington, DE 19899 | 565 Fifth Avenue |
| (302) 576-2000 | New York, NY 10017 |
| | (212) 880-9510 |

Dated: March 31, 2005