IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
DAVIS INTERNATIONAL, LLC, HOLDEX, :
LLC, FOSTON MANAGEMENT, LTD, and :
OMNI TRUSTHOUSE, LTD, :
 :
                Plaintiffs, :
    v. :    Case No. 04-1482-GMS
 :
NEW START GROUP CORP., VENITOM :
CORP., PAN-AMERICAN CORP., MDM :
BANK, URAL-GORNO METALURAGICAL :
COMPANY, EVRAZ HOLDING, MIKHAIL :
CHERNOI, OLEG DERIPASKA, ARNOLD :
KISLIN, MIKHAIL NEKRICH, and :
ISKANDER MAKMUDOV, :
 :
                Defendants. :
---------------------------------------------------------------x

**ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS THE COMPLAINT & TO ENJOIN
PLAINTIFFS FROM RE-FILING THIS ACTION**

    WHEREAS, Defendants New Start Group Corp, Venitom Corp., MDM Bank, Ural-Gorno Metallurgical Company, Evraz Holding, Mikhail Chernoi, Oleg Deripaska, Arnold Kislin, Mikhail Nekrich and Iskander Makmudov (the "Defendants") moved to dismiss the complaint and to enjoin Plaintiffs from re-filing this action;

    WHEREAS, the Court has considered the briefs submitted by Plaintiffs and Defendants and/or heard from counsel.

    **IT IS HEREBY ORDERED this** ____ **day of** _____**, 2005** that Defendants' motion is **GRANTED**.

                                                           _____
                                                            The Honorable Gregory M. Sleet