## CERTIFICATE OF SERVICE

I, Karen V. Sullivan, Esquire, hereby certify that on this 31st day of March, 2005 two copies of the foregoing Defendants' Motion to Dismiss the Complaint & to Enjoin Plaintiffs from Re-Filing This Action were served on the following in the manner indicated:

VIA E-FILING & HAND DELIVERY
Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899

VIA OVERNIGHT DELIVERY
Bruce S. Marks, Esquire
Gene M. Burd, Esquire
Marks & Sokolov LLC
1835 Market Street – 28th Floor
Philadelphia, PA 19103

/s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)