# THE CRIMINAL CODE
# OF THE RUSSIAN FEDERATION
# NO. 63-FZ OF JUNE 13, 1996
(with Amendments and Addenda of May 27, June 25, 1998;
February 9, 15, March 18, July 9, 1999;
March 9, 20, June 19, August 7, November 17, December 29, 2001;
March 4, 14, May 7, June 25, July 24, 25, October 31, 2002;
March 11, April 8, July 4, 7, December 8, 2003;
July 21, 26, December 28, 2004)

Article 159. Swindling
1. Swindling, that is, the stealing of other people's property or the acquisition of the right to other people's property by fraud or breach of trust, -
shall be punishable by a fine in the amount up to 120 thousand roubles, or in the amount of the wage or salary, or any other income of the convicted person for a period of up to one year, or by compulsory works for a term of up to 180 hours, or by corrective labour for a term of six months to one year, or by arrest for a term of two to four months, or by deprivation of liberty for a term of up to two years.
2. Swindling committed by a group of persons in a preliminary conspiracy, as well as with the infliction of considerable damage on an individual -
shall be punishable by a fine in the amount up 300 thousand roubles, or in an amount of the wage or salary, or any other income of the convicted person for a period up to two years, or by compulsory works for a term of 180 to 240 hours, or by corrective labour for a term of one year to two years, or by deprivation of liberty for a term up to five years.
3. Swindling committed by a person through his official position, as well as on a large scale -
shall be punishable by a fine in an amount of 100 thousand to 500 thousand roubles or in the amount of the wage or salary, or any other income of the convicted person for a period of one year to three years or by deprivation of liberty for a term of two to six years, with or without a fine in an amount of up to 10 thousand roubles or in the amount of the wage or salary, or any other income of the convicted person, for a period up to one month.
4. Swindling committed by an organized group or on an especially large scale -
shall be punishable by deprivation of liberty for a term of five to ten years with or without a fine in the amount of up to one million roubles or in the amount of the wage or salary, or any other income of the convicted person for a period of up to three years.

Article 163. Extortion
1. Extortion, that is, the demand that other people's property or their right to property should be transferred, or that other acts of a property nature should be performed under threat of violence or of destruction or damage of other people's property, and also under the threat of dissemination of information that defames the victim or his relatives or of any other information which may cause substantial harm to the rights or legitimate interests of the victim or his relatives,
shall be punishable by restraint of liberty for a term of up to three years or by arrest for a term of up to six months, or by deprivation of liberty for a term of up to four years, with a fine in the amount of up to 80 thousand roubles, or in the amount of the wage or salary, or any other income of the convicted person for a period of up to six months, or without any fine.
2. Extortion committed:
a) by a group of persons in a preliminary conspiracy;
b) abolished

c) with violence;
d) on a large scale, -
shall be punishable by deprivation of liberty for a term of three to seven years, with or without a fine in the amount of up to 500 thousand roubles or in the amount of the wage or salary, or any other income of the convicted person for a period of up to three years.
3. Extortion committed:
a) by an organized group;
b) for the purpose of obtaining property on an especially large scale;
c) with the infliction of grave injury to the victim's health, -
d) abolished
shall be punishable by deprivation of liberty for a term of seven to fifteen years, with or without a fine in the amount of up to one million roubles or in the amount of the wage or salary, or any other income of the convicted person for a period of up to five years.

Article 291. Bribe-giving
1. Bribe-giving to a functionary, in person or through a mediator,
shall be punishable by a fine in the amount up to 200 thousand roubles, or in the amount of the wage or salary, or any other income of the convicted person for a period up to 18 months, or by corrective labour for a term of one to six months, or by arrest for a term of three up to six months, or by deprivation of liberty for a term of up to three years.
2. Bribe-giving to a functionary for the commission of known illegal actions (inactions), shall be punishable by a fine in the amount of 100 thousand to 500 thousand roubles, or in the amount of the wage or salary, or any other income of the convicted person for a period of one to three years, or by deprivation of liberty for a term of up to eight years.
Note: A person who has given a bribe shall be released from criminal responsibility if the bribe has been extorted by a functionary or if the person has informed of his own free will the body possessing the right to institute criminal proceedings about the fact of the bribe-giving.

