## OMNI SHAREHOLDER LITIGATION

**OMNI purchased its shares in GOK from an entity called Profit House. Defendant -affiliated company NPRO Urals sued Profit House, not OMNI, for OMNI's shares in GOK.**

|  | Trial Court | Appellate Instance of the Same Court | Cassation Court | Supreme Arbitrazh Court |
|---|---|---|---|---|
| Order | **August 1, 2000** Decision of Chelyabinsk Arbitrage Court (CAC) ordering that the title to 10.6 million of GOK shares owned by Omni be re-registered in the GOK register of shares in the name of NPRO Urals. | **October 16, 2000** Decision of the Appellate Instance of CAC affirming the CAC decision of 08/01/00. | **January 4, 2001** Decision of the Federal Arbitrage Court of the Ural Region affirming. | **June 4, 2001** Profit House filed a petition with the Supreme Arbitrazh Court of the Russian Federation. Petition pending. |
| Corrupt Purpose | Omni, the owner of the shares that time (a matter of public record), was not named as a party or notified of the hearing, and thus its shares were ultimately re-registered in the name of US based defendant companies. | Rejection of fact that OMNI was a necessary party allowed judicial theft of OMNI's shares. | Reinforcement of prior illegal decision. |  |
| Record | Complaint ¶406. Kleymenov Dec. ¶¶52-55, Ex's 34, 37. Rieger (Omni) Dec. ¶¶6-7, 9, Ex. 3. | Complaint ¶407. Kleymenov Dec. ¶54, Ex. 35. Rieger (Omni) Dec. ¶¶7, 9, Ex. 4. | Complaint ¶408. Kleymenov Dec. ¶54, Ex. 36. Rieger (Omni) Dec. ¶¶7, 9, Ex. 5. | Kleymenov Dec. ¶ 56, Ex. 38. Rieger (Omni) Dec. ¶ 9, Ex. 7. |

8



# KOZITSIN'S WRONGFUL CONDUCT

## Concealed Conflict of Interest

### PURPOSE OF ABUSE

- As stated above, this fake debt testified in Lebault, holding nearly 70% of GOK's debt, giving the defendants the power to control the counter of the GOK bankruptcy.

### FACT

- At the time of the transaction with Svyatogor, Kozitsin was the general director of GOK and the general director of OAO Uralelektromed and UGMK, an affiliate of Svyatogor.
- Kozitsin did not follow the procedure specified by Russian law for consummating this "interested" transaction.

*Zaradzharov Dec. ¶¶39-41, Exs. 24-25; Bukharin Dec. ¶¶20-24, Exs. 22-25; Pl. Mem. at 78; Complaint ¶375.*



## KOZITSIN'S WRONGFUL CONDUCT

### Fraudulent Accounting

**PURPOSE OF ABUSE**
- This fraudulent omission enabled Kozitsin to conceal from the bankruptcy court and creditors what GOK's indebtedness was and how GOK's indebtedness was accumulated.

**FACT**
- The loss resulting from the Lebedi transaction, which was twelve times greater than the losses incurred by GOK during the preceding year, was not reflected on GOK's books.

Zanadvorov Dec. ¶¶ 56, 58; Exs. 39-40; Yastrebova Dec. ¶¶ 21, 31, 46; Exs. 6, 13-19; Pl. Mem. at 7-8, 11, 40.

# KOZITSIN'S WRONGFUL CONDUCT

## Sham, Intentional Bankruptcy




**PURPOSE OF ABUSE**



**FACT**

## KOZYREV'S WRONGFUL CONDUCT

### Failure to Permit Repayment of Outstanding Debt

**FACT**
- Kozyrev dishonored offers that were presented to him by shareholders owning more than 72% of GOK shares that would have rendered the bankruptcy of GOK unnecessary.



**PURPOSE OF ABUSE**
- In so doing, Kozyrev ensured the success of the defendants' intentional bankruptcy.





Zanadvorov Dec. ¶¶ 66-68, 78; Exs. 4, 43-45, 50; Telyukina Dec. ¶¶ 61-67; Exs. 48, 81-90; Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint ("Pl. Mem.") at 79, 84.

# KOZYREV'S WRONGFUL CONDUCT

## Change of Court Date to Deny Creditors' Standing



**PURPOSE OF ABUSE**

- Numerous creditors were prevented from establishing their relation and from participating in the hearing because of Kozyrev's failure to notice them of the change of the hearing date.
- On August 22, 2000, the German firm Siemens AG was the only creditor approved by Kozyrev.



**FACT**

- On August 15, 2000, without notice to potential claimants, Kozyrev filed a petition requesting the Court to change the date of a hearing that would determine whether external management would be introduced at Kuznetsk, from September 27, 2000 to August 22, 2000.
- The Court granted the request.

Zanadvorov Dec. ¶¶ 78-86; Exs. 46, 49-50, 52-55; Telyukina Dec. ¶¶ 72-80; Exs. 62, 91, 104-107; Pl. Mem. at 79-81.

A - 673

## KOZYREV'S WRONGFUL CONDUCT

### Improper Rejection of Legitimate Creditor Claims



**PURPOSE OF ABUSE**
- By rejecting these claims, Kozyrev ensured that defendant controlled claims dominated the creditors' meetings



**FACT**
- During his tenure as external manager, Kozyrev refused to recognize a number of creditors' claims held/established claims where he did not have the discretion to reject
- These claims totaled more than US $60,000,000
- These claims amounted for approximately 34% of OAO KS's made indebtedness

Zanadvorov Dec. ¶¶ 90, 104; 40, 57-62, 73; Bukharin Dec. ¶¶ 6-19, 30-37; Exs. 32-21, 30-34; Telyukina Dec. ¶¶ 83-102; Exs. 89-90, 108-120, 130; Pl. Mem. at 79, 81-2; Second Amended Complaint ("Complaint") ¶ 390

# KOZYREV'S WRONGFUL CONDUCT

## Improper Recognition of the Sham Lebaut Claim









