- 6 -

с ГРО. Потребитель возмещает ГРО 102 стоимости неиспользо-
ванного газа.

Стороны освобождаются от ответственности, если докажут, что
неисполнение или ненадлежащее исполнение условий настоящего
договора было вызвано непреодолимой силой.

7.4. Все споры, возникающие при заключении, исполнении и растор-
жении договора, разрешаются в арбитражном суде Свердловской
области.

### 8. Действие договора.

8.1. Настоящий договор заключен сроком на один год с 01.01.1997
года по 31.12.1997 года, а по расчетам до их полного завер-
шения.

8.2. По вопросам, неурегулированным настоящим договором, стороны
руководствуются действующим законодательством РФ.

8.3. Настоящий договор составлен в двух экземплярах, по одному
для каждой стороны. Оба текста имеют одинаковую юридическую
силу.

### 10. Юридические адреса сторон.

10.1 "ГРО"      ОАО "Красноуральскмежрайгаз"
624330, Свердловская обл., г. Красноуральск,
ул. Устинова, д. 34 (тел. 2-10-23; факс 2-14-23;
телетайп 02243066 "Метан"
ИНН 6618001551   р/с 000467827 в филиале УТБ
г. Красноуральска  к/с 800161122 РКЦ г. Н-Тура
БИК 046552822   ОКПО 03302747   ОКОНХ 90214

10.2 "Потребитель"  Открытое акционерное общество
Качканарский горнообогатительный
комбинат, Ванадий
(тел. 3-34-55      факс 34341 - 2 16 50
телетайп 721255
ИНН 6615001062 р/с 000467070 в комбанке
г. Качканара  к/с 700161210
БИК 046573710 ОКПО 00186938 ОКОНХ 12112; 12130

### 11. Подписи сторон.

с протоколом разногласий

"ГРО"                    "Потребитель"





[stamp]        To A. A. Kozitsyn, General Director
"Kachkanarskiy GOK OAO [public joint stock company]
Incoming No. 370    Kachkanarskiy gorno-obogatitel'nyi kombinat Vanadiy
Date: Feb. 07, 2000    [Vanadium Mining and Processing Works of Kachkanar]

February 4, 2000

On January 24, 1997, Natural Gas Delivery Contract No. 4/p was entered into by and
between the Public Joint Stock Company Krasonural'skmezhraygaz (hereinafter referred
to as the "Lender) and the Public Joint Stock Company Kachkanarskiy gorno-
obogatitel'nyi kombinat Vanadiy (hereinafter referred to as the "Debtor"). Based on this
contract, gas delivery relations existed between the Lender and the Debtor from January
01, 1997 through December 31, 1998.

In accordance with the above-mentioned contract, the Lender has duly performed its
obligations for natural gas delivery. As provided by Section 3.5 of Contract No. 4/p dated
January 24, 1997, the parties confirmed natural gas delivery and receipt by executing the
following bilateral certificates:

| Item No. | Delivered gas quantity (normal m³) | Date of execution | Gas delivery period |
|---|---|---|---|
| 1 | January 31, 1997 | January 1997 | 12,000,000 |
| 2 | February 28, 1997 | February 1997 | 9,900,000 |
| 3 | March 30, 1997 | March 1997 | 11,100,000 |
| 4 | April 30, 1997 | April 1997 | 9,700,000 |
| 5 | June 02, 1997 | May 1997 | 10,000,000 |
| 6 | July 01, 1997 | June 1997 | 10,400,000 |
| 7 | August 01, 1997 | July 1997 | 13,711,000 |
| 8 | September 01, 1997 | August 1997 | 10,720,000 |
| 9 | October 01, 1997 | September 1997 | 10,560,000 |
| 10 | November 01, 1997 | October 1997 | 9,070,000 |
| 11 | December 02, 1997 | November 1997 | 8,560,000 |
| 12 | December 26, 1997 | December 1997 | 9,100,000 |
| 13 | January 30, 1998 | January 1998 | 12,760,000 |
| 14 | February 26, 1998 | February 1998 | 10,190,000 |
| 15 | March 31, 1998 | March 1998 | 9,900,000 |
| 16 | April 24, 1998 | April 1998 | 8,040,000 |
| 17 | May 31, 1998 | May 1998 | 13,600,000 |
| 18 | July 01, 1998 | June 1998 | 12,480,000 |
| 19 | July 30, 1998 | July 1998 | 10,303,000 |
| 20 | August 31, 1998 | August 1998 | 11,900,000 |
| 21 | October 01, 1998 | September 1998 | 12,370,000 |
| 22 | October 31, 1998 and Attachment to Certificate of October 31,1998 October 1998 | | 13,490,000 |
| 23 | December 01, 1998 and Attachment to Certificate of December 01, 1998 November 1998 | | 10,018,000 |

| 24 | December 28, 1998 | December 1998 | 6,407,000 |

Based on Certificates of Natural Gas Delivery & Receipt executed by the Debtor and Lender, the Lender submitted to the Debtor the following invoices for payment:

| Item No. | | Date of Certificate of Natural Gas Delivery & Receipt | Number and date of invoice payable    Total invoice amount in rubles (incl. denomination) |
|---|---|---|---|
| 1 | January 31, 1997 | No. 138 of February 14, 1997 | 4,164,148.80 |
| 2 | February 28, 1997 | No. 240 of March 07, 1997 | 3,375,108.00 |
| 3 | March 30, 1997 | No. 396 of April 03, 1997 | 3,784,212.00 |
| 4 | April 30, 1997 | No. 514 of April 30, 1997 | 3,306,924.00 |
| 5 | June 02, 1997 | No. 561 of May 30, 1997 | 3,409,200.00 |
| 6 | July 01, 1997 | No. 669 of June 30, 1997 | 3,545,568.00 |
| 7 | August 01, 1997 | No. 739 of July 31, 1997 | 4,674,354.12 |
| 8 | September 01, 1997 | No. 824 of August 29, 1997 | 3,654,662.40 |
| 9 | October 01, 1997 | No. 899 of September 30, 1997 | 3,600,115.20 |
| 10 | November 01, 1997 | No. 1006 of October 31, 1997 | 3,092,144.40 |
| 11 | December 02, 1997 | No. 1074 of November 28, 1997 | 3,918,275.20 |
| 12 | December 26, 1997 | No. 1141 of December 29, 1997 | 3,205,020.00 |
| 13 | January 30, 1998 | No. 69 of January 30, 1998 | 4,494,072.00 |
| 14 | February 26, 1998 | No. 163 of February 27, 1998 | 3,588,918.00 |
| 15 | March 31, 1998 | No. 273 of March 31, 1998 | 3,486,780.00 |
| 16 | April 24, 1998 | No. 378 of April 27, 1998 | 2,831,688.00 |
| 17 | May 31, 1998 | No. 459 of May 29, 1998 | 4,789,920.00 |
| 18 | July 01, 1998 | No. 578 of June 30, 1998 | 4,395,456.00 |
| 19 | July 30, 1998 | No. 742 of July 31, 1998 | 3,628,716.60 |
| 20 | August 31, 1998 | No. 857 of August 31, 1998 | 4,191,180.00 |
| 21 | October 01, 1998 | No. 972 of September 30, 1998 | 4,356,714.00 |
| 22 | October 31, 1998 | No. 1109 of October 30, 1998 | 4,751,178.00 |
| 23 | December 01, 1998 | No. 1276 of November 30, 1998 No. 1354 of December 25, 1998 | 3,528,339.60 1,695,843.00 |
| 24 | December 28, 1998 | No. 1371 of December 29, 1998 | 2,256,545.40 |
| | | TOTAL: | 90,725,082.72 |

Consequently, the invoice cost of natural gas delivered under Contract No. 4/p of January 24, 1997 is 90,725,082.72 rubles.

