Дополнительное соглашение № 3
к Договору поставки № 4 от «26» июля 1999 г.

г. Москва                                                    «30» августа 1999 г.

ООО "НЭКСИЗ", именуемое в дальнейшем «Поставщик», с одной стороны, и ОАО «Качканарский ГОК «Ванадий», именуемое в дальнейшем «Покупатель», с другой стороны (вместе по тексту именуются – Стороны), заключили настоящее Дополнительное соглашение № 3 (далее - «Дополнительное соглашение № 3») к Договору поставки № 4 от «26» июля 1999 г. (далее – «Договор») о нижеследующем:

Поставщик обязуется поставить Покупателю на условиях Договора, а Покупатель обязуется принять и оплатить Товар согласно следующей спецификации:

### СПЕЦИФИКАЦИЯ ТОВАРА.

1. Стальная заготовка, ГОСТ 380-94, ТУ-14-1-5237-93.
Качество поверхности – 1 категория, ТУ-14-1-4492-88.
Упаковка – связки по 6 тонн.
Минимальная загрузка вагонов – 60 тонн.

| № п/п | Размер, мм | Длина мерная, мм | Сталь | Количество, т. |
|---|---|---|---|---|
| 1 | 125х125 | 12000(+/-100) | 5 СП/ПС | 8 000 |
| 2 | 130х130 | 8000(+/-100) | 5 СП/ПС | 6 000 |
| 3 | 130х130 | 8000(+/-100) | 4 СП/ПС | 4 000 |
| 4 | 100х100 | 8000(+/-100) | 5 СП/ПС | 3 000 |
| 5 | 100х100 | 6000(+/-100) | 5 СП/ПС | 4 000 |
| 6 | 130х130 | 11700(+/-100) | 0,8 К | 6 000 |

Общее количество по Дополнительному соглашению 31 000 (+/- 5%) тонн.
2. Цена за 1 тонну- 3 171,60 (Три тысячи сто семьдесят одна целая шестьдесят сотых) рубля за тонну, в том числе НДС 20%=528,60 рублей.
3. Срок поставки: сентябрь 1999г.
4. Общая стоимость по Дополнительному соглашению № 3 составляет 98 319 600 (Девяносто восемь миллионов триста девятнадцать тысяч шестьсот) рублей, в том числе НДС 20%=16 386 600 руб.
5. Указанные цены действительны только на данную партию Товара.
6. Дополнительное соглашение № 3 является неотъемлемой частью Договора поставки № 4 от «26» июля 1999 г.

### Подписи сторон:

Покупатель:                                              Поставщик:

Д.А. Хайдаров                                          В.И. Зимогляд

Дополнение № 2
к Договору поставки № 4 от «26» июля 1999 г.

г. Москва                                              «20» сентября 1999 г

ООО "НЭКСИЗ», именуемое в дальнейшем «Поставщик», с одной стороны, и ОА(
«Качканарский ГОК «Ванадий», именуемое в дальнейшем «Покупатель», с другой сторон:
(вместе по тексту именуются – Стороны), заключили настоящее Дополнение №2 (далее
«Дополнение №2») к Договору поставки № 4 от «26» июля 1999 г. (далее – «Договор»)
нижеследующем:

1.      С 20 сентября 1999 года Покупатель осуществляет безналичные расчеты
Поставщиком согласно пункта 2.6 Договора по следующим реквизитам:
ИНН 0814113973 ООО «Полипром», р/с 40702810800090000040 в ФАКБ «МДМ» г.Элист
к/с 30301810600011680006 в АКБ «МДМ» г.Москва БИК 044525466, с указанием
назначении платежа об оплате за ООО «Нэксиз» в счет Договора комиссии №03/Н-ПРО!
от 09.07.1999г.

2. Дополнение №2 вступает в силу с даты заключения и является неотъемлем(
частью Договора.

