01-05-2002 06:32pm From-WINSTON&STRAWN + T-572 P.013/031 F-633



поручениями № 39 от 24.01.00г., №52 от 25.01.00г., №53 от 25.01.00г. и №74 от 26.01.00г. (Приложение №4);

**1.4)** 27.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №5), согласно которому ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Нэксиз» по договору поставки №4 от 26.07.99 по состоянию на 28.01.2000г. в размере **226 679 561,58 (Двести двадцать шесть миллионов шестьсот семьдесят девять тысяч пятьсот шестьдесят один) рубль 58 копеек**

**1.5)** В период с 28.01.2000г. по 31.01.2000г. ООО «Нэксиз» поставил ООО «Качканарский ГОК «Ванадий»» металлопродукцию на общую сумму **21 285 513,00 (Двадцать один миллион двести восемьдесят пять тысяч пятьсот тринадцать)** рублей, что подтверждается выставленным счетом №6/2 от 31.01.2000г. (Приложение №6) *(в дополнение к счету прилагаются копии железнодорожных квитанций с номерами вагонов, весом груза и датой отправки);*

**1.6)** В период с 28.01.00г. по 31.01.00г. ОАО «Качканарский ГОК «Ванадий» оплатил за ООО «Нэксиз» в счет договора поставки №4 от 26.07.99 счета на общую сумму **6 510 000,00 (Шесть миллионов пятьсот десять тысяч) рублей**, что подтверждается платежным поручением № 81 от 28.01.00г. (Приложение №7);

**1.7)** 31.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №8), согласно которому ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Нэксиз» по договору поставки №4 от 26.07.99 по состоянию на 01.02.2000г. в размере **241 455 074,58 (Двести сорок один миллион четыреста пятьдесят пять тысяч семьдесят четыре) рубля 58 копеек**

**1.8)** В период с 01.02.2000г. по 14.02.2000г. ООО «Нэксиз» поставило ОАО «Качканарский ГОК «Ванадий» металлопродукцию на общую сумму **30 355 789,20 (Тридцать миллионов триста пятьдесят пять тысяч семьсот восемьдесят девять)** рублей 20 копеек, что подтверждается выставленным счетом № 15/1 от 14.02.2000г. (Приложение №9) *(в дополнение к счету прилагаются копии железнодорожных квитанций с номерами вагонов, весом груза и датой отправки);*

**1.9)** 14.02.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №10), согласно которому ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Нэксиз» по договору поставки №4 от 26.07.99 по состоянию на 15.02.2000г. в размере **271 810 863,78 (Двести семьдесят один миллион восемьсот десять тысяч восемьсот шестьдесят три) рубля 78 копеек**

**1.10)** В период с 15.02.2000г. по 29.02.2000г. ООО «Нэксиз» поставило ОАО «Качканарский ГОК «Ванадий» металлопродукцию на общую сумму **98 191 725,00 (Девяносто восемь миллионов сто девяносто одна тысяча семьсот двадцать пять)** рублей, что подтверждается выставленным счетом № 15/2 от 29.02.2000г. (Приложение №11) *(в дополнение к счету прилагаются копии железнодорожных квитанций с номерами вагонов, весом груза и датой отправки);*

**1.11)** 29.02.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №12), согласно которому ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Нэксиз» по договору поставки №4 от 26.07.99 по состоянию на 01.03.2000г. в размере **370 002 588,78 (Триста семьдесят миллионов две тысячи пятьсот восемьдесят восемь) рублей 78 копеек**

A - 1437

Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Нэксиз» по договору поставки № 4 от 26.07.1999г. составляет **370 002 588,78 (Триста семьдесят миллионов две тысячи пятьсот восемьдесят восемь) рублей 78 копеек.** Поскольку вся сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Нэксиз» подтверждена актами сверок, следовательно вся сумме кредиторской задолженности в размере 370 002 588,78 (Триста семьдесят миллионов две тысячи пятьсот восемьдесят восемь) рублей 78 копеек в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)» считается **установленной.**

Направляя Вам вышеперечисленные документы, ООО «Нэксиз» **повторно** обращает Ваше внимание на следующее:

1) ООО «Нэксиз» совместно с другими кредиторами ОАО «Качканарский ГОК «Ванадий» выступают против процедуры банкротства и считают, что банкротство комбината является преднамеренным и единственной причиной этого стали незаконные действия Козицына А.А., который 28 января 2000г. вооруженным путем захватил комбинат, а затем умышленно и последовательно создавал и увеличивал неплатежеспособность ОАО «Качканарский ГОК «Ванадий», не предпринимая никаких мер по проведению досудебной санации комбината;

2) В процессе процедуры банкротства, Вами как временным управляющим ОАО «Качканарский ГОК «Ванадий», грубо нарушены нормы действующего законодательства, а именно:

- акционерам комбината не была предоставлена возможность проведения досудебной санации предприятия, предусмотренная ст. 26 и 27 Федерального закона «О несостоятельности (банкротстве)»;

- считаем, что составленный и подтвержденный Вами реестр кредиторов ОАО «Качканарский ГОК «Ванадий», основанный на данных актов сверок, подписанных со стороны ОАО КГОК «Ванадий» неуполномоченным лицом – Козицыным А.А. или лицами по доверенностям от него является незаконным, о чем есть соответствующее решение судов, полученное Вами.

- в результате искажения данных реестра кредиторов в комитет кредиторов избраны только представители Козицына А.А. и/или подконтрольных ему фирм, и не вошли представители большей части кредиторов ОАО КГОК «Ванадий», владеющих в совокупности свыше 70 % кредиторской задолженности, чем существенно нарушены их права;

- Вы, как временный управляющий ОАО КГОК «Ванадий», зная о вынесенных судебных решениях, о запрете Козицыну А.А. вести финансово-хозяйственную деятельность и распоряжаться имуществом комбината, тем не менее утвердили недостоверный (ложный) реестр кредиторов;

- Большая часть кредиторов (в том числе иностранные кредиторы) не были извещены или были несвоевременно извещены о дате проведения первого собрания кредиторов, что привело к грубому нарушению и ущемлению их прав кредиторов;

- 11.08.2000г. Вами незаконно проведено собрание кредиторов 11.08.2000г ОАО КГОК «Ванадий» в нарушение вынесенного судебного решения, запрещающего Вам лично его проведение или перенос до вынесения окончательного решения судом.

Учитывая, что в настоящее время по фактам преднамеренного банкротства ОАО «Качканарский ГОК «Ванадий» возбуждено уголовное дело, напоминаем Вам, что в соответствии со ст.61 Федерального закона «О несостоятельности (банкротстве)» Вы, как временный управляющий, обязаны были самостоятельно определить наличие признаков преднамеренного банкротства, а также принять все необходимые меры по

р. 274,

Х

A - 1438

обеспечению сохранности имущества должника – ОАО «Качканарский ГОК «Ванадий», однако в нарушение указанных норм не только не выполнили возложенные на Вас обязанности, но и своими действиями способствовали преднамеренному банкротству комбината и введению на нем внешнего управления.

В связи с этим повторно **предупреждаем Вас о Вашей ответственности при осуществлении функций внешнего управляющего**, а также о том, что каждому Вашему действию в качестве временного и внешнего управляющего, будет дана соответствующая оценка в рамках гражданско-правовой и уголовной ответственности, материалы по данным фактам будут переданы в правоохранительные органы и приобщены к материалам уголовного дела по фактам преднамеренного банкротства комбината.

На основании вышеизложенного **требуем**:

1) По собственной инициативе обратиться с ходатайством в Арбитражный суд Свердловской области о признании недействительным результатов первого собрания кредиторов ОАО КГОК «Ванадий», проведенного 11.08.2000г.

2) Составить заново реестр кредиторов, исключив из него кредиторов, задолженность которых подтверждена актами сверки, подписанными Козицыным А.А или лицами по доверенности от него (в частности ООО «Предприятие «Лебаут»);

3) Включить ООО «Нэксиз» в реестр кредиторов ОАО КГОК «Ванадий» с суммой задолженности, указанной выше.

4) В ближайшее время повторно созвать и провести новое собрание кредиторов, заранее уведомив об этом новых кредиторов, внести в повестку дня данного собрания все вопросы, рассмотренные на собрании кредиторов 11.08.2000г.

О принятых решениях просим Вас уведомить ООО «Нэксиз» по следующему адресу: **109072, г. Москва, Болотная площадь, д.4, стр.1, офис 37.**

*Приложения* всего на 1540 (Одна тысяча пятьсот сорок) листах, включая:

**Приложение №1:**
1. Договор поставки №4 от 26.07.99г. (нотариально заверенная копия на 4 (четыре) листах).
2. Дополнение №1 от 20.09.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);
3. Дополнение №2 от 20.09.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);
4. Дополнение №3 от 15.09.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);
5. Дополнение №4 29.12.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);
6. Дополнительное соглашение №1 от 26.07.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);
7. Дополнительное соглашение №2 от 27.08.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);
8. Дополнительное соглашение №5 от 29.10.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);
9. Дополнительное соглашение №6 от 30.11.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);
10. Дополнительное соглашение №7 от 30.12.99г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);

4

A - 1439



11. Дополнительное соглашение №8 от 26.01.00г. к договору поставки №4 от 26.07.99г. (нотариально заверенная копия на 1 (один) листе);

**Приложение №2:**
1. Акт сверки взаиморасчетов между ОАО «Качканарский ГОК «Ванадий» и ООО «Нэксиз» по состоянию на 05.01.2000г. по договору поставки №4 ст 26.07.99г. за период с 01.11.99г. по 31.12.99г. (нотариально заверенная копия на 1 (один) листе);

**Приложение №3:**
1. Счет №6/1 от 27.01.00г. к договору поставки №4 от 26.07.99г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);
2. Приложение к счету №6/1 от 27.01.00г. (копия, заверенная печатью ООО «Нэксиз» на 5 (пять) листах);
3. Копии ж.д. квитанций к счету №6/1 от 27.01.00 (753 (семьсот пятьдесят три) листа).

**Приложение №4:**
1. Платежное поручение №39 от 24.01.2000г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);
2. Платежное поручение №52 от 25.01.2000г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);
3. Платежное поручение №53 от 25.01.2000г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);
4. Платежное поручение №74 от 26.01.2000г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);

**Приложение №5:**
1. Акт сверки взаиморасчетов между ОАО «Качканарский ГОК «Ванадий» и ООО «Нэксиз» по состоянию на 28.01.2000г. по договору поставки №4 от 26.07.99г. за период с 01.01.00г. по 27.01.00г. (нотариально заверенная копия на 1 (один) листе);

**Приложение №6:**
1. Счет №6/2 от 31.01.00г. к договору поставки №4 от 26.07.99г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);
2. Приложение к счету №6/2 от 31.01.00г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);
3. Копии ж.д. квитанций к счету №6/2 от 31.01.00г ( 116 (сто шестнадцать) листов).

**Приложение №7:**
1. Платежное поручение №81 от 28.01.2000г (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);

**Приложение №8:**
1. Акт сверки взаиморасчетов между ОАО «Качканарский ГОК «Ванадий» и ООО «Нэксиз» по состоянию на 01.02.2000г. по договору поставки №4 от 26.07.99г. за период с 28.01.2000г. по 31.01.2000г. (нотариально заверенная копия на 1 (один) листе);

**Приложение №9:**
1. Счет №15/1 от 14.02.00г. к договору поставки №4 от 26.07.99г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);
2. Приложение к счету №15/1 от 14.02.00г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе);
3. Копии ж.д. квитанций к счету №15/1 от 14.02.00 ( 150 (сто пятьдесят) листов).

5

– Х

A - 1440

**Приложение №10:**

1. Акт сверки взаиморасчетов между ОАО «Качканарский ГОК «Ванадий» и ООО «Нэксиз» по состоянию на 15.02.2000г. по договору поставки №4 от 26.07.99г. за период с 01.02.2000г. по 14.02.2000г. (нотариально заверенная копия на 1 (один) листе);

**Приложение №11:**

1. Счет №15/2 от 29.02.00г. к договору поставки №4 от 26.07.99г. (копия, заверенная печатью ООО «Нэксиз» на 1 (один) листе).

2. Приложение к счету №15/2 от 29.02.00г. (копия, заверенная печатью ООО «Нэксиз» на 3 (три) листах);

3. Копии ж.д. квитанций к счету №15/2 от 29.02.00г. (483 (четыреста восемьдесят три) листа).

**Приложение №12:**

1. Акт сверки взаиморасчетов между ОАО «Качканарский ГОК «Ванадий» и ООО «Нэксиз» по состоянию на 01.03.2000г. по договору поставки №4 от 26.07.99г. за период с 15.02.2000г. по 29.02.2000г. (нотариально заверенная копия на 1 (один) листе);

Генеральный директор
ООО «Нэксиз»                                                     К.А. Иванов

6

A - 1441

[letterhead – Kachkanar Iron Ore Mining & Dressing Concern "Vanady"]

No. 4001-83 of 10/4/2000

> "Nexis" Limited Liability Company
> 2/22 B. Fakelny Lane, Moscow 109004
> 4 Bolotnaya Square , Bldg. 1, Suite 37,
> Moscow 109072
> 23/20 B. Molchanovka St., Bldg. 1, Moscow
> 121069

Having reviewed the claims filed by "Nexis" LLC, the "JSC Kachkanar Iron Ore Mining & Dressing Concern 'Vanady'" receiver has determined the following.

"Nexis" LLC has filed a claim to be acknowledged as a creditor of JSC Kachkanar Iron Ore Mining & Dressing Concern "Vanady" and to have its claims included in the registry of creditor claims.

