# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
 **------------**
 **Karen V. Sullivan**

**(302) 576-2000**
**Fax  (302) 576-2004**
**E.I.No. 51-0364261**
Writer's e-mail coberly@ojlaw.com

April 7, 2005

<u>**Via E-Filing**</u>
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

> **Re:    Davis International LLC, et al., v. New Start Group Corp., et al.,**
> **Case Nos. 1482-GMS & 1483-GMS**

Dear Judge Sleet:

        Please allow this letter to confirm that the Court has scheduled a discovery dispute teleconference for Wednesday, April 13, 2005 at 2:00 p.m.  The parties will file a joint agenda letter on or before Monday, April 11, 2005 at 2:00 p.m.

                        **Respectfully submitted,**

                        **/s/ Charles M. Oberly, III**

                        **CHARLES M. OBERLY, III (No. 743)**

CMO,III/bld
cc:    Bruce S. Marks, Esquire (via facsimile)
        Kurt M. Heyman, Esquire (via e-filing)
        Patricia L. Enerio, Esquire (via e-filing)
        Brian Maas, Esquire (via facsimile)
        Cameron A. Myler, Esquire (via facsimile)
        Rodney F. Page, Esquire (via facsimile)
        Michael G. Biggers, Esquire (via facsimile)
        Collin J. Seitz, Jr., Esquire (via e-filing)
        Kevin F. Brady, Esquire (via e-filing)
        Robert T. Grieg, Esquire (via facsimile)
        David H. Herrington, Esquire (via facsimile)

William M. Lafferty, Esquire (via e-filing)
Melissa Guinan, Esquire (via e-filing)
Lisa C. Cohen, Esquire (via facsimile)
Lawrence S. Goldman, Esquire (via facsimile)
Elizabeth M. Johnson, Esquire (via facsimile)
William H. Devaney, Esquire (via facsimile)
Joel B. Kleinman, Esquire (via facsimile)
David H. Greenberg, Esquire (via facsimile)
Steven J. Roman, Esquire (via facsimile)
Stephen E. Jenkins, Esquire (via e-filing)
Richard I.G. Jones, Jr., Esquire (via e-filing)
Richard J. Schaeffer, Esquire (via facsimile)
Peter J. Venaglia, Esquire (via facsimile)
Laura D. Sullivan, Esquire (via facsimile)
Paul R. Grand, Esquire (via facsimile)
Edward M. Spiro, Esquire (via facsimile)