# ORIGINAL

⑦

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,                  :

                 Plaintiffs,       :

     v.                                  :        No. 04-1482

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,         :
URAL-GORNO METALURAGICAL COMPANY,:
MIKHAIL CHERNOI, OLEG DERIPASKA,      :
ARNOLD KISLIN, MIKHAIL NEKRICH, and   :
ISKANDER MAKMUDOV,                     :

                 Defendants.       :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission pro hac vice of Bruce S. Marks, Esquire to represent plaintiffs DAVIS

INTERNATIONAL, LLC, HOLDEX, LLC, FOSTON MANAGEMENT, LTD, and

OMNI TRUSTHOUSE, LTD in this matter.

Date: _December 8, 2004_          Signed: _Kurt M. Heyman_
                                       Kurt M. Heyman (#3054)
                                       THE BAYARD FIRM
                                       222 Delaware Avenue, Suite 900
                                       P.O. Box 25130
                                       Wilmington, Delaware 19899
                                       (302) 655-5000
                                       Attorney for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 4/12/05

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:_____        Signed_____
                        Bruce S. Marks
                        MARKS & SOKOLOV, LLC
                        1835 Market Street
                        28th Floor
                        Philadelphia, PA 19103

- 2 -