**ORIGINAL** 

IN THE UNITED STATE DISTRICT COURT
FOR THE STATE OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, AND
OMNI TRUSTHOUSE, LTD

        Plaintiffs,

v.                                             C.A. No. 04-1482

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,
URAL-GORNO METALURAGICAL COMPANY :
MIKHAIL CHERNOI, OLEG DERIPASKA,
ARNOLD KISLIN, MIKHAIL NEKRICH, and
ISKANDER MAKMUDOV.

        Defendants.

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gene M. Burd, Esquire to represent plaintiffs DAVIS INTERNATIONAL, LLC, HOLDEX, LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD in this matter.

Date:  December 8, 2004                   Signed: _____
                                                            Kurt M. Heyman (# 3054)
                                                            THE BAYARD FIRM
                                                            222 Delaware Avenue, Suite 900
                                                            P.O. Box 25130
                                                           Wilmington, DE 19899
                                                           (302) 655-5000
                                                           Attorney for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 4/12/05

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 12/02/04                Signed: _____
                              Gene M. Burd
                              MARKS & SOKOLOV, LLC
                              1835 Market Street
                              28th Floor
                              Philadelphia, PA 19103