**CERTIFICATE OF SERVICE**

I, Karen V. Sullivan, Esquire, hereby certify that on this 22nd day of April, 2005 two copies of the foregoing Opening Brief in Support of Defendants' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel and to Enjoin Plaintiffs from Re-Filing this Action were served on the following in the manner indicated:

<u>VIA E-FILING & HAND DELIVERY</u>
Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

<u>VIA OVERNIGHT DELIVERY</u>
Bruce S. Marks, Esquire
Gene M. Burd, Esquire
Marks & Sokolov LLC
1835 Market Street – 28th Floor
Philadelphia, PA  19103

/s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)