IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD, <br><br> Plaintiffs, <br><br> v. <br><br> NEW START GROUP CORP., VENITOM CORP., PAN-AMERICAN CORP., MDM BANK, URAL-GORNO METALURAGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 04-1482-GMS ) ) ) ) ) ) ) ) ) ) ) |

## SUBSTITUTION OF CO-COUNSEL

Pursuant to District of Delaware Local Rule 83.7, Kevin F. Brady of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby enters his appearance as co-counsel for Oleg Deripaska, and Christos T. Adamopoulos of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, withdraws his appearance, as counsel for Oleg Deripaska.

| CONNOLLY BOVE LODGE & HUTZ LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Kevin F. Brady* <br> Collins J. Seitz, Jr. (Bar No. 2237) <br> Kevin F. Brady (Bar No. 2248) <br> 1007 North Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899 <br> (302) 658-9141 | */s/ Christos T. Adamopoulos* <br> Christos T. Adamopoulos (Bar No. 3922) <br> 1007 North Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899 <br> (302) 658-9141 |

OF COUNSEL:

Rodney F. Page
Michael G. Biggers
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
(212) 541-1245

Attorneys for Defendant Oleg Deripaska


DATED: April 25, 2005

## CERTIFICATE OF SERVICE

I certify that on April 25, 2005, copies of the foregoing Substitution of Co-Counsel were delivered to counsel of record as follows:

| **BY ELECTRONIC SERVICE** | **BY FIRST CLASS MAIL** |
|---|---|
| Attorneys for Plaintiffs: | |
| Kurt M. Heyman, Esquire<br>Patricia L. Enerio, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Bruce Marks, Esquire<br>Gene M. Burd, Esquire<br>Marks & Sokolov, LLC.<br>1835 Market Street, 28th Floor<br>Philadelphia, PA  19103 |
| Attorneys for Defendant, Arnold Kislin: | |
| Charles M. Oberly, III, Esquire<br>Karen V. Sullivan, Esquire<br>Oberly, Jennings & Rhodunda, P.A.<br>800 Delaware Avenue, Suite 901<br>PO Box 2054<br>Wilmington, DE 19899 | Lisa C. Cohen, Esquire<br>Schindler Cohen & Hochman LLP<br>100 Wall Street, 15th Floor<br>New York, NY  10005<br><br>Lawrence S. Goldman, Esquire<br>Elizabeth Johnson, Esquire<br>The Law Offices of Lawrence S. Goldman<br>500 Fifth Avenue, 29th Floor<br>New York NY 10110-2900 |
| Attorneys for Defendants, New Start Group Corp. and Venitom Group: | |
| Charles M. Oberly, III, Esquire<br>Karen V. Sullivan, Esquire<br>Oberly, Jennings & Rhodunda, P.A.<br>800 Delaware Avenue, Suite 901<br>PO Box 2054<br>Wilmington, DE 19899 | Richard J. Schaeffer, Esquire<br>Peter J. Venaglia, Esquire<br>Laura D. Sullivan, Esquire<br>Dornbush, Schaeffer, Strongin &<br>   Weinstein, LLP<br>747 Third Avenue, 11th Floor<br>New York, NY 10017 |

Attorneys for Defendant Evraz Holding:

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

David H. Herrington, Esquire
Vitali Rosenfeld, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York New York 10006


Attorneys for Defendant MDM Bank:

Richard I.G. Jones, Jr., Esquire
Ashby& Geddes
222 Delaware Avenue, 17th floor
P.O. Box 1150
Wilmington, DE 19899

Joel B. Kleinman, Esquire
David H. Greenberg, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526


Attorneys for Iskander Makmudov & Ural-Gorno Metaluragical Company:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899

William H. Devaney, Esquire
Heard & O'Toole LLP
405 Lexington Avenue, Floor 62
New York, NY 10174


*/s/ Kevin F. Brady*
Kevin F. Brady (Bar No. 2248)

392005