IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX LLS, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD, | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | Civil Action No. 04-1482 GMS |
| NEW START GROUP CORPORATION, VENITOM CORPORATION, PAN-AMERICAN CORPORATION, MDM BANK, URAL-GORNO METALURGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on April 13, 2005, the court held a teleconference to discuss a discovery dispute regarding the defendants' Motion to Dismiss the Complaint (D.I. 47);

WHEREAS, the parties agreed to suspend briefing regarding the following issues raised in the defendants' motion to dismiss: (1) *forum non conveniens*; (2) international comity; (3) lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; and (4) failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, the parties further agreed to an expedited briefing schedule regarding the defendants' motion to dismiss pursuant to the doctrine of direct estoppel (the "direct estoppel motion"); and

WHEREAS, the defendants agreed to re-file their opening brief in support of the direct

estoppel motion;

   IT IS HEREBY ORDERED that:

1.   The plaintiffs shall file an answering brief to the direct estoppel motion, according to the format set forth in the local rules of the District of Delaware, no later than **May 27, 2005**.

2.   The defendants shall file a reply brief to the direct estoppel motion, according to the format set forth in the local rules of the District of Delaware, no later than **June 27, 2005**.


Dated: April 25, 2005             /s/ Gregory M. Sleet
                      UNITED STATES DISTRICT JUDGE