IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,: 
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,

        Plaintiffs,

v.                                      C.A. No. 04-1482-GMS

NEW START GROUP CORP., VENITOM CORP.,:
PANAMERICAN TRADE CORP., MDM BANK,
URAL-GORNO METALURGICAL COMPANY,
EVRAZ HOLDING, MIKHAIL CHERNOI,
OLEG DERIPASKA, ARNOLD KISLIN,
MIKHAIL NEKRICH, and
ISKANDER MAKMUDOV,

        Defendants.

## NOTICE OF FILING OF AMENDED COMPLAINT

TO:    Richard I.G. Jones, Jr., Esquire        Charles M. Oberly, III, Esquire
        Ashby & Geddes                          Karen V. Sullivan, Esquire
        222 Delaware Avenue, 17th Floor      Oberly, Jennings & Rhodunda, P.A.
        Wilmington, DE 19899                800 Delaware Avenue, Suite 901
                                                            Wilmington DE 19899

        Collins J. Seitz, Jr., Esquire             William M. Lafferty, Esquire
        Kevin F. Brady, Esquire                   Morris, Nichols, Arsht & Tunnell
        Connolly Bove Lodge & Hutz, LLP     Chase Manhattan Centre, 18th Floor
        1007 North Orange Street                  1201 North Market Street
        Wilmington, DE 19899                    Wilmington, DE 19899-1347

      PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 15(a), plaintiffs are today filing an amended complaint in this action as a matter of course. Pursuant to D. Del. LR 15.1, a form of the amended complaint which indicates the respects in which it differs from the original complaint is attached as Exhibit A hereto.

585641v1

OF COUNSEL:

MARKS & SOKOLOV, LLC
Bruce S. Marks
1835 Market Street - 6th Floor
Suite 625
Philadelphia, PA 19103
(215) 569-8901

THE BAYARD FIRM

*/s/ Kurt M. Heyman*
Kurt M. Heyman (# 3054)
Patricia L. Enerio (# 3728)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Email: Kheyman@bayardfirm.com
Email: Penerio@bayardfirm.com

Attorneys for Plaintiffs

Dated: April 26, 2005

585641v1

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire hereby certifies that on April 26, 2005, copies of the foregoing Notice of Filing of Amended Complaint were served electronically and via hand delivery on counsel listed below:

Richard I.G. Jones, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington DE 19899

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
Wilmington, DE 19899

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

_____
Kurt M. Heyman

585641v1