# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P O Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(Fax) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4239
penerio@bayardfirm.com

May 11, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
US District Court for the
District of Delaware
844 North King Street
Lock Box 19
Wilmington  DE  19801

    RE:    *Davis International, LLC, et al. vs. New Start Group Corp., et al.*
              C.A. Nos. 04-1482 and 04-1483

Dear Judge Sleet:

Enclosed is a letter from Bruce S. Marks, Esquire, counsel for the plaintiffs, in response to Charles M. Oberly, Esquire's May 5, 2005 letter to the Court.

Counsel are available should Your Honor have any questions.

Respectfully,

*Patricia Enerio*

Patricia L. Enerio (# 3728)

PLE/daa
Enclosure

cc:    Charles M. Oberly, III, Esquire (via e-filing)
       Richard I.G. Jones, Jr., Esquire (via e-filing)
       Collin J. Seitz, Jr., Esquire (via e-filing)
       William M. Lafferty, Esquire (via e-filing)

#30575-1

587413v1