IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,: 
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,
          Plaintiffs,

v.              C.A. No. 04-1482-GMS

NEW START GROUP CORP., VENITOM CORP.,
PANAMERICAN TRADE CORP., MDM BANK,
URAL-GORNO METALURGICAL COMPANY,
EVRAZ HOLDING, MIKHAIL CHERNOI,
OLEG DERIPASKA, ARNOLD KISLIN,
MIKHAIL NEKRICH, and
ISKANDER MAKMUDOV,
          Defendants.

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to District of Delaware Local Rule 83.7, The Bayard Firm hereby withdraws its appearance as local counsel for Plaintiffs, and the law firm of Finger & Slanina, LLC hereby enters its appearance on behalf of Plaintiffs.

FINGER & SLANINA, LLC        THE BAYARD FIRM

/s/ David L. Finger           /s/ Kurt M. Heyman by David L. Finger w/authorization
David L. Finger (# 2556)        Kurt M. Heyman (# 3054)
One Commerce Center         Patricia L. Enerio (# 3728)
1201 Orange Street, Suite 725      222 Delaware Avenue, Suite 900
Wilmington, DE 19801         P.O. Box 25130
(302) 884-6766           Wilmington, DE 19899
                 (302) 655-5000

DATED: May 17, 2005

587928v1

## CERTIFICATE OF SERVICE

    I, David L. Finger, hereby certify that on May 17, 2005, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Richard I.G. Jones, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington DE 19899

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
Wilmington, DE 19899

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

                                                    /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155