

**FINGER & SLANINA, LLC**
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

May 23, 2005

**Via CM/ECF and Hand Delivery**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re:   **Davis International, LLC, *et al.* v. New Start Group Corp., *et al.***
      D. Del., C.A. Nos. 1482 & 1483 GMS

Dear Judge Sleet:

It has been agreed between the parties that the plaintiffs' answering brief to defendants' Opening Brief In Support of Defendants' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel and to Enjoin Plaintiffs From Re-Filing This Action will be filed on Tuesday, May 31, 2005. Accordingly, we ask the Court to enter the Proposed Order attached hereto.

As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

Respectfully,

David L. Finger

Cc:   Clerk of the Court (via CM/ECF)
      Collins J. Seitz, Jr., Esq. (via CM/ECF)
      Cathy L. Reese, Esq. (via CM/ECF)
      Stephen E. Jenkins, Esq. (via CM/ECF)
      William M. Lafferty, Esq. (via CM/ECF)
      Charles M. Oberly, III, Esq. (via CM/ECF)
      Richard P. Rollo, Esq. (via CM/ECF)