IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,

    Plaintiffs,  : Civil Action

v.  : No. 04-1482-GMS

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,
URAL-GORNO METALLURGICAL COMPANY,:
EVRAZ HOLDING,
MIKHAIL CHERNOI, OLEG DERIPASKA,
ARNOLD KISLIN, MIKHAIL NEKRICH, and
ISKANDER MAKMUDOV,

    Defendants.

## ORDER

  WHEREAS, the parties have agreed that the plaintiffs' will have until May 31, 2005 to file an answering brief to the defendants' Opening Brief In Support of Defendants' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel and to Enjoin Plaintiffs From Re-Filing This Action,

  IT IS HEREBY ORDERED that the plaintiffs shall file an answering brief to the Opening Brief In Support of Defendants' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel and to Enjoin Plaintiffs From Re-Filing This Action, according to format set forth in the local rules of the District of Delaware, no later than **May 31, 2005**.

Dated: May 23, 2005

              _____
              Sleet, J.