**FINGER & SLANINA, LLC**
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

May 26, 2005

<u>Via CM/ECF</u>
The Hon. Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King St., Lock Box 19
Wilmington, DE 19801

Re: **Davis International, LLC**, *et al.* **v. New Start Group, Inc.**, *et al.*
D. Del., C.A. Nos. 1482 & 1483 GMS

Dear Judge Sleet:

Pursuant to the Court's request, this letter sets forth the reason that plaintiffs (with defendants' concurrence) have requested an extension of time for filing their Answering Brief in Opposition to Plaintiffs' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel and to Enjoin Plaintiffs from Re-Filing This Action.

The reason that plaintiffs have asked for a one day extension is that my co-counsel, Mr. Marks, requested the original May 24 filing date based on his review of his office calendar, which permitted him to work with his team of attorneys over the weekend of May 17 to finalize the filing. However, he was unaware from his office calendar that he had a personal family obligation, *i.e.*, the bar-mitzvah of his nephew in Atlanta, which required his presence from Thursday, May 16 through Sunday, May 19.

Plaintiffs have thus asked for an extension from Friday to the next business day, Tuesday, May 21 so that they may finalize the filing over the weekend.

As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

Respectfully,

David L. Finger
(DE Bar ID #2556)

cc:    Clerk of the Court (via CM./ECF)
       Collins J. Seitz, Jr., Esq. (via CM/ECF)
       Richard I.G. Jones, Esq. (via CM/ECF)
       William M. Lafferty, Esq. (via CM/ECF)
       Charles M. Oberly, III (via CM/ECF)