# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC, | : | |
| FOSTON MANAGEMENT, LTD, and | : | |
| OMNI TRUSTHOUSE, LTD, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 04-1482-GMS |
| | : | |
| NEW START GROUP CORP., VENITOM CORP., | : | |
| PAN-AMERICAN CORP., MDM BANK, | : | |
| URAL-GORNO METALURAGICAL COMPANY, | : | |
| EVRAZ HOLDING, MIKHAIL CHERNOI, | : | |
| OLEG DERIPASKA, ARNOLD KISLIN, | : | |
| MIKHAIL NEKRICH, and ISKANDER | : | |
| MAKMUDOV, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that a true and correct copy of the Plaintiffs' Brief in Opposition to the Defendants' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel and to Enjoin Plaintiffs From Re-Filing This Action along with supporting exhibits and Proposed Order were served on this 31st day of May, 2005, via CM/ECF:

Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

Collins J. Seitz, Jr. (DSBA No. 2237)
Kevin F. Brady (DSBA No. 2248)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141


William M. Lafferty (DSBA No. 2755)
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7341


Richard I.G. Jones, Jr. (DSBA No. 3301)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888


*/s/ David L. Finger*_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

-2-