IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD, | : : : : |
| Plaintiffs, | : : |
| v. | : No. 04-1482-GMS |
| NEW START GROUP CORP., VENITOM CORP., PAN-AMERICAN CORP., MDM BANK, URAL-GORNO METALURAGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, | : : : : : : : : |
| Defendants. | : |

**EXHIBITS TO PLAINTIFFS' PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO THE DOCTRINE OF DIRECT ESTOPPEL AND TO ENJOIN PLAINTIFFS FROM RE-FILING THIS ACTION**

Bruce S. Marks
MARKS & SOKOLOV, LLC
1835 Market Street, 6th Floor
Philadelphia, Pennsylvania 19103
215-569-8901

David L. Finger (DE Bar ID #2556)
FINGER & SLANINA, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
302 - 884-6766

*Of counsel*:

    George C. Pratt
    FARRELL FRITZ, P.C.
    EAB Plaza
    Uniondale, New York 11556
    516-227-0700

Dated: May 31, 2005