## TABLE OF CONTENTS

| | |
|---|---|
| Exhibit A | Declaration of Jalol Khaidarov |
| Exhibit B | Declaration of Robert Levinson |
| Exhibit C | Richard Boucher, Spokesman, *Daily Press Briefing*, Washington, DC, May 16, 2005 |
| Exhibit D | Secretary Of State Condoleezza Rice, *Interview With Jill Dougherty*, *CNN*, April 20, 2005 |
| Exhibit E | U.S. Senate Resolution 258, November 4, 2003, 108th Congress, 1st Sess. |
| Exhibit F | Bob Dole "Russia Has Put Itself in the Dock," *The Financial Times,* June 16, 2004 |
| Exhibit G | London Magistrates Court Decision, March 18, 2005 |
| Exhibit H | Declaration of Bruce S. Marks |
| Exhibit I | Declaration of Dov Rieger Re: Holdex |
| Exhibit J | Declaration of Dov Rieger Re: Omni |
| Exhibit K | Declaration of Nikita Chervinsky |
| Exhibit L | Declaration of Marina Ashikhmina |
| Exhibit M | Declaration of Anatoly Kleymenov |
| Exhibit N | Plaintiffs' Rule 26 Disclosures |
| Exhibit O | Evraz Group S.A. 2005 Offering Circular |