**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE**

-------------------------------------------------

**Davis International, LLC et al.**

          **Plaintiffs,**　　　　　　　　　　No. 44-1482-GMS

-against-

**New Start Group Corp, et al.**

          **Defendants.**

-------------------------------------------------

**DECLARATION OF JALOL KHAIDAROV**

    I, Jalol A. Khaidarov, declare pursuant to the provisions of 28 U.S.C. §1746, as follows:

**INTRODUCTION**

    1.    In this declaration, I set forth the threats on my life, the lives of my family and my business partners, which have been made in regard to the dispute over control of Kachkanarsky Gok.

    2.    These threats include recent threats by Vychaslav Ivankov, better know as "Yaponchik", in Russia to kill Joseph Traum and myself if we return to Russia.

    3.    These threats are real; as described below, my mother was murdered in a purported automobile "accident" in Tashkent, Uzbekistan in retaliation for the filing of the complaint in the Chancery Court in Delaware one day after the filing.

    4.    As a result of these threats, including the murder of my mother, I am unwilling to leave Israel, where I now live under police protection, and return to Russia, or any part of the former Soviet Union where my opponents could have me killed.

## BACKGROUND

5. Prior to 1999, I served as a manager for Mikhail Chernoi (aka Cherniy) ("Chernoi") and Iskander Makmudov ("Makmudov").

6. Chernoi is originally from Tashkent, where he has substantial contacts in organized crime. Salim Abdulayev ("Salim") who has been Chernoi's friend back from childhood years and is currently his partner, is head of organized criminal group, which is controlling Middle Asia and Uzbekistan.

7. Chernoi and Makmudov owned and operated a vast business enterprise (the "Enterprise") with interests in aluminum, copper, steel, coal, and other products.

8. Various persons shared in the profits, operation, and management of the Enterprise, including Oleg Deripaska ("Deripaska"), who was responsible for operating and managing the aluminum division (Sibersky Aluminum or "SibAl") of the Enterprise, and Anton Malevsky, who was responsible for the "security" division of the Enterprise and managing relations with the local criminal organizations in the various regions in Russia where the Enterprise operated.

9. Arnold Kislin ("Kislin") was responsible for organizing the finances and corporate structure of the Enterprise in the United States, which included the incorporation of at least twenty know companies in Delaware and perhaps as many as 100.

10. Michael Nekrich ("Nekrich") was responsible for oil and gas section, controlled by the Enterprise.

**The Takeover of GOK**

11.     As of late 1998, I had established an independent career outside of the Enterprise and served as the general director of Kachkanarsky GOK ("GOK"), a vanadium ore mining company, located in the Sverdlovsk Oblast.

12.     In January, 2000, GOK was illegally taken over by the Enterprise through physical force and members of the Board of Directors were extorted to vote to remove me as GOK's general director.

13.     Requests by the shareholders of GOK for assistance from the Sverdlovsk government were denied, and, in fact, special forces of the Sverdlovsk government assisted the Enterprise.

**Extortion**

14.     I was personally threatened by Chernoi, Makmudov, and Malevsky after I established an independent career as the general director of GOK. I have now realised it is common practice.

15.     Chernoi threatened that my life would be at risk unless I arranged for an interest in GOK to be transferred to the Enterprise at a meeting at his apartment in Paris in April, 1999.

16.     Makmudov demanded that I arranged for an interest in GOK to be transferred to the Enterprise at a meeting at the Luxor Restaurant at the Metropole Hotel in Moscow at which Malevsky, Deripaska, Kislin and Nekrich were present in November, 1999.

17.     It is common knowledge that Malevsky was the head of the Russian-American Izmailovo Mafia and was responsible for numerous illegal acts, including murder and extortion.

18.     It is also common knowledge that his partner in the Izmailovo Mafia was Vchyaslav Ivankov, who at the time was in prison in the United States for extortion.

19. In my experience, Malevsky was almost always armed and was usually surrounded by men who were armed.

20. The presence of Malevsky was intended to convey the message that my life was in danger if I did not cooperate.

21. In fact, at the meeting, Malevsky stated that I would not remain alive if I did not cooperate.

22. He made a similar threat to me at a later meeting related to GOK at the Balchug-Kempinsky Hotel in Moscow in Year 2000.

