*THIS SEARCH*        *THIS DOCUMENT*        GO TO
**Next Hit**         Forward                **New Bills Search**
Prev Hit             Back                   **HomePage**
**Hit List**         Best Sections          **Help**
                     Contents Display

**Bill 1 of 50**
There are 2 other versions of this bill.

| GPO's PDF Display | Congressional Record References | Bill Summary & Status | *Printer Friendly Display* - 3,225 bytes.[Help] |

**Expressing the sense of the Senate on the arrest of Mikhail B. Khodorkovsky by the Russian Federation. (Reported in Senate)**

SRES 258 RS

## Calendar No. 380

108th CONGRESS

1st Session

### S. RES. 258

Expressing the sense of the Senate on the arrest of Mikhail B. Khodorkovsky by the Russian Federation.

### IN THE SENATE OF THE UNITED STATES

### November 4, 2003

Mr. LUGAR (for himself and Mr. BIDEN) submitted the following resolution; which was referred to the Committee on Foreign Relations

### November 7, 2003

Reported by Mr. LUGAR, without amendment

### RESOLUTION

Expressing the sense of the Senate on the arrest of Mikhail B. Khodorkovsky by the Russian Federation.

Whereas the Russian Federation is now a member of the family of democratic countries;

Whereas the United States supports the development of democracy, free markets, and civil society in the Russian Federation and in other states of the former Soviet Union;

Whereas the rule of law, the impartial application of the law, and equal justice for all in courts of law are pillars of all democratic societies;

Whereas investment, both foreign and domestic, in the economy of Russia is necessary for the growth of the economy and raising the standard of living of the citizens of the Russian Federation;

Whereas property rights are a bulwark of civil society against encroachment by the state, and a fundamental building block of democracy; and

Whereas reports of the arrest of Mikhail B. Khodorkovsky and the freezing of shares of the oil conglomerate YUKOS have raised questions about the possible selective application of the law in the Russian Federation and may have compromised investor confidence in business conditions there: Now, therefore, be it

> *Resolved,* That it is the sense of the Senate that--
>
> (1) the law enforcement and judicial authorities of the Russian Federation should ensure that Mikhail B. Khodorkovsky is accorded the full measure of his rights under the Russian Constitution to defend himself against any and all charges that may be brought against him, in a fair and transparent process, so that individual justice may be done, but also so that the efforts the Russian Federation has been making to reform its system of justice may be seen to be moving forward; and
>
> (2) such authorities of the Russian Federation should make every effort to dispel growing international concerns that--
>
> > (A) the cases against Mikhail B. Khodorkovsky and other business leaders are politically motivated; and
> >
> > (B) the potential remains for misuse of the justice system in the Russian Federation.

Calendar No. 380

108th CONGRESS

1st Session

**S. RES. 258**

**RESOLUTION**

Expressing the sense of the Senate on the arrest of Mikhail B. Khodorkovsky by the Russian Federation.

---

**November 7, 2003**

**Reported without amendment**

|                | |                |
|----------------|-|----------------|
| *THIS SEARCH*  | *THIS DOCUMENT*   | *GO TO*          |
| **Next Hit**   | Forward           | **New Bills Search** |
| **Prev Hit**   | Back              | **HomePage**     |
| **Hit List**   | Best Sections     | **Help**         |
|                | Contents Display  |                  |