IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,<br>FOSTON MANAGEMENT, LTD, and<br>OMNI TRUSTHOUSE, LTD, | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | |
| v. | : | No. 04-1482-GMS |
| | : | |
| NEW START GROUP CORP., VENITOM CORP.,<br>PAN-AMERICAN CORP., MDM BANK,<br>URAL-GORNO METALURAGICAL COMPANY,<br>EVRAZ HOLDING, MIKHAIL CHERNOI,<br>OLEG DERIPASKA, ARNOLD KISLIN,<br>MIKHAIL NEKRICH, and ISKANDER<br>MAKMUDOV, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

**EXHIBITS TO PLAINTIFFS' PLAINTIFFS' BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT
PURSUANT TO THE DOCTRINE OF DIRECT ESTOPPEL AND TO
ENJOIN PLAINTIFFS FROM RE-FILING THIS ACTION**

Bruce S. Marks
MARKS & SOKOLOV, LLC
1835 Market Street, 6th Floor
Philadelphia, Pennsylvania 19103
215-569-8901

David L. Finger (DE Bar ID #2556)
FINGER & SLANINA, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
302 - 884-6766

*Of counsel*:

    George C. Pratt
    FARRELL FRITZ, P.C.
    EAB Plaza
    Uniondale, New York 11556
    516-227-0700

Dated: May 31, 2005