**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and          :
OMNI TRUSTHOUSE, LTD,                 :
                                     :
        Plaintiffs,         :
                                     :
    v.                          :          No. 04-1482-GMS
                                     :
NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,         :
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI,       :
OLEG DERIPASKA, ARNOLD KISLIN,        :
MIKHAIL NEKRICH, and ISKANDER         :
MAKMUDOV,                             :
                                     :
        Defendants.         :


**EXHIBITS TO PLAINTIFFS' PLAINTIFFS' BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT
PURSUANT TO THE DOCTRINE OF DIRECT ESTOPPEL AND TO
ENJOIN PLAINTIFFS FROM RE-FILING THIS ACTION**


Bruce S. Marks                        David L. Finger (DE Bar ID #2556)
MARKS & SOKOLOV, LLC                  FINGER & SLANINA, LLC
1835 Market Street, 6th Floor         One Commerce Center
Philadelphia, Pennsylvania  19103     1201 Orange Street, Suite 725
215-569-8901                          Wilmington, DE 19801-1155
                                      302 - 884-6766


*Of counsel*:
    George C. Pratt
    FARRELL FRITZ, P.C.
    EAB Plaza
    Uniondale, New York  11556
    516-227-0700


Dated:  May 31, 2005