Article 307. Knowingly False Testimony, Opinion of an Expert or Specialist, or Mistranslation
1. Knowingly false testimony of a witness, a victim or an expert's opinion or testimony, evidence of a specialist and also knowing mistranslation in court, or in a preliminary investigation,
shall be punishable by a fine in the amount up to 80 thousand roubles, or in the amount of the wage or salary, or any other income of the convicted person for a period up to six months, or by compulsory works for a term of 180 to 240 hours, or by corrective labour for a term of up to two years, or by arrest for a term of up to three months.
2. The same acts, joined with the accusation of a person of the commission of a grave or especially grave crime,
shall be punishable by deprivation of liberty for a term of up to five years.
Note: A witness, victim, expert, specialist, or interpreter shall be relieved from criminal responsibility if they of their own free will have stated that their testimony or opinion was false, or that interpretation was knowingly given wrongly in the course of an inquest, preliminary investigation, or court hearing.

Article 308. Refusal of a Witness or a Victim to Give Testimony
Refusal of a witness or a victim to give testimony
shall be punishable by a fine in the amount up to 40 thousand roubles, or in the amount of the wage or salary, or any other income of convicted person for a period up to three

months, or by <u>compulsory works</u> for a term of 120 to 180 hours, or by <u>corrective labour</u> for a term of up to one year, or by <u>arrest</u> for a term of up to three months.
Note: A person shall not be liable to criminal responsibility for the refusal to give testimony against himself, his spouse, or his close relatives.

**Уголовный кодекс РФ от 13 июня 1996 г. N 63-ФЗ**
**(с изменениями от 27 мая, 25 июня 1998 г., 9 февраля, 15, 18 марта, 9 июля 1999 г., 9, 20 марта, 19 июня, 7 августа, 17 ноября, 29 декабря 2001 г., 4, 14 марта, 7 мая, 25 июня, 24, 25 июля, 31 октября 2002 г., 11 марта, 8 апреля, 4, 7 июля, 8 декабря 2003 г., 21, 26 июля, 28 декабря 2004 г.)**

Статья 159. Мошенничество
1. Мошенничество, то есть хищение чужого имущества или приобретение права на чужое имущество путем обмана или злоупотребления доверием, -
наказывается штрафом в размере до ста двадцати тысяч рублей или в размере заработной платы или иного дохода осужденного за период до одного года, либо обязательными работами на срок до ста восьмидесяти часов, либо исправительными работами на срок от шести месяцев до одного года, либо арестом на срок от двух до четырех месяцев, либо лишением свободы на срок до двух лет.
2. Мошенничество, совершенное группой лиц по предварительному сговору, а равно с причинением значительного ущерба гражданину, -
наказывается штрафом в размере до трехсот тысяч рублей или в размере заработной платы или иного дохода осужденного за период до двух лет, либо обязательными работами на срок от ста восьмидесяти до двухсот сорока часов, либо исправительными работами на срок от одного года до двух лет, либо лишением свободы на срок до пяти лет.
3. Мошенничество, совершенное лицом с использованием своего служебного положения, а равно в крупном размере, -
наказывается штрафом в размере от ста тысяч до пятисот тысяч рублей или в размере заработной платы или иного дохода осужденного за период от одного года до трех лет либо лишением свободы на срок от двух до шести лет со штрафом в размере до десяти тысяч рублей или в размере заработной платы или иного дохода осужденного за период до одного месяца либо без такового.
4. Мошенничество, совершенное организованной группой либо в особо крупном размере, -
наказывается лишением свободы на срок от пяти до десяти лет со штрафом в размере до одного миллиона рублей или в размере заработной платы или иного дохода осужденного за период до трех лет либо без такового.