In accordance with Section 5.3 of Contract No. 4/p of January 24, 1997, the Lender submitted to the Debtor the following payment orders:

| Item No. | Number and Date of Payment Order    Total payment order amount in rubles (incl. denomination) |
|---|---|
| 1 | No. 15 of February 17, 1997    4,164,148.80 |
| 2 | No. 23 of April 8, 1997    7,159,320.00 |

| 4 [*sic*] | No. 47 of May 29, 1997 | 3,306,924.00 |
|---|---|---|
| 5 | No. 60 of June 26, 1997 | 3,409,200.00 |
| 6 | No. 64 of July 14, 1997 | 3,545,568.00 |
| 7 | No. 73 of August 13, 1997 | 4,674,354.12 |
| 8 | No. 88 of September 8, 1997 | 3,654,662.40 |
| 9 | No. 95 of October 13, 1997 | 3,600,115.20 |
| 10 | No. 56 of November 11, 1997 | 3,092,144.40 |
| 11 | No. 81 of January 9, 1997 | 3,918,275.20 |
| 12 | No. 72 of February 9, 1998 | 3,205,020.00 |
| 13 | No. 84 of February 3, 1998 | 4,494,072.00 |
| 14 | No. 105 of March 11, 1998 | 3,588,918.00 |
| 15 | No. 115 of April 28, 1998 | 3,486,780.00 |
| 16 | No. 128 of May 14, 1998 | 2,831,688.00 |
| 17 | No. 142 of June 8, 1998 | 4,789,920.00 |
| 18 | No. 154 of July 8, 1998 | 4,395,456.00 |
| 19 | No. 165 of August 3, 1998 | 3,628,716.60 |
| 20 | No. 174 of September 15, 1998 | 4,191,180.00 |
| 21 | No. 193 of October 19, 1998 | 4,356,714.00 |
| 22 | No. 202 of November 16, 1998 | 4,751,178.00 |
| 23 | No. 212 of December 3, 1998 | 3,528,339.60 |
| | No. 216 of December 25, 1998 | 1,695,843.00 |
| 24 | No. 301 of January 18, 1999 | 2,256,545.40 |
| | **TOTAL:** | **90,725,082.72** |

The specified indebtedness to the Lender under Contract No. 4/p dated January 24, 1997 was partially paid off by the Debtor, which is supported by the following documents:

| Item No. of execution denomination) | Document description Total in rubles (incl. | Date |
|---|---|---|
| 1 | Certificate of Promissory Note Transfer to OAO NTMK 16, 1997      1,000,000.00 | December |
| 2 | Certificate of Promissory Note Transfer and Receipt 1999      2,000,000.00 | February 22, |
| 3 | Certificate of Promissory Note Transfer to OAO NTMK 1997      1,000,000.00 | December 3, |
| 4 | Certificate of Promissory Note Transfer and Receipt 1999      5,000,000.00 | April 08, |
| 5 | Certificate of Promissory Note Transfer to OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY      March 30, 1997      300,000.00 | |
| 6 | Certificate of Promissory Note Transfer and Receipt 1998      500,000.00 | April 14, |
| 7 | Certificate of Promissory Note Transfer and Receipt by AOOT [public joint stock company] Zapadnosibirskiy metallurgicheskiy kombinat [West Siberia Steel Plant]      January 29, 1997      1,500,000.00 | |
| 8 | Certificate of Promissory Note Transfer and Receipt (attachment to Contract | |

| | | | |
|---|---|---|---|
| No. 4/p dated January 24, 1997) | | August 25, 1998 | 3,000,000.00 |
| 9 | Certificate of Promissory Note Transfer to OAO MMK | | December |
| 16, 1997 | | 404,000.00 | |
| 10 | Certificate of Clearing Settlement | July 19, 1999 | |
| | 30,931,617.00 | | |
| 11 | Certificate No. 42-01/859 for Clearing Settlement among P Tumentransgaz, | | |
| Krasnoural'skmezhraygaz, Kachkanarskiy GOK, ZAO [private joint stock company] TD | | | |
| Ural | April 01, 1999 | 3,000,000.00 | |
| 12 | Certificate of Clearing Settlement among AO [joint stock company] Vanadiy of | | |
| Kachkanar, OOO [limited liability company] Promtekhsnab of Yekaterinburg, AO | | | |
| Krasnoural'skmezhraygaz of Krasnoural'sk | | May 14, 1999 | 216,012.00 |
| 13 | Certificate of Clearing Settlement No. 42-01/368 | | February 24, |
| 1997 | 5,000,000.00 | | |
| 14 | Certificate of Clearing Settlement No. 168 6 among AO [joint stock company] | | |
| Vanadiy of Kachkanar, OOO [limited liability company] Promtekhsnab of Yekaterinburg, | | | |
| AO Krasnoural'skmezhraygaz of Krasnoural'sk | | June 10, 1998 | 345,446.42 |
| 15 | Certificate of Clearing Settlement among OAO KGOK Vanadiy, OAO Krasno- | | |
| ural'skmezhraygaz, ZAO UMSK Kamennyi poyas | | June 02, 1999 | 900,000.00 |
| 16 | Certificate No. 42-01/505 for Payment Demand Clearing Settlement among | | |
| Kachkanarskiy GOK, Krasnoural'skmezhraygaz, DP Tumentransgaz | | June 25, | |
| 1997 | 7,000,000.00 | | |
| 17 | Agreement No. 6-VR/109 on Mutual Indebtedness Setoff Certificate No. 6- | | |
| VR/109 of Clearing Settlement | | March 17, 1997  March 17, 1997 | |
| | 3,000,000.00 | | |
| 18 | Certificate of Clearing Settlement among OAO KGOK Vanadiy and OAO | | |
| Krasnoural'skmezhraygaz under Natural Gas Delivery Contract No. 4/p of January 24, | | | |
| 1997 | June 05, 1999 | 2,908,973.90 | |
| | | **TOTAL:** | |
| | 68,006,049.32 | | |

As a result of such payoff, the amount of the Debtor's indebtedness to the Lender under
Contract No. 4/p dated January 24, 1997 became **22,719,033.40 rubles**. This amount was
obtained by subtracting the payoff amount of 68,006,049.32 rubles from the total amount
of the Debtor's indebtedness to the Lender under Contract No. 4/p dated January 24, 1997
(90,725,082.72).

In confirmation of this fact, the Debtor and the Lender executed a Certificate of Clearing
and Reconciliation between the Debtor and the Lender as of December 15, 1999.

However, up until now, the Debtor has not made full payment under Contract No. 4/p
dated January 24, 1997.

As provided by Article 516 of the Russian Federation Civil Code, OAO
Krasnoural'skmezraygaz urges OAO Kachkanarskiy gorno-obogatitel'nyi kombinat
Vanadiy to pay the indebtedness accrued with respect to OAO Krasnoural'skmezraygaz
under Natural Gas Delivery Contract No. 4/p dated January 24, 1997 for a total of

**22,719,033.40 rubles**. Failing such payment, OAO Krasnoural'skmezraygaz will be forced to apply penalties provided for by the Russian Federation Civil Code.