Покупатель:                          Поставщик:

Д.А. Хайдаров                        В.Н. Зимогляд

A - 1418

19.NOV.1999  11:10

**Дополнение № 1**
к Договору поставки № 4 от «26» июля 1999 г.

г. Москва                                                           «20» сентября 1999 г.

ООО "НЭКСИЗ", именуемое в дальнейшем «Поставщик», с одной стороны, и ОАО «Качканарский ГОК «Ванадий», именуемое в дальнейшем «Покупатель», с другой стороны (вместе по тексту именуются – Стороны), заключили настоящее Дополнение №1 (далее - «Дополнение №1») к Договору поставки № 3 от «26» июля 1999 г. (далее – «Договор») о нижеследующем:

1. Изложить пункт 2.6. Договора в следующей редакции:
«2.6. Расчеты между Сторонами производятся путем перечисления денежных средств на расчетный счет Поставщика, либо на счета третьих лиц по поручению Поставщика, о чем Стороны заключают Дополнение, являющееся неотъемлемой частью Договора. Расчет между Сторонами производится также ценными бумагами, о чем стороны составляют соответствующие акты, зачетом взаимных требований, другими финансовыми инструментами».

2. Дополнение №1 вступает в силу с даты заключения и является неотъемлемой частью Договора.

Покупатель:                                    Поставщик:

П.А. Хайдаров                                  В.Н. Зимогляд

**Дополнительное соглашение № 5**
**к Договору поставки № 4 от «26» июля 1999 г.**

г. Москва                                                          «29» октября 1999 г.

ООО "НЭКСИЗ», именуемое в дальнейшем «Поставщик», с одной стороны, и ОАО «Качканарский ГОК «Ванадий», именуемое в дальнейшем «Покупатель», с другой стороны (вместе по тексту именуются – Стороны), заключили настоящее Дополнительное соглашение № 5 (далее - «Дополнительное соглашение № 5») к Договору поставки № 4 от «26» июля 1999 г. (далее – «Договор») о нижеследующем:

Поставщик обязуется поставить Покупателю на условиях Договора, а Покупатель обязуется принять и оплатить Товар согласно следующей спецификации:

### СПЕЦИФИКАЦИЯ ТОВАРА.

1. Стальная заготовка, ГОСТ 380-94, ТУ-14-1-5237-93.
Качество поверхности – 1 категория, ТУ-14-1-4492-88.
Упаковка – связки по 6 тонн.
Минимальная загрузка вагонов – 60 тонн.

| № п/п | Размер, мм | Длина мерная, мм | Марка стали | Количество, т. |
|---|---|---|---|---|
| 1 | 100x100 | 11800(+/-100) | 5 СП/ПС | 15 000 |
| 2 | 125x125 | 12000(+/-100) | Хим. состав: C – 0,16-0,22%, Si – 0,25-0,50%, Mn – 0,60-0,90%, S, P не более 0,04%. | 10 000 |
| 3 | 150x150 | 9500(+/-100) | 3 СП | 10 000 |
| 4 | 130x130 | 5000(+/-100) | 5 СП/ПС | 10 000 |
| 5 | 130x130 | 8000(+/-100) | 3 СП/ПС | 10 000 |

Общее количество по Дополнительному соглашению 55 000 (+/- 5%) тонн.
2. Цена за 1 тонну- 3 171.60 (Три тысячи сто семьдесят одна целая шестьдесят сотых) рубля за тонну, в том числе НДС 20%=528,60 рублей.
3. Срок поставки: ноябрь 1999г.
4. Общая стоимость по Дополнительному соглашению № 5 составляет 174 438 000 (Сто семьдесят четыре миллиона четыреста тридцать восемь тысяч) рублей, в том числе НДС 20%=29 073 000 руб.
5. Указанные цены действительны только на данную партию Товара.
6. Дополнительное соглашение № 5 является неотъемлемой частью Договора поставки № 4 от «26» июля 1999 г.

**Подписи сторон:**

Покупатель:                                                   Поставщик:

Д. А. Хайдаров                                              В.Н. Зимогляд

Дополнительное соглашение № 5 к Договору поставки № 4 от 26.07.99 г.