"Nexis" LLC's claim is neither well founded nor established for the purposes of Russian Federation Federal Law "On Insolvency (Bankruptcy)." This follows from the fact that the delivery to "JSC Kachkanar Iron Ore Mining & Dressing Concern 'Vanady'" under Contract No. 4 of 7/26/1999 was not made, that the settlement reconciliation documents were signed by unauthorized persons, including I.S. Trishkina, who was fired from "JSC Kachkanar Iron Ore Mining & Dressing Concern 'Vanady'" on February 1, 2000. All the presented documents signed on behalf of "JSC Kachkanar Iron Ore Mining & Dressing Concern 'Vanady'" to supply metal products in January-February 2000 and the settlement reconciliation documents attached to the claim were executed by unauthorized persons and bear a forged seal, which is the subject of criminal                                                                                      case No. 184186 brought by the Nikulinsk Inter-Municipal Prosecutor, Moscow, on March 22, 2000.

Based on the foregoing and art. 75 of the RF Law "On Insolvency (Bankruptcy)," the "JSC Kachkanar Iron Ore Mining & Dressing Concern 'Vanady'" receiver hereby advises you that your claims are not subject to entry in the JSC KGOK "Vanady" registry of creditor claims.

                                                                                      O. Kozyrev

Receiver, JSC KGOK "Vanady"

                    [seal] [signature]

**A - 1442**

*Открытое акционерное общество*
*Качканарский горно-обогатительный*
*комбинат «Ванадий»*

*Joint-Stock Company*
*Kachkanar Iron Ore Mining & Dressing*
*Concern «Vanady»*

624356, Россия Свердловская обл., г.Качканар, ул.Свердлова, 2          2,Sverdlov str. Kachkanar , Sverdlovsk reg ,624356, Russia

№ 4001-83 от 04. 10. 00

на № _____ от _____

Обществу с ограниченной ответственностью
«Нэксиз»

109004, г. Москва, ул. Б. Факельный пер., д.2/22
109072, г. Москва, Болотная площадь, д.4, стр.1,
офис 37
121069, г. Москва, ул.Б.Молчановка, д.23/20,
корп.1

Рассмотрев предъявленные требования ООО «Нэксиз», Внешний управляющий ОАО «Качканарский горно-обогатительный комбинат «Ванадий» установил следующее.

ООО «Нэксиз» заявляет требование о признании его конкурсным кредитором ОАО «Качканарский горно-обогатительный комбинат «Ванадий» и включении его требований в реестр требований кредиторов

Требование ООО «Нэксиз» не является ни обоснованным, ни установленным в целях применения ФЗ РФ «О несостоятельности (банкротстве)». Это следует из того, что поставка по Договору № 4 от 26.07.99года в адрес ОАО «Качканарский горно-обогатительный комбинат «Ванадий» в январе-феврале 2000 года не производилась, акты сверки взаимных расчетов подписаны неуполномоченными лицами, в том числе Тришкиной И.С., которая уволена с ОАО «Качканарский горно-обогатительный комбинат «Ванадий» 01 февраля 2000 года. Все представленные документы, подписанные от имени ОАО «Качканарский горно-обогатительный комбинат «Ванадий» на поставку металлопродукции в январе-феврале 2000 года и приложенные к требованию акты сверки учинены неуполномоченными лицами с приложением поддельной печати, о которой 22 марта 2000 года Никулинским межмуниципальным прокурором г. Москвы возбуждено уголовное дело № 184186.

На основании вышеизложенного и руководствуясь ст. 75 Закона РФ «О несостоятельности (банкротстве)», Внешний управляющий Открытого акционерного общества «Качканарский горно-обогатительный комбинат «Ванадий» уведомляет Вас о том, что Ваши требования не подлежат внесению в реестр требований кредиторов ОАО «КГОК «Ванадий».

Внешний управляющий
ОАО «КГОК «Ванадий»



Козырев О.





A - 1444

# Sverdlovsk Region
*Arbitration Court*
## Determination

*Ekaterinburg*
*March 23, 2001*                                    Case No. A60-4517/2000-C1

The Sverdlovsk Region Arbitration Court, comprised of Judges E.A. Platonova and I.V. Lipina, with N.V. Kazantseva presiding, reviewed in open court "Nexis" LLC's notice of opposition to the results of the review by "JSC Kachkanar Iron Ore Mining & Dressing Concern 'Vanady'" receiver O.S. Kozyrev of creditor "Nexis" LLC's claims and inclusion of its claims in the registry.

In attendance: representatives of debtor receiver O.S. Kozyrev
Representative of creditor-filer O.L. Modzherova – D. Zhuikov
GOK representatives – E.A. Starshinova and T.N. Stepchenko.

On 8/22/2000, the arbitration court placed "JSC Kachkanar GOK 'Vanady'" in receivership and appointed O.S. Kozyrev the receiver.

A creditor, "Nexis" LLC, has filed a notice of opposition to the receiver's refusal to include its claims in the registry of creditors pursuant to art. 75 of the Federal Law "On Insolvency (Bankruptcy)."

In its notice of opposition, the creditor states that he shipped 54,143.45 tons of products in the amount of 165,678,957 rubles to debtor in accordance with Supplemental Agreement No. 7 to Supply Contract No. 4 of 7/26/1999, which was executed on 12/30/1999.

Pursuant to Supplemental Agreement No. 8 to Supply Contract No. 4 of 7/26/1999, which was executed on 1/26/2000, 39,822.65 tons of products in the amount of 128,547,514 rubles 20 kopecks were shipped to the debtor during February 2000.

For the period from January 2000 to February 2000, the debtor received a total of 294,226,471 rubles of products, taking into account partial payment.

1

A - 1445

"Nexis" LLC states that, under the terms of Agreement No. 4, the GOK received disputed products from Nizhny-Tagil Metallurgical Plant (NTMK) and then redirected them to its counteragents.

The creditor also claims that these facts are supported by settlement reconciliation documents and railway receipts which show that the disputed products were shipped on the GOK's instructions to its counteragents.

"JSC Kachkanar GOK 'Vanady'" challenges "Nexis" LLC's claims on the grounds that the plant did not actually receive the disputed products from this creditor, and that the settlement reconciliation documents were signed by unauthorized persons who were not plant employees at the time the documents were signed.

The court session determined that "Nexis" LLC's notice of opposition is unfounded since it is not supported by documentation.

No documents have been presented to the court to prove that the GOK received any products from "Nexis" LLC under Contract No. 4 for the period in dispute.

All the railway receipts presented name other organizations as the recipient of the products, and NTMK as the shipper. No documents have been presented to the court to prove that the GOK redirected products to others.

In addition, neither has the court received any shipping documents naming GOK "Vanady" as the recipient.

The fact that "Nexis" LLC has a separate contract No. N-NTMK/PD-01 of 4/14/1999 with NTMK to process raw materials cannot serve as proof that NTMK shipped the products to the GOK according to disputed railway receipts, in a disputed quantity and for a disputed amount.

The settlement reconciliation documents may not be taken into account because, when disputes arise between the arbitration debtor receiver and a creditor regarding the extent of the debtor's outstanding civil and legal obligations to the creditor, the court shall review the dispute according to the rules for reviewing settlement disputes, i.e., with creditor documentation of the outstanding obligations.

Under the circumstances, the court finds "Nexis" LLC's notice of opposition unfounded.

The "Nexis" LLC representatives at the court session filed a motion to subpoena documents that prove that the GOK received the disputed products from NTMK pursuant to Agreement No. 4 and redirected them to its counteragents.

2

In addition, a motion was filed to continue the review of the notice of opposition and require the parties to check the documents for proof that the debtor received the products.

The court reviewed and denied the motions, taking into consideration the GOK's denial that it received the products from the creditor in the stated quantity.

The court believes that there is no reason to protract the review of the notice of opposition, given that the court already reviewed the matter on 1/11/2001 (the review was suspended) and that "Nexis" LLC had had sufficient time to compile a total packet of necessary documents.

On the strength of the documents presented, "Nexis" LLC's notice of opposition cannot be deemed well founded.

Based on art. 140 of the RF Arbitration Rules and Procedure, and art. 75 of the Federal Law "On Insolvency (Bankruptcy)," the arbitration court

## D E T E R M I N E D:

- that "Nexis" LLC's notice of opposition pursuant to the inclusion of its claims in the registry of creditors by the "JSC Kachkanar Iron Ore Mining & Dressing Concern 'Vanady'" receiver is unfounded.

**Presiding Judge**                                    **N.V. Kazantseva**

**Judges**                                             **E.A. Platonova**

                                                       **I.V. Lipina**

[stamp]
[illegible name]
[signature] 4/10/2001

3

A - 1447



# АРБИТРАЖНЫЙ СУД
## *СВЕРДЛОВСКОЙ ОБЛАСТИ*
## Определение

*г. Екатеринбург*
*«23» марта 2001 г.*                            Дело № А60-4517/2000-С1

Арбитражный суд Свердловской области в составе судей Платоновой Е.А., Липиной И.В., под председательством Казанцевой Н.В. рассмотрел в судебном заседании возражения ООО «Нэксиз», по результатам рассмотрения внешним управляющим ОАО «Качканарский горно-обогатаительный комбинат «Ванадий» Козыревым О.С. требований кредитора - ООО «Нэксиз» и включения его требований в реестр.

при участии в заседании: представителей должника внешнего управляющего Козырева О.С.
представителя - кредиторов-заявителей Моджеровой О.Л., Жуйкова Д.
представителей ГОКа – Старшиновой Е.А., Степченко Т.Н.

22.08.2000 г. арбитражным судом вынесено определение о введении на ОАО «Качканарский ГОК «Ванадий» внешнего управления и назначении внешним управляющим Козырева О.С.

В адрес суда поступили возражения кредитора – ООО «Нэксиз» на отказ внешнего управляющего от включения его требований в реестр кредиторов, в порядке ст.75 ФЗ «О несостоятельности (банкротстве)».

Предъявляя возражения, кредитор утверждает, что в соответствии с дополнительным соглашением № 7 к договору поставки № 4 от 26.07.99 г., заключенному 30.12.99 г. он отгрузил в январе 2000 г. в адрес должника 54 143,45 тн продукции на сумму 165 678 957 р.

В соответствии с дополнительным соглашением № 8 к договору поставки № 4 от 26.07.99 г., заключенному 26.01.2000 г. за февраль 2000 г. было отгружено в адрес должника 39 822,65 тн продукции на сумму 128 547 514 р. 20 к.

Всего за период с января 2000 г по февраль 2000 г. должником было получено продукции на 294 226 471 р. с учетом частичной оплаты.

A - 1449

ООО «Нэксиз» утверждает, что согласно условиям договора № 4 ГОК получал спорную продукцию от Нижне-Тагильского металлургического комбината, а затем производил переадресовку в адрес своих контрагентов.

Кредитор также утверждает, что данные обстоятельства подтверждаются актами сверки и железнодорожными квитанциями, согласно которым спорная продукция транспортировалась по распоряжению ГОКа его контрагентам.

ОАО «Качканарский ГОК «Ванадий» с требованиями ООО «Нэксиз» не согласен на том основании, что фактически комбинат не получал спорную продукцию от данного кредитора, а акты сверки подписаны неуполномоченными лицами, которые на момент подписания актов не являлись работниками комбината.

В судебном заседании установлено, что возражения ООО «Нэксиз» являются необоснованными, поскольку не подтверждены документально.

Суду не представлены документы, подтверждающие получение ГОКом какой-либо продукции от ООО «Нэксиз» за спорный период в счет договора №4.

Во всех представленных железнодорожных квитанциях получателем продукции значатся иные организации, а отправителем – НТМК. Документы, подтверждающие переадресовку продукции ГОКом в адрес иных получателей, суду не представлены.

Кроме того, суду не представлены и отгрузочные документы, где получателем продукции значится ГОК «Ванадий».

Тот факт, что ООО «Нэксиз» имеет с НТМК самостоятельный договор на переработку сырья № Н-НТМК/ЛД-01 от 14.04.99 г. не может служить доказательством отгрузки НТМК продукции в адрес ГОКа по спорным ж.д. квитанциям, в спорном объеме и на спорную сумму.

Акты сверок расчетов судом во внимание приняты быть не могут, поскольку при возникновении разногласий между арбитражным управляющим должника и кредитором по объему неисполненных должником гражданско-правовых обязательств перед кредитором, спор рассматривается судом по правилам рассмотрения расчетных споров, т.е. с документальным подтверждением кредитором наличия неисполненных обязательств.

При указанных обстоятельствах суд признает возражения ООО «Нэксиз» необоснованными.

В судебном заседании представителями ООО «Нэксиз» заявлено ходатайство об истребовании документов, подтверждающих факт получения ГОКом спорной продукции от НТМК в счет договора № 4 и переадресовки ее своим контрагентам.

A - 1450

Кроме того, заявлено ходатайство об отложении рассмотрения возражений и об обязании сторон провести сверку документов на предмет подтверждения факта получения должником продукции.

Перечисленные ходатайства рассмотрены судом и отклонены, учитывая отказ ГОКа от факта получения продукции от кредитора в заявленном объеме.

Суд считает нецелесообразным затягивать рассмотрение возражений, с учетом того, что данный вопрос уже рассматривался судом 11.01.2001 г. (рассмотрение дела было приостановлено) и у ООО «Нэксиз» было достаточно времени для сбора всего пакета необходимых документов.

Исходя из представленных документов возражения ООО «Нэксиз» нельзя признать обоснованными.

Руководствуясь ст.140    АПК РФ, ст.75 ФЗ «О несостоятельности (банкротстве)» арбитражный суд

# ОПРЕДЕЛИЛ:

-    признать возражения ООО «Нэксиз» по включению его требований в реестр кредиторов внешним управляющим ОАО «Качканарский горно-обогатительный комбинат «Ванадий» необоснованными.

Председательствующий судья                    Казанцева Н.В.


Судья                                Платонова Е.А.


                                    Липина И.В.

10.04.01.