23. I was aware that such threats had been made in the past by members of the Enterprise. I an aware that tt least one such threat was actually carried out.

**False Criminal Charges**

24. In 2000, false criminal charges were brought against me in Russia for various alleged offenses, including the possession of narcotics and rape.

25. For example, a small packet of narcotics was planted on me by police while I was eating at the Starlight Diner in Moscow in 2000.

26. Based on my fears for my life and these false charges, I left Russia in 2000 and now reside Israel, where I am provided protection for my personal security.

**The Most Recent Threats By Vchyaslav Ivankov**

27. In late 2004, Ivankov was released from prison in the United States and returned to Russia to face murder charges.

28. Subsequent to his return, I have spoken to persons who I know who had been affiliated with the Enterprise.

29. I am told that Ivankov is very upset about the allegations which have been made about Malevsky and him and that he intends to have Joseph Traum and myself murdered if we return to Russia or parts of the former Soviet Union where the Izmailovo mafia maintains a presence, such as Tashkent, a known center for drug dealing.

30. I am also told that it is highly likely that Ivankov will be released from prison because no-one is willing to serve as a witness against him in the murder trial.

31. In any case, whether Ivankov is in prison or not, he has the contacts and resources with the Izmailovo mafia to have Traum and me killed in Russia.

### The Threats To My Family and Murder of My Mother

32. A message was passed to me from Makhmudov in 2000 with a threat in regard to my son's and my mother's lives. The threats were supported by the information that the Enterprise is very well aware of the fact that my son lives in England and my mother - in Tashkent. There is an audio recording of the threat in the possession of Israeli police.

33. Shortly before the action was filed in the Delaware Chancery court, I spoke to persons in Russian who had formerly been associated with the Enterprise and told them of the plan to file the action.

34. On the day after the action was filed, I spoke to a former member of the Enterprise and he told me that Makmudov and Yaponchik suggested that I check on the health of my mother.

35. I then learned from speaking to people in Tashkent that my mother had been killed in a hit and run "accident" that very same day.

36. Unfortunately, in Russia and Uzbekistan, people are commonly murdered by organized crime groups in this fashion so that it appears to be an accident, and not a murder.

37. After I learned of my mother's death, I attempted to initiate a proper investigation of the circumstances of the accident. However these efforts were not a success, and it is obvious why. MVD and FSB[1] are under influence on the part of Salim's criminal group.

38. Given the prior threats on my life and the lives of my family, the unmistakable message from Makmudov, as well as impossibility to conduct a proper investigation it is plain to me that my mother was murdered in retaliation for the filing of the Chancery court action.

---

[1] *Translator's note*: MVD – Ministry of Internal Affairs. FSB – Federal Security Service

   I am informed that the contents of the English declaration match those of the Russian version.

   I declare under penalty of perjury that the foregoing is true and correct.


                 _____
                 Jalol A. Khaidarov


Dated: _____

**ФЕДЕРАЛЬНЫЙ ОКРУЖНОЙ СУД США**
**СУД ОКРУГА ШТАТА ДЕЛАВЕР**

---

**ДЕЙВИС ИНТЕРНЕШНЛ, ЛЛСи и пр.**

                        **Истцы**               **Дело № 44-1482-GMS**

      **против**

**НЬЮ СТАРТ ГРУП КОРП, и пр.**

                        **Ответчики.**

---

**ЗАЯВЛЕНИЕ ДЖАЛОЛА ХАЙДАРОВА**

Я, Джалол А. Хайдаров, в соответствии с положениями 28 U.S.C. §1746 заявляю следующее:

**ВВЕДЕНИЕ**

1.     В настоящем Заявлении я излагаю суть угроз, поступивших в мой адрес, и касающиеся моей жизни, жизней членов моей семьи и моих партнеров, в связи с конфликтом вокруг контроля над Качканарским Гоком.

2.     Эти угрозы включают в себя угрозы, недавно поступившие из России от Вячеслава Иванькова, известного лучше под кличкой «Япончик», и заключающиеся в обещании убить Джозефа Траума и меня, если мы вернемся в Россию.