Статья 163. Вымогательство
1. Вымогательство, то есть требование передачи чужого имущества или права на имущество или совершения других действий имущественного характера под угрозой применения насилия либо уничтожения или повреждения чужого имущества, а равно под угрозой распространения сведений, позорящих потерпевшего или его близких, либо иных сведений, которые могут причинить существенный вред правам или законным интересам потерпевшего или его близких, -
наказывается ограничением свободы на срок до трех лет, либо арестом на срок до шести месяцев, либо лишением свободы на срок до четырех лет со штрафом в размере до восьмидесяти тысяч рублей или в размере заработной платы или иного дохода осужденного за период до шести месяцев либо без такового.
2. Вымогательство, совершенное:
а) группой лиц по предварительному сговору;

б) утратил силу.
в) с применением насилия;
г) в крупном размере, -
наказывается лишением свободы на срок от трех до семи лет со штрафом в размере до пятисот тысяч рублей или в размере заработной платы или иного дохода осужденного за период до трех лет либо без такового.

3. Вымогательство, совершенное:
а) организованной группой;
б) в целях получения имущества в особо крупном размере;
в) с причинением тяжкого вреда здоровью потерпевшего, -
г) утратил силу. наказывается лишением свободы на срок от семи до пятнадцати лет со штрафом в размере до одного миллиона рублей или в размере заработной платы или иного дохода осужденного за период до пяти лет либо без такового.

Статья 291. Дача взятки
1. Дача взятки должностному лицу лично или через посредника -
наказывается штрафом в размере до двухсот тысяч рублей или в размере заработной платы или иного дохода осужденного за период до восемнадцати месяцев, либо исправительными работами на срок от одного года до двух лет, либо арестом на срок от трех до шести месяцев, либо лишением свободы на срок до трех лет.
2. Дача взятки должностному лицу за совершение им заведомо незаконных действий (бездействие)
наказывается штрафом в размере от ста тысяч до пятисот тысяч рублей или в размере заработной платы или иного дохода осужденного за период от одного года до трех лет либо лишением свободы на срок до восьми лет.
Примечание. Лицо, давшее взятку, освобождается от уголовной ответственности, если имело место вымогательство взятки со стороны должностного лица или если лицо добровольно сообщило органу, имеющему право возбудить уголовное дело, о даче взятки.

Статья 307. Заведомо ложные показание, заключение эксперта, специалиста или неправильный перевод
1. Заведомо ложные показание свидетеля, потерпевшего либо заключение или показание эксперта, показание специалиста, а равно заведомо неправильный перевод в суде либо при производстве предварительного расследования -
наказываются штрафом в размере до восьмидесяти тысяч рублей или в размере заработной платы или иного дохода осужденного за период до шести месяцев, либо обязательными работами на срок от ста восьмидесяти до двухсот сорока часов, либо исправительными работами на срок до двух лет, либо арестом на срок до трех месяцев.
(в ред. Федерального закона от 08.12.2003 N 162-ФЗ)
2. Те же деяния, соединенные с обвинением лица в совершении тяжкого или особо тяжкого преступления, -
наказываются лишением свободы на срок до пяти лет.
Примечание. Свидетель, потерпевший, эксперт, специалист или переводчик освобождаются от уголовной ответственности, если они добровольно в ходе дознания, предварительного следствия или судебного разбирательства до вынесения приговора суда или решения суда заявили о ложности данных ими показаний, заключения или заведомо неправильном переводе.

Статья 308. Отказ свидетеля или потерпевшего от дачи показаний

Отказ свидетеля или потерпевшего от дачи показаний -

наказывается штрафом в размере до сорока тысяч рублей или в размере заработной платы или иного дохода осужденного за период до трех месяцев, либо обязательными работами на срок от ста двадцати до ста восьмидесяти часов, либо исправительными работами на срок до одного года, либо арестом на срок до трех месяцев.