Sincerely,

[signature]

V. G. Shishkin
General Director
OAO Krasnoural'skmezraygaz

[seal]

ОТ:X                    НОМЕР ТЕЛЕФОНА:          ДЕК. 21 2001 14:57 СТР10

Генеральному директору
ОАО «Качканарский горно-обогатительный
комбинат «Ванадий»
А.А.Козицыну

4 февраля 2000 года

Между Открытым акционерным обществом «Красноуральскмежрайгаз» (далее Кредитор) и Открытым акционерным обществом «Качканарский горно-обогатительный комбинат «Ванадий» (далее Должник) 24 января 1997 года был заключен Договор № 4/п на снабжение природным газом. На основании данного договора между Кредитором и Должником с 1.01.1997 года по 31.12.1998 года существовали отношения по поставке газа.

В соответствии с вышеуказанным договором Кредитор исполнил обязательства по поставке природного газа надлежащим образом. Руководствуясь п.3.5. договора № 4/п от 24.01.1997 года стороны подтвердили поставку (получение) природного газа оформлением и подписанием двухсторонних актов, а именно:

| № п/п | Дата составления акта | Период поставки газа | Количество поставленного газа (в тыс. норм. м3) |
|---|---|---|---|
| 1 | 31 января 1997 года | Январь 1997 года | 12 000 |
| 2 | 28 февраля 1997 года | Февраль 1997 года | 9 900 |
| 3 | 30 марта 1997 года | Март 1997 года | 11 100 |
| 4 | 30 апреля 1997 года | Апрель 1997 года | 9 700 |
| 5 | 02 июня 1997 года | Май 1997 года | 10 000 |
| 6 | 01 июля 1997 года | Июнь 1997 года | 10 400 |
| 7 | 01 августа 1997 года | Июль 1997 года | 13 711 |
| 8 | 01 сентября 1997 года | Август 1997 года | 10 720 |
| 9 | 01 октября 1997 года | Сентябрь 1997 года | 10560 |
| 10 | 01 ноября 1997 года | Октябрь 1997 года | 9 070 |
| 11 | 02 декабря 1997 года | Ноябрь 1997 года | 8 560 |
| 12 | 26 декабря 1997 года | Декабрь 1997 года | 9 100 |
| 13 | 30 января 1998 года | Январь 1998 года | 12 760 |
| 14 | 26 февраля 1998 года | Февраль 1998 года | 10 190 |
| 15 | 31 марта 1998 года | Март 1998 года | 9 900 |
| 16 | 24 апреля 1998 года | Апрель 1998 года | 8 040 |
| 17 | 31 мая 1998 года | Май 1998 года | 13 600 |
| 18 | 01 июля 1998 года | Июнь 1998 года | 12 480 |
| 19 | 30 июля 1998 года | Июль 1998 года | 10 303 |
| 20 | 31 августа 1998 года | Август 1998 года | 11 900 |
| 21 | 01 октября 1998 года | Сентябрь 1998 года | 12 370 |
| 22 | 31 октября 1998 года и Приложение к акту от 31 октября 1998 года | Октябрь 1998 года | 13 490 |
| 23 | 01 декабря 1998 года и Приложение к акту от 01 | Ноябрь 1998 года | 10 018 |

Качканарский ГОК
Вх. № ___ Дата ___

52

A - 1152

ОТ:Х

НОМЕР ТЕЛЕФОНА:

ДЕК. 21 2001 14:57 СТР11

| | декабря 1998 года | | |
|---|---|---|---|
| 24 | 28 декабря 1998 года | Декабрь 1998 года | 6 407 |

На основании подписанных Должником и Кредитором Актов поставки (получения) природного газа Кредитор выставил Должнику счета-фактуры на оплату, а именно:

| № п/п | Дата Акта поставки (получения) природного газа | Номер и дата счета-фактуры на оплату | Сумма по счету-фактуре/счету (с учетом деноминации), в руб. |
|---|---|---|---|
| 1 | 31 января 1997 года | № 138 от 14 февраля 1997 года | 4 164 148=80 |
| 2 | 28 февраля 1997 года | № 240 от 07 марта 1997 года | 3 375 108=00 |
| 3 | 30 марта 1997 года | № 396 от 03 апреля 1997 года | 3 784 212=00 |
| 4 | 30 апреля 1997 года | № 514 от 30 апреля 1997 года | 3 306 924=00 |
| 5 | 02 июня 1997 года | № 561 от 30 мая 1997 года | 3 409 200=00 |
| 6 | 01 июля 1997 года | № 669 от 30 июня 1997 года | 3 545 568=00 |
| 7 | 01 августа 1997 года | № 739 от 31 июля 1997 года | 4 674 354=12 |
| 8 | 01 сентября 1997 года | № 824 от 29 августа 1997 года | 3 654 662=40 |
| 9 | 01 октября 1997 года | № 899 от 30 сентября 1997 года | 3 600 115=20 |
| 10 | 01 ноября 1997 года | № 1006 от 31 октября 1997 года | 3 092 144=40 |
| 11 | 02 декабря 1997 года | № 1074 от 28 ноября 1997 года | 2 918 275=20 |
| 12 | 26 декабря 1997 года | № 1141 от 29 декабря 1997 года | 3 205 020=00 |
| 13 | 30 января 1998 года | № 69 от 30 января 1998 года | 4 494 072=00 |
| 14 | 26 февраля 1998 года | № 163 от 27 февраля 1998 года | 3 588 918=00 |
| 15 | 31 марта 1998 года | № 273 от 31 марта 1998 года | 3 486 780=00 |
| 16 | 24 апреля 1998 года | № 378 от 27 апреля 1998 года | 2 831 688=00 |
| 17 | 31 мая 1998 года | № 459 от 29 мая 1998 года | 4 789 920=00 |
| 18 | 01 июля 1998 года | № 578 от 30 июня 1998 года | 4 395 456=00 |
| 19 | 30 июля 1998 года | № 742 от 31 июля 1998 года | 3 628 716=60 |
| 20 | 31 августа 1998 года | № 857 от 31 августа 1998 года | 4 191 180=00 |
| 21 | 01 октября 1998 года | № 972 от 30 сентября 1998 года | 4 356 714=00 |
| 22 | 31 октября 1998 года | № 1109 от 30 октября 1998 года | 4 751 178=00 |
| 23 | 01 декабря 1998 года | № 1276 от 30 ноября 1998 года | 3 528 339=60 |
| | | № 1354 от 25 декабря 1998 года | 1 695 843=00 |
| 24 | 28 декабря 1998 года | № 1371 от 29 декабря 1998 года | 2 256 545=40 |
| | | ИТОГО | 90 725 082=72 |

Таким образом, согласно счетам-фактурам, стоимость поставленного по договору № 4/п от 24.01.1997 года природного газа составила 90 725 082=72 рубля.