A - 1420

**Дополнительное соглашение № 6**
**к Договору поставки № 4 от «26» июля 1999 г.**

г. Москва                                                                «30» ноября 1999 г.

ООО "НЭКСИЗ», именуемое в дальнейшем «Поставщик», с одной стороны, и ОАО «Качканарский ГОК «Ванадий», именуемое в дальнейшем «Покупатель», с другой стороны (вместе по тексту именуются – Стороны), заключили настоящее Дополнительное соглашение № 6 (далее - «Дополнительное соглашение № 6») к Договору поставки № 4 от «26» июля 1999 г. (далее – «Договор») о нижеследующем:

Поставщик обязуется поставить Покупателю на условиях Договора, а Покупатель обязуется принять и оплатить Товар согласно следующей спецификации:

## СПЕЦИФИКАЦИЯ ТОВАРА.

1. Стальная заготовка, ГОСТ 380-94, ТУ-14-1-5237-93.
Качество поверхности – 1 категория, ТУ-14-1-4492-88.
Упаковка – связки по 6 тонн.
Минимальная загрузка вагонов – 60 тонн.

| № п/п | Размер, мм | Длина мерная, мм | Марка стали | Количество, т. |
|---|---|---|---|---|
| 1 | 125x125 | 11800(+/-100) | 5 СП/ПС | 10 000 |
| 2 | 125x125 | 12000(+/-100) | 3 СП | 5 000 |
| 3 | 140x140 | 12000(+/-100) | 3 СП/ПС | 20 000 |
| 4 | 100x100 | 6000(+/-100) | 3 СП/ПС | 5 000 |
| 5 | 130x130 | 5000(+/-100) | 2 СП/ПС | 5 000 |
| 6 | 130x130 | 8000(+/-100) | 3 СП/ПС | 10 000 |

Общее количество по Дополнительному соглашению 55 000 (+/- 5%) тонн.
2. Цена за 1 тонну- 3 171.60 (Три тысячи сто семьдесят одна целая шестьдесят сотых) рубля за тонну, в том числе НДС 20%=528,60 рублей.
3. Срок поставки: декабрь 1999г.
4. Общая стоимость по Дополнительному соглашению № 6 составляет 174 438 000 (Сто семьдесят четыре миллиона четыреста тридцать восемь тысяч) рублей, в том числе НДС 20%=29 073 000 руб.
5. Указанные цены действительны только на данную партию Товара.
6. Дополнительное соглашение № 6 является неотъемлемой частью Договора поставки № 4 от «26» июля 1999 г.

### Подписи сторон:

Покупатель:                                                         Поставщик:

Д.А. Хайдаров                                                       В.Н. Зюкосов

Дополнительное соглашение № 6 к Договору поставки № 4 от 26.07.99 г.

Дополнительное соглашение № 7
к Договору поставки № 4 от «26» июля 1999 г.

г. Москва                                                  «30» декабря 1999 г.

ООО "НЭКСИЗ», именуемое в дальнейшем «Поставщию», с одной стороны, и ОАО «Качканарский ГОК «Ванадий», именуемое в дальнейшем «Покупатель», с другой стороны (вместе по тексту именуются – Стороны), заключили настоящее Дополнительное соглашение № 7 (далее - «Дополнительное соглашение № 7») к Договору поставки № 4 от «26» июля 1999 г. (далее – «Договор») о нижеследующем:

Поставщик обязуется поставить Покупателю на условиях Договора, а Покупатель обязуется принять и оплатить Товар согласно следующей спецификации:

### СПЕЦИФИКАЦИЯ ТОВАРА.

1. Стальная заготовка, ГОСТ 380-94, ТУ-14-1-5237-93.
Качество поверхности – 1 категория, ТУ-14-1-4492-88.
Упаковка – связки по 6 тонн.
Минимальная загрузка вагонов – 60 тонн.