A - 1451

**POLYPROM, LTD.**
249 Lenin St., Apt. 505, Elista, 358000 Kalmykıya, Russian Federation, ИНН
0814113973

Outgoing Mail No. 10/40-99
August 29, 2000

                                   To:
                                   Public Corporation
                                   Kachkanar GOK Vanadiy
                                   (Hereinafter referred to as OAO GKOK
Vanadiy)

                                   Attn:
                                   Mr. Kozyrev, Oleg (Stanislavovich)
                                   External Manager
                                   From:
                                   Polyprom, Ltd.
                                   (Hereinafter referred to as OOO Polyprom)
                                            **STATEMENT**
       **to the effect of acknowledging OOO Polyprom a competitive creditor of**
                **Kachkanar Ore Mining and Processing Enterprise Vanadiy**
              **Public Corporation (OAO GKOK Vanadiy)**
Polyprom, Ltd. is herewith forwarding you documents confirming the existence of OAO
GKOK Vanadiy's bills payable to OOO Polyprom. This includes the following:

1.)   On July 9, 1999, OOO Polyprom (Corporation) and OAO Kachkanar GOK Vanadiy (Enterprise)
      entered into Supply Contract No. 02-99 regarding supply of products; also, Supplementary
      Agreements No. 1 to 4, of July 31, 1999, August 30, 1999, September 30, 1999, and November 30,
      1999 respectively, as well as Addendum No. 1 of December 22, 1999 (Supplement No. 1) were
      signed, according to which the Corporation assumed a responsibility to supply the Enterprise, during
      1999, metal products and technological materials (Goods), and the Enterprise assumed a responsibility
      to accept and pay for the Goods supplied to them.

1.1)   On December 31, 1999 the parties signed a Mutual Invoicing Statement for the products supplied
       (Supplement No. 1), according to which OAO Kachkanar GOK Vanadiy acknowledged its debt to
       OOO Polyprom, for the period between August 1, 1999 and December 31, 1999, in the total amount
       of Rbl. 6,674,012.99 (six million six hundred seventy-four thousand and twelve) rubles and 99
       kopecks;

1.2)   During the period between January 1, 2000 and January 27, 2000, OOO Polyprom shipped to
       Kachnakar GOK Vanadiy technological materials for the total of Rbl. 11,888,514.77 (eleven million
       eight hundred eighty-eight thousand five hundred fourteen rubles) and 77 kopecks, which is
       confirmed by the outstanding invoices No. 13 and No. 14 of January 27, 2000, No. 15 of January 25,
       2000, No. 17 of January 27, 2000, No. 19 of January 25, 2000, and No. 18/1 of January 27, 2000
       (Supplement No. 3; *the Supplement also lists train car numbers, freight weight, and shipping dates*);

1.3)   On January 27, 2000 the parties signed a Mutual Invoicing Statement for the products supplied
       (Supplement No. 4), according to which OAO Kachkanar GOK Vanadiy acknowledged its debt to
       OOO Polyprom, as of January 27, 2000, in the total of Rbl. 18,562,527.63 (eighteen million five
       hundred sixty-two thousand five hundred twenty-seven rubles) and 63 kopecks;

1.4) During the period between January 28, 2000 and January 31, 2000, OOO Polyprom shipped to Kachnakar GOK Vanadiy technological materials for the total of Rbl. 952,289.34 (nine hundred fifty-two thousand two hundred eighty-nine rubles) and 34 kopecks, which is confirmed by the outstanding invoices No. 16 and No. 18/2 of January 31, 2000 (Supplement No. 5; *the Supplement also lists train car numbers, shipping dates, freight weight, and shipping dates);*

1.5) On January 31, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 6), according to which OAO Kachnakar GOK Vanadiy acknowledged its debt to OOO Polyprom, as of January 31, 2000, in the total of Rbl. 19,514,817.10 (nineteen million five hundred fourteen thousand eight hundred seventeen rubles) and 10 kopecks;

1.6) During the period between February 1, 2000 and February 14, 2000, OOO Polyprom shipped to Kachnakar GOK Vanadiy technological materials for the total of Rbl. 7,501,624.15 (seven million five hundred and one thousand six hundred twenty-four rubles) and 15 kopecks, which is confirmed by the outstanding invoices No. 41/1, 42, 43, 44, and 45 of February 10, 2000 and No. 46/1 and 47/1 of February 14, 2000 (Supplement No. 7; *the Supplement also lists train car numbers, freight weight, and shipping dates);*

1.7) On February 14, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 8), according to which OAO Kachnakar GOK Vanadiy acknowledged its debt to OOO Polyprom, as of February 14, 2000, in the total of Rbl. 27,016,441.25 (twenty-seven million sixteen hundred four hundred forty-one thousand rubles) and 25 kopecks;

1.8) During the period between February 15, 2000 and February 29, 2000, OOO Polyprom shipped to Kachnakar GOK Vanadiy technological materials for the total of Rbl. 3,055,603.39 (three million fifty-five thousand six thousand six and three rubles) and 39 kopecks, which is confirmed by the outstanding invoices No. 41/2, 46/2, and 47/2 of February 29, 2000 (Supplement No. 9; *the Supplement also lists train car numbers, freight weight, and shipping dates);*

1.9) On February 29, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 10), according to which OAO Kachnakar GOK Vanadiy acknowledged its debt to OOO Polyprom, as of February 29, 2000, in the total of Rbl. 30,072,044.64 (thirty million seventy-two thousand forty-four hundred rubles) and 64 kopecks;

1.10) Thus, the total debt of OAO Kachnanar GOK Vanadiy to OOO Polyprom in accordance with the Supply Contract No. 02-99 of July 9, 1999 is Rbl. 30,072,044.64 (thirty million seventy-two thousand forty-four hundred rubles) and 64 kopecks and is accepted as established in line with the current legislation (Article 4, par. ФЗ "Regarding Insolvency (Bankruptcy)."

2.) On September 30, 1999, OOO Polyprom (Supplier) and OAO Kachkanar GOK Vanadiy (Customer) entered into Supply Contract No. S-01-99/M regarding supply of products; also, Addendum No. 1 of December 24, 1999, Supplementary Agreements No. 1 through 4 of September 30, 1999, November 29, 1999, December 24, 1999, and January 26, 2000, respectively were signed (Supplement No. 11), according to which the Supplier assumed a responsibility to supply the Customer metal products and the Customer assumed a responsibility to accept and pay for the metal products supplied.

2.1) On January 5, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 12), according to which, during the period between October 1 and December 31, 1999 OAO Kachkanar GOK Vanadiy acknowledged its debt to OOO Polyprom in the total of Rbl. 2,429,700.00 (two million four hundred twenty-nine thousand seven hundred rubles);

2.2) Between January 1, 2000 and January 27, 2000, OOO Polyprom shipped to OAO Kachnakar GOK Vanadiy metal products for the total of Rbl. 26,541,085.20 (twenty-six million five hundred forty-one thousand eighty-five rubles) and 20 kopecks), which is confirmed by the outstanding invoices No. 27/1 of January 27, 2000 (Supplement No. 13; *the Supplement also lists train car numbers, shipping dates, and freight weight);*

2.3) On January 27, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 14), according to which OAO Kachkanar GOK Vanadiy acknowledged its debt to OOO Polyprom, as of January 27, 2000, in the total of Rbl. 28,970,785.20 (twenty-eight million nine hundred seventy-five thousand seven hundred rubles) and 20 kopecks;

2.4) Between January 28, 2000 and January 31, 2000, OOO Polyprom shipped to OAO Kachnakar GOK Vanadiy metal products for the total of Rbl. 8,551,142.74 (eight million five hundred fifty-one thousand one hundred forty-two rubles) and 74 kopecks, which is confirmed by the outstanding invoices No. 27/2 of January 31, 2000 (Supplement No. 15; *the Supplement also lists train car numbers, shipping dates, and freight weight)*;

2.5) On January 31, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 16), according to which OAO Kachnakar GOK Vanadiy acknowledged its debt to OOO Polyprom, as of January 31, 2000, in the total of Rbl. 37,521,927.94 (thirty-seven million five hundred twenty-one thousand nine hundred twenty-seven rubles) and 94 kopecks;

2.6) Between February 1, 2000 and February 14, 2000, OOO Polyprom shipped to OAO Kachnakar GOK Vanadiy metal products for the total of Rbl. 7,816,166.40 (seven million eight hundred sixteen thousand one hundred sixty-six rubles) and 40 kopecks, which is confirmed by the outstanding invoices No. 40/1 of February 14, 2000 (Supplement No. 17; *the Supplement also lists train car numbers, shipping dates, and freight weight)*;

2.7) On February 14, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 18), according to which OAO Kachnakar GOK Vanadiy acknowledged its debt to OOO Polyprom, as of February 14, 2000, in the total of Rbl. 45,338,094.34 (forty-five million three hundred thirty-eight thousand ninety-four rubles) and 34 kopecks;

2.8) Between February 15, 2000 and February 29, 2000, OOO Polyprom shipped to OAO Kachnakar GOK Vanadiy metal products for the total of Rbl. 5,834,357.90 (five million eight hundred thirty-four thousand three hundred fifty-seven rubles) and 90 kopecks, which is confirmed by the outstanding invoice No. 40/2 of February 29, 2000 (Supplement No. 19; *the Supplement also lists train car numbers, shipping dates, and freight weight)*;

2.9) On March 1, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 20), according to which OAO Kachkanar GOK Vanadiy acknowledged its debt to OOO Polyprom, as of March 1, 2000, in the total of Rbl. 51,172,452.24 (fifty-one million one hundred seventy-two thousand four hundred fifty-tow rubles) and 24 kopecks;

2.10)    Thus, the total debt of OAO Kachkanar GOK Vanadiy to OOO Polyprom in accordance with the Supply Contract No. S-01-99/M of September 30, 1999 is Rbl. 51,172,452.24 (fifty-one million one hundred seventy-two thousand four hundred fifty-two hundred rubles) and 24 kopecks and is accepted as established in line with the current legislation (Article 4, par. ФЗ "Regarding Insolvency (Bankruptcy)."

3.) On October 18, 1999, OOO Polyprom (Supplier) and OAO Kachkanar GOK Vanadiy (Customer) entered into Supply Contract No. S-02/M-99 regarding supply of products; also, Supplementary Agreement No. 1 of November 15, 1999 was concluded (Supplement No. 21), according to which the Supplier assumed a responsibility to supply the Customer metal products and the Customer assumed a responsibility to accept and pay for the metal products supplied.

3.1) OOO Polyprom shipped to OAO Kachnakar GOK Vanadiy metal products for the total of Rbl. 8,288,505.66 (eight million two hundred eighty-eight thousand five hundred and five rubles) and 66 kopecks, which is confirmed by the outstanding invoice No. 28 of January 21, 2000 (Supplement No. 22);

3.2) On January 21, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 23), according to which OAO Kachkanar GOK Vanadiy acknowledged its debt to OOO Polyprom, as of January 21, 2000, in the total of Rbl. 8,288,505.66 (eight million two hundred eighty-eight thousand five hundred and five rubles) and 66 kopecks;

3.3) Thus, the total debt of OAO Kachkanar GOK Vanadiy to OOO Polyprom in accordance with the Supply Contract No. S-02/M-99 of October 18, 1999 is Rbl. 8,288,505.66 (eight million two hundred eighty-eight thousand five hundred and five) rubles and 66 kopecks and is accepted as established in line with the current legislation (Article 4, par. ФЗ "Regarding Insolvency (Bankruptcy)."

4.) On October 18, 1999, OOO Polyprom (Seller) and OAO Kachkanar GOK Vanadiy (Purchaser) entered into Stock Sale/Purchase Contract No. KGOK-18/10-99 (Supplement No. 24), according to which the Seller assumed a responsibility to deliver stock to the Purchaser and the Purchaser assumed a responsibility to accept and pay for the stock as provided by said Contract.

4.1) OOO Polyprom has fulfilled its contract obligations, having delivered to OAO Kachkanar GOK Vanadiy stock and having re-registered it in Stockholders Log, which is confirmed by Stockholders Log Statement of October 20, 1999 (Supplement No. 25). OAO Kachkanar GOK Vanadiy has failed to pay, as provided by Par. 2.2 of the Contract, the price of stock totaling Rbl. 20,445,000.00 (twenty million four hundred forty-five thousand rubles);

4.2) On January 5, 2000, the parties signed a Mutual Invoicing Statement (Supplement No. 26), according to which OAO Kachkanar GOK Vanadiy's debt to OOO Polyprom, as provided by Stock Sale/Purchase Contract No. KGOK-18/10-99 of October 18, 1999 is Rbl. 20,445,000.00 (twenty million four hundred forty-five thousand rubles);

4.3) Thus, the total debt of OAO Kachkanar GOK Vanadiy to OOO Polyprom as provided by Stock Sale/Purchase Contract No. KGOK-18/10-99 of October 18, 1999 is Rbl. 20,445,000.00 (twenty million four hundred forty-five thousand rubles), which is accepted as established in line with the current legislation (Article 4, par. ФЗ "Regarding Insolvency (Bankruptcy)."

5.) On November 10, 1999, Contract No. 16-99/PK as well as Addendum No. 1 of November 18, 1999 and Supplements No. 1 through 6 were concluded between OOO Polyprom (Seller) and OAO Kachkanar GOK Vanadiy (Purchaser) (Supplement No. 27), according to which the Seller assumed a responsibility to supply the Purchaser with Vanadiy products and the Purchaser assumed a responsibility to accept and pay for the products supplied.