3.     Эти угрозы носят соверешнно реальный характер. Как будет описано ниже, моя мать была убита якобы в результате «автомобильной аврии» в Ташкенте, Узбекистане. Авария была подстроена в отместку за то, что был подан иск в суде Чанслери в Делаваре, и была инсценерованна через день после подачи этого иска.

4.	В результате этих ургоз, а также после убийства моей матери, я не хочу покидать территорию Израиля, где я в настоящее время проживаю под защитой полици, и не хочу возвращаться в Россию или в любую страну бывшего Советского Союза, где мои противники могут меня убить.

**ПРЕДЫСТОРИЯ**

5.	До 1999 года я работал на Михаила Черного (также известного как Черный) («Черной») и Искандера Махмудова («Махмудов») в качестве менеджера.

6.	Черной родился в Ташкенте, где у него до сих пор имеются серьезные контакте с организованной преступностью. Друг детства и партнер Черного, Салим Абдулаев ("Салим "), является лидером организованной преступной группировки, контролирующей Среднюю Азию и Узбекистан.

7.	Черной и Махмудов совместно владели и управляли огромным бизнес предприятием («Предприятие») с долями в алюминиевой, медной, сталилитейной, угольной и других отраслях промышленности.

8.	Многие лица принимали участие в распределении прибыли, работе и управлении Предприятием, включая Олега Дерипаску («Дерипаска»), который отвечал за работу и управление алюминиевым подразделением Предприятия (Сибирский Алюминий или «Сибал»), и Антона Малевского («Малевский»), который отвечал за подразделение Предприятия, занимавшееся «безопасностью» и за отношения с местными криминальными структурами в Москве, в различных регионах России и за рубежом, где Предприятие осуществляло свою деятельность.

9.	Арнольд Кислин («Кислин») отвечал за организацию финансовой и корпоративной структуры Предприятия в США, которая включала инкорпоарцию

как минимум двадцати известных компаний в Делаваре. Число таких компаний может доходить до 100.

10. Михаил Некрич («Некрич») отвечал за нефтегазовый сектор, контролируемый Предпиятием.

### Захват ГОКа

11. В конце 1998 года я начал деятельность, независимую от деятельности Предприятия. Я стал работать генеральным директором Качканарского ГОКа («ГОК»), компании по добыче железной руды, расположенной в Свердловской области.

12. В январе 2000 года ГОК был незаконно захвачен Предприятием посредством физической силы и угроз. Членов Совета Директоров ГОКа, при помощи угроз и вымогательства, заставили проголосовать за мое устранение с поста генерального директора ГОК.

13. Акционерам ГОКа было отказано в помощи со стороны правительства Свердловской области. В действительности, силы специального назначения администрации Свердловской области помогали Предприятию.

### Вымогательство

14. Мне лично угрожали Черной, Махмудов и Малевский, после того, как я стал вести независимую от Предприятия деятельность в качестве генерального директора ГОКа. Сейчас я уже понимаю, что это обычная практика.

15. Черной угрожал мне во время встреч в его квартире в Париже в апреле 1999 года, говоря, что моя жизнь будет в опасности, если я не переведу определенный процент собственности в ГОКе Предприятию.

16. Махмудов потребовал, чтобы я сделал так, чтобы определенный процент собственности в ГОКе был переведен Предприятию без какой-либо компенсации, во время встречи в ресторане Луксор в гостинице Метрополь в Москве в ноябре 1999 года, на которой присутствовали Малевский, Дерипаска, Кислин и Некрич.

17. Общеизвестно, что Малевский являлся главой Измайловской мафии, где он был ответственен за многочисленные незаконные действия, включая убийства и акты вымогательства.

18. Общеизвестно также, что его партнером по Измайловской мафии был Вячеслав Иваньков, который в это время находился в тюрьме в США, признанный виновным во многих преступлениях, включая убийство и вымогательство.

19. Исходя из моего опыта, Малевский практически всегда был вооружен, и его обычно сопровождали вооруженные люди.

20. Присутствие Малевского служило для того, чтобы дать мне понять: что моя жизнь будет в опасности, если я не буду сотрудничать.

21. И в действительности, на встрече Малевский заявил, что я не останусь в живых, если я не буду сотрудничать.