Примечание. Лицо не подлежит уголовной ответственности за отказ от дачи показаний против себя самого, своего супруга или своих близких родственников.

FEDERAL CONSTITUTIONAL LAW
NO. 1-FKZ OF DECEMBER 31, 1996
ON THE JUDICIAL SYSTEM OF THE RUSSIAN FEDERATION
(with the Amendments and Additions of December 15, 2001, July 4, 2003)


Article 6. Binding Nature of Judicial Rulings
1. Rulings of the federal courts entered into the force, justices of the peace and the courts of the constituent members of the Russian Federation as well as lawful orders, demands, prescriptions, subpoena and other addresses shall be binding on each and every body of state power, body of local self-government, public associations, officials and other natural and legal entities with no exception and shall be subject to strict implementation throughout the territory of the Russian Federation.
2. Default on performance under a resolution of a court and equally any other manifestation of contempt of court shall give rise to accountability liability provided by federal law.
3. The binding nature in the territory of the Russian Federation of resolutions of the courts of foreign states, international courts of law and arbitrazh courts shall be determined by the international treaties of the Russian Federation.

Article 7. Equality of Every Person before the Law and the Courts
1. Every person shall be equal before the law and the courts.
2. Courts shall not display preference towards any bodies, persons, parties in a litigation by their state, social, gender, race, national, language or political belonging or depending on their origin, property or position status, residence, birth place, attitude to religion, beliefs, membership in public associations and equally on other grounds not provided by the federal law.

Article 14. Term of Office of Judges of Federal Courts
The powers of judges of the federal courts shall not be limited to a definite term except as otherwise established by the Constitution of the Russian Federation, federal law on the status of judges adopted in compliance with them. The maximum age of a federal judge's tenure of office (except for the Constitutional Court of the Russian Federation) shall be 65 years.

**Федеральный конституционный закон от 31 декабря 1996 г. N 1-ФКЗ**
**"О судебной системе Российской Федерации"**
**(с изменениями от 15 декабря 2001 г., 4 июля 2003 г.)**

Статья 6. Обязательность судебных постановлений
1. Вступившие в законную силу постановления федеральных судов, мировых судей и судов субъектов Российской Федерации, а также их законные распоряжения, требования, поручения, вызовы и другие обращения являются обязательными для всех без исключения органов государственной власти, органов местного самоуправления, общественных объединений, должностных лиц, других физических и юридических лиц и подлежат неукоснительному исполнению на всей территории Российской Федерации.
2. Неисполнение постановления суда, а равно иное проявление неуважения к суду влекут ответственность, предусмотренную федеральным законом.
3. Обязательность на территории Российской Федерации постановлений судов иностранных государств, международных судов и арбитражей определяется международными договорами Российской Федерации.

Статья 7. Равенство всех перед законом и судом
1. Все равны перед законом и судом.
2. Суды не отдают предпочтения каким-либо органам, лицам, участвующим в процессе сторонам по признакам их государственной, социальной, половой, расовой, национальной, языковой или политической принадлежности либо в зависимости от их происхождения, имущественного и должностного положения, места жительства, места рождения, отношения к религии, убеждений, принадлежности к общественным объединениям, а равно и по другим не предусмотренным федеральным законом основаниям.

Статья 14. Срок полномочий судей федеральных судов
Полномочия судей федеральных судов не ограничены определенным сроком, если иное не установлено Конституцией Российской Федерации, федеральным конституционным законом и принимаемым в соответствии с ними федеральным законом о статусе судей. Предельный возраст пребывания в должности судьи федерального суда (за исключением конституционного Суда Российской Федерации) - 65 лет.