Согласно п. 5.3. Договора №. 4/п от 24 января 1997 года Кредитор выставил Должнику платежные требования, а именно:

| № п/п | Номер и дата платежного требования | Сумма по платежному требованию (с учетом деноминации), в руб. |
|---|---|---|
| 1 | № 15 от 17 февраля 1997 года | 4 164 148=80 |
| 2 | № 23 от 8 апреля 1997 года | 7 159 320=00 |
| 4 | № 47 от 29 мая 1997 года | 3 306 924=00 |

| 5 | № 60 от 26 июня 1997 года | 3 409 200=00 |
|---|---|---|
| 6 | № 64 от 14 июля 1997 года | 3 545 568=00 |
| 7 | № 73 от 13 августа 1997 года | 4 674 354=12 |
| 8 | № 88 от 8 сентября 1997 года | 3 654 662=40 |
| 9 | № 95 от 13 октября 1997 года | 3 600 115=20 |
| 10 | № 56 от 11 ноября 1997 года | 3 092 144=40 |
| 11 | № 81 от 9 января 1998 года | 2 918 275=20 |
| 12 | № 72 от 9 февраля 1998 года | 3 205 020=00 |
| 13 | № 84 от 3 февраля 1998 года | 4 494 072=00 |
| 14 | № 105 от 11 марта 1998 года | 3 588 918=00 |
| 15 | № 115 от 28 апреля 1998 года | 3 486 780=00 |
| 16 | № 128 от 14 мая 1998 года | 2 831 688=00 |
| 17 | № 142 от 8 июня 1998 года | 4 789 920=00 |
| 18 | № 154 от 8 июля 1998 года | 4 395 456=00 |
| 19 | № 165 от 3 августа 1998 года | 3 628 716=60 |
| 20 | № 174 от 15 сентября 1998 года | 4 191 180=00 |
| 21 | № 193 от 19 октября 1998 года | 4 356 714=00 |
| 22 | № 202 от 16 ноября 1998 года | 4 751 178=00 |
| 23 | № 212 от 3 декабря 1998 года | 3 528 339=60 |
| | № 216 от 25 декабря 1998 года | 1 695 843=00 |
| 24 | № 301 от 18 января 1999 года | 2 256 545=40 |
| | **ИТОГО** | **90 725 082=72** |

Указанная задолженность перед Кредитором по договору № 4/п от 24.01.1997 года была частично погашена Должником, что подтверждается следующими документами:

| № п/п | Наименование документа | Дата заключения | Сумма (с учетом деноминации), в руб. |
|---|---|---|---|
| 1 | Акт передачи простых векселей ОАО «НТМК» | 16 декабря 1997 года | 1 000 000=00 |
| 2 | Акт приема-передачи простого векселя | 22 февраля 1999 года | 2 000 000=00 |
| 3 | Акт передачи простых векселей ОАО «НТМК» | 3 декабря 1997 года | 1 000 000=00 |
| 4 | Акт приема-передачи простого векселя | 08 апреля 1999 года | 5 000 000=00 |
| 5 | Акт передачи простых векселей ОАО Качканарский горно-обогатительный комбинат ВАНАДИЙ | 30 марта 1997 года | 300 000=00 |
| 6 | Акт приема-передачи векселей | 14 апреля 1998 года | 500 000=00 |
| 7 | Акт приема-передачи простых векселей АООТ «Западно-сибирский металлургический комбинат» | 29 января 1997 года | 1 500 000=00 |
| 8 | Акт приема-передачи простых векселей к Договору № 4/п от 24.01.1997 г. | 25 августа 1998 года | 3 000 000=00 |
| 9 | Акт передачи простых векселей | 16 декабря 1997 | 404 000=00 |

| | ОАО «ММК» | года | |
|---|---|---|---|
| 10 | Акт зачета взаимных требований | 19 июля 1999 года | 30 931 617=00 |
| 11 | Акт № 42 – 01/859 на проведение взаиморасчетов между П «Тюментрансгаз», Красноуральскмежрайгаз, Качканарский ГОК, ЗАО ТД «Урал» | 01 апреля 1999 года | 3 000 000=00 |
| 12 | Акт зачета взаимных требований между АО «Ванадий» г.Качканар, ООО«Промтехснаб» г.Екатеринбург, АО«Красноуральсмежрайгаз» г.Красноуральск | 14 мая 1999 года | 216 012=00 |
| 13 | Акт зачета взаимных требований № 42-01/368 | 24 февраля 1997 года | 5 000 000=00 |
| 14 | Акт зачета взаимных требований № 16816 между АО «Ванадий» г.Качканар, ООО «Промтехснаб» г.Екатеринбург, АО«Красноуральск межрайгаз» г. Красноуральск | 10 июня 1998 года | 345 446=42 |
| 15 | Акт зачета взаимных требований между ОАО КГОК «Ванадий», ОАО «Красноуральскмежрайгаз», ЗАО УМСК «Каменный пояс» | 02 июня 1999 года | 900 000=00 |
| 16 | Акт № 42 – 01/505 на проведение взаимозачета пл. требований между предприятиями Качканарский ГОК, Красноуральскмежрайгаз, ДП Тюментрансгаз | 25 июня 1997 года | 7 000 000=00 |
| 17 | Соглашение № 6-ВР/109 о зачете взаимной задолженности Акт № 6-ВР/109 зачета взаимных требований | 17 марта 1997 года  17 марта 1997 года | 3 000 000=00 |
| 18 | Акт зачета взаимных требований между ОАО «КГОК «Ванадий» и ОАО «Красноуральскмежрайгаз» по договору на снабжение природным газом № 4/п от 24.01.1997 года | 05 июня 1999 года | 2 908 973=90 |
| | | ИТОГО: | 68006049=32 |

В результате данного погашения задолженность Должника перед Кредитором по договору № 4/п от 24.01.1997 года составила **22 719 033=40 рубля**. Указанная сумма получилась в результате вычитания из общего размера задолженности Должника перед Кредитором по договору № 4/п от 24.01.1997 года (90 725 082=72 рубля) суммы погашенной задолженности (68 006 049=32 рублей).

В подтверждении этого Должник и Кредитор подписали Акт сверки взаимных расчетов между Должником и Кредитором по состоянию на 15.12.1999 года.

A - 1155

QT:X

Однако до настоящего момента Должник не произвел оплату по договору № 4/п от 24.01.1997 года в полном объеме.

Руководствуясь ст. 516 Гражданского Кодекса Российской Федерации, ОАО «Красноуральскмежрайгаз» убедительно просит ОАО «Качканарский горно-обогатительный комбинат «Ванадий» погасить образовавшуюся перед ОАО «Красноуральскмежрайгаз» задолженность по договору № 4/п от 24.01.1997 года на снабжение природным газом в размере 22 719 033=40 рубля. В противном случае, ОАО «Красноуральскмежрайгаз» будет вынуждено применить штрафные санкции, предусмотренные Гражданским Кодексом Российской Федерации.

С уважением,
Генеральный директор
ОАО «Красноуральскмежрайгаз»                                    В.Г.Шишкин

56

[handwritten: Exhibit No. 4]
A.A. Kozitsyn
General Director
Vanadiy Mining Enrichment Plant of Kachkanar, Open Joint Stock Company

February 15, 2000
[rectangular stamp at bottom of page:
Kachkanar Mining Enrichment Plant;
No. 193A; date illegible]

## CLAIM

On January 24, 1997, Krasnouralskmezhraygaz Open Joint Stock Company (hereinafter the "Creditor") and the Vanadiy Mining Enrichment Plant of Kachkanar Open Joint Stock Company (hereinafter the "Debtor") entered into Contract No. 4/p to supply natural gas. On the basis of this contract, the Creditor and Debtor had a gas supply relationship from January 1, 1997 to December 31, 1998.