| № п/п | Размер, мм | Длина мерная, мм | Сталь | Количество, т. |
|---|---|---|---|---|
| 1 | 130x130 | 5000(+/-100) | 2 СП/ПС | 5 000 |
| 2 | 130x130 | 5000(+/-100) | 5 СП | 5 000 |
| 3 | 120x120 | 9000(+/-100) | 3 СП/ПС | 10 000 |
| 4 | 150x150 | 9500(+/-100) | 3 СП | 10 000 |
| 5 | 130x130 | 12000(+/-100) | 3 СП/ПС | 25 000 |

Общее количество по Дополнительному соглашению 55 000 (+/- 5%) тонн.
2. Цена за 1 тонну- 3 060 (Три тысячи шестьдесят) рублей за тонну, в том числе НДС 20%=510 рублей.
3. Срок поставки:  январь 2000 г.
4. Общая стоимость по Дополнительному соглашению № 7 составляет 168 300 000 (Сто шестьдесят восемь миллионов триста тысяч) рублей, в том числе НДС 20%=28 050 000 руб.
5. Указанные цены действительны только на данную партию Товара.
6. Дополнительное соглашение № 7 является неотъемлемой частью Договора поставки № 4 от «26» июля 1999 г.

### Подписи сторон:

Покупатель:                                             Поставщик:

Л.С. Хайдаров                                          В.Н. Зим... «НЭКСИЗ» "NEXIS"

Дополнительное соглашение № 7 к Договору поставки № 4 от 26.07.99 г.

A - 1423

[letterhead – "Nexis" Limited Liability Company]

Out. No. 37-00 of 8/29/2000

> Joint Stock Company "Kachkanar Iron Ore
> Mining & Dressing Concern 'Vanady'"
> (hereinafter JSC KGOK "Vanady")
>
> Oleg Stanislavich Kozyrev
> Receiver in bankruptcy
>
> from Creditor – "Nexis" Limited Liability
> Company (hereinafter
> "Nexis" LLC)

## APPLICATION
### to have "Nexis" LLC acknowledged as a creditor
### of Joint Stock Company
### "Kachkanar Iron Ore Mining & Dressing Concern 'Vanady'"

"Nexis" Limited Liability Company (hereinafter "Nexis" LLC) is attaching documents to substantiate "JSC Kachkanar Iron Ore Mining & Dressing Concern 'Vanady's'" indebtedness to "Nexis" LLC, namely:

1.)     On 7/26/1999, "Nexis" LLC (Supplier) and "JSC Kachkanar GOK 'Vanady'" (Buyer) executed **Supply Contract No. 4**, as well as Additions Nos. 1-4 of 9/20/9199, 9/20/1999, 9/15/9199, and 12/29/1999 respectively, and Supplemental Agreements Nos. 1, 2, and 5-8 of 7/26/1999, 8/27/1999, 10/29/1999, 11/30/1999, 12/30/1999 and 1/26/2000 respectively **(Attachment No. 1)**, in which Supplier undertook to deliver metal products (Goods) to Buyer, and Buyer undertook to accept and pay for the Goods delivered.

   1.1)   On 1/5/2000, the parties signed a settlement reconciliation document for the products delivered **(Attachment No. 2)** in which "JSC Kachkanar GOK 'Vanady'" acknowledged that it owed "Nexis" LLC **168,948,617.58** (one hundred and sixty-eight million nine hundred and forty-eight thousand six hundred and seventeen) rubles 58 kopecks for the period 1/11/1999 to 12/31/1999.