5.1) On January 5, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 28), according to which during the period from November 1, 1999 and December 31, 1999 OAO Kachkanar GOK Vanadiy acknowledged its debt to OOO Polyprom for the metal production supplied to them, in the amount of Rbl. 64,130,532.40 (sixty-four million one hundred thirty thousand five hundred thirty-two rubles) and 40 kopecks;

5.2) During the period between January 1, 2000 and January 27, 2000 the Seller supplied to the Purchaser production for the amount of 24,090,068.34 (twenty-four million ninety thousand sixty-eight hundred) rubles and 34 kopecks, which is confirmed by invoices No. 9 and 23/1 of January 27, 2000 (Supplement No. 29), whereas the Purchaser paid for the products supplied an amount of 49,847,400.00 (forty-nine million eight hundred forty-seven thousand four hundred) rubles, which is confirmed by payment orders No. 11 of January 18, 2000 and No. 20 of January 19, 2000 (Supplement No. 30);

5.3) On January 27, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 31), according to which OAO Kachkanar GOK Vanadiy acknowledged, as of January 28, 2000, its debt to OOO Polyprom for the production supplied to them, in the amount of Rbl. 43,381,494.20 (forty-three million three hundred eighty-one thousand four hundred ninety-four rubles) and 20 kopecks;

5.4) During the period between January 28, 2000 and January 31, 2000 the Seller supplied to the Purchaser production for the total of 2,065,039.80 (two million sixty-five thousand thirty-nine hundred) rubles and 80 kopecks, which is confirmed by outstanding invoice No. 23/2 of January 31, 2000 (Supplement No. 32), which OAO Kachkanar GOK Vanadiy failed to pay;

5.5) On January 31, 2000 the parties signed a Mutual Invoicing Statement for the products supplied (Supplement No. 33), according to which OAO Kachkanar GOK Vanadiy acknowledged, as of January 31, 2000, its debt to OOO Polyprom for the production supplied to them, in the amount of Rbl. 44,446,534.00 (forty-four million four hundred forty-six thousand five hundred thirty-four) rubles and 00 kopecks;

5.6) Thus, the total debt of OAO Kachkanar GOK Vanadiy to OOO Polyprom in accordance with Contract No. 16-99/PK of October 11, 1999 is Rbl. 44,446,534.00 (forty-four million four hundred forty-six thousand five hundred thirty-four) rubles and is accepted as established in line with the current legislation (Article 4, par. Ф3 "Regarding Insolvency (Bankruptcy)."

6.) On June 3, 1999, OOO Lenax (Lender) and OAO Kachkanar GOK Vanadiy (Borrower) entered into Contract No. 08-99/3 and Supplementary Agreement No. 1 of June 11, 1999 (Supplement No. 34), according to which the Lender assumed a responsibility to grant the Borrower a one-time or piecemeal loan for the amount of up to Rbl. 200,000,000 (two hundred million) rubles and the Purchaser assumed a responsibility to pay back the loan by August 15, 1999.

6.1) On December 10, 1999 the parties signed a Mutual Invoicing Statement for the Loan Contract (Supplement No. 35), according to which OAO Kachkanar GOK Vanadiy acknowledged, as of December 10, 1999, its debt to OOO Lenax in the amount of Rbl. 137,170,380.18 (one hundred thirty-seven million one hundred seventy thousand three hundred eighty) rubles and 18 kopecks;

6.2) On December 9, 1999, OOO Lenax (Assignor) and OOO Polyprom (Assignee) signed Cession of Rights Contract No. 18-99/УП (Supplement No. 36), according to which OOO Lenax assigned all Loan Contract No. 08-99/3 rights, in their full capacity, to OOO Polyprom. OAO Kachkanar GOK Vanadiy was duly notified about the cession of rights that has taken place. Accordingly, OAO Kachkanar GOK Vanadiy's debt to OOO Polyprom amounted to Rbl. 137,170,380.18 (one hundred thirty-seven million one hundred seventy thousand three hundred eighty) rubles and 18 kopecks;

6.3) On January 19, as partial offset of debt, OAO Kachkanar GOK Vanadiy transferred to OOO Polyprom bills of exchange for the amount of Rbl. 5,558,847.00, as confirmed by Bills of Exchange Transfer Statement (Supplement No. 37);

6.4) On January 19, 2000, OAO Kachkanar GOK Vanadiy and OOO Polyprom signed a Mutual Invoicing Statement for Contract No. 18-99/УП of December 9, 1999 (Supplement No. 38), according to which OAO Kachkanar GOK Vanadiy acknowledged, as of December 10, 2000, its debt to OOO Polyprom in the amount of Rbl. 131,611,533.18 (one hundred thirty-one million six hundred eleven thousand five hundred thirty-three) rubles and 18 kopecks;

6.5) The total debt of OAO Kachkanar GOK Vanadiy to OOO Polyprom in accordance with Contract No. 18-99/УП of December 9, 1999 thus makes Rbl. 131,611,533.18 (one hundred thirty-one million six hundred eleven thousand five hundred thirty-three) rubles and 18 kopecks and is accepted as established in line with the current legislation (Article 4, par. Ф3 "Regarding Insolvency (Bankruptcy)."

A - 1456

7.) On July 9, 1999, OAO Kachkanar GOK Vanadiy (Supplier) OOO Polyprom (Customer) entered into Contract No. 01-99/П and concluded Supplementary Agreements No. 1 through 9 of July 9, 1999, July 30, 1999, August 30, 1999, September 31, 1999, October 28, 1999, November 29, 1999, December 22, 1999, December 28, 1999, January 10, 2000, and January 24, 2000 respectively, (Supplement No. 39), according to which the Supplier assumed a responsibility to supply products to the Customer metal and the Customer assumed a responsibility to accept and pay for products as provided by the Contract.

7.1) On January 5, 2000 the parties signed a Mutual Invoicing Statement for Contract No. 01-99/P (Supplement No. 40), according to which, as of January 1, 2000, there was no mutual indebtedness between OAO Kachkanar GOK Vanadiy and OOO Polyprom.

7.2) During the period between January 1, 2000 and January 28, 2000, OOO Polyprom transferred to OAO Kachkanar GOK Vanadiy, as payment for products according to Contract No. 01-99/П, bills of exchange and transferred funds for a total of Rbl. 163,462,520.07 (one hundred sixty-three million four hundred sixty-two thousand five hundred twenty) rubles and 07 kopecks, which is confirmed by Bills of Exchange Transfer Statement of January 12, 2000 and by Payment Orders No. 2 of January 11, 2000, No. 3 of January 13, 2000, No. 6 of January 14, 2000, No. 8 of January 18, 2000, No. 3 of January 18, 2000, No. 10 of January 19, 2000, No. 5 of January 20, 2000, No. 6 of January 20, 2000, No. 13 of January 21, 2000, No. 14 of January 24, 2000, No. 15 of January 24, 2000, No. 16 of January 25, 2000, No. 8 of January 25, 2000, No. 18 of January 26, 2000, No. 19 of January 27, 2000, and No. 21 of January 28, 2000 (Supplement No. 41);

7.3) On January 28, 2000, OAO Kachkanar GOK Vanadiy and OOO Polyprom signed a Mutual Invoicing Statement for Contract No. 01-99/П of July 9, 1999 (Supplement No. 42), according to which OAO Kachkanar GOK Vanadiy acknowledged, as of January 28, 2000, its debt to OOO Polyprom in the amount of Rbl. 163,462,520.07 (one hundred sixty-three million four hundred sixty-two thousand five hundred twenty) rubles and 07 kopecks;

7.5) (sic!) The total debt of OAO Kachkanar GOK Vanadiy to OOO Polyprom in accordance with Contract No. 01-99/П of July 9, 1999 thus makes 163,462,520.07 (one hundred sixty-three million four hundred sixty-two thousand five hundred twenty) rubles and 07 kopecks and is accepted as established in line with the current legislation (Article 4, par. Ф3 "Regarding Insolvency (Bankruptcy)."

8.) On October 27, 1999, OOO Polyprom (Seller) and OAO Kachkanar GOK Vanadiy (Purchaser) entered into Contract No. 15-99/PK and signed Addendum No. 1 of October 27, 1999 (Supplement No. 43), according to which the Seller assumed a responsibility to supply goods to the Purchaser and the Purchaser assumed a responsibility to accept and pay for the goods supplied.

8.1) The Seller has fulfilled his contractual obligations, having delivered goods to the Purchaser, as confirmed by Goods Transfer Statement of December 29, 1999 (Supplement No. 44);

8.2) On January 5, 2000, OAO Kachkanar GOK Vanadiy and OOO Polyprom signed a Mutual Invoicing Statement for Contract No. 15-99/PK (Supplement No. 45), according to which during the period between November 1, 1999 and December 31, 1999 the Seller shipped to the Purchaser goods for a total of Rbl. 10,348,000.00 (ten million three hundred forty-eight thousand) rubles. As of December 31, 1999, OAO Kachkanar GOK Vanadiy acknowledged its debt to OOO Polyprom in the amount of 10,348,000.00 (ten million three hundred forty-eight thousand) rubles;

8.3) The total debt of OAO Kachkanar GOK Vanadiy to OOO Polyprom in accordance with Contract No. 15-99/PK of October 27, 1999 thus makes 10,348,000.00 (ten million three hundred forty-eight thousand) rubles and is accepted as established in line with the current legislation (Article 4, par. Ф3 "Regarding Insolvency (Bankruptcy)."

Thus, the total indebtedness of OAO Kachkanar GOK Vanadiy to OOO Polyprom will be as follows:

| No. | No. & Date of Contract | Total Amount of Debt (Rubles) |
|-----|------------------------|-------------------------------|
| 1. | No. 02-99 of July 9, 1999 | 30,072,044.64 |
| 2. | No. S-01-99/M of September 30, 1999 | 51,172,452.24 |
| 3. | No. S-02/M-99 of October 18, 1999 | 8,288,505.66 |
| 4. | No. KGOK-18/10-99 of October 18, 1999 | 20,445,000.00 |
| 5. | No. 16-99/ПK of November 10, 1999 | 44,446,534.00 |
| 6. | No. 08-99/3 of June 3, 1999 No. 18-99/УП of December 9, 1999 | 131,611,533.18 |
| 7. | No. 01-99/П of July 9, 1999 | 163,462,520.07 |
| 8. | No. 15-99/ПК of October 27, 1999 | 10,348,000.00 |
| | TOTAL: | 459,846,589.79 |

In sending you the documents listed above, OOO Polyprom would like, once again, to point out the following:

1) OOO Polyprom, jointly with other OAO Kachkanar GOK Vanadiy creditors, objects to the bankruptcy procedure and believes that enterprise's bankruptcy has been intentional and the sole reason of it lies in unlawful actions undertaken by A. A. Kozitsyn who seized the enterprise by force of arms on January 28, 2000 and consequently proceeded to creating and increasing OAO Kachkanar GOK Vanadiy's insolvency and has taken no steps to carry out a pre-trial readjustment of the enterprise;

2) During the bankruptcy proceedings you, as temporary manager of OAO Kachkanar GOK Vanadiy, committed gross violations of current legislation standards, specifically:

- Stockholders of the enterprise never received an opportunity to carry out a pre-trial readjustment of the enterprise, as provided for by Articles 26 and 27 of the Federal Law "Regarding Insolvency (Bankruptcy)";

- We consider that OAO Kachkanar GOK Vanadiy's List of Creditors compiled and approved by you and based on the data of Collation Statements signed by Mr. A.A Kozitsyn, an unauthorized person, on behalf of OAO Kachkanar GOK Vanadiy or by persons acting by his proxy is unlawful, which is reflected in a respective court decision that has been forwarded to you;

- As a result of distortion of data in Creditors List, no one but A. A. Kozitsyn's representatives or those of companies reporting to him came to be elected members of Creditors Committee, while the majority of OAO Kachkanar GOK Vanadiy's creditors has been ignored, even though they own 70 % of account payable; this constitues a major violation of their rights;

- You, as temporary manager of OAO Kachkanar GOK Vanadiy, were aware of court rulings that have been pronounced as well as of the fact that Mr. A.A. Kozitsyn has been forbidden to carry out financial and managerial activities and dispose of enterprise's property; however, you have approved the inauthentic, or false, List of Creditors;

- The majority of the creditor (including foreign creditors) were not notified or were untimely notified of the date of the first Creditors Meeting, which resulted in a gross violation and infringement of creditors' rights;

- On August 11, 2000, you carried out an illegal Meeting of Creditors of OAO Kachkanar GOK Vanadiy, which was a violation of the court's decision prohibiting you to convene or postpone such a meeting prior to the final court decision.

Taking into account the fact that a criminal action regarding OAO Kachkanar GOK Vanadiy's intentional bankruptcy has been brought before a court, we wish to remind you that in accordance with Article 61 of the Federal Law "Regarding Insolvency (Bankruptcy)", you, as Temporary Manager, had the responsibility to detect on your own any signs of an intentional bankruptcy and take all necessary steps to protect debtor's property, i.e.,that of OAO Kachkanar GOK Vanadiy; however, in violation of the legal norms mentioned above, you not only failed to carry out the responsibilities laid upon you, but also promoted with your activities intentional bankruptcy of the enterprise and introduction of external management at it.

In this connection, we wish to warn you again that you shall be responsible for your functions as external manager, and that each of your activities as temporary and external manager will receive an appropriate appraisal within the framework of civil and criminal responsibility; also, all materials regarding this matter will be passed over to law enforcement agencies and made part of the exhibits for criminal action regarding enterprise's intentional bankruptcy.

Based on the above, we require that you should:

1. On your own initiative, submit a petition to Sverdlovsk Region Arbitration Tribunal declaring the results of OAO Kachkanar GOK Vanadiy's first Creditors Meeting of August 11, 2000 as invalid.

2. Make a new Creditors List, having excluded from it the creditors whose indebtedness has been confirmed by Mutual Invoicing Statements signed by A.A. Kozitsyn or persons acting by his proxy, particularly, OOO "Lebaut" Enterprise.

3. Include OOO Polyprom into the OAO Kachkanar GOK Vanadiy Creditors List indicating the indebtedness amount shown above.

4. In the near future, reconvene and hold a new Creditors Meeting with prior notification of the new creditors, and include in the agenda all items discussed at Creditors Meeting of August 11, 2000.

Please inform us of all the decisions taken at the following address: P.O. Box 50, G-270, Moscow 119270.
OOO Polyprom
General Director
[signature]

Bukharin G.M.