22. Позднее, он опять высказал мне подобную угрозу на встрече, где обсуждались вопросы, относящиеся к ГОКу, и которая прошла в гостинице Балчуг-Кемпинской в Москве в 2000 году.

23. Мне было известно, что и в прошлом члены Предприятия прибегали к угрозам. Мне также известно, что по крайней мере одна из таких угроз была приведена в исполнение.

**Ложные уголовные обвинения**

24.     В 2000 году против меня в России были выдвинуты ложные обвинения в нарушении уголовного законодательства, в том числе обвинения во владении наркотиками и в покушении на изнасилование.

25.     В частности пакетик с наркотиками был подложен мне милицией в то время, как я обедал в ресторане Старлайт Дайнер в Москве в 2000 году.

26.     Из-за опасений за свою жизнь и этих ложных обвинений, я уехал из России в 2000 году и в настоящее время проживаю за границей, где предоставляется защита моей личной безопасности.

**Недавние угрозы со стороны Вячеслава Иванькова**

27.     В конце 2004 года Иваньков был освобожден из тюрьмы в США и вернулся в Россию для того чтобы предстать перед судом по обвинению в убийстве.

28.     После его возвращения я говорил с людьми, о которых известно, что они афилированны с Предприятием.

29.     До меня доносятся сообщения о том, что Иваньков очень огорчен теми утвержденими, которые были сделаны в отношении него и Малевского, а также то, что он намеревается убить Джозефа Таума и меня, как только мы пребудем в Россию или в куда-либо на территорию бывшего Советского Союза, где имеет присутствие Измайловская мафия. Таким местом в частности является Ташкент, известный центр наркоторговли.

30. Мне также говорят, что с высокой долей вероятности Иваньков будет освобожден из тюрьмы, так как ни у кого нет желания выступать в качестве свиделя обвинения в процессе по обвинению его в убийстве.

31. В то же время, в независимости от того находится ли Иваньков в тюрьме или на свободе, он в любом случае располагает в России ресурсами и средствами для того, чтобы убить и Траума и меня.

**Угрозы в адрес моей семьи и убийство моей матери.**

32. В 2000 году в мой адрес было передано сообщение с угрозой от Махмудова. Угроза касалась жизни моего сына и моей матери. Угроза была подкреплена следующей информацией: Предпирятию прекрасно известно, что мой сын проживает в Англии, а моя мать в Ташкенте. Израильская полиция располагает звукозаписью разговора в котором прозвучала эта угроза.

33. Незадолго до того, как был подан иск в суде Чанслери в Делаваре, я говорил с людьми в России, котороые раньше были связаны с Предприятием и расказывал им о своем намерении подать этот иск.

34. В тот день, когда был подан иск, я разговаривал с бывшим участником Предприятия, и он сказал мне, что Махмудов и Япончик посоветовали мне осведомиться о здоровье моей матери.

35. После этого в разговоре с людьми из Ташкента я узнал, что моя мать погибла в автомобильной аврии в день, когда имел место этот разговор. Водитель, сбивший мою мать, с места аварии скрылся.

36. К сожалению в России и в Узбекистане люди обычно погибают от рук организованных группировок именно таким образом. То есть со стороны это выглядит как несчастный случай, а не убийство.

37. После того, как мне стало известно о смерти моей матери, я предпринимал попытки для проведения надлежащего расследования обстоятелств аварии. Однако попытки эти ничем не увенчались, что легко объяснимо: на деятельность МВД и ФСБ в Узбекистане оказывается давление со стороны преступной группировки Салима.

38. Учитывая предыдущие угрозы в отношении моей жизни и жизней членов моей семьи, сообщение от Махмудова, в значении которого невозможно заблуждаться, а также невозможность проведения надлежащего расследования обстоятельств убийства моей матари, мне совершенно ясно, что моя мать была убита в отместку за то, что был подан иск в суде Чанслери.

Я проинформирован, что содержание Заявления на английском языке соответствует содержанию Заявления на русском языке.

Я заявляю под угрозой ответственности за дачу ложных показаний, что вышеизложенное является достоверным и правильным.

Джалол А. Хайдаров

Датировано: 12 мая 2005 г.