THE LAW
OF THE RUSSIAN FEDERATION
NO. 3132-1 OF JUNE 26, 1992
ON THE STATUS OF JUDGES IN THE RUSSIAN FEDERATION
(with Amendments and Addenda of April 14 and December 24, 1993,
June 21, 1995, July 17, 1999, June 20, 2000, December 15, 2001)

Article 9.
Guarantees for the Judge's Independence
1. The judge's independence shall be secured by:
- by law-stipulated procedure for administering justice; by the prohibition, under the threat of bearing responsibility, of anyone's interference with the activity of administering justice;
- by the established procedure for the suspension and the termination of the judge's powers;
- by the judge's right to retire;
- by the judge's immunity;
- by the system of bodies in the judicial community;
- by ensuring to the judge material and social maintenance, corresponding to his high status, at the expense of the state.
2. The judge, the members of his family and their property shall be placed under special protection of the state. The internal affairs bodies shall be obliged to take the necessary measures to provide for the safety of the judge and of his family members, as well as of the property, belonging to them, if the judge files the corresponding application.
The judge shall have the right to keep and wear on his person fire-arms, which shall be issued to him by the internal affairs bodies upon his application in conformity with the procedure stipulated by the Law of the Russian Federation on Weapons.
3. The Judicial Department under the Supreme Court of the Russian Federation and its bodies in the subjects of the Russian Federation shall take measures to create conditions, necessary for the performance of the current judicial activity of the courts of general jurisdiction and of military courts, as well as to provide for this activity in the terms of the personnel, the organization and the resources. The Judicial Department under the Supreme Court of the Russian Federation and its bodies in the subjects of the Russian Federation shall take measures to create conditions, necessary for the performance of the current judicial activity of the courts of general jurisdiction and of military courts, as well as to provide for this activity in the terms of the personnel, the organization and the resources;
4. Guarantees for the judge's independence, including the measures for his legal protection, as well as his material and social maintenance, stipulated by the present Law, shall be given to all the judges in the Russian Federation and shall not be cancelled or reduced by the other normative acts of the Russian Federation and of the subjects of the Russian Federation.

Article 10. The Inadmissibility of Interference with the Judge's Activity
1. Any interference with the judge's activity of administering justice, shall be persecuted by the law.
2. The judge shall not give any explanations on the merit of cases, which have already been examined or are in the process of examination, or to give cases to

anyone in order for them to become acquainted with them, other than in the cases and in conformity with the procedure stipulated by the procedural law.

Article 12.1. Disciplinary Responsibility of Judges

1. For committing a disciplinary offence (a violation of the norms of the present Law, as well as of the provisions of the Code of Judicial Ethics approved by the All-Russia Congress of Judges), upon the judge, with the exception of the judges of the Constitutional Court of the Russian Federation, may be imposed a disciplinary punishment in the form of:
- a warning;
- a pre-term termination of the judge's powers.

The decision on imposing a disciplinary punishment upon a judge shall be adopted by the qualifications judicial college, to whose competence the consideration of the question about the termination of the powers of the given judge is referred as at the moment of adopting the decision.

The procedure for taking to disciplinary responsibility the judges of the Constitutional Court of the Russian Federation is defined by the Federal Constitutional Law on the Constitutional Court of the Russian Federation.

2. If in the course of one year after the disciplinary punishment is imposed, the judge does not commit a new disciplinary offence, he shall be considered as not having been imposed a disciplinary punishment.

Article 13. Suspension of the Judge's Powers

1. Judge's powers shall be suspended by the decision of the qualifications college of judges, if there exists one of the following grounds:

1) recognition of the judge as <u>absent for unknown</u> reasons by the court decision which has come into legal force;

2) a criminal charge shall be initiated against a judge, or he shall be taken to court as a defendant in another criminal case;

3) the judge's participation in the election campaign in the capacity of a candidate to a legislative (representative) power body of the Russian Federation or to the legislative (representative) power body of the subject of the Russian Federation;

4) the judge's being elected to the legislative (representative) power body of the Russian Federation or to the legislative (representative) power body of the subject of the Russian Federation.