In accordance with the aforementioned contact, the Creditor properly performed its obligations to supply natural gas. Based on section 3.5 of contract No. 4/p of January 24, 1997, the parties confirmed the delivery (and receipt) of natural gas by preparing and signing bilateral statements as follows:

| No. | Date of Statement | Period of Delivery of Gas | Quantity of Gas Delivered (in thousands of standard cubic meters) |
|---|---|---|---|
| 1 | January 31, 1997 | January 1997 | 12,000 |
| 2 | February 28, 1997 | February 1997 | 9,900 |
| 3 | March 30, 1997 | March 1997 | 11,100 |
| 4 | April 30, 1997 | April 1997 | 9,700 |
| 5 | June 2, 1997 | May 1997 | 10,000 |
| 6 | July 1, 1997 | June 1997 | 10,400 |
| 7 | August 1, 1997 | July 1997 | 13,711 |
| 8 | September 1, 1997 | August 1997 | 10,720 |
| 9 | October 1, 1997 | September 1997 | 10,560 |
| 10 | November 1, 1997 | October 1997 | 9,070 |
| 11 | December 2, 1997 | November 1997 | 8,560 |
| 12 | December 26, 1997 | December 1997 | 9,100 |
| 13 | January 30, 1998 | January 1998 | 12,760 |
| 14 | February 26, 1998 | February 1998 | 10,190 |
| 15 | March 31, 1998 | March 1998 | 9,900 |
| 16 | April 24, 1998 | April 1998 | 8,040 |
| 17 | May 31, 1998 | May 1998 | 13,600 |
| 18 | July 1, 1998 | June 1998 | 12,480 |
| 19 | July 30, 1998 | July 1998 | 10,303 |
| 20 | August 31, 1998 | August 1998 | 11,900 |
| 21 | October 1, 1998 | September 1998 | 12,370 |

| 22 | October 31, 1998, and Attachment to the statement of October 31, 1998 | October 1998 | 13,490 |
| 23 | December 1, 1998, and the Attachment to the statement of December 1, 1998 | November 1998 | 10,018 |
| 24 | December 28, 1998 | December 1998 | 6,407 |

On the basis of the Statements of Delivery (and Receipt) of natural gas signed by the Debtor and the Creditor, the Creditor presented the Debtor with invoices for payment as follows:

| No. | Date of Statement of Delivery (and Receipt) of Natural Gas | Number and Date of Invoice for Payment | Amount of Invoice in Rubles (after denomination) |
|---|---|---|---|
| 1 | January 31, 1997 | No. 138, dated February 14, 1997 | 4,164,148.80 |
| 2 | February 28, 1997 | No. 240, dated March 7, 1997 | 3,375,108.00 |
| 3 | March 30, 1997 | No. 396, dated April 3, 1997 | 3,784,212.00 |
| 4 | April 30, 1997 | No. 514, dated April 30, 1997 | 3,306,924.00 |
| 5 | June 2, 1997 | No. 561, dated May 30, 1997 | 3,409,200.00 |
| 6 | July 1, 1997 | No. 669, dated June 30, 1997 | 3,545,568.00 |
| 7 | August 1, 1997 | No. 739, dated July 31, 1997 | 4,674,354.12 |
| 8 | September 1, 1997 | No. 824, dated August 29, 1997 | 3,654,662.40 |
| 9 | October 1, 1997 | No. 899, dated September 30, 1997 | 3,600,115.20 |
| 10 | November 1, 1997 | No. 1006, dated October 31, 1997 | 3,092,144.40 |
| 11 | December 2, 1997 | No. 1074, dated November 28, 1997 | 2,918,275.20 |
| 12 | December 26, 1997 | No. 1141, dated December 29, 1997 | 3,205,020.00 |
| 13 | January 30, 1998 | No. 69, dated January 30, 1998 | 4,494,072.00 |
| 14 | February 26, 1998 | No. 163, dated February 27, 1998 | 3,588,918.00 |
| 15 | March 31, 1998 | No. 273, dated March 31, 1998 | 3,486,780.00 |
| 16 | April 24, 1998 | No. 378, dated April 27, 1998 | 2,831,688.00 |
| 17 | May 31, 1998 | No. 459, dated May 29, 1998 | 4,789,920.00 |
| 18 | July 1, 1998 | No. 578, dated June 30, 1998 | 4,395,456.00 |
| 19 | July 30, 1998 | No. 742, dated July 31, 1998 | 3,628,716.60 |
| 20 | August 31, 1998 | No. 857, dated August 31, 1998 | 4,191,180.00 |
| 21 | October 1, 1998 | No. 972, dated September 30, 1998 | 4,356,714.00 |
| 22 | October 31, 1998 | No. 1109, dated October 30, 1998 | 4,751,178.00 |
| 23 | December 1, 1998 | No. 1276, dated November 30, 1998 No. 1354, dated December 25, 1998 | 3,528,339.60 1,695,843.00 |
| 24 | December 28, 1998 | No. 1371, dated December 29, 1998 | 2,256,545.40 |
| | | TOTAL | 90,725,082.72 |

Thus, according to the invoices, the value of natural gas delivered under contract No. 4/p of January 24, 1997, was 90,725,082.72 rubles.

Pursuant to section 5.3 of Contract No. 4/p of January 24, 1997, the Creditor presented the Debtor with requests for payment as follows:

| No. | Number and Date of Request for Payment | Amount of Request for Payment in Rubles (after denomination) |
|---|---|---|
| 1 | No. 15, dated February 17, 1997 | 4,164,148.80 |
| 2 | No. 23, dated April 8, 1997 | 7,159,320.00 |
| 4 | No. 47, dated May 29, 1997 | 3,306,924.00 |
| 5 | No. 60, dated June 26, 1997 | 3,409,200.00 |
| 6 | No. 64, dated July 14, 1997 | 3,545,568.00 |
| 7 | No. 73, dated August 13, 1997 | 4,674,354.12 |
| 8 | No. 88, dated September 8, 1997 | 3,654,662,40 |
| 9 | No. 95, dated October 13, 1997 | 3,600,115.20 |
| 10 | No. 56, dated November 11, 1997 | 3,092,144.40 |
| 11 | No. 81, dated January 9, 1998 | 2,918,275.20 |
| 12 | No. 72, dated February 9, 1998 | 3,205,020.00 |
| 13 | No. 84, dated February 3, 1998 | 4,494,072.00 |
| 14 | No. 105, dated March 11, 1998 | 3,588,918.00 |
| 15 | No. 115, dated April 28, 1998 | 3,486,780.00 |
| 16 | No. 128, dated May 14, 1998 | 2,831,688.00 |
| 17 | No. 142, dated June 8, 1998 | 4,789,920.00 |
| 18 | No. 154, dated July 8, 1998 | 4,395,456.00 |
| 19 | No. 165, dated August 3, 1998 | 3,628,716.60 |
| 20 | No. 174, dated September 15, 1998 | 4,191,180.00 |
| 21 | No. 193, dated October 19, 1998 | 4,356,714.00 |
| 22 | No. 202, dated November 16, 1998 | 4,751,178.00 |
| 23 | No. 212, dated December 3, 1998 | 3,528,339.00 |
|  | No. 216, dated December 25, 1998 | 1,695,843.00 |
| 24 | No. 301, dated January 18, 1999 | 2,256,545.40 |
|  | **TOTAL** | 90,725,082.72 |