   1.2)   From 1/1/2000 to 1/27/2000, "Nexis" LLC supplied "JSC Kachkanar GOK 'Vanady'" with metal products in the total amount of **144,393,444** (one hundred and forty-four million, three hundred and ninety-three thousand four hundred and forty-four) rubles, which is supported by invoice No. 6/1 of 1/27/2000 **(Attachment No. 3)** *(copies of railway*

*receipts with the car numbers, cargo weight and shipment date are attached along with the invoice);*

1.3)   From 1/24/2000 to 1/26/2000, "JSC Kachkanar GOK 'Vanady'" paid "Nexis" LLC <u>a total of **86,662,500**</u> (eighty-six million six hundred and sixty-two <u>7/26/1999</u>, which is supported by payment orders No. 39 of 1/24/2000, No. 52 of 1/25/2000, No. 53 of 1/25/2000, and No. 74 of 1/26/2000 **(Attachment No. 4)**;

1.4)     On 1/27/2000, the parties signed a settlement reconciliation document for the products delivered (**Attachment No. 5**) in which "JSC Kachkanar GOK 'Vanady'" acknowledged that it owed "Nexis" LLC **226,679,561.58** (two hundred and twenty-six million six hundred and seventy-nine thousand five hundred and sixty-one) rubles 58 kopecks as of 1-28-2000 under Supply Contract No. 4 of 7/26/1999;

1.5)     From 1/26/2000 to 1/31/2000, "Nexis" LLC supplied "JSC Kachkanar GOK 'Vanady'" with metal products in the total amount of **21,285,513** (twenty-one million two hundred and eight-five thousand five hundred and thirteen) rubles, which is supported by invoice No. 6/2 of 1/31/2000 (**Attachment No. 6**) *(copies of railway receipts with the car numbers, cargo weight and shipment date are attached along with the invoice);*

1.6)     From 1/28/2000 to 1/31/2000, "JSC Kachkanar GOK 'Vanady'" paid "Nexis" LLC a total of **6,510,000** (six million five hundred and ten thousand) rubles pursuant to Supply Contract No. 4 of 7/26/1999, which is supported by payment order No. 81 of 1/28/2000 (**Attachment No. 7**);

1.7)     On 1/31/2000, the parties signed a settlement reconciliation document for the products delivered (**Attachment No. 8**) in which "JSC Kachkanar GOK 'Vanady'" acknowledged that it owed "Nexis" LLC **241,455,074.58** (two hundred and forty-one million four hundred and fifty-five thousand and seventy-four) rubles 58 kopecks as of 02/01/2000 under Supply Contract No. 4 of 7/26/1999;

1.8)     From 2/1/2000 to 2/14/2000, "Nexis" LLC supplied "JSC Kachkanar GOK 'Vanady'" with metal products in the total amount of **30,355,789.20** (thirty million three hundred and fifty-five thousand seven hundred and eighty-nine) rubles 20 kopecks, which is supported by invoice No. 15/1 of 2/14/2000 (**Attachment No. 9**) *(copies of railway receipts with the car numbers, cargo weight and shipment date are attached along with the invoice);*

1.9)     On 2/14/2000, the parties signed a settlement reconciliation document for the products delivered (**Attachment No. 10**) in which "JSC Kachkanar GOK 'Vanady'" acknowledged that it owed "Nexis" LLC **271,810,863.78** (two hundred and seventy-one million eight hundred and ten thousand eight hundred and sixty-three) rubles 78 kopecks as of 02/15/2000 under Supply Contract No. 4 of 7/26/1999;

*1.10)*   From 2/15/2000 to 2/29/2000, "Nexis" LLC supplied "JSC Kachkanar GOK 'Vanady'" with metal products in the total amount of **98,191,725** (ninety-eight million one hundred and ninety-one thousand seven hundred and twenty-five) rubles, which is supported by invoice No. 15/2 of

2/29/2000 **(Attachment No. 11)** *(copies of railway receipts with the car numbers, cargo weight and shipment date are attached along with the invoice);*

1.11) On 2/29/2000, the parties signed a settlement reconciliation document for the products delivered **(Attachment No. 12)** in which "JSC Kachkanar GOK 'Vanady'" acknowledged that it owed "Nexis" LLC **370,002,588.78** (three hundred and seventy million two thousand five hundred and eighty-eight) rubles 78 kopecks as of 03/01/2000 under Supply Contract No. 4 of 7/26/1999;

2

Thus, the total amount which "JSC Kachkanar GOK 'Vanady'" owes "Nexis" LLC pursuant to Supply Contract No. 4 of 7/26/1999 is **370,002,588.78** (three hundred and seventy million two thousand five hundred and eighty-eight) rubles 78 kopecks. Since the entire amount which "JSC Kachkanar GOK 'Vanady'" owes "Nexis" LLC is supported by reconciliation documents, the entire debt of **370,002,588.78** (three hundred and seventy million two thousand five hundred and eighty-eight) rubles 78 kopecks is therefore deemed to have been established in accordance with current legislation.