[seal] "Polyprom"

**Attachment to OOO Polyprom Letter (Outgoing Mail Ref. No. 10/40-99 of August 29, 2000**

**No. of Pages: 137 (one hundred thirty-seven)**

*1) Product Supply Contract No. 02-99 of July 9, 1999, including Attachments (39 pages)*

| Contract No. | Supplement No. | Type of Document | Kind of Certification | No. of Pages |
|---|---|---|---|---|
| PRODUCT SUPPLY CONTRACT No. 02-99 of July 9, 1999 | 1. | Product Supply Contract No. 02-99 of July 9, 1999 | Notarized Copy | 3 (three) |
| | | Addendum No. 1 of July 31, 1999 to Product Supply Contract No. 02-99 of July 9, 1999 | | 1 (one) |
| | | Addendum No. 2 of August 30, 1999 to Product Supply Contract No. 02-99 of July 9, 1999 | | 1 (one) |
| | | Addendum No. 3 of September 30, 1999 to Product Supply Contract No. 02-99 of July 9, 1999 | | 1 (one) |
| | | Addendum No. 4 of November 30, 1999 to Product Supply Contract No. 02-99 of July 9, 1999 | | 1 (one) |
| | | Addendum No. 1 of December 22, 1999 to Product Supply Contract No. 02-99 of July 9, 1999. | | 1 (one) |
| | 2. | Mutual Invoicing Statement signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 02-99 of July 9, 1999, for the period between August 1, 1999 and December 31, 1999 | Notarized Copy | 1 (one) |
| | 3. | Invoice No. 13 of January 27, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Invoice No. 14 of January 27, 2000 | | 1 (one) |
| | | Invoice No. 15 of January 25, 2000 | | 1 (one) |
| | | Invoice No. 17 of January 27, 2000 | | 1 (one) |
| | | Addendum to Invoice No. 17 of January 27, 2000 | | 1 (one) |
| | | Invoice No. 19 of January 25, 2000 | | 1 (one) |
| | | Invoice No. 18/1 of January 27, 2000 | | 1 (one) |
| | | Addendum to Invoice No. 18/1 of January 27, 2000 | | 2 (two) |
| | 4. | Mutual Invoicing Statement of January 27, 2000 signed by Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 02-99 of July 9, 1999, for the period between January 1, 2000 and January 27, 2000 | Notarized Copy | 1 (one) |
| | 5. | Invoice No. 16 of January 31, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Invoice No. 18/2 of January 31, 2000 | | 1 (one) |
| | | Addendum to Invoice No. 18/2 of January 31, 2000 | | 1 (one) |
| | 6. | Mutual Invoicing Statement of January 31, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 02-99 of July 9, 1999, for the period between January 28, 2000 and January 31, 2000. | Notarized Copy | 1 (one) |
| | 7. | Invoice No. 41/1 of February 10, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Invoice No. 42 of February 10, 2000 | | 1 (one) |
| | | Invoice No. 43 of February 10, 2000 | | 1 (one) |
| | | Invoice No. 44 of February 10, 2000 | | 1 (one) |
| | | Invoice No. 45 of February 10, 2000 | | 1 (one) |
| | | Invoice No. 46/1 of February 14, 2000 | | 1 (one) |
| | | Addendum to Invoice No. 46/1 of February 14, 2000 | | 1 (one) |
| | | Invoice No. 47/1 of February 14, 2000 | | 1 (one) |
| | | Addendum to Invoice No. 47/1 of February 14, 2000 | | 1 (one) |
| | 8. | Mutual Invoicing Statement of February 14, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 02-99 of July 9, 1999, for the period between February 1, 2000 and February 14, 2000 | Notarized Copy | 1 (one) |
| | 9. | Invoice No. 41/2 of February 29, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Invoice No. 46/2 of February 29, 2000 | | 1 (one) |
| | | Addendum to Invoice No. 46/2 of February 29, 2000 | | 1 (one) |
| | | Invoice No. 47/2 of February 29, 2000 | | 1 (one) |
| | | Addendum to Invoice No. 47/2 of February 29, 2000 | | 1 (one) |

| | 10. | Mutual Invoicing Statement of February 29, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 02-99 of July 9, 1999, for the period between February 15, 2000 and February 29, 2000 | Notarized Copy | 1 (one) |
|---|---|---|---|---|

### 2) Contract No. S-01-99/M of September 30, 1999, including Attachments (23 pages)

| | | | | |
|---|---|---|---|---|
| CONTRACT No. S-01-99/M of September 30, 1999 | 11. | Supply Contract No. S-01-99/M of September 30, 1999 | Notarized Copy | 4 (four) |
| | | Addendum No. 1 of December 24, 1999 to Supply Contract No. S-01-99/M of September 30, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 1 of September 30, 1999 to Supply Contract No. S-01-99/M of September 30, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 2 of November 29, 1999 to Supply Contract No. S-01-99/M of September 30, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 3 of December 24, 1999 to Supply Contract No. S-01-99/M of September 30, 1999 | | 2 (two) |
| | | Supplementary Agreement No. 4 of January 26, 2000 to Supply Contract No. S-01-99/M of September 30, 1999 | | 1 (one) |
| | 12. | Mutual Invoicing Statement of January 5, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. S-01-99/M of September 30, 1999, for the period between October 1, 1999 and December 31, 1999 | Notarized Copy | 1 (one) |
| | 13. | Invoice No. 27/1 of January 27, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Addendum to Invoice No. 27/1 of January 27, 2000 | | 1 (one) |
| | 14. | Mutual Invoicing Statement of January 27, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. S-01-99/M of September 30, 1999, for the period between January 1, 2000 and January 27, 2000 | Notarized Copy | 1 (one) / 1 (one) |
| | 15. | Invoice No. 27/2 of January 31, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Addendum to Invoice No. 27/2 of January 31, 2000 | | |
| | 16. | Mutual Invoicing Statement of January 31, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. S-01-99/M of September 30, 1999, for the period between January 28, 2000 and January 31, 2000 | Notarized Copy | 1 (one) |
| | 17. | Invoice No. 40/1 of February 14, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Addendum to Invoice No. 40/1 of February 14, 2000 | | |
| | 18. | Mutual Invoicing Statement of February 14, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. S-01-99/M of September 30, 1999, for the period between February 1, 2000 and February 14, 2000 | Notarized Copy | 1 (one) |
| | 19. | Invoice No. 40/2 of February 29, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Addendum to Invoice No. 40/2 of February 29, 2000 | | 1(one) |
| | 20. | Mutual Invoicing Statement of March 1, 2000 signed by OAO OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. S-01-99/M of September 30, 1999, for the period between February 15, 2000 and February 29, 2000 | Notarized Copy | 1 (one) |

### 3) Supply Contract No. S-02-99/M of October 18, 1999, including Attachments (7 pages)

| | | | | |
|---|---|---|---|---|
| SUPPLY CONTRACT No. S-02-99/M of October 18, 1999 | 21. | Supply Contract No. S-02-99/M of October 18, 1999 | Notarized Copy | 4 (four) |
| | | Supplementary Agreement No. 1 of November 15, 1999, to Contract No. S-02-99/M of October 18, 1999 | | 1 (one) |
| | 22. | Invoice No. 28 of January 21, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |

| | 23. | Mutual Invoicing Statement of January 21, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. S-02-99/M of October 18, 1999, for the period between January 1, 2000 and January 21, 2000 | Notarized Copy | 1 (one) |
|---|---|---|---|---|

*4) Stock Purchase/Sale Contract No. KGOK-18/10-99 of October 18, 1999 including Attachments (4 pages)*

| STOCK PURCHASE/SALE CONTRACT No. KGOK-18/10-99 of October 18, 1999 | 24. | Stock Purchase/Sale Contract No. KGOK-18/10-99 of October 18, 1999 | Notarized Copy | 2 (two) |
|---|---|---|---|---|
| | 25. | Statement from Stockholders Log of October 20, 1999 | Notarized Copy | 1 (one) |
| | 26. | Mutual Invoicing Statement of January 5, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Stock Purchase/Sale Contract No. KGOK-18/10-99 of October 18, 1999 | Notarized Copy | 1 (one) |

*5) Contract No. 16-99/Пк of November 10, 1999, including Attachments (19 pages)*

| CONTRACT No. 16-99/Пк of November 10, 1999 | 27. | Contract No. 16-99/Пк of November 10, 1999 | Notarized Copy | 4 (four) |
|---|---|---|---|---|
| | | Addendum No. 1 of November 18, 1999, to Contract No. 16-99/Пк of November 10, 1999 | | 1 (one) |
| | | Supplement No. 1 to Contract No. 16-99/Пк of November 10, 1999 | | 1 (one) |
| | | Supplement No. 2 to Contract No. 16-99/Пк of November 10, 1999 | | 1 (one) |
| | | Supplement No. 3 to Contract No. 16-99/Пк of November 10, 1999 | | 1 (one) |
| | | Supplement No. 4 to Contract No. 16-99/Пк of November 10, 1999 | | 1 (one) |
| | | Supplement No. 5 to Contract No. 16-99/Пк of November 10, 1999 | | 1 (one) |
| | | Supplement No. 6 to Contract No. 16-99/Пк of November 10, 1999 | | 1 (one) |
| | 28. | Mutual Invoicing Statement of January 5, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract 16-99/Пк of November 10, 1999, for the period between November 11, 1999 and December 31, 1999 | Notarized Copy | 1 (one) |
| | 29. | Invoice No. 9 of January 27, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Invoice No. 23/1 of January 27, 2000 | | 1 (one) |
| | 30. | Paying Order No. 11 of January 18, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Paying Order No. 20 of January 19, 2000 | | 1 (one) |
| | 31. | Mutual Invoicing Statement of January 27, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract 16-99/Пк of November 10, 1999, for the period between January 1, 2000 and January 27, 2000 | Notarized Copy | 1 (one) |
| | 32. | Invoice No. 23/2 of January 31, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | 33. | Mutual Invoicing Statement of January 31, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract 16-99/Пк of November 10, 1999, for the period between January 28, 2000 and January 31, 2000 | Notarized Copy | 1 (one) |

*6) Loan Contract No. 08-99/3 of June 3, 1999, including Attachments (8 pages)*

| LOAN | 34. | Loan Contract No. 08-99/3 of June 3, 1999 | Notarized Copy | 2 (two) |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | Supplementary Agreement No. 1 of June 11, 1999 to Loan Contract No. 08-99/3 of June 3, 1999 | Notarized Copy | 1 (one) |
| | 35. | Mutual Invoicing Statement of December 10, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Lenax for Loan Contract No. 08-99/3 of June 3, 1999 | Notarized Copy | 1 (one) |
| | 36. | Cession of Right Contract No. 18-99/УП of December 9, 1999 signed by OOO Lenax and OOO Polyprom | Notarized Copy | 2 (two) |
| | 37. | Bills of Exchange Transfer Statement of January 19, 2000 | Notarized Copy | 1 (one) |
| | 38. | Mutual Invoicing Statement as of January 20, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 18-99/УП of June 3, 1999 [Tanslator's Note: 2 contracts hybridized here in the original - either the date or the Contract No. must be wrong] | Notarized Copy | 1 (one) |

*7) Contract No. 01-99/Π of July 9, 1999, including Attachments (32 pages)*

| | | | | |
|---|---|---|---|---|
| CONTRACT No. 01-99/Π of July 9, 1999 | 39. | Contract No. 01-99/Π of July 9, 1999 | Notarized Copy | 3 (three) |
| | | Supplementary Agreement No. 1 of July 9, 1999, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 2 of July 30, 1999, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 3 of August 30, 1999, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 4 of September 31, 1999, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 5 of October 28, 1999, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 6 of November 29, 1999, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 7 of December 22, 1999, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 8 of December 28, 1999, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 8/1 of January 10, 2000, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | | Supplementary Agreement No. 9 of January 24, 2000, to Contract No. 01-99/Π of July 9, 1999 | | 1 (one) |
| | 40. | Mutual Invoicing Statement as of January 5, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 01-99/Π of July 9, 1999, for the period between November 1, 1999 and December 31, 1999. | Notarized Copy | 1 (one) |
| | 41. | Notes of Hand Transfer Report of January 18, 2000 | Notarized Copy | 1 (one) |
| | | Payment Order No. 2 of January 11, 2000 | Copy bearing OOO Polyprom Round Seal | 1 (one) |
| | | Payment Order No. 3 of January 13, 2000 | | 1 (one) |
| | | Payment Order No. 6 of January 14, 2000 | | 1 (one) |
| | | Payment Order No. 8 of January 18, 2000 | | 1 (one) |
| | | Payment Order No. 3 of January 18, 2000 | | 1 (one) |
| | | Payment Order No. 10 of January 19, 2000 | | 1 (one) |
| | | Payment Order No. 5 of January 20, 2000 | | 1 (one) |
| | | Payment Order No. 6 of January 20, 2000 | | 1 (one) |
| | | Payment Order No. 13 of January 21, 2000 | | 1 (one) |
| | | Payment Order No. 14 of January 24, 2000 | | 1 (one) |
| | | Payment Order No. 15 of January 24, 2000 | | 1 (one) |
| | | Payment Order No. 16 of January 25, 2000 | | 1 (one) |
| | | Payment Order No. 8 of January 25, 2000 | | 1 (one) |

| | | | | |
|---|---|---|---|---|
| | | Payment Order No. 18 of January 26, 2000 | | 1 (one) |
| | | Payment Order No. 19 of January 27, 2000 | | 1 (one) |
| | | Payment Order No. 21 of January 28, 2000 | | 1 (one) |
| | 42. | Mutual Invoicing Statement as of January 28, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 01-99/П of July 9, 1999, for the period between January 1, 2000 and January 28, 2000. | Notarized Copy | 1 (one) |

*8) Contract No. 15-99/ПК of October 27, 1999, including Attachments (5 pages)*

| CONTRACT No. 15-99/ПК of October 27, 1999 | | | | |
|---|---|---|---|---|
| | 43. | Contract No. 15-99/ПК of October 27, 1999 | Notarized Copy | 2 (two) |
| | | Attachment No. 1 of October 27, 1999, to Contract No. 15-99/ПК of October 27, 1999 | | 1 (one) |
| | 44. | Goods Transfer Statement of December 29, 1999, signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom, Contract No. 15-99/ПК of October 27, 1999 | Notarized Copy | 1 (one) |
| | 45. | Mutual Invoicing Statement as of January 5, 2000 signed by OAO Kachkanar GOK Vanadiy and OOO Polyprom for Contract No. 01-99/П of July 9, 1999 | Notarized Copy | 1 (one) |

A - 1465

Общество с ограниченной ответственностью

# "Полипром"

358000, РФ, Республика Калмыкия, г. Элиста, ул. Ленина, д.249, к.505, ИНН 0814113973

Исх. № 10/40-99 от 28.08.2000 г.