2. Suspension of the judge's powers, except by way of preventive punishment he has been taken into custody, shall not entail the termination or the reduction of his wages and if he has been recognized as absent for unknown reasons - to his family, of his wages. The suspension of the judge's powers, except the cases of his being taken into custody by way of preventive punishment, shall not entail the reduction of the level of the other material or social maintenance of the judge and shall not deprive him of the guarantees of immunity, established by the present Law.

3. The decision to retranslate the judge's powers shall be made by the qualifications college of judges which has suspended his powers.

Article 14. Termination of the Judge's Powers

1. The judge's powers shall be terminated on the following grounds:

1) the judge's written application requesting retirement;

2) the incapability, because of the state of health or for other valid reasons, to exercise the judge's powers;

3) the judge's written application for the termination of his powers in connection with his changing jobs or for other reasons;

4) the expiration of the term of the judge's powers, if they were restricted to a definite term;

5) the dismissal of the judge of a military district from military service upon his reaching the maximum age of being in the military service;

6) the <u>termination of the citizenship</u> of the Russian Federation;

7) the judge's engagement in activities incompatible with the post of the judge;

8) the coming into legal force of the court's verdict of guilty with respect to the judge, or of the court's decision to apply to him compulsory measures of a medicinal nature;

9) the coming into the legal force of a court decision on <u>restricting the judge's legal capacity</u> or of <u>recognizing him as legally incapable;</u>

10) the death of the judge or the coming into legal force of the court decision on <u>recognizing him as dead;</u>

11) the judge's refusal to be transferred to another court in connection with the elimination or the reorganization of the court.

12) reaching the ultimate age for the occupation of the post of judge.

2. The powers of a judge may be terminated before the schedule on the grounds, envisaged by Subitems 1-3 and 6-11 of Item 1 of the present Article.

3. If the decision of the Higher Qualifications College of Judges to terminate the judge's powers, or of the court's verdict of guilty or of the court decision, indicated in Subitem 8, Item 1 of the present Article is cancelled, the judge shall be re-installed in his former capacity, and the wages, due to him, shall be paid.

## Закон РФ от 26 июня 1992 г. N 3132-I
## "О статусе судей в Российской Федерации"

Статья 9. Гарантии независимости судьи

1. Независимость судьи обеспечивается:

предусмотренной законом процедурой осуществления правосудия; запретом, под угрозой ответственности, чьего бы то ни было вмешательства в деятельность по осуществлению правосудия;

установленным порядком приостановления и прекращения полномочий судьи;

правом судьи на отставку;

неприкосновенностью судьи;

системой органов судейского сообщества;

предоставлением судье за счет государства материального и социального обеспечения, соответствующего его высокому статусу.

2. Судья, члены его семьи и их имущество находятся под особой защитой государства. Органы внутренних дел обязаны принять необходимые меры к обеспечению безопасности судьи, членов его семьи, сохранности принадлежащего им имущества, если от судьи поступит соответствующее заявление.

Судья имеет право на хранение и ношение служебного огнестрельного оружия, которое выдается ему органами внутренних дел по его заявлению в порядке, предусмотренном Законом Российской Федерации "Об оружии".

3. Судебный департамент при Верховном Суде Российской Федерации и его органы в субъектах Российской Федерации осуществляют меры по созданию условий, необходимых для судебной деятельности судов общей юрисдикции и военных судов, а также по ее кадровому, организационному и ресурсному обеспечению. Высший арбитражный суд Российской Федерации осуществляет меры по созданию условий, необходимых для деятельности арбитражных судов.

4. Гарантии независимости судьи, включая меры его правовой защиты, материального и социального обеспечения, предусмотренные настоящим Законом, распространяются на всех судей в Российской Федерации и не могут быть отменены и снижены иными нормативными актами Российской Федерации и субъектов Российской Федерации.

Статья 10. Недопустимость вмешательства в деятельность судьи

1. Всякое вмешательство в деятельность судьи по осуществлению правосудия преследуется по закону.

2. Судья не обязан давать каких-либо объяснений по существу рассмотренных или находящихся в производстве дел, а также представлять их кому бы то ни было для ознакомления, иначе как в случаях и порядке, предусмотренных процессуальным законом.