The Debtor partially paid this indebtedness to the Creditor under Contract No. 4/p of January 24, 1997, which is confirmed by the following documents:

| No. | Name of Document | Date of Execution | Amount in Rubles (after denomination) |
|---|---|---|---|
| 1 | Statement of Transfer of Promissory Notes of NTMK [Nizhniy Tagil Metallurgical Plant] OJSC [open joint stock company] | December 16, 1997 | 1,000,000.00 |
| 2 | Statement of Acceptance and Transfer of Promissory Note | February 22, 1999 | 2,000,000.00 |
| 3 | Statement of Transfer of Promissory Notes of NTMK OJSC | December 3, 1997 | 1,000,000.00 |
| 4 | Statement of Acceptance and Transfer of Promissory Note | April 8, 1999 | 5,000,000.00 |
| 5 | Statement of Transfer of Promissory Notes of VANADIY Mining Enrichment Plant of Kachkanar OJSC | March 30, 1997 | 300,000.00 |

| 6 | Statement of Acceptance and Transfer of Promissory Notes | April 14, 1998 | 500,000.00 |
|---|---|---|---|
| 7 | Statement of Acceptance and Transfer of Promissory Notes of Zapadnosibirskiy [Western Siberian] Metallurgical Plant OTJSC [open-type joint stock company] | January 29, 1997 | 1,500,000.00 |
| 8 | Statement of Acceptance and Transfer of Promissory Notes under Contract No. 4/p of January 24, 1997 | August 25, 1998 | 3,000,000.00 |
| 9 | Statement of Transfer of Promissory Notes of MMK OJSC | December 16, 1997 | 404,000.00 |
| 10 | Statement of Offset of Mutual Obligations | July 19, 1999 | 30,931,617.00 |
| 11 | Statement No. 42-01/859 of Settlement of Accounts Between Tyumentransgaz Co., Krasnouralskmezhraygaz, the Mining Enrichment Plant of Kachkanar, and Ural CJSC [closed joint stock company] | April 1, 1999 | 3,000,000.00 |
| 12 | Statement of Offset of Mutual Obligations Between Vanadiy JSC of Kachkanar, Promtekhsnab LLC of Yekaterinburg, and Krasnouralskmezhraygaz JSC of Krasnouralsk | May 14, 1999 | 216,012.00 |
| 13 | Statement of Offset of Mutual Obligations No. 42-01/368 | February 24, 1997 | 5,000,000.00 |
| 14 | Statement of Offset of Mutual Obligations No. 16816 Between Vanadiy JSC of Kachkanar, Promtekhsnab LLC of Yekaterinburg, and Krasnouralskmezhraygaz JSC of Krasnouralsk | June 10, 1998 | 345,446.42 |
| 15 | Statement of Offset of Mutual Obligations Between Vanadiy Mining Enrichment Plant of Kachkanar, Krasnouralskmezhraygaz JSC, and Kamenniy Poyas CJSC | June 2, 1999 | 900,000.00 |
| 16 | Statement No. 42-01/505 of Settlement of Payment Requests Between the Mining Enrichment Plant of Kachkanar, Krasnouralskmezhraygaz, and Tyumentransgaz | June 25, 1997 | 7,000,000.00 |
| 17 | Agreement No. 6-VP/109 on offset of mutual indebtedness | March 17, 1997 | 3,000,000.00 |
|  | Statement No. 6-VP/109 of offset of mutual claims | March 17, 1997 | |
| 18 | Statement of offset of mutual claims between Vanadiy Mining Enrichment Plant of Kachkanar OJSC and Krasnouralskmezhraygaz OJSC under contract No. 4/p for the supply of natural gas, dated January 24, 1997 | June 5, 1999 | 2,908,973.90 |
|  | | **TOTAL:** | **68,006,049.32** |

As a result of this payment, the Debtor's indebtedness to the Creditor under contract No. 4/p of January 24, 1997 was **22,719,033.40 rubles**. This amount was calculated by subtracting the amount of indebtedness paid (68,006,049.32 rubles) from the total amount of the Debtor's indebtedness to the Creditor under contract No. 4/p of January 24, 1997 (90,725,082.72 rubles).

To confirm this, the Debtor and the Creditor signed a Statement of Reconciliation of Mutual Payments between the Debtor and the Creditor as of December 15, 1999.

However, the Debtor has not yet made full payment under contract No. 4/p of January 24, 1997.

Following article 516 of the Civil Code of the Russian Federation, on February 4, 2000, Krasnouralskmezhraygaz OJSC made a request to Vanadiy Mining Enrichment Plant of Kachkanar OJSC to pay its indebtedness to Krasnouralskmezhraygaz OJSC under contract No. 4/p of January 24, 1997 for the supply of natural gas in the amount of 22,719,033.40 rubles.

In response to this request, Krasnouralskmezhraygaz OJSC received from Vanadiy Mining Enrichment Plant of Kachkanar OJSC a letter (their ref. 4050-110A, dated February 8, 2000), according to which Vanadiy Mining Enrichment Plant of Kachkanar OJSC admitted its indebtedness to Krasnouralskmezhraygaz OJSC under contract No. 4/p of January 24, 1997, for the supply of natural gas in the amount of 22,719,033.40 rubles, but refused to pay it.

Taking into account the above, Krasnouralskmezhraygaz OJSC **again** asks Vanadiy Mining Enrichment Plant of Kachkanar OJSC to pay its indebtedness to Krasnouralskmezhraygaz OJSC under contract No. 4/p of January 24, 1997, for the supply of natural gas in the amount of 22,719,033.40 rubles. Otherwise, Krasnouralskmezhraygaz OJSC will seek judicial protection of its rights, including by using the bankruptcy procedure provided by the Federal Law on Insolvency (Bankruptcy).

Respectfully,

[signature]

V.G. Shishkin

General Director
Krasnouralskmezhraygaz OJSC

[round stamp: Krasnouralskmezhraygaz Open Joint Stock Company, Sverdlovsk Oblast, city of Krasnouralsk, registration No. 197, series VI-KI, Russia]

Exhibit 13
August 22, 2000

[illegible]
Sverdlovsk

*Приложение №4*

Генеральному директору
ОАО «Качканарский горно-обогатительный
комбинат «Ванадий»
А.А.Козицыну

15 февраля 2000 года

### ПРЕТЕНЗИЯ

Между Открытым акционерным обществом «Красноуральскмежрайгаз» (далее Кредитор) и Открытым акционерным обществом «Качканарский горно-обогатительный комбинат «Ванадий» (далее Должник) 24 января 1997 года был заключен Договор № 4/п на снабжение природным газом. На основании данного договора между Кредитором и Должником с 1.01.1997 года по 31.12.1998 года существовали отношения по поставке газа.

В соответствии с вышеуказанным договором Кредитор исполнил обязательства по поставке природного газа надлежащим образом. Руководствуясь п.3.5. договора № 4/п от 24.01.1997 года стороны подтвердили поставку (получение) природного газа оформлением и подписанием двухсторонних актов, а именно:

| № п/п | Дата составления акта | Период поставки газа | Количество поставленного газа (в тыс. норм. м3) |
|---|---|---|---|
| 1 | 31 января 1997 года | Январь 1997 года | 12 000 |
| 2 | 28 февраля 1997 года | Февраль 1997 года | 9 900 |
| 3 | 30 марта 1997 года | Март 1997 года | 11 100 |
| 4 | 30 апреля 1997 года | Апрель 1997 года | 9 700 |
| 5 | 02 июня 1997 года | Май 1997 года | 10 000 |
| 6 | 01 июля 1997 года | Июнь 1997 года | 10 400 |
| 7 | 01 августа 1997 года | Июль 1997 года | 13 711 |
| 8 | 01 сентября 1997 года | Август 1997 года | 10 720 |
| 9 | 01 октября 1997 года | Сентябрь 1997 года | 10560 |
| 10 | 01 ноября 1997 года | Октябрь 1997 года | 9 070 |
| 11 | 02 декабря 1997 года | Ноябрь 1997 года | 8 560 |
| 12 | 26 декабря 1997 года | Декабрь 1997 года | 9 100 |
| 13 | 30 января 1998 года | Январь 1998 года | 12 760 |
| 14 | 26 февраля 1998 года | Февраль 1998 года | 10 190 |
| 15 | 31 марта 1998 года | Март 1998 года | 9 900 |
| 16 | 24 апреля 1998 года | Апрель 1998 года | 8 040 |
| 17 | 31 мая 1998 года | Май 1998 года | 13 600 |
| 18 | 01 июля 1998 года | Июнь 1998 года | 12 480 |
| 19 | 30 июля 1998 года | Июль 1998 года | 10 303 |
| 20 | 31 августа 1998 года | Август 1998 года | 11 900 |
| 21 | 01 октября 1998 года | Сентябрь 1998 года | 12 370 |
| 22 | 31 октября 1998 года и Приложение к акту от 31 октября 1998 года | Октябрь 1998 года | 13 490 |