"Nexis" LLC is attaching the above-listed documents and **once again** drawing the following to your attention:

1) "Nexis" LLC, along with other "JSC Kachkanar GOK 'Vanady" creditors, are against the bankruptcy and believe that the plant's bankruptcy is intentional and that the only reason for it is the unlawful actions of A.A. Kozitsyn's, who used arms to gain control of the plant and then deliberately and methodically brought about and increased "JSC Kachkanar GOK 'Vanady's'" insolvency without taking any pre-trial measures to sanate the plant;

2) During the bankruptcy, as the "JSC Kachkanar GOK 'Vanady'" receiver, you have blatantly violated current legislation, namely:

- the plant's shareholders were not given the opportunity to carry out a pre-trial sanation of the enterprise, which is provided for in arts. 26 and 27 of the Federal Law "On Insolvency (Bankruptcy)";

- we believe that the "JSC Kachkanar GOK 'Vanady'" creditor registry which you have compiled and confirmed, and which is based on information on reconciliation documents signed on behalf of JSC KGOG "Vanady" by an unauthorized person – A.A. Kozitsyn, or by his proxies, is unlawful, for which there is the corresponding court ruling that you have received.

- Because the creditor registry information was distorted, only representatives of A.A. Kozitsyn and/or of firms under his control were elected to the creditor committee, and most of JSC KGOG "Vanady's" creditors, who together account for over 70% of the indebtedness, were not included, which is a major violation of their rights;

- As the JSC KGOK "Vanady" receiver, and aware of the court rulings prohibiting A.A. Kozitsyn from having financial and business dealings or disposing of the plant's assets, you have nevertheless approved the untrue (false) creditor registry;

- Most of the creditors (including foreign creditors) were not notified or were not given timely notice of the date of the first creditors meeting, which blatantly violated and infringed upon their rights as creditors;

- On 8/11/2000, you unlawfully held a meeting of JSC KGOK "Vanady" creditors on 8/11/2000 (sic) in violation of the court ruling prohibiting you personally from holding or postponing it until a final court decision is handed down.

Taking into consideration that a criminal case has been instituted regarding the "JSC Kachkanar GOK 'Vanady'" intentional bankruptcy, we would remind you that in accordance with art. 81 of the Federal Law "On Insolvency (Bankruptcy)'" as the receiver you were duty bound to determine independently whether there is evidence of intentional bankruptcy, as well as to take all the necessary measures to

3

safeguard the assets of the debtor – "JSC Kachkanar GOK 'Vanady'"; however, in violation of the foregoing regulations, you not only failed to carry out the obligations assigned to you but also, by your actions, abetted the plant's intentional bankruptcy and placement in receivership.

In this connection, we would once again caution you regarding your responsibility as a receiver, as well as regarding the fact that each of your actions as the temporary receiver will be evaluated within the framework of civil legal and criminal liability; material on these facts are going to be submitted to law enforcement agencies and subjoined to the materials of the criminal case regarding the plant's intentional bankruptcy.

Based on the foregoing, **we demand** that you:

1) on your own initiative, file a motion with the Sverdlovsk Region Arbitration Court to invalidate the results of the first meeting of JSC KGOK "Vanady" creditors held on 8/11/2000;

2) recompile the registry of creditors, excluding creditors whose debts are supported by settlement reconciliation documents signed by A.A. Kozitsyn or his proxies (including "Lebout Enterprises" LLC);

3) include "Nexis" LLC in the registry of creditors of JSC KGOK "Vanady" with the debt amount indicated above.