Открытое акционерное общество
«Качканарский ГОК «Ванадий»
(далее – ОАО КГОК «Ванадий»)

Внешнему управляющему
Козыреву
Олегу Станиславовичу

от Общества с ограниченной
ответственностью «Полипром»
(далее – ООО «Полипром»).

### ЗАЯВЛЕНИЕ
о признании ООО «Полипром» конкурсным кредитором
открытого акционерного общества
«Качканарский горно-обогатительный комбинат «Ванадий»

Общество с ограниченной ответственностью «Полипром» направляет Вам документы, подтверждающие факт наличия кредиторской задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром», а именно:

1.) 09.07.1999 года между ООО «Полипром» (Общество) и ОАО «Качканарский ГОК «Ванадий» (Комбинат) был заключен договор поставки продукции № 02-99, а также Дополнительные соглашения №№1-4 от 31.07.99, 30.08.99, 30.09.99 и 30.11.99 соответственно и Дополнение №1 от 22.12.99г. (Приложение №1), согласно которым Общество обязалось поставить Комбинату в течение 1999 года металлопродукцию и технологические материалы (Товар), а Комбинат обязался принять и оплатить поставляемый Товар.

1.1) 31.12.1999 стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №2), согласно которому за период с 01.08.1999г. по 31.12.1999г. ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Полипром» в размере 6 674 012,99 (Шесть миллионов шестьсот семьдесят четыре тысячи двенадцать) рублей 99 копеек;

1.2) В период с 01.01.2000г. по 27.01.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК «Ванадий» технологические материалы на общую сумму 11 888 514,77 (Одиннадцать миллионов восемьсот восемьдесят восемь тысяч пятьсот четырнадцать) рублей 77 копеек, что подтверждается выставленными счетами №№ 13, 14 от 27.01.00, №15 от 25.01.00, №17 от 27.01.00, №19 от 25.01.00, №18/1 от 27.01.2000г. (Приложение №3) (в приложениях указаны также номера вагонов, вес груза и дата отправки).

1.3) 27.01.2000 стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №4), согласно которому ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Полипром» по состоянию на 27.01.2000г. в размере 18 562 527,63 (Восемнадцать миллионов пятьсот шестьдесят две тысячи пятьсот двадцать семь) рублей 63 копейки;

[штамп]
1041 5.09.2000



1.4)   В период с 28.01.2000г. по 31.01.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК «Ванадий» технологические материалы на общую сумму 952 289,34 (Девятьсот пятьдесят две тысячи двести восемьдесят девять) рублей 34 копейки, что подтверждается выставленными счетами №№ 16, 18/2 от 31.01.00г. (Приложение №5) (в приложениях указаны также номера вагонов, дата отправки и вес груза).

1.5)   31.01.2000 стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №6), согласно которому ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Полипром» по состоянию на 31.01.2000г. в размере 19 514 817,10 (Девятнадцать миллионов пятьсот четырнадцать тысяч восемьсот семнадцать) рублей 10 копеек;

1.6)   В период с 01.02.2000г. по 14.02.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК «Ванадий» технологические материалы на общую сумму 7 501 624,15 (Семь миллионов пятьсот одна тысяча шестьсот двадцать четыре) рубля 15 копеек, что подтверждается выставленными счетами №№ 41/1, 42, 43, 44, 45 от 10.02.2000г. и №№ 46/1, 47/1 от 14.02.2000г. (Приложение №7) (в приложениях указаны также номера вагонов, дата отправки и вес груза).

1.7)   14.02.2000 стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №8), согласно которому ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Полипром» по состоянию на 14.02.2000г. в размере 27 016 441,25 (Двадцать семь миллионов шестнадцать тысяч четыреста сорок один) рубль 25 копеек;

1.8)   В период с 15.02.2000г. по 29.02.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК «Ванадий» технологические материалы на общую сумму 3 055 603,39 (Три миллиона пятьдесят пять тысяч шестьсот три) рубля 39 копеек, что подтверждается выставленными счетами-фактурами №№ 41/2, 46/2, 47/2 от 29.02.2000г. (Приложение №9) (в приложениях указаны также номера вагонов, дата отправки и вес груза).

1.9)   29.02.2000 стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №10), согласно которому ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Полипром» по состоянию на 29.02.2000г. в размере 30 072 044,64 (Тридцать миллионов семьдесят две тысячи сорок четыре) рубля 64 копеек;

1.10)   Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору поставки № 02-99 от 09.07.1999г. составляет **30 072 044,64** (Тридцать миллионов семьдесят две тысячи сорок четыре) рубля 64 копейки, и в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)» считается установленной.

2.)   30.09.1999г. между ООО «Полипром» (Поставщик) и ОАО «Качканарский ГОК «Ванадий» (Покупатель) был заключен договор поставки № S-01-99/М, а также Дополнение №1 от 24.12.1999г., Дополнительные соглашения №№1-4 от 30.09.1999г., 29.11.1999г., 24.12.1999г. и 26.01.2000г. соответственно (Приложение №11), согласно которым Поставщик обязался поставить Покупателю металлопродукцию, а Покупатель обязался принять и оплатить поставляемую металлопродукцию.

2.1)   05.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №12), согласно которому за период с 01.10.1999г. по 31.12.1999г. ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Полипром» за поставленную металлопродукцию в размере 2 429 700,00 (Два миллиона четыреста двадцать девять тысяч семьсот) рублей;

2.2)   С 01.01.2000г. по 27.01.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК Ванадий» металлопродукцию на общую сумму 26 541 085,20 (Двадцать шесть миллионов пятьсот сорок одна тысяча восемьдесят пять) рублей 20 копеек, что подтверждается

A - 1468



выставленным счетом № 27/1 от 27.01.2000г. (Приложение №13) (в приложениях указаны также номера вагонов, дата отправки и все груза);

2.3)   27.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №14), согласно которому ОАО «Качканарский ГОК «Ванадий» по состоянию на 27.01.2000г. признавал свою задолженность перед ООО «Полипром» за поставленную металлопродукцию в размере 28 970 785,20 (Двадцать восемь миллионов девятьсот семьдесят тысяч семьсот восемьдесят пять) рублей 20 копеек;

2.4)   С 28.01.2000г. по 31.01.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК Ванадий» металлопродукцию на общую сумму 8 551 142,74 (Восемь миллионов пятьсот пятьдесят одна тысяча сто сорок два) рубля 74 копейки, что подтверждается выставленным счетом № 27/2 от 31.01.2000г. (Приложение №15) (в приложениях указаны также номера вагонов, дата отправки и все груза);

2.5)   31.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №16), согласно которому ОАО «Качканарский ГОК «Ванадий» по состоянию на 31.01.2000г. признавал свою задолженность перед ООО «Полипром» за поставленную металлопродукцию в размере 37 521 927,94 (Тридцать семь миллионов пятьсот двадцать одна тысяча девятьсот двадцать семь) рублей 94 копейки;

2.6)   С 01.02.2000г. по 14.02.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК Ванадий» металлопродукцию на общую сумму 7 816 166,40 (Семь миллионов восемьсот шестнадцать тысяч сто шестьдесят шесть) рублей 40 копеек, что подтверждается выставленным счетом № 40/1 от 14.02.2000г. (Приложение №17) (в приложениях указаны также номера вагонов, дата отправки и все груза);

2.7)   14.02.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №18), согласно которому ОАО «Качканарский ГОК «Ванадий» по состоянию на 14.02.2000г. признавал свою задолженность перед ООО «Полипром» за поставленную металлопродукцию в размере 45 338 094,34 (Сорок пять миллионов триста тридцать восемь тысяч девяносто четыре) рубля 34 копейки;

2.8)   С 15.02.2000г. по 29.02.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК Ванадий» металлопродукцию на общую сумму 5 834 357,90 (Пять миллионов восемьсот тридцать четыре тысячи триста пятьдесят семь) рублей 90 копеек, что подтверждается выставленным счетом № 40/2 от 29.02.2000г. (Приложение №19) (в приложениях указаны также номера вагонов, дата отправки и все груза);

2.9)   01.03.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №20), согласно которому ОАО «Качканарский ГОК «Ванадий» по состоянию на 01.03.2000г. признавал свою задолженность перед ООО «Полипром» за поставленную металлопродукцию в размере 51 172 452,24 (Пятьдесят один миллион сто семьдесят две тысячи четыреста пятьдесят два) рубля 24 копейки;

2.10)  Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору поставки № S-01-99/М от 30.09.1999г. составляет **51 172 452,24** (Пятьдесят один миллион сто семьдесят две тысячи четыреста пятьдесят два) рубля 24 копейки, и в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)» считается установленной.

3.)    18.10.1999г. между ООО «Полипром» (Поставщик) и ОАО «Качканарский ГОК «Ванадий» (Покупатель) был заключен договор поставки № S-02/М-99 а также Дополнительное соглашение №1 от 15.11.1999г. (Приложение №21), согласно которым Поставщик обязался поставить Покупателю металлопродукцию, а Покупатель обязался принять и оплатить поставляемую металлопродукцию.

3.1)   ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК «Ванадий» металлопродукцию на общую сумму 8 288 505,66 (Восемь миллионов двести восемьдесят восемь тысяч пятьсот



пять) рублей 66 копеек, что подтверждается выставленным счетом № 28 от 21.01.2000г. (Приложение №22);

3.2) 21.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №23), согласно которому ОАО «Качканарский ГОК «Ванадий» по состоянию на 21.01.2000г. признавал свою задолженность перед ООО «Полипром» за поставленную металлопродукцию в размере 8 288 505,66 (Восемь миллионов двести восемьдесят восемь тысяч пятьсот пять) рублей 66 копеек;

3.3) **Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору поставки № S-02/M-99 от 18.10.1999г. составляет 8 288 505,66 (Восемь миллионов двести восемьдесят восемь тысяч пятьсот пять) рублей 66 копеек и в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)» считается установленной.**

4.) 18.10.1999г. между ООО «Полипром» (Продавец) и ОАО «Качканарский ГОК «Ванадий» (Покупатель) был заключен договор купли-продажи акций № KGOK-18/10-99 (Приложение №24), согласно которому Продавец обязался передать Покупателю ценные бумаги, а Покупатель обязался принять и оплатить ценные бумаги на условиях вышеуказанного договора.

4.1) ООО «Полипром» выполнил свои обязательства по договору, передав ОАО «Качканарский ГОК «Ванадий» акции и перерегистрировав их в реестре акционеров, что подтверждается выпиской из реестра акционеров от 20.10.1999г. (Приложение №25). ОАО «Качканарский ГОК «Ванадий» не оплатил стоимость акций в соответствии с п.2.2. договора в размере 20 445 000,00 (Двадцать миллионов четыреста сорок пять тысяч) рублей;

4.2) 05.01.2000г. между сторонами был подписан акт сверки взаиморасчетов (Приложение №26), согласно которому задолженность ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору купли-продажи акций № KGOK-18/10-99 от 18.10.1999г. составляет 20 445 000,00 (Двадцать миллионов четыреста сорок пять тысяч) рублей;

4.3) **Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору купли-продажи акций № KGOK-18/10-99 от 18.10.1999г. составляет 20 445 000,00 (Двадцать миллионов четыреста сорок пять тысяч) рублей, которая в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)» считается установленной.**

5.) 10.11.1999г. между ООО «Полипром» (Продавец) и ОАО «Качканарский ГОК «Ванадий» (Покупатель) был заключен договор №16-99/Пк, а также Дополнение №1 от 18.11.1999г. и Приложения №№1-6 (Приложение №27), согласно которым Продавец обязался поставить Покупателю ванадиевую продукцию, а Покупатель обязался принять и оплатить поставляемую продукцию.

5.1) 05.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №28), согласно которому за период с 01.11.1999г. по 31.12.1999г. ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Полипром» за поставленную металлопродукцию в размере 64 130 532,40 (Шестьдесят четыре миллиона сто тридцать тысяч пятьсот тридцать два) рубля 40 копеек;

5.2) За период с 01.01.2000г. по 27.01.2000г. Продавец поставил Покупателю продукцию на сумму 24 090 068,34 (Двадцать четыре миллиона девяносто тысяч шестьдесят восемь) рублей 34 копейки, что подтверждается счетами №№ 9, 23/1 от 27.01.2000г. (Приложение №29), а Покупатель оплатил продукцию на сумму 49 847 400,00 (Сорок девять миллионов восемьсот сорок семь тысяч четыреста) рублей, что подтверждается платежными поручениями №11 от 18.01.2000г. и №20 от 19.01.2000г. (Приложение №30);

5.3) 27.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №31), согласно ОАО «Качканарский ГОК «Ванадий» по состоянию на 28.01.2000г. признавал свою задолженность перед ООО «Полипром» за поставленную

A - 1470



продукцию в размере 42 381 494,20 (Сорок два миллиона триста восемьдесят одна тысяча четыреста девяносто четыре) рубля 20 копеек;

5.4) За период с 28.01.2000г. по 31.01.2000г. ООО «Полипром» отгрузил в адрес ОАО «Качканарский ГОК «Ванадий» продукцию на общую сумму 2 065 039,80 (Два миллиона шестьдесят пять тысяч тридцать девять) рублей 80 копеек, что подтверждается выставленным счетом № 23/2 от 31.01.2000г. (Приложение №32), которую ОАО «Качканарский ГОК «Ванадий» не оплатил;

5.5) 31.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленную продукцию (Приложение №33), согласно ОАО «Качканарский ГОК «Ванадий» по состоянию на 31.01.2000г. признавал свою задолженность перед ООО «Полипром» за поставленную продукцию в размере 44 446 534,00 (Сорок четыре миллиона четыреста сорок шесть тысяч пятьсот тридцать четыре) рубля 00 копеек;

5.6) Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору № 16-99/ПК от 10.11.1999г. составляет <u>44 446 534,00</u> (Сорок четыре миллиона четыреста сорок шесть тысяч пятьсот тридцать четыре) рубля, и в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)» считается установленной.