Статья 12.1. Дисциплинарная ответственность судей

1. За совершение дисциплинарного проступка (нарушение норм настоящего Закона, а также положений кодекса судейской этики, утверждаемого Всероссийским съездом судей) на судью, за исключением судей Конституционного Суда Российской Федерации, может быть наложено дисциплинарное взыскание в виде:

предупреждения;

досрочного прекращения полномочий судьи.

Решение о наложении на судью дисциплинарного взыскания принимается квалификационной коллегией судей, к компетенции которой относится рассмотрение вопроса о прекращении полномочий этого судьи на момент принятия решения.

Порядок привлечения к дисциплинарной ответственности судей Конституционного Суда Российской Федерации определяется <u>Федеральным конституционным законом</u> "О Конституционном Суде Российской Федерации".

2. Если в течение года после наложения дисциплинарного взыскания судья не совершил нового дисциплинарного проступка, то он считается не привлекавшимся к дисциплинарной ответственности.

Статья 13. Приостановление полномочий судьи

1. Полномочия судьи приостанавливаются решением квалификационной коллегии судей при наличии одного из следующих оснований:

1) признание судьи безвестно отсутствующим решением суда, вступившим в законную силу;

2) возбуждение уголовного дела в отношении судьи либо привлечение его в качестве обвиняемого по другому уголовному делу;

3) участие судьи в предвыборной компании в качестве кандидата в состав органа законодательной (представительной) власти Российской Федерации или органа законодательной (представительной) власти субъекта Российской Федерации;

4) избрание судьи в состав органа законодательной (представительной) власти Российской Федерации или органа законодательной (представительной) власти субъекта Российской Федерации.

2. Приостановление полномочий судьи, за исключением случая, когда ему в качестве меры пресечения избрано заключение под стражу, не влечет за собой прекращение выплаты судье, а если он признан безвестно отсутствующим - его семье заработной платы или уменьшение ее размера. Приостановление полномочий судьи, за исключением случая избрания ему в качестве меры пресечения заключения под стражу, не влечет за собой снижение уровня иных видов материального и социального обеспечения судьи и не лишает его гарантий неприкосновенности, установленных настоящим Законом.

3. Решение о возобновлении полномочий судьи принимает квалификационная коллегия судей, приостановившая его полномочия.

Статья 14. Прекращение полномочий судьи

1. Полномочия судьи прекращаются по следующим основаниям:

1) письменное заявление судьи об отставке;

2) неспособность по состоянию здоровья или по иным уважительным причинам осуществлять полномочия судьи;

3) письменное заявление судьи о прекращении его полномочий в связи с переходом на другую работу или по иным причинам;

4) истечение срока полномочий судьи, если они были ограничены определенным сроком;

5) увольнение судьи военного суда с военной службы по достижении предельного возраста пребывания на военной службе;

6) прекращение гражданства Российской Федерации;

7) занятие деятельностью, не совместимой с должностью судьи;

8) вступление в законную силу обвинительного приговора суда в отношении судьи либо судебного решения о применении к нему принудительных мер медицинского характера;

9) вступление в законную силу решения суда об ограничении дееспособности судьи либо признании его недееспособным;

10) смерть судьи или вступление в законную силу решения суда об объявлении его умершим;

11) отказ судьи от перевода в другой суд в связи с упразднением или реорганизацией суда.

12) достижение предельного возраста пребывания в должности судьи.

2. Полномочия судьи могут быть прекращены досрочно по основаниям, предусмотренным подпунктами 1 - 3, 6 - 11 пункта 1 настоящей статьи.

3. В случае отмены решения квалификационной коллегии судей о прекращении полномочий судьи или отмены состоявшегося о нем обвинительного приговора суда либо судебного решения, указанного в подпункте 8 пункта 1 настоящей статьи, судья подлежит восстановлению в прежней должности с выплатой причитающейся ему заработной платы