A - 1165

ОТ:Х

НОМЕР ТЕЛЕФОНА:

ДЕК. 21 2001 15:05 СТР2

| 23 | 01 декабря 1998 года и Приложение к акту от 01 декабря 1998 года | Ноябрь 1998 года | 10 018 |
| 24 | 28 декабря 1998 года | Декабрь 1998 года | 6 407 |

На основании подписанных Должником и Кредитором Актов поставки (получения) природного газа Кредитор выставил Должнику счета-фактуры на оплату, а именно:

| № п/п | Дата Акта поставки (получения) природного газа | Номер и дата счета-фактуры на оплату | Сумма по счету-фактуре/счету (с учетом деноминации), в руб. |
|---|---|---|---|
| 1 | 31 января 1997 года | № 138 от 14 февраля 1997 года | 4 164 148=80 |
| 2 | 28 февраля 1997 года | № 240 от 07 марта 1997 года | 3 375 108=00 |
| 3 | 30 марта 1997 года | № 396 от 03 апреля 1997 года | 3 784 212=00 |
| 4 | 30 апреля 1997 года | № 514 от 30 апреля 1997 года | 3 306 924=00 |
| 5 | 02 июня 1997 года | № 561 от 30 мая 1997 года | 3 409 200=00 |
| 6 | 01 июля 1997 года | № 669 от 30 июня 1997 года | 3 545 568=00 |
| 7 | 01 августа 1997 года | № 739 от 31 июля 1997 года | 4 674 354=12 |
| 8 | 01 сентября 1997 года | № 824 от 29 августа 1997 года | 3 654 662=40 |
| 9 | 01 октября 1997 года | № 899 от 30 сентября 1997 года | 3 600 115=20 |
| 10 | 01 ноября 1997 года | № 1006 от 31 октября 1997 года | 3 092 144=40 |
| 11 | 02 декабря 1997 года | № 1074 от 28 ноября 1997 года | 2 918 275=20 |
| 12 | 26 декабря 1997 года | № 1141 от 29 декабря 1997 года | 3 205 020=00 |
| 13 | 30 января 1998 года | № 69 от 30 января 1998 года | 4 494 072=00 |
| 14 | 26 февраля 1998 года | № 163 от 27 февраля 1998 года | 3 588 918=00 |
| 15 | 31 марта 1998 года | № 273 от 31 марта 1998 года | 3 486 780=00 |
| 16 | 24 апреля 1998 года | № 378 от 27 апреля 1998 года | 2 831 688=00 |
| 17 | 31 мая 1998 года | № 459 от 29 мая 1998 года | 4 789 920=00 |
| 18 | 01 июля 1998 года | № 578 от 30 июня 1998 года | 4 395 456=00 |
| 19 | 30 июля 1998 года | № 742 от 31 июля 1998 года | 3 628 716=60 |
| 20 | 31 августа 1998 года | № 857 от 31 августа 1998 года | 4 191 180=00 |
| 21 | 01 октября 1998 года | № 972 от 30 сентября 1998 года | 4 356 714=00 |
| 22 | 31 октября 1998 года | № 1109 от 30 октября 1998 года | 4 751 178=00 |
| 23 | 01 декабря 1998 года | № 1276 от 30 ноября 1998 года № 1354 от 25 декабря 1998 года | 3 528 339=60 1 695 843=00 |
| 24 | 28 декабря 1998 года | № 1371 от 29 декабря 1998 года | 2 256 545=40 |
| | | **ИТОГО** | **90 725 082=72** |

Таким образом, согласно счетам-фактурам, стоимость поставленного по договору № 4/п от 24.01.1997 года природного газа составила 90 725 082=72 рубля.

Согласно п. 5.3. Договора № 4/п от 24 января 1997 года Кредитор выставил Должнику платежные требования, а именно:

| № п/п | Номер и дата платежного требования | Сумма по платежному требованию (с учетом деноминации), в руб. |
|---|---|---|
| 1 | № 15 от 17 февраля 1997 года | 4 164 148=80 |

2

A - 1166

ОТ:Х                    НОМЕР ТЕЛЕФОНА:                    ДЕК. 21 2001 15:05   СТР3

| 2 | № 23 от 8 апреля 1997 года | 7 159 320=00 |
|---|---|---|
| 4 | № 47 от 29 мая 1997 года | 3 306 924=00 |
| 5 | № 60 от 26 июня 1997 года | 3 409 200=00 |
| 6 | № 64 от 14 июля 1997 года | 3 545 568=00 |
| 7 | № 73 от 13 августа 1997 года | 4 674 354=12 |
| 8 | № 88 от 8 сентября 1997 года | 3 654 662=40 |
| 9 | № 95 от 13 октября 1997 года | 3 600 115=20 |
| 10 | № 56 от 11 ноября 1997 года | 3 092 144=40 |
| 11 | № 81 от 9 января 1998 года | 2 918 275=20 |
| 12 | № 72 от 9 февраля 1998 года | 3 205 020=00 |
| 13 | № 84 от 3 февраля 1998 года | 4 494 072=00 |
| 14 | № 105 от 11 марта 1998 года | 3 588 918=00 |
| 15 | № 115 от 28 апреля 1998 года | 3 486 780=00 |
| 16 | № 128 от 14 мая 1998 года | 2 831 688=00 |
| 17 | № 142 от 8 июня 1998 года | 4 789 920=00 |
| 18 | № 154 от 8 июля 1998 года | 4 395 456=00 |
| 19 | № 165 от 3 августа 1998 года | 3 628 716=60 |
| 20 | № 174 от 15 сентября 1998 года | 4 191 180=00 |
| 21 | № 193 от 19 октября 1998 года | 4 356 714=00 |
| 22 | № 202 от 16 ноября 1998 года | 4 751 178=00 |
| 23 | № 212 от 3 декабря 1998 года | 3 528 339=60 |
|  | № 216 от 25 декабря 1998 года | 1 695 843=00 |
| 24 | № 301 от 18 января 1999 года | 2 256 545=40 |
|  | **ИТОГО** | **90 725 082=72** |

Указанная задолженность перед Кредитором по договору № 4/п от 24.01.1997 года была частично погашена Должником, что подтверждается следующими документами:

| № п/п | Наименование документа | Дата заключения | Сумма (с учетом деноминации), в руб. |
|---|---|---|---|
| 1 | Акт передачи простых векселей ОАО «НТМК» | 16 декабря 1997 года | 1 000 000=00 |
| 2 | Акт приема-передачи простого векселя | 22 февраля 1999 года | 2 000 000=00 |
| 3 | Акт передачи простых векселей ОАО «НТМК» | 3 декабря 1997 года | 1 000 000=00 |
| 4 | Акт приема-передачи простого векселя | 08 апреля 1999 года | 5 000 000=00 |
| 5 | Акт передачи простых векселей ОАО Качканарский горно-обогатительный комбинат ВАНАДИЙ | 30 марта 1997 года | 300 000=00 |
| 6 | Акт приема-передачи векселей | 14 апреля 1998 года | 500 000=00 |
| 7 | Акт приема-передачи простых векселей АООТ «Западно-сибирский металлургический комбинат» | 29 января 1997 года | 1 500 000=00 |
| 8 | Акт приема-передачи простых векселей к Договору № 4/п от | 25 августа 1998 года | 3 000 000=00 |