4) once again convene and hold a new creditors meeting in the near future, notifying new creditors ahead of time, and place all the agenda items of the 8/11/2000 creditors meeting on the agenda of that meeting.

Please advise "Nexis" LLC of your decisions at: **4 Bolotnaya Square, Bldg. 1, Suite 37, Moscow 109072.**

*Total of 1,540 (one thousand five hundred and forty) pages attached, including:*

**Attachment No. 1:**
1. Supply Agreement No. 4 of 7/26/1999 (4 (four) page notarized copy);
2. Attachment No. 1 of 9/20/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);
3. Attachment No. 2 of 9/20/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);
4. Attachment No. 3 of 9/15/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);
5. Attachment No. 4 of 12/29/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);

6.  Supplemental Agreement No. 1 of 7/26/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);

7.  Supplemental Agreement No. 2 of 8/27/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);

8.  Supplemental Agreement No. 5 of 10/29/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);

9.  Supplemental Agreement No. 6 of 11/30/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);

10. Supplemental Agreement No. 7 of 12/30/1999 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);

4

11.    Supplemental Agreement No. 8 of 1/26/2000 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page notarized copy);

**Attachment No. 2:**
1.    Settlement reconciliation document between "JSC Kachkanar GOK 'Vanady'" and "Nexis" LLC as of 1/5/2000 pursuant to Supply Agreement No. 4 of 7/26/1999 for the period 1/11/1999 to 12/31/1999 (1 (one) page notarized copy);

**Attachment No. 3:**
1.    Invoice No. 6/1 of 1/27/2000 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page copy bearing the "Nexis" LLC seal);
2.    Attachment to invoice No. 6/1 of 1/27/2000 (5 (five) page copy bearing the "Nexis" LLC seal);
3.    Copies of railway receipts to invoice No. 6/1 of 1/27/2000 (753 (seven hundred and fifty-three) pages).

**Attachment No. 4:**
1.    Payment order No. 39 of 1/24/2000 (1 (one) page copy bearing the "Nexis" LLC seal);
2.    Payment order No. 52 of 1/25/2000 (1 (one) page copy bearing the "Nexis" LLC seal);
3.    Payment order No. 53 of 1/25/2000 (1 (one) page copy bearing the "Nexis" LLC seal);
4.    Payment order No. 74 of 1/26/2000 (1 (one) page copy bearing the "Nexis" LLC seal);

**Attachment No. 5:**
1.    Settlement reconciliation document between "JSC Kachkanar GOK 'Vanady'" and "Nexis" LLC as of 1/28/2000 pursuant to Supply Agreement No. 4 of 7/26/1999 for the period 1/1/2000 to 1/27/2000 (1 (one) page notarized copy);

**Attachment No. 6:**
1.    Invoice No. 6/2 of 1/31/2000 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page copy bearing the "Nexis" LLC seal);
2.    Attachment to invoice No. 6/2 of 1/31/2000 (1 (one) page copy bearing the "Nexis" LLC seal);
3.    Copies of railway receipts to invoice No. 6/2 of 1/31/2000 (116 (one hundred and sixteen) pages).

**Attachment No. 7:**
1.    Payment order No. 81 of 1/28/2000 (1 (one) page copy bearing the "Nexis" LLC seal);

**Attachment No. 8:**

1. Settlement reconciliation document between "JSC Kachkanar GOK 'Vanady'" and "Nexis" LLC as of 2/1/2000 pursuant to Supply Agreement No. 4 of 7/26/99 for the period 1/28/2000 to 1/31/2000 (1 (one) page notarized copy);

**Attachment No. 9:**

1. Invoice No. 15/1 of 2/14/2000 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page copy bearing the "Nexis" LLC seal);
2. Attachment to invoice No. 15/1 of 2/14/2000 (1 (one) page copy bearing the "Nexis" LLC seal);
3. Copies of railway receipts to invoice No. 15/1 of 2/14/2000 (150 (one hundred and fifty) pages).