6.) 03.06.1999г. между ООО «Ленэкс» (Заимодавец) и ОАО «Качканарский ГОК «Ванадий» (Заемщик) был заключен договор займа № 08-99/3, и Дополнительное соглашение №1 от 11.06.1999г. (Приложение №34), согласно которым Заимодавец обязался предоставить Заемщику заем в размере до 200 000 000 (Двести миллионов) рублей единовременно или частично, а Заемщик обязался до 15.08.1999г. возвратить полученный заем.

6.1) 10.12.1999г. стороны подписали акт сверки взаиморасчетов по договору займа (Приложение №35), согласно которому по состоянию на 10.12.1999г. ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Ленэкс» в размере 137 170 380,18 (Сто тридцать семь миллионов сто семьдесят тысяч триста восемьдесят) рублей 18 копеек;

6.2) 09.12.1999г. ООО «Ленэкс» (Цедент) и ООО «Полипром» (Цессионарий) подписали договор уступки прав требования № 18-99/УП (Приложение №36), согласно которому ООО «Ленэкс» все права требования по договору займа № 08-99/3 в существующем объеме переуступил ООО «Полипром». ОАО «Качканарский ГОК «Ванадий» был надлежащим образом уведомлен о произошедшей переуступке прав требования. Таким образом задолженность ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» составила 137 170 380,18 (Сто тридцать семь миллионов сто семьдесят тысяч триста восемьдесят) рублей 18 копеек;

6.3) 19.01.2000г. ОАО «Качканарский ГОК «Ванадий» в счет частичного погашения задолженности передал ООО «Полипром» векселя на сумму 5 558 847,00 (Пять миллионов пятьсот пятьдесят восемь тысяч восемьсот сорок семь) рублей, что подтверждается актом приема-передачи векселей (Приложение №37);

6.4) 19.01.2000г. между ОАО «Качканарский ГОК «Ванадий» и ООО «Полипром» был заключен акт сверки расчетов по договору № 18-99/УП от 09.12.1999г. (Приложение №38), согласно которому ОАО «Качканарский ГОК «Ванадий» признает свою задолженность перед ООО «Полипром» в размере 131 611 533,18 (Сто тридцать один миллион шестьсот одиннадцать тысяч пятьсот тридцать три) рубля 18 копеек;

6.5) Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору № 18-99/УП от 09.12.1999г. составляет <u>131 611 533,18</u> (Сто тридцать один миллион шестьсот одиннадцать тысяч пятьсот тридцать три) рубля 18 копеек и в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)» считается установленной.

A - 1471



7.) 09.07.1999г. между ОАО «Качканарский ГОК «Ванадий» (Поставщик) и ООО «Полипром» (Покупатель) был заключен договор № 01-99/П, и Дополнительные соглашения №№ 1-9 от 09.07.99, 30.07.99, 30.08.99, 31.09.99, 28.10.99, 29.11.99, 22.12.99, 28.12.99, 10.01.2000 и 24.01.2000 соответственно (Приложение №39), согласно которым Поставщик обязался передать Покупателю продукцию, а Покупатель обязался принять и оплатить поставляемую продукцию в соответствии с условиями договора.

7.1) 05.01.2000г. стороны подписали акт сверки взаиморасчетов по договору № 01-99/П (Приложение №40), согласно которому по состоянию на 01.01.2000г. взаимная задолженность между ОАО «Качканарский ГОК «Ванадий» и ООО «Полипром» отсутствует.

7.2) В период с 01.01.2000 по 28.01.2000г. ООО «Полипром» в счет оплаты продукции по договору № 01-99/П передало ОАО «Качканарский ГОК «Ванадий» векселя и перечислило денежные средства на общую сумму <u>163 462 520,07</u> (Сто шестьдесят три миллиона четыреста шестьдесят две тысячи пятьсот двадцать) рублей 07 копеек, что подтверждается актом приема-передачи векселей от 12.01.2000г. и платежными поручениями №2 от 11.01.00, №3 от 13.01.00, №6 от 14.01.00, №8 от 18.01.00, №3 от 18.01.00, №10 от 19.01.00, №5 от 20.01.00, №6 от 20.01.00, №13 от 21.01.00, №14 от 24.01.00, №15 от 24.01.00, №16 от 25.01.00, №8 от 25.01.00, №18 от 26.01.2000г., №19 от 27.01.2000г. и №21 от 28.01.2000г. (Приложение №41);

7.3) 28.01.2000г. между ОАО «Качканарский ГОК «Ванадий» и ООО «Полипром» был подписан акт сверки взаиморасчетов по договору № 01-99/П от 09.07.1999г. (Приложение №42), согласно которому ОАО «Качканарский ГОК «Ванадий» признает свою задолженность по поставке продукции ООО «Полипром» по состоянию на 28.01.2000г. на сумму <u>163 462 520,07</u> (Сто шестьдесят три миллиона четыреста шестьдесят две тысячи пятьсот двадцать) рублей 07 копеек;

7.5) Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору № 01-99/П от 09.07.1999г. составляют <u>163 462 520,07</u> (Сто шестьдесят три миллиона четыреста шестьдесят две тысячи пятьсот двадцать) рублей 07 копеек, которая в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)» считается установленной.

8.) 27.10.1999 года между ООО «Полипром» (Продавец) и ОАО «Качканарский ГОК «Ванадий» (Покупатель) был заключен договор № 15-99/ПК и Приложение №1 от 27.10.1999г. (Приложение №43), согласно которым Продавец обязался поставить Покупателю товар, а Комбинат обязался принять и оплатить поставляемый Товар.

8.1) Продавец свои обязательства по договору выполнил, передав Покупателю Товар, что подтверждается актом приема-передачи Товара от 29.12.1999г. (Приложение №44);

8.2) 05.01.2000г. стороны подписали акт сверки взаиморасчетов за поставленный по договору № 15-99/ПК товар (Приложение №45), согласно которому за период с 01.11.1999г. по 31.12.1999г. Продавец отгрузил в адрес Покупателя товар на сумму 10 348 000,00 (Десять миллионов триста сорок восемь тысяч) рублей. По состоянию на 31.12.1999г. ОАО «Качканарский ГОК «Ванадий» признавал свою задолженность перед ООО «Полипром» в размере 10 348 000,00 (Десять миллионов триста сорок восемь тысяч) рублей;

8.3) Таким образом, общая сумма задолженности ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» по договору № 15-99/ПК от 27.10.1999г. составляет <u>10 348 000,00</u> (Десять миллионов триста сорок восемь тысяч) рублей и, в соответствии с нормами действующего законодательства (ст.4 ФЗ «О несостоятельности (банкротстве)»), считается установленной.

A - 1472



Итого, общая задолженность ОАО «Качканарский ГОК «Ванадий» перед ООО «Полипром» состоит из следующей:

| № п/п | №, дата договора | Общая сумма задолженности, руб. |
|---|---|---|
| 1. | № 02-99 от 09.07.1999г. | 30 072 044,64 |
| 2. | № S-01-99/М от 30.09.1999г. | 51 172 452,24 |
| 3. | № S-02/М-99 от 18.10.1999г. | 8 288 505,66 |
| 4. | № KGOK-18/10-99 от 18.10.1999г. | 20 445 000,00 ? |
| 5. | №16-99/ПК от 10.11.1999г. | 44 446 534,00 |
| 6. | 1) № 08-99/З от 03.06.1999г. 2) № 18-99/УП от 09.12.1999г. | 131 611 533,18 ✓ |
| 7. | № 01-99/П от 09.07.1999г. | 163 462 520,07 |
| 8. | № 15-99/ПК от 27.10.1999 г. | 10 348 000,00 |
|  | ИТОГО: | 459 846 589,79 |

Направляя Вам вышеперечисленные документы, ООО «Полипром» **повторно** обращает Ваше внимание на следующее:

1) ООО «Полипром» совместно с другими кредиторами ОАО «Качканарский ГОК «Ванадий» выступают против процедуры банкротства и считают, что **банкротство комбината является преднамеренным и единственной причиной этого стали незаконные действия Козицына А.А.,** который 28 января 2000г. **захватил комбинат, а затем умышленно и последовательно создавал и увеличивал неплатежеспособность ОАО «Качканарский ГОК «Ванадий», не предпринимая никаких мер по проведению досудебной санации комбината;**

2) В процессе процедуры банкротства, Вами как временным управляющим ОАО «Качканарский ГОК «Ванадий», грубо нарушены нормы действующего законодательства, а именно:

- акционерам комбината не была предоставлена возможность проведения досудебной санации предприятия, предусмотренная ст. 26 и 27 Федерального закона «О несостоятельности (банкротстве)»;

- считаем, что составленный и подтвержденный Вами реестр кредиторов ОАО «Качканарский ГОК «Ванадий», основанный на данных актов сверок, подписанных со стороны ОАО КГОК «Ванадий» неуполномоченным лицом - Козицыным А.А. или лицами по доверенностям от него является незаконным, о чем есть соответствующее решение судов, полученное Вами.

- в результате искажения данных реестра кредиторов в комитет кредиторов избраны только представители Козицына А.А. и/или подконтрольных ему фирм, и не вошли представители большей части кредиторов ОАО КГОК «Ванадий», владеющих в совокупности свыше 70 % кредиторской задолженности, чем существенно нарушены их права;

- Вы, как временный управляющий ОАО КГОК «Ванадий», зная о вынесенных судебных решениях, о запрете Козицыну А.А. вести финансово-хозяйственную деятельность и распоряжаться имуществом комбината, тем не менее утвердили недостоверный (ложный) реестр кредиторов;

A - 1473



-   Большая часть кредиторов (в том числе иностранные кредиторы) не были извещены или были несвоевременно извещены о дате проведения первого собрания кредиторов, что привело к грубому нарушению и ущемлению их прав кредиторов;

-   11.08.2000г. Вами незаконно проведено собрание кредиторов 11.08.2000г. ОАО КГОК «Ванадий» в нарушение вынесенного судебного решения, запрещающего Вам лично его проведение или перенос до вынесения окончательного решения судом;

Учитывая, что в настоящее время по фактам преднамеренного банкротства ОАО «Качканарский ГОК «Ванадий» возбуждено уголовное дело, напоминаем Вам, что в соответствии со ст.61 Федерального закона «О несостоятельности (банкротстве)» Вы, как временный управляющий, обязаны были самостоятельно определить наличие признаков преднамеренного банкротства, а также принять все необходимые меры по обеспечению сохранности имущества должника – ОАО «Качканарский ГОК «Ванадий», однако в нарушение указанных норм не только не выполнили возложенные на Вас обязанности, но и своими действиями способствовали преднамеренному банкротству комбината и введению на нем внешнего управления.

В связи с этим повторно предупреждаем Вас о Вашей ответственности при осуществлении функций внешнего управляющего, а также о том, что каждому Вашему действию в качестве временного и внешнего управляющего, будет дана соответствующая оценка в рамках гражданско-правовой и уголовной ответственности, материалы по данным фактам будут переданы в правоохранительные органы и приобщены к материалам уголовного дела по фактам преднамеренного банкротства комбината.

На основании вышеизложенного требуем:

1) По собственной инициативе обратиться с ходатайством в Арбитражный суд Свердловской области о признании недействительным результатов первого собрания кредиторов ОАО КГОК «Ванадий», проведенного 11.08.2000г.

2) Составить заново реестр кредиторов, исключив из него кредиторов, задолженность которых подтверждена актами сверки, подписанными Козицыным А.А. или лицами по доверенности от него (в частности ООО «Предприятие «Лебаут»);

3) Включить ООО «Полипром» в реестр кредиторов ОАО КГОК «Ванадий» с суммой задолженности, указанной выше.

4) В ближайшее время повторно созвать и провести новое собрание кредиторов, заранее уведомив об этом новых кредиторов, внести в повестку дня данного собрания все вопросы, рассмотренные на собрании кредиторов 11.08.2000г.

О принятых решениях прошу сообщить по следующему адресу: 119270, город Москва, Г-270, а/я 50

Генеральный директор
ООО «Полипром»                                                    Бухарин Г.М.



Приложения к письму ООО «Полипром» (Исх. № 10/40-99 от 29.08.2000г.):
всего на 137 (Сто тридцать семь) листах.