3

A - 1167

| | | 24.01.1997 г. | | |
|---|---|---|---|---|
| 9 | Акт передачи простых векселей ОАО «ММК» | 16 декабря 1997 года | 404 000=00 | |
| 10 | Акт зачета взаимных требований | 19 июля 1999 года | 30 931 617=00 | |
| 11 | Акт № 42 – 01/859 на проведение взаиморасчетов между П «Тюментрансгаз», Красноуральскмежрайгаз, Качканарский ГОК, ЗАО ТД «Урал» | 01 апреля 1999 года | 3 000 000=00 | |
| 12 | Акт зачета взаимных требований между АО «Ванадий» г.Качканар, ООО«Промтехснаб» г.Екатеринбург, АО«Красноуральсмежрайгаз» г.Красноуральск | 14 мая 1999 года | 216 012=00 | |
| 13 | Акт зачета взаимных требований № 42-01/368 | 24 февраля 1997 года | 5 000 000=00 | |
| 14 | Акт зачета взаимных требований № 16816 между АО «Ванадий» г.Качканар, ООО «Промтехснаб» г.Екатеринбург,АО«Красноуральск межрайгаз» г. Красноуральск | 10 июня 1998 года | 345 446=42 | |
| 15 | Акт зачета взаимных требований между ОАО КГОК «Ванадий», ОАО «Красноуральскмежрайгаз», ЗАО УМСК «Каменный пояс» | 02 июня 1999 года | 900 000=00 | |
| 16 | Акт № 42 – 01/505 на проведение взаимозачета пл. требований между предприятиями Качканарский ГОК, Красноуральскмежрайгаз, ДП Тюментрансгаз | 25 июня 1997 года | 7 000 000=00 | |
| 17 | Соглашение № 6-ВР/109 о зачете взаимной задолженности Акт № 6-ВР/109 зачета взаимных требований | 17 марта 1997 года 17 марта 1997 года | 3 000 000=00 | |
| 18 | Акт зачета взаимных требований между ОАО «КГОК «Ванадий» и ОАО «Красноуральскмежрайгаз» по договору на снабжение природным газом № 4/п от 24.01.1997 года | 05 июня 1999 года | 2 908 973=90 | |
| | | **ИТОГО:** | **68006049=32** | |

В результате данного погашения задолженность Должника перед Кредитором по договору № 4/п от 24.01.1997 года составила 22 719 033=40 рубля. Указанная сумма получилась в результате вычитания из общего размера задолженности Должника перед Кредитором по договору № 4/п от 24.01.1997 года (90 725 082=72 рубля) суммы погашенной задолженности (68 006 049=32 рублей).

В подтверждении этого Должник и Кредитор подписали Акт сверки взаимных расчетов между Должником и Кредитором по состоянию на 15.12.1999 года.



Однако до настоящего момента Должник не произвел оплату по договору № 4/п от 24.01.1997 года в полном объеме.

Руководствуясь ст. 516 Гражданского Кодекса Российской Федерации, ОАО «Красноуральскмежрайгаз» 4 февраля 2000 года обратилось в адрес ОАО «Качканарский горно-обогатительный комбинат «Ванадий» с требованием погасить образовавшуюся перед ОАО «Красноуральскмежрайгаз» задолженность по договору № 4/п от 24.01.1997 года на снабжение природным газом в размере 22 719 033=40 рубля.

В ответ на указанное требование ОАО «Красноуральскмежрайгаз» получило от ОАО «Качканарский горно-обогатительный комбинат «Ванадий» письмо (исх.№ 4050-110А от 8 февраля 2000 года), в соответствии с которым ОАО «Качканарский горно-обогатительный комбинат «Ванадий» признало свою задолженность перед ОАО «Красноуральскмежрайгаз» по договору № 4/п от 24.01.1997 года на снабжение природным газом в размере 22 719 033=40 рубля, но отказалось ее погасить.

Принимая во внимание изложенное выше, ОАО «Красноуральскмежрайгаз» повторно просит ОАО «Качканарский горно-обогатительный комбинат «Ванадий» погасить образовавшуюся перед ОАО «Красноуральскмежрайгаз» задолженность по договору № 4/п от 24.01.1997 года на снабжение природным газом в размере 22 719 033=40 рубля. В противном случае, ОАО «Красноуральскмежрайгаз» обратится за защитой своих прав в судебном порядке, в том числе с использованием процедуры банкротства, предусмотренной Федеральным законом «О несостоятельности (банкротстве)».

С уважением,
Генеральный директор
ОАО «Красноуральскмежрайгаз»                                        В.Г.Шишкин

5

A - 1169

Exhibit 9

[company logo]

**Public Joint Stock Company**
**Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY**
[Vanadium Mining and Processing Works of Kachkanar]
624356 Russia, Sverdlovsk Oblast, Kachkanar, ul. Sverdlova, 2
Teletype: 721255 Ruda       Fax: 007 (34341) 21650
Telex: 721730 Kupets SU
Settlement Account # 40702810531201000090
at OAO Uralpromstroybank Branch in Nizhnyaya Tura
Correspondent Account # 30101810600000000762
Taxpayer ID: 6615001962     Banking Code: 046552762
OKPO [All-Russia Classification of Enterprises and Organizations]:
00186938

**To:**    **Mr. V. G. Shishkin, Director**
          **OAO Krasnoural'skmezhraygaz**

Dated February 8, 2000    No. 4050–110 A

In response to your letter dated February 4, 2000 (Ref. No. 370 received February 7, 2000), OAO [public joint stock company] Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY [Vanadium Mining and Processing Works of Kachkanar] advises as follows:

1. OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY hereby confirms that on January 24, 1997, Natural Gas Delivery Contract No. 4/p was entered into by and between the Public Joint Stock Company Krasonural'skmezhraygaz (hereinafter referred to as the "Lender") and the Public Joint Stock Company Kachkanarskiy gorno-obogatitel'nyi kombinat Vanadiy (hereinafter referred to as the "Debtor"). Based on this contract, gas delivery relations existed between the Lender and the Debtor from January 01, 1997 through December 31, 1998.

2. OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY hereby confirms that, in accordance with the above-mentioned contract, the Lender made natural gas deliveries during 1997 and 1998.

3. OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY hereby confirms that the invoice amount of the gas delivered under Contract No. 4p dated January 24, 1997 was 67,692,021 rubles. This liability was partially discharged by the Debtor. As a result of such discharge, the liability of OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY to the Lender under Contract No. 4p dated January 24, 1997 became 22,424,392.04 rubles. In confirmation thereof, the Debtor and the Lender executed a Certificate of Clearing and Reconciliation between the Debtor and the Lender as of December 1, 1999.

4. OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY hereby **acknowledges** the demand made by OAO Krasonural'skmezhraygaz under Natural Gas Delivery Contract No. 4p dated January 24, 1997 for **22,424,392.04 rubles**.

A - 1170

5. OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY hereby confirms that OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY **did not discharge the liability** accrued under Natural Gas Delivery Contract No. 4p dated January 24, 1997 to OAO Krasonural'skmezhraygaz for **22,424,392.04 rubles**.

6. OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY hereby notifies you that that said liability will not be discharged because of the lack of funds of OAO Kachkanarskiy gorno-obogatitel'nyi kombinat VANADIY.

[signature]

A. A. Kozitsyn

General Director
OAO Kachkanarskiy gorno-
obogatitel'nyi kombinat VANADIY

[seal]

A - 1171