5

**Attachment No. 10:**

1. Settlement reconciliation document between "JSC Kachkanar GOK 'Vanady'" and "Nexis" LLC as of 2/15/2000 pursuant to Supply Agreement No. 4 of 7/26/1999 for the period 2/1/2000 to 2/14/2000 (1 (one) page notarized copy);

**Attachment No. 11:**

1. Invoice No. 15/2 of 2/29/2000 to Supply Agreement No. 4 of 7/26/1999 (1 (one) page copy bearing the "Nexis" LLC seal);

2. Attachment to invoice No. 15/2 of 2/29/2000 (3 (three) page copy bearing the "Nexis" LLC seal);

3. Copies of railway receipts to invoice No. 15/2 of 2/29/2000 (483 (four hundred and eighty-three) pages).

**Attachment No. 12:**

1. Settlement reconciliation document between "JSC Kachkanar GOK 'Vanady'" and "Nexis" LLC as of 3/1/2000 pursuant to Supply Agreement No. 4 of 7/26/99 for the period 2/15/2000 to 2/29/2000 (1 (one) page notarized copy);

K.A. Ivanov

General Director
"Nexis" LLC

[seal] [signature]

# Общество с ограниченной ответственностью
## "НЭКСИЗ"

ИНН 7705222277, 109004, г. Москва, ул. Б. Факельный пер., д.2/22, тел. 971-7784

Исх. № 37-00 от 29.08.2000г.

Открытое акционерное общество
«Качканарский горно-обогатительный
комбинат «Ванадий» (далее — ОАО КГОК
«Ванадий»)

Внешнему управляющему
Козыреву Олегу Станиславовичу

от кредитора - Общества с ограниченной
ответственностью «Нэксиз» (далее – ООО
«Нэксиз»).

### ЗАЯВЛЕНИЕ
о признании ООО «Нэксиз» конкурсным кредитором
открытого акционерного общества
«Качканарский горно-обогатительный комбинат «Ванадий»

Общество с ограниченной ответственностью «Нэксиз» (далее — ООО «Нэксиз») направляет Вам документы, подтверждающие факт наличия кредиторской задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Нэксиз», а именно:

1.) 26.07.1999 года между ООО «Нэксиз» (Поставщик) и ОАО «Качканарский ГОК «Ванадий» (Покупатель) был заключен Договор поставки № 4, а также Дополнения №№ 1-4 от 20.09.99, 20.09.99, 15.09.99 и 29.12.99 соответственно и Дополнительные соглашения №№ 1,2, 5-8 от 26.07.99, 27.08.99, 29.10.99, 30.11.99, 30.12.99 и 26.01.2000 соответственно (Приложение №1), согласно которым Поставщик обязался поставить Покупателю металлопродукцию (Товар), а Покупатель обязался принять и оплатить поставляемый Товар.

1.1) 05.01.2000 стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №2), согласно которому за период с 01.11.1999г. по 31.12.1999г. ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Нэксиз» в размере 168 948 617,58 (Сто шестьдесят восемь миллионов девятьсот сорок восемь тысяч шестьсот семнадцать) рублей 58 копеек.

1.2) В период с 01.01.2000г. по 27.01.2000г. ООО «Нэксиз» поставил ООО «Качканарский ГОК «Ванадий»» металлопродукцию на общую сумму 144 393 444,00 (Сто сорок четыре миллиона триста девяносто три тысячи четыреста сорок четыре) рубля, что подтверждается выставленным счетом №6/1 от 27.01.00г. (Приложение №3) (в дополнение к счету прилагаются копии железнодорожных квитанций с номерами вагонов, весом груза и датой отправки);

1.3) В период с 24.01.00г. по 26.01.00г. ОАО «Качканарский ГОК «Ванадий» оплатил за ООО «Нэксиз» в счет договора поставки №4 от 26.07.99 счета на общую сумму 86 662 500,00 (Восемьдесят шесть миллионов шестьсот шестьдесят две тысячи пятьсот) рублей, что подтверждается платежными