*1) Договор поставки продукции № 02-99 от 09.07.1999г. и приложения к нему (39 листов):*

| № договора | № прилож. | Наименование документа | Вид | Кол-во листов |
|---|---|---|---|---|
| **ДОГОВОР ПОСТАВКИ ПРОДУКЦИИ № 02-99 от 09.07.1999г.** | 1. | Договор поставки продукции № 02-99 от 09.07.1999 г. | Нотариально заверенные копии | 3 (три) |
| | | Дополнительное соглашение № 1 от 31.07.99г. к договору № 02-99 от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение № 2 от 30.08.99г.к договору № 02-99 от 09.07.1999 г. | | 1 (один) |
| | | Дополнительное соглашение № 3 от 30.09.99г. к договору № 02-99 от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение № 4 от 30.11.99г. к договору № 02-99 от 09.07.1999г. | | 1 (один) |
| | | Дополнение № 1 от 22.12.99г. к договору № 02-99 от 09.07.99 | | 1 (один) |
| | 2. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» к договору № 02-99 от 09.07.99 за период 01.08.99 по 31.12.1999г. | Нотариально заверенная копия | 1 (один) |
| | 3. | Счет №13 от 27.01.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Счет №14 от 27.01.2000г. | | 1 (один) |
| | | Счет №15 от 25.01.2000г. | | 1 (один) |
| | | Счет №17 от 27.01.2000г. | | 1 (один) |
| | | Приложение к счету №17 от 27.01.2000г. | | 1 (один) |
| | | Счет №19 от 25.01.2000г. | | 1 (один) |
| | | Счет №18/1 от 27.01.2000г. | | 1 (один) |
| | | Приложение к счету № 18/1 от 27.01.2000г. | | 2 (два) |
| | 4. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 27.01.2000г. к договору № 02-99 от 09.07.99 за период 01.01.00 по 27.01.2000г. | Нотариально заверенная копия | 1 (один) |
| | 5. | Счет №16 от 31.01.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Счет №18/2 от 31.01.2000г. | | 1 (один) |
| | | Приложение к счету № 18/2 от 31.01.2000г. | | 1 (один) |
| | 6. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 31.01.2000г. к договору № 02-99 от 09.07.99 за период 28.01.00 по 31.01.2000г. | Нотариально заверенная копия | 1 (один) |
| | 7. | Счет №41/1 от 10.02.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Счет №42 от 10.02.2000г. | | 1 (один) |
| | | Счет №43 от 10.02.2000г. | | 1 (один) |
| | | Счет №44 от 10.02.2000г. | | 1 (один) |
| | | Счет №45 от 10.02.2000г. | | 1 (один) |
| | | Счет №46/1 от 14.02.2000г. | | 1 (один) |
| | | Приложение к счету №46/1 от 14.02.2000г. | | 1 (один) |
| | | Счет №47/1 от 14.02.2000г. | | 1 (один) |
| | | Приложение к счету №47/1 от 14.02.2000г. | | 1 (один) |
| | 8. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 14.02.2000г. к договору № 02-99 от 09.07.99 за период с 01.02.2000г. по 14.02.2000г. | Нотариально заверенная копия | 1 (один) |
| | 9. | Счет №41/2 от 29.02.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Счет №46/2 от 29.02.2000г. | | 1 (один) |
| | | Приложение к счету № 46/2 от 29.02.2000г. | | 1 (один) |
| | | Счет №47/2 от 29.02.2000г. | | 1 (один) |
| | | Приложение к счету № 47/2 от 29.02.2000г. | | 1 (один) |
| | 10. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 29.02.2000г. к договору № 02-99 от 09.07.99 за период с 15.02.2000г. по 29.02.2000г. | Нотариально заверенная копия | 1 (один) |

A - 1475



**2)** *Договор поставки № S-01-99/М от 30.09.1999г.и приложения к нему (23 листа) :*

| | | | | |
|---|---|---|---|---|
| ДОГОВОР ПОСТАВКИ № S-01-99/М от 30.09.1999г. | 11. | Договор поставки № S-01-99/М от 30.09.1999г. | Нотариально заверенные копии | 4 (четыре) |
| | | Дополнение № 1 от 24.12.1999г. к договору поставки № S-01-99/М от 30.09.1999г. | | 1 (один) |
| | | Дополнительное соглашение №1 от 30.09.1999г. к договору поставки № S-01/М от 30.09.1999г. | | 1 (один) |
| | | Дополнительное соглашение №2 от 29.11.1999г. к договору поставки № S-01/М от 30.09.1999г. | | 1 (один) |
| | | Дополнительное соглашение №3 от 24.12.1999г. к договору поставки № S-01/М от 30.09.1999г. | | 2 (два) |
| | | Дополнительное соглашение №4 от 26.01.2000г. к договору поставки № S-01/М от 30.09.1999г. | | 1 (один) |
| | 12. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 05.01.2000г. к договору № S-01-99/М от 30.09.99 за период с 01.10.1999г. по 31.12.1999г. | Нотариально заверенные копия | 1 (один) |
| | 13. | Счет № 27/1 от 27.01.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Приложение к счету №27/1 от 27.01.2000г. | | 1 (один) |
| | 14. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 27.01.2000г. к договору № S-01-99/М от 30.09.99 за период с 01.01.2000г. по 27.01.2000г. | Нотариально заверенная копия | 1 (один) |
| | 15. | Счет № 27/2 от 31.01.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Приложение к счету № 27/2 от 31.01.2000г. | | 1 (один) |
| | 16. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 31.01.2000г. к договору № S-01-99/М от 30.09.99 за период с 28.01.2000г. по 31.01.2000г. | Нотариально заверенная копия | 1 (один) |
| | 17. | Счет № 40/1 от 14.02.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Приложение к счету № 40/1 от 14.02.2000г. | | 1 (один) |
| | 18. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 14.02.2000г. к договору № S-01-99/М от 30.09.99 за период с 01.02.2000г. по 14.02.2000г. | Нотариально заверенная копия | 1 (один) |
| | 19. | Счет № 40/2 от 29.02.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Приложение к счету № 40/2 от 29.02.2000г. | | 1 (один) |
| | 20. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 01.03.2000г. к договору № S-01-99/М от 30.09.99 за период с 15.02.2000г. по 29.02.2000г. | Нотариально заверенная копия | 1 (один) |

**3)** *Договор поставки № S-02-99/м от 18.10.1999г.и приложения к нему (7 листов):*

| | | | | |
|---|---|---|---|---|
| ДОГОВОР ПОСТАВКИ № S-02-99/М от 18.10.1999г. | 21. | Договор поставки № S-02-99/М от 18.10.1999г. | Нотариально заверенные копии | 4 (четыре) |
| | | Дополнительное соглашение №1 от 15.11.1999г. к договору поставки № S-02/М от 18.10.1999г. | | 1 (один) |
| | 22. | Счет № 28 от 21.01.2000г. | Копия, заверенные печатью ООО «Полипром» | 1 (один) |
| | 23. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 21.01.2000г. к договору № S-02-99/М от 18.10.99 за период с 01.01.2000г. по 21.01.2000г. | Нотариально заверенная копия | 1 (один) |

**4)** *Договор № KGOK-18/10-99 купли-продажи акций от 18.10.1999г. и приложения к нему (4 листа):*

| | | | | |
|---|---|---|---|---|
| ДОГОВОР № KGOK-18/10-99 купли-продажи акций | 24. | Договор № KGOK 18/10-99 купли-продажи акций от 18.10.1999г. | Нотариально заверенные копии | 2 (два) |
| | 25. | Выписка из реестра акционеров от 20.10.1999г. | Нотариально заверенные копии | 1 (один) |
| | 26. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 05.01.2000г. к договору № KGOK-18/10-99 от 18.10.99 | Нотариально заверенная копия | 1 (один) |

**5) Договор № 16-99/Пк от 10.11.1999г. и приложения к нему (19 листов):**

| | | | |
|---|---|---|---|
| ДОГОВОР № 16-99/Пк от 10.11.1999г. | 27. | Договор № 16-99/Пк от 10.11.1999г. | Нотариально заверенные копии | 4 (четыре) |
| | | Дополнение №1 от 18.11.1999г. к договору № 16-99/Пк от 10.11.1999г. | | 1 (один) |
| | | Приложение №1 к договору № 16-99/Пк от 10.11.1999г. | | 1 (один) |
| | | Приложение №2 к договору № 16-99/Пк от 10.11.1999г. | | 1 (один) |
| | | Приложение №3 к договору № 16-99/Пк от 10.11.1999г. | | 1 (один) |
| | | Приложение №4 к договору № 16-99/Пк от 10.11.1999г. | | 1 (один) |
| | | Приложение №5 к договору № 16-99/Пк от 10.11.1999г. | | 1 (один) |
| | | Приложение №6 к договору № 16-99/Пк от 10.11.1999г. | | 1 (один) |
| | 28. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 05.01.2000г. к договору № 16-99/Пк от 10.11.1999 за период с 01.11.1999г. по 31.12.1999г. | Нотариально заверенная копия | 1 (один) |
| | 29. | Счет № 9 от 27.01.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Счет № 23/1 от 27.01.2000г. | | 1 (один) |
| | 30. | Платежное поручение №11 от 18.01.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Платежное поручение № 20 от 19.01.2000г. | | 1 (один) |
| | 31. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 27.01.2000г. к договору № 16-99/Пк от 10.11.1999г. за период с 01.01.2000г. по 27.01.2000г. | Нотариально заверенная копия | 1 (один) |
| | 32. | Счет № 23/2 от 31.01.2000г. | Копии, заверенная печатью ООО «Полипром» | 1 (один) |
| | 33. | Акт сверки взаиморасчетов между ОАО «КГОК «Ванадий» и ООО «Полипром» от 31.01.2000г. к договору № 16-99/Пк от 10.11.1999г. за период с 28.01.2000г. по 31.01.2000г. | Нотариально заверенная копия | 1 (один) |

**6) Договор займа № 08-99/3 от 03.06.1999г. и приложения к нему (8 листов):**

| | | | |
|---|---|---|---|
| ДОГОВОР ЗАЙМА № 08-99/3 от 03.06.1999г. | 34. | Договор займа № 08-99/3 от 03.06.1999г. | Нотариально заверенные копии | 2 (два) |
| | | Дополнительное соглашение №1 от 11.06.1999г. к договору займа № 08-99/3 от 03.06.1999г. | | 1 (один) |
| | 35. | Акт сверки взаиморасчетов по состоянию на 10.12.1999г. между ОАО «КГОК «Ванадий» и ООО «Ленэкс» к договору займа № 08-99/3 от 03.06.1999г. | Нотариально заверенная копия | 1 (один) |
| | 36. | Договор уступки права требования № 18-99/УП от 09.12.1999г. между ООО «Ленэкс» и ООО «Полипром». | Нотариально заверенная копия | 2 (два) |
| | 37. | Акт приема-передачи векселей от 19.01.2000г. | Нотариально заверенная копия | 1 (один) |
| | 38. | Акт сверки взаиморасчетов по состоянию на 20.01.2000г. между ОАО «КГОК «Ванадий» и ООО «Полипром» по договору № 18-99/УП от 03.06.1999г | Нотариально заверенная копия | 1 (один) |

**7) Договор № 01-99/П от 09.07.1999г. и приложения к нему (32 листа):**

| | | | |
|---|---|---|---|
| ДОГОВОР № 01-99/П от 09.07.1999г. | 39. | Договор № 01-99/П от 09.07.1999г. | Нотариально заверенные копии | 3 (три) |
| | | Дополнительное соглашение №1 от 09.07.1999г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение №2 от 30.07.1999г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение №3 от 30.08.1999г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение №4 от 31.09.1999г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение №5 от 28.10.1999г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение №6 от 29.11.1999г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение №7 от 22.12.1999г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение №8 от 28.12.1999г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |

ОТ:Х.    НОМЕР ТЕЛЕФОНА:    ДЕК. 21 2001 19:13 СТР17

| | | | | |
|---|---|---|---|---|
| ДОГОВОР № 01-99/П от 09.07.1999г. | | Дополнительное соглашение №8/1 от 10.01.2000г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | | Дополнительное соглашение №9 от 24.01.2000г. к договору поставки № 01-99/П от 09.07.1999г. | | 1 (один) |
| | 40. | Акт сверки взаиморасчетов по состоянию на 05.01.2000г. между ОАО «КГОК «Ванадия» и ООО «Полипром» по договору № 01-99/П от 09.07.1999г. за период с 01.11.1999г. по 31.12.1999г. | Нотариально заверенная копия | 1 (один) |
| | 41. | Акт приема-передачи простых векселей от 18.01.2000г. | Нотариально заверенная копия | 1 (один) |
| | | Платежное поручение №2 от 11.01.2000г. | Копии, заверенные печатью ООО «Полипром» | 1 (один) |
| | | Платежное поручение №3 от 13.01.2000г. | | 1 (один) |
| | | Платежное поручение №6 от 14.01.2000г. | | 1 (один) |
| | | Платежное поручение №8 от 18.01.2000г. | | 1 (один) |
| | | Платежное поручение №3 от 18.01.2000г. | | 1 (один) |
| | | Платежное поручение №10 от 19.01.2000г. | | 1 (один) |
| | | Платежное поручение №5 от 20.01.2000г. | | 1 (один) |
| | | Платежное поручение №6 от 20.01.2000г. | | 1 (один) |
| | | Платежное поручение №13 от 21.01.2000г. | | 1 (один) |
| | | Платежное поручение №14 от 24.01.2000г. | | 1 (один) |
| | | Платежное поручение №15 от 24.01.2000г. | | 1 (один) |
| | | Платежное поручение №16 от 25.01.2000г. | | 1 (один) |
| | | Платежное поручение №8 от 25.01.2000г. | | 1 (один) |
| | | Платежное поручение №18 от 26.01.2000г. | | 1 (один) |
| | | Платежное поручение №19 от 27.01.2000г. | | 1 (один) |
| | | Платежное поручение №21 от 28.01.2000г. | | 1 (один) |
| | 42. | Акт сверки взаиморасчетов по состоянию на 28.01.2000г. между ОАО «КГОК «Ванадия» и ООО «Полипром» по договору № 01-99/П от 09.07.1999г. за период с 01.01.2000г. по 28.01.2000г. | Нотариально заверенная копия | 1 (один) |

8) *Договор № 15-99/ПК от 27.10.1999г. и приложения к нему (5 листов):*

| | | | | |
|---|---|---|---|---|
| ДОГОВОР № 15-99/ПК от 27.10.1999г. | 43. | Договор № 15-99/ПК от 27.10.1999г. | Нотариально заверенные копии | 2 (два) |
| | | Приложение №1 от 27.10.1999г. к договору № 15-99/ПК от 27.10.1999г. | | 1 (один) |
| | 44. | Акт приема-передачи товара от 29.12.1999г. между ОАО «КГОК «Ванадия» и ООО «Полипром» к договору № 15-99/ПК от 27.10.1999г. | Нотариально заверенная копия | 1 (один) |
| | 45. | Акт сверки взаиморасчетов по состоянию на 05.01.2000г. между ОАО «КГОК «Ванадия» и ООО «Полипром» по договору № 15-99/ПК от 27.10.2000г. | Нотариально заверенная копия | 1 (один) |

A - 1478