THE CONSTITUTION OF THE RUSSIAN FEDERATION

**Article 35.**

1. The right of private property shall be protected by law.
2. Everyone shall have the right to have property in his or her ownership, to possess, use and manage it either individually or jointly with other persons.
3. No one may be arbitrarily deprived of his or her property unless on the basis of decision by a court of law. Property can be forcibly alienated for state needs only on condition of a preliminary and equal compensation.
4. The right of inheritance shall be guaranteed.

## КОНСТИТУЦИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ

**Статья 35**

1. Право частной собственности охраняется законом.

2. Каждый вправе иметь имущество в собственности, владеть, пользоваться и распоряжаться им как единолично, так и совместно с другими лицами.

3. Никто не может быть лишен своего имущества иначе как по решению суда. Принудительное отчуждение имущества для государственных нужд может быть произведено только при условии предварительного и равноценного возмещения.

4. Право наследования гарантируется.

## Глава 15. Прекращение права собственности

### Статья 235. Основания прекращения права собственности

1. Право собственности прекращается при отчуждении собственником своего имущества другим лицам, отказе собственника от права собственности, гибели или уничтожении имущества и при утрате права собственности на имущество в иных случаях, предусмотренных законом.

2. Принудительное изъятие у собственника имущества не допускается, кроме случаев, когда по основаниям, предусмотренным законом, производятся:

1) обращение взыскания на имущество по обязательствам (Статья 237);

2) отчуждение имущества, которое в силу закона не может принадлежать данному лицу (Статья 238);

3) отчуждение недвижимого имущества в связи с изъятием участка (Статья 239);

4) выкуп бесхозяйственно содержимых культурных ценностей, домашних животных (статьи 240 и 241);

5) реквизиция (Статья 242);

6) конфискация (Статья 243);

7) отчуждение имущества в случаях, предусмотренных пунктом 4 статьи 252, пунктом 2 статьи 272, Статьями 282, 285, 293 настоящего Кодекса.

По решению собственника в порядке, предусмотренном законами о приватизации, имущество, находящееся в государственной или муниципальной собственности, отчуждается в собственность граждан и юридических лиц.

Обращение в государственную собственность имущества, находящегося в собственности граждан и юридических лиц (национализация), производится на основании закона с возмещением стоимости этого имущества и других убытков в порядке, установленном статьей 306 настоящего Кодекса.

### Статья 236. Отказ от права собственности

Гражданин или юридическое лицо может отказаться от права собственности на принадлежащее ему имущество, объявив об этом либо совершив другие действия, определенно свидетельствующие о его устранении от владения, пользования и распоряжения имуществом без намерения сохранить какие-либо права на это имущество.

Отказ от права собственности не влечет прекращения прав и обязанностей собственника в отношении соответствующего имущества до приобретения права собственности на него другим лицом.

### Статья 237. Обращение взыскания на имущество по обязательствам собственника

1. Изъятие имущества путем обращения взыскания на него по обязательствам собственника производится на основании решения суда, если иной порядок обращения взыскания не предусмотрен законом или договором.

2. Право собственности на имущество, на которое обращается взыскание, прекращается у собственника с момента возникновения права собственности на изъятое имущество у лица, к которому переходит это имущество.

### Статья 238. Прекращение права собственности лица на имущество, которое не может ему принадлежать

1. Если по основаниям, допускаемым законом, в собственности лица оказалось имущество, которое в силу закона не может ему принадлежать, это имущество должно быть отчуждено собственником

## Chapter 15. Termination of Right of Ownership

### Article 235. Grounds for Termination of Right of Ownership

1. The right of ownership shall terminate in the event of the alienation by the owner of his property to other persons, renunciation of the right of ownership by the owner, the perishing or destruction of the property, and the loss of the right of ownership to property in other instances provided for by a law.

2. The compulsory withdrawal from the owner of property shall not be permitted except for instances when on the grounds provided for by a law, it shall be done by:

(1) levying execution on property for obligations (Article 237);

(2) compulsory alienation of property which by virtue of a law can not belong to the particular person (Article 238);

(3) alienation of immovable property in connection with the withdrawal of a plot (Article 239);

(4) purchase of improvidently maintained cultural valuables and domestic livestock (Articles 240 and 241);

(5) requisition (Article 242);

(6) confiscation (Article 243);

(7) alienation of property in the instances provided for by Article 252(4), Article 272(2), and Articles 282, 285, and 293 of the present Code.

By decision of the owner in the procedure provided for by laws on privatisation the property in State or municipal ownership shall be alienated into the ownership of citizens and juridical persons.

Property in the ownership of citizens and juridical persons shall be converted into State ownership (nationalisation) on the basis of a law, with compensation of the value of this property and other losses

### Article 236. Renunciation of Right of Ownership

A citizen or juridical person may renounce the right of ownership in property belonging to him, so declaring or having performed other actions which specifically testify to the elimination of the possession, use, and disposition of the property without the intention to preserve any rights whatever to such property.

The renunciation of the right of ownership shall not entail the termination of the rights and duties of the owner with respect to the corresponding property until the moment of the acquisition of the right of ownership thereto by another person.

### Article 237. Levy of Execution on Property for Obligations of Owner

1. The withdrawal of property by means of levying execution on it with regard to obligations of the owner shall be done on the basis of the decision of a court, unless another procedure for levy of execution has been provided for by a law or by contract.

2. The right of ownership in property on which execution is levied shall terminate in the owner from the moment that the right of ownership arises in the withdrawn property in the person to whom this property passes.

### Article 238. Termination of Right of Ownership of Person in Property Which Can Not Belong to Him

1. If on the grounds permitted by a law property which by virtue of law can not belong to him turns out to be in the ownership of a person, this property must be alienated by the owner within a year from

in the procedure established by Article 306 of the present Code.

мости этого имущества и других убытков в порядке, установленном статьей 306 настоящего Кодекса.

### Статья 236. Отказ от права собственности

Гражданин или юридическое лицо может отказаться от права собственности на принадлежащее ему имущество, объявив об этом либо совершив другие действия, определенно свидетельствующие о его устранении от владения, пользования и распоряжения имуществом без намерения сохранить какие-либо права на это имущество.

Отказ от права собственности не влечет прекращения прав и обязанностей собственника в отношении соответствующего имущества до приобретения права собственности на него другим лицом.

### Статья 237. Обращение взыскания на имущество по обязательствам собственника

1. Изъятие имущества путем обращения взыскания на него по обязательствам собственника производится на основании решения суда, если иной порядок обращения взыскания не предусмотрен законом или договором.

2. Право собственности на имущество, на которое обращается взыскание, прекращается у собственника с момента возникновения права собственности на изъятое имущество у лица, к которому переходит это имущество.

### Статья 238. Прекращение права собственности лица на имущество, которое не может ему принадлежать

1. Если по основаниям, допускаемым законом, в собственности лица оказалось имущество, которое в силу закона не может ему принадлежать, это имущество должно быть отчуждено собст-

in the procedure established by Article 306 of the present Code.

### Article 236. Renunciation of Right of Ownership

A citizen or juridical person may renounce the right of ownership in property belonging to him, so declaring or having performed other actions which specifically testify to the elimination of the possession, use, and disposition of the property without the intention to preserve any rights whatever to such property.

The renunciation of the right of ownership shall not entail the termination of the rights and duties of the owner with respect to the corresponding property until the moment of the acquisition of the right of ownership thereto by another person.

### Article 237. Levy of Execution on Property for Obligations of Owner

1. The withdrawal of property by means of levying execution on it with regard to obligations of the owner shall be done on the basis of the decision of a court, unless another procedure for levy of execution has been provided for by a law or by contract.

2. The right of ownership in property on which execution is levied shall terminate in the owner from the moment that the right of ownership arises in the withdrawn property in the person to whom this property passes.

### Article 238. Termination of Right of Ownership of Person in Property Which Can Not Belong to Him

1. If on the grounds permitted by a law property which by virtue of law can not belong to him turns out to be in the ownership of a person, this property must be alienated by the owner within a year from

венником в течение года с момента возникновения права собственности на имущество, если законом не установлен иной срок.

2. В случаях, когда имущество не отчуждено собственником в сроки, указанные в пункте 1 настоящей статьи, такое имущество, с учетом его характера и назначения, по решению суда, вынесенному по заявлению государственного органа или органа местного самоуправления, подлежит принудительной продаже с передачей бывшему собственнику вырученной суммы либо передаче в государственную или муниципальную собственность с возмещением бывшему собственнику стоимости имущества, определенной судом. При этом вычитаются затраты на отчуждение имущества.

3. Если в собственности гражданина или юридического лица по основаниям, допускаемым законом, окажется вещь, на приобретение которой необходимо особое разрешение, а в его выдаче собственнику отказано, эта вещь подлежит отчуждению в порядке, установленном для имущества, которое не может принадлежать данному собственнику.

### Статья 239. Отчуждение недвижимого имущества в связи с изъятием участка, на котором оно находится

1. В случаях, когда изъятие земельного участка для государственных или муниципальных нужд либо ввиду ненадлежащего использования земли невозможно без прекращения права собственности на здания, сооружения или другое недвижимое имущество, находящиеся на данном участке, это имущество может быть изъято у собственника путем выкупа государством или продажи с публичных торгов в порядке, предусмотренном соответственно Статьями 279–282 и 284–286 настоящего Кодекса.

the moment the right of ownership arises in the property unless another period has been established by a law.

2. In instances when the property has not been alienated by the owner within the periods specified in point 1 of the present Article, such property, taking into account its character and purpose, shall by decision of a court rendered upon the application of a State agency or agency of local self-government be subject to compulsory sale, with transfer to the former owner of the amounts received, or the transfer to State or municipal ownership with compensation of the value of the property to the former owner determined by a court. In so doing the expenditures for alienation of the property shall be deducted.

3. If in the ownership of a citizen or juridical person on the grounds permitted by a law there turns out to be a thing for whose acquisition a special authorisation is necessary, the issuance of which has been refused to the owner, this thing shall be subject to alienation in the procedure established for property which can not belong to the particular owner.

### Article 239. Alienation of Immovable Property in Connection with Withdrawal of Plot on Which It Is Situated

1. When the withdrawal of a land plot for State or municipal needs or in view of the improper use of land is impossible without the termination of the right of ownership in a building, installation, or other immovable property situated on the particular plot, this property may be withdrawn from the owner by means of the purchase by the State or sale at public sale in the procedure provided for respectively by Articles 279–282 and 284–286 of the present Code.

8*

венником в течение года с момента возникновения права собственности на имущество, если законом не установлен иной срок.

2. В случаях, когда имущество не отчуждено собственником в сроки, указанные в пункте 1 настоящей статьи, такое имущество, с учетом его характера и назначения, по решению суда, вынесенному по заявлению государственного органа или органа местного самоуправления, подлежит принудительной продаже с передачей бывшему собственнику вырученной суммы либо передаче в государственную или муниципальную собственность с возмещением бывшему собственнику стоимости имущества, определенной судом. При этом вычитаются затраты на отчуждение имущества.

3. Если в собственности гражданина или юридического лица по основаниям, допускаемым законом, окажется вещь, на приобретение которой необходимо особое разрешение, а в его выдаче собственнику отказано, эта вещь подлежит отчуждению в порядке, установленном для имущества, которое не может принадлежать данному собственнику.

### Статья 239. Отчуждение недвижимого имущества в связи с изъятием участка, на котором оно находится

1. В случаях, когда изъятие земельного участка для государственных или муниципальных нужд либо ввиду ненадлежащего использования земли невозможно без прекращения права собственности на здания, сооружения или другое недвижимое имущество, находящиеся на данном участке, это имущество может быть изъято у собственника путем выкупа государством или продажи с публичных торгов в порядке, предусмотренном соответственно Статьями 279–282 и 284–286 настоящего Кодекса.

the moment the right of ownership arises in the property unless another period has been established by a law.

2. In instances when the property has not been alienated by the owner within the periods specified in point 1 of the present Article, such property, taking into account its character and purpose, shall by decision of a court rendered upon the application of a State agency or agency of local self-government be subject to compulsory sale, with transfer to the former owner of the amounts received, or the transfer to State or municipal ownership with compensation of the value of the property to the former owner determined by a court. In so doing the expenditures for alienation of the property shall be deducted.

3. If in the ownership of a citizen or juridical person on the grounds permitted by a law there turns out to be a thing for whose acquisition a special authorisation is necessary, the issuance of which has been refused to the owner, this thing shall be subject to alienation in the procedure established for property which can not belong to the particular owner.

### Article 239. Alienation of Immovable Property in Connection with Withdrawal of Plot on Which It Is Situated

1. When the withdrawal of a land plot for State or municipal needs or in view of the improper use of land is impossible without the termination of the right of ownership in a building, installation, or other immovable property situated on the particular plot, this property may be withdrawn from the owner by means of the purchase by the State or sale at public sale in the procedure provided for respectively by Articles 279–282 and 284–286 of the present Code.

Требование об изъятии недвижимого имущества не подлежит удовлетворению, если государственный орган или орган местного самоуправления, обратившийся с этим требованием в суд, не докажет, что использование земельного участка в целях, для которых он изымается, невозможно без прекращения права собственности на данное недвижимое имущество.

2. Правила настоящей статьи соответственно применяются при прекращении права собственности на недвижимое имущество в связи с изъятием горных отводов, участков акватории и других участков, на которых находится имущество.

### Статья 240. Выкуп бесхозяйственно содержимых культурных ценностей

В случаях, когда собственник культурных ценностей, отнесенных в соответствии с законом к особо ценным и охраняемым государством, бесхозяйственно содержит эти ценности, что грозит утратой ими своего значения, такие ценности по решению суда могут быть изъяты у собственника путем выкупа государством или продажи с публичных торгов.

При выкупе культурных ценностей собственнику возмещается их стоимость в размере, установленном соглашением сторон, а в случае спора — судом. При продаже с публичных торгов собственнику передается вырученная от продажи сумма за вычетом расходов на проведение торгов.

### Статья 241. Выкуп домашних животных при ненадлежащем обращении с ними

В случаях, когда собственник домашних животных обращается с ними в явном противоречии с установленными на основании закона правилами и при-

The demand to withdraw immovable property shall not be subject to satisfaction if the State agency or agency of local self-government which has applied to a court with this demand does not prove that the use of the land plot for the purposes for which it is being withdrawn is impossible without terminating the right of ownership to the particular immovable property.

2. The rules of the present Article respectively shall apply in the event of termination of the right of ownership to immovable property in connection with the withdrawal of mining allotments, aquatory plots, and other plots on which property is situated.

### Article 240. Purchase of Improvidently Maintained Cultural Valuables

In instances when the owner of cultural valuables relegated in accordance with a law to [the category of] specially valuable and protected by the State improvidently maintains these valuables, which threatens them with their losing their significance, such valuables may by decision of a court be withdrawn from the owner through purchase by the State or sale at a public sale.

In the event of the purchase of cultural valuables the owner shall be compensated their value in the amount established by agreement of the parties, and in the event of a dispute, by a court. In the event of the sale at a public sale the amount received from the sale shall be transferred to the owner less the expenses for holding the public sale.

### Article 241. Purchase of Domestic Animals in Event of Improper Treatment Thereof

When the owner of domestic animals treats them in clear contravention of the requirements of the rules established on the basis of a law and the norms accepted

8*

Требование об изъятии недвижимого имущества не подлежит удовлетворению, если государственный орган или орган местного самоуправления, обратившийся с этим требованием в суд, не докажет, что использование земельного участка в целях, для которых он изымается, невозможно без прекращения права собственности на данное недвижимое имущество.

2. Правила настоящей статьи соответственно применяются при прекращении права собственности на недвижимое имущество в связи с изъятием горных отводов, участков акватории и других участков, на которых находится имущество.

### Статья 240. Выкуп бесхозяйственно содержимых культурных ценностей

В случаях, когда собственник культурных ценностей, отнесенных в соответствии с законом к особо ценным и охраняемым государством, бесхозяйственно содержит эти ценности, что грозит утратой ими своего значения, такие ценности по решению суда могут быть изъяты у собственника путем выкупа государством или продажи с публичных торгов.

При выкупе культурных ценностей собственнику возмещается их стоимость в размере, установленном соглашением сторон, а в случае спора — судом. При продаже с публичных торгов собственнику передается вырученная от продажи сумма за вычетом расходов на проведение торгов.

### Статья 241. Выкуп домашних животных при ненадлежащем обращении с ними

В случаях, когда собственник домашних животных обращается с ними в явном противоречии с установленными на основании закона правилами и при-

The demand to withdraw immovable property shall not be subject to satisfaction if the State agency or agency of local self-government which has applied to a court with this demand does not prove that the use of the land plot for the purposes for which it is being withdrawn is impossible without terminating the right of ownership to the particular immovable property.

2. The rules of the present Article respectively shall apply in the event of termination of the right of ownership to immovable property in connection with the withdrawal of mining allotments, aquatory plots, and other plots on which property is situated.

### Article 240. Purchase of Improvidently Maintained Cultural Valuables

In instances when the owner of cultural valuables relegated in accordance with a law to [the category of] specially valuable and protected by the State improvidently maintains these valuables, which threatens them with their losing their significance, such valuables may be decision of a court be withdrawn from the owner through purchase by the State or sale at a public sale.

In the event of the purchase of cultural valuables the owner shall be compensated their value in the amount established by agreement of the parties, and in the event of a dispute, by a court. In the event of the sale at a public sale the amount received from the sale shall be transferred to the owner less the expenses for holding the public sale.

### Article 241. Purchase of Domestic Animals in Event of Improper Treatment Thereof

When the owner of domestic animals treats them in clear contravention of the requirements of the rules established on the basis of a law and the norms accepted

нятыми в обществе нормами гуманного отношения к животным, эти животные могут быть изъяты у собственника путем их выкупа лицом, предъявившим соответствующее требование в суд. Цена выкупа определяется соглашением сторон, а в случае спора — судом.

### Статья 242. Реквизиция

1. В случаях стихийных бедствий, аварий, эпидемий, эпизоотий и при иных обстоятельствах, носящих чрезвычайный характер, имущество в интересах общества по решению государственных органов может быть изъято у собственника в порядке и на условиях, установленных законом, с выплатой ему стоимости имущества (реквизиция).

2. Оценка, по которой собственнику возмещается стоимость реквизированного имущества, может быть оспорена им в суде.

3. Лицо, имущество которого реквизировано, вправе при прекращении действия обстоятельств, в связи с которыми произведена реквизиция, требовать по суду возврата ему сохранившегося имущества.

### Статья 243. Конфискация

1. В случаях, предусмотренных законом, имущество может быть безвозмездно изъято у собственника по решению суда в виде санкции за совершение преступления или иного правонарушения (конфискация).

2. В случаях, предусмотренных законом, конфискация может быть произведена в административном порядке. Решение о конфискации, принятое в административном порядке, может быть обжаловано в суд.

in society for the humane attitude towards animals, these animals may be withdrawn from the owner by means of the purchase thereof by the person who has brought the respective demand in court. The price of the purchase shall be determined by agreement of the parties, and in the event of a dispute, by a court.

### Article 242. Requisition

1. In instances of natural disasters, wrecks, epidemics, epizootic, and other circumstances of an extraordinary character property may, in the interests of society by decision of State agencies, be withdrawn from the owner in the procedure and on the conditions established by a law with payment of the value of the property to him (requisition).

2. The valuation according to which the value of the requisitioned property is compensated to the owner may be contested by it in a court.

3. The person whose property was requisitioned shall have the right when the operation of the circumstances terminates in connection with which the requisition was made to demand in court the return to him of the property which has been preserved.

### Article 243. Confiscation

1. In the instances provided for by a law property may be withdrawn without compensation from the owner by decision of a court in the form of a sanction for the commission of a crime or other violation of law (confiscation).

2. In the instances provided for by a law, confiscation may be made in an administrative procedure. The decision concerning confiscation adopted in an administrative procedure may be appealed to a court.

ней собственности по договору, подлежащему государственной регистрации, определяется в соответствии с пунктом 2 статьи 223 настоящего Кодекса.

**Статья 252. Раздел имущества, находящегося в долевой собственности, и выдел из него доли**

1. Имущество, находящееся в долевой собственности, может быть разделено между ее участниками по соглашению между ними.

2. Участник долевой собственности вправе требовать выдела своей доли из общего имущества.

3. При недостижении участниками долевой собственности соглашения о способе и условиях раздела общего имущества или выдела доли одного из них участник долевой собственности вправе в судебном порядке требовать выдела в натуре своей доли из общего имущества.

Если выдел доли в натуре не допускается законом или невозможен без несоразмерного ущерба имуществу, находящемуся в общей собственности, выделяющийся собственник имеет право на выплату ему стоимости его доли другими участниками долевой собственности.

4. Несоразмерность имущества, выделяемого в натуре участнику долевой собственности на основании настоящей статьи, его доле в праве собственности устраняется выплатой соответствующей денежной суммы или иной компенсацией.

Выплата участнику долевой собственности остальными собственниками компенсации вместо выдела его доли в

натуре допускается с его согласия. В случаях, когда доля собственника незначительна, не может быть реально выделена и он не имеет существенного интереса в использовании общего имущества, суд может и при отсутствии согласия этого собственника обязать остальных участников долевой собственности выплатить ему компенсацию.

5. С получением компенсации в соответствии с настоящей статьей собственник утрачивает право на долю в общем имуществе.

**Статья 253. Владение, пользование и распоряжение имуществом, находящимся в совместной собственности**

1. Участники совместной собственности, если иное не предусмотрено соглашением между ними, сообща владеют и пользуются общим имуществом.

2. Распоряжение имуществом, находящимся в совместной собственности, осуществляется по согласию всех участников, которое предполагается независимо от того, кем из участников совершается сделка по распоряжению имуществом.

3. Каждый из участников совместной собственности вправе совершать сделки по распоряжению общим имуществом, если иное не вытекает из соглашения всех участников. Совершенная одним из участников совместной собственности сделка, связанная с распоряжением общим имуществом, может быть признана недействительной по требованию остальных участников по мотивам отсутствия у участника, совершившего сделку, необходимых полномочий только в случае, если доказано, что другая сторона в сделке знала или заведомо должна была знать об этом.

tory share in the right of common ownership under a contract subject to State registration shall be determined in accordance with Article 223(2) of the present Code.

**Article 252. Division of Property in Participatory Share Ownership and Partition of Participatory Share Therefrom**

1. Property in common participatory share ownership may be divided between its participants by an agreement between them.

2. A participant of common participatory share ownership shall have the right to demand the partition of his participatory share from the common property.

3. If the participants of participatory share ownership do not reach agreement concerning the means and conditions for the division of common property or partition of the participatory share ownership of one of them, the participant of participatory share ownership shall have the right in a judicial proceeding to demand the partition of his participatory share in kind from the common property.

If the partition of a participatory share in kind is not permitted by a law or is impossible without incommensurate damage to property in common ownership, the partitioning owner shall have the right to payment to him of the value of his participatory share by the other participants of participatory share ownership.

4. The incommensurateness of property partitionable in kind to a participant of participatory share ownership on the basis of the present Article to his participatory share in the right of ownership shall be eliminated by the payment of a corresponding monetary amount or other contributory compensation.

The payment to a participant of participatory share ownership by the remaining co-owners of contributory compensation

in place of the partition of his participatory share in kind shall be permitted with his consent. In instances when the participatory share of the respective owner is insignificant and can not be truly partitioned and he does not have a material interest in the use of the common property, a court may also, in the absence of the consent of this owner, oblige the other participants of participatory ownership to pay contributory compensation to him.

5. With the receipt of the contributory compensation in accordance with points 3 and 4 of the present Article the owner shall lose the right to the participatory share in the common property.

**Article 253. Possession, Use, and Disposition of Property in Joint Ownership**

1. The participants of joint ownership, unless provided otherwise by agreement between them, shall possess and use common property in common.

2. The disposition of property in joint ownership shall be effectuated by the consent of all the participants, which shall be presupposed irrespective as to which of the participants has concluded the transaction with regard to disposition of the property.

3. Each of the participants of joint ownership shall have the right to conclude transactions relating to the disposition of common property unless it arises otherwise from the agreement of all the participants. A transaction concluded by one of the participants of joint ownership which is connected with the disposition of common property may be deemed to be invalid at the demand of the remaining participants for reasons that the participant who concluded the transaction lacked the necessary powers only if it is proved that the other party to the transaction knew or knowingly should have known about this.

**Статья 272. Последствия утраты собственником недвижимости права пользования земельным участком**

1. При прекращении права пользования земельным участком, предоставленного собственнику находящегося на этом участке недвижимого имущества (Статья 271), права на недвижимость, оставленную ее собственником на земельном участке, определяются в соответствии с соглашением между собственником участка и собственником соответствующего недвижимого имущества.

2. При отсутствии или недостижении соглашения, указанного в пункте 1 настоящей статьи, последствия прекращения права пользования земельным участком определяются судом по требованию собственника земельного участка или собственника недвижимости.

Собственник земельного участка вправе требовать по суду, чтобы собственник недвижимости после прекращения права пользования участком освободил его от недвижимости и привел участок в первоначальное состояние.

В случаях, когда снос здания или сооружения, находящегося на земельном участке, запрещен в соответствии с законом и иными правовыми актами (жилые дома, памятники истории и культуры и т. п.) либо не подлежит осуществлению ввиду явного превышения стоимости здания или сооружения по сравнению со стоимостью отведенной под него земли, суд с учетом оснований прекращения права пользования земельным участком и при предъявлении сторонами соответствующих требований сторонами может:

признать право собственности недвижимости на приобретение в собственность земельного участка, на котором находится эта недвижимость, или право собственности земельного участка

на приобретение оставшейся на нем недвижимости, либо

установить условия пользования земельным участком собственником недвижимости на новый срок.

3. Правила настоящей статьи не применяются при изъятии земельного участка для государственных или муниципальных нужд (Статья 283), а также прекращении прав на земельный участок ввиду его ненадлежащего использования (Статья 286).

**Статья 273. Переход права на земельный участок при отчуждении находящихся на нем зданий или сооружений**

При переходе права собственности на здание или сооружение, принадлежавшее собственнику земельного участка, на котором оно находится, к приобретателю здания (сооружения) переходят права на земельный участок, определяемые соглашением сторон.

Если иное не предусмотрено договором об отчуждении здания или сооружения, к приобретателю переходит право собственности на ту часть земельного участка, которая занята зданием (сооружением) и необходима для его использования.

**Статья 274. Право ограниченного пользования чужим земельным участком (сервитут)**

1. Собственник недвижимого имущества (земельного участка, другой недвижимости) вправе требовать от собственника соседнего земельного участка, а в необходимых случаях и от собственника другого земельного участка (соседнего участка) предоставления права ограниченного пользования соседним участком (сервитута).

Сервитут может устанавливаться для обеспечения прохода и проезда через соседний земельный участок, проклад-

---

**Article 272. Consequences of Loss by Owner of Immovable of the Right to Use Land Plot**

1. In the event of the termination of the right of use of a land plot granted to the owner of immovable property situated on this plot (Article 271), the rights to an immovable left by its owner on the land plot shall be determined in accordance with an agreement between the owner of the plot and the owner of the respective immovable property.

2. In the absence of or the failure to reach an agreement specified in point 1 of the present Article, the consequences of the termination of the right of use of the land plot shall be determined by a court at the demand of the owner of the land plot or the owner of the immovable.

The owner of a land plot shall have the right to demand in court that the owner of an immovable shall, after termination of the right of use of a plot, free it of the immovable and bring the plot into its initial state.

In instances when the demolition of a building or installation on a land plot has been prohibited in accordance with a law and other legal acts (dwelling houses, monuments of history and culture, and so forth), or it not subject to effectuation in view of the value of the building or installation clearly exceeding the value of the land allotted beneath it, taking into account the grounds for the termination of the right of use of the land plot and upon the respective demands of the parties being presented, the court may:

recognise the right of the owner of the immovable to acquire the land plot on which this immovable is situated in ownership, or the right of the owner of the land plot to acquire the immovables left

thereon, or

establish conditions for the use of the land plot by the owner of the immovable for a new period.

3. The rules of the present Article shall not apply when a land plot is withdrawn for State or municipal needs (Article 283), and also when the rights to a land plot are terminated in view of its improper use (Article 286).

**Article 273. Transfer of Right to Land Plot in Event of Alienation of Buildings or Installations Situated on It**

In the event of the transfer of the right of ownership to a building or installation which belonged to the owner of a land plot on which it is situated, the rights to the land plot determined by agreement of the parties shall pass to the acquirer of the building (or installation).

Unless otherwise provided for by a contract on alienation of the building or installation, to the acquirer shall pass the right of ownership in that part of the land plot which is occupied by the building (or installation) and is necessary for its use.

**Article 274. Right of Limited Use of Another's Land Plot (Servitude)**

1. The owner of immovable property (land plot, other immovable) shall have the right to demand from the owner of the neighbouring land plot, and, when necessary, also from the owner of another land plot (neighbouring plot) the granting of a right of limited use of the neighbouring plot (servitude).

A servitude may be established in order to ensure passage through the neighbouring land plot, the laying and operation of

земельный участок с зачетом его стоимости в выкупную цену.

thereof in the purchase price.

**Статья 282. Выкуп земельного участка для государственных или муниципальных нужд по решению суда**

Если собственник не согласен с решением об изъятии у него земельного участка для государственных или муниципальных нужд либо с ним не достигнуто соглашение о выкупной цене или других условиях выкупа, государственный орган, принявший такое решение, может предъявить иск о выкупе земельного участка в суд. Иск о выкупе земельного участка для государственных или муниципальных нужд может быть предъявлен в течение двух лет с момента направления собственнику участка уведомления, указанного в пункте 3 статьи 279 настоящего Кодекса.

**Article 282. Purchase of Land Plot for State or Municipal Needs by Decision of Court**

If the owner does not agree with the decision concerning the withdrawal of a land plot from him for State or municipal needs, or agreement has not been reached with him concerning the purchase price or other conditions of the purchase, the State agency which adopted this decision may bring suit to purchase the land plot in a court. The suit concerning the purchase of the land plot for State or municipal needs may be filed within two years from the moment of sending the notice specified in Article 279(3) of the present Code to the owner of the plot.

**Статья 283. Прекращение прав владения и пользования земельным участком при его изъятии для государственных или муниципальных нужд**

В случаях, когда земельный участок, изымаемый для государственных или муниципальных нужд, находится во владении и пользовании на праве пожизненного наследуемого владения или постоянного пользования, прекращение этих прав осуществляется применительно к правилам, предусмотренным Статьями 279–282 настоящего Кодекса.

**Article 283. Termination of Rights of Possession and Use of Land Plot in Event of its Withdrawal for State or Municipal Needs**

In the instances when a land plot being withdrawn for State or municipal needs is in possession and use by right of inheritable possession for life or permanent use, the termination of these rights shall be effectuated according to the rules provided for by Articles 279–282 of the present Code.

**Статья 284. Изъятие земельного участка, который не используется в соответствии с его назначением**

Земельный участок может быть изъят у собственника в случаях, когда участок предназначен для сельскохозяйственного производства либо жилищного или иного строительства и не используется для соответствующей цели в тече-

**Article 284. Withdrawal of Land Plot Which Is Not Used in Accordance with Its Designation**

A land plot may be withdrawn from the owner in instances when the plot is earmarked for agricultural production or for housing or other construction and is not used for the respective purpose within three years unless a longer period has been

ние трех лет, если более длительный срок не установлен законом. В этот период не включается время, необходимое для освоения участка, а также время, в течение которого участок не мог быть использован по назначению из-за стихийных бедствий или ввиду, иных обстоятельств, исключающих такое использование.

established by a law. The time needed to exploit the plot, and also the time during which the plot can not be used for the designation because of natural calamities or in view of other circumstances precluding such use, shall not be included within this period.

**Статья 285. Изъятие земельного участка, используемого с нарушением законодательства**

Земельный участок может быть изъят у собственника, если использование участка осуществляется с грубым нарушением правил рационального использования земли, установленных земельным законодательством, в частности если участок используется не в соответствии с его целевым назначением или его использование приводит к существенному снижению плодородия сельскохозяйственных земель либо значительному ухудшению экологической обстановки.

**Article 285. Withdrawal of Land Plot Being Used in Violation of Legislation**

A land plot may be withdrawn from the owner if the use of the plot is effectuated in flagrant violation of the rules for the rational use of land established by land legislation, in particular, if the plot is not used in accordance with its special-purpose designation or its use leads to a material reduction of the fertility of agricultural land or to a significant worsening of the ecological situation.

**Статья 286. Порядок изъятия земельного участка ввиду его ненадлежащего использования**

1. Орган государственной власти или местного самоуправления, уполномоченный принимать решения об изъятии земельных участков по основаниям, предусмотренным Статьями 284 и 285 настоящего Кодекса, а также порядок обязательного заблаговременного предупреждения собственников участков о допущенных нарушениях определяются земельным законодательством.

2. Если собственник земельного участка письменно уведомит орган, принявший решение об изъятии земельного участка, о своем согласии исполнить это решение, участок подлежит продаже с публичных торгов.

3. Если собственник земельного уча-

**Article 286. Procedure for Withdrawal of Land Plot in View of its Improper Use**

1. The agency of State power or local self-government empowered to adopt decisions concerning the withdrawal of land plots on the grounds provided for by Articles 284 and 285 of the present Code, and also the procedure for the obligatory timely warning of owners of the plots about violations permitted shall be determined by land legislation.

2. If the owner of the land plot informs in writing the agency which adopted the decision to withdraw the land plot of his consent to execute this decision, the plot shall be subject to sale at a public sale.

3. If the owner of the land plot does not

## Статья 292. Права членов семьи собственников жилого помещения

1. Члены семьи собственника, проживающие в принадлежащем ему жилом помещении, имеют право пользования этим помещением на условиях, предусмотренных жилищным законодательством.

Дееспособные члены семьи собственника, проживающие в принадлежащем ему жилом помещении, несут солидарную с собственником ответственность по обязательствам, вытекающим из пользования жилым помещением.

2. Переход права собственности на жилой дом или квартиру к другому лицу не является основанием для прекращения права пользования жилым помещением членами семьи прежнего собственника, если иное не установлено законом.

3. Члены семьи собственника жилого помещения могут требовать устранения нарушений их прав на жилое помещение от любых лиц, включая собственника помещения.

4. Отчуждение жилого помещения, в котором проживают несовершеннолетние, недееспособные или ограниченно дееспособные члены семьи собственника, если при этом затрагиваются права или охраняемые законом интересы указанных лиц, допускается с согласия органа опеки и попечительства.

## Article 292. Rights of Members of Family of Owners of Dwelling Premise

1. The members of the family of the owner residing in a dwelling premise belonging to him shall have the right to use this premise on the conditions provided for by housing legislation.

Members of a family of the owner who have dispositive legal capacity and reside in a dwelling premise belonging to him shall bear joint and several responsibility with the owner for obligations arising from the use of the dwelling premise *[added 15 May 2001. СЗ РФ (2001), no. 21 item 2063].*

2. The transfer of the right of ownership to a dwelling house or apartment to another person shall not be grounds for termination of the right of use of the dwelling premise by members of the family of the former owner, unless established otherwise by a law *[as amended 15 May 2001. СЗ РФ (2001), no 21 item 2063].*

3. The members of the family of the owner of the dwelling premise may demand the elimination of the violations of their rights to a dwelling premise from any persons, including the owner of the premise.

4. The alienation of the dwelling premise in which minors, persons lacking dispositive legal capacity, or limited in dispositive legal capacity who are members of the family of the owner reside, if in do soing the rights or interests of the said persons protected by a law are affected, shall be permitted with the consent of the trusteeship and guardianship agency *[as amended 15 May 2001. СЗ РФ (2001), no 21 item 2063].*

## Статья 293. Прекращение права собственности на бесхозяйственно содержимое жилое помещение

Если собственник жилого помещения использует его не по назначению, систематически нарушает права и интересы соседей либо бесхозяйственно обращается с жильем, допуская его разрушение, орган местного самоуправления может предупредить собственника о необходимости устранить нарушения, а если они влекут разрушение помещения — также назначить собственнику соразмерный срок для ремонта помещения.

Если собственник после предупреждения продолжает нарушать права и интересы соседей или использовать жилое помещение не по назначению либо без уважительных причин не произведет необходимый ремонт, суд по иску органа местного самоуправления может принять решение о продаже с публичных торгов такого жилого помещения с выплатой собственнику вырученных от продажи средств за вычетом расходов на исполнение судебного решения.

### Глава 19. Право хозяйственного ведения, право оперативного управления

### Статья 294. Право хозяйственного ведения

Государственное или муниципальное унитарное предприятие, которому имущество принадлежит на праве хозяйственного ведения, владеет, пользуется и распоряжается этим имуществом в пределах, определяемых в соответствии с настоящим Кодексом.

### Статья 295. Права собственника в отношении имущества, находящегося в хозяйственном ведении

1. Собственник имущества, находя-

## Article 293. Termination of Right of Ownership in Improvidently Maintained Dwelling Premise

If the owner of a dwelling premise uses it not for the designation or systematically violates the rights and interests of neighbours, or treats the dwelling improvidently, allowing the destruction thereof, the agency of local self-government may warn the owner about the need to eliminate violations, and if they entail destruction of the premise, also to designate a commensurate period for repair of the premise to the owner.

If the owner continues, after a warning, to violate the rights and interests of the neighbours or to use the housing premise not for its designation, or without justifiable reasons does not make the necessary repair, the court may at the suit of the agency of local self-government adopt a decision concerning the sale at a public sale of this dwelling premise with payment to the owner of assets derived from the sale, deducting expenses for execution of the judicial decision.

### Chapter 19. Right of Economic Jurisdiction, Right of Operative Management

### Article 294. Right of Economic Jurisdiction

A State or municipal unitary enterprise to which property belongs by right of economic jurisdiction shall possess, use, and dispose of this property within the limits determined in accordance with the present Code.

### Article 295. Rights of Owner with Respect to Property in Economic Jurisdiction

1. The owner of property in economic

2. Плоды, продукция и доходы от использования имущества, находящегося в хозяйственном ведении или оперативном управлении, а также имущество, приобретенное унитарным предприятием или учреждением по договору или иным основаниям, поступают в хозяйственное ведение или оперативное управление предприятия или учреждения в порядке, установленном настоящим Кодексом, другими законами и иными правовыми актами для приобретения права собственности.

3. Право хозяйственного ведения и право оперативного управления имуществом прекращаются по основаниям и в порядке, предусмотренным настоящим Кодексом, другими законами и иными правовыми актами для прекращения права собственности, а также в случаях правомерного изъятия имущества у предприятия или учреждения по решению собственника.

### Статья 300. Сохранение прав на имущество при переходе предприятия или учреждения к другому собственнику

1. При переходе права собственности на государственное или муниципальное предприятие как имущественный комплекс к другому собственнику государственного или муниципального имущества такое предприятие сохраняет право хозяйственного ведения на принадлежащее ему имущество.

2. При переходе права собственности на учреждение к другому лицу это учреждение сохраняет право оперативного управления на принадлежащее ему имущество.

---

2. The fruits, products, and revenues from the use of the property in economic jurisdiction or operative management, and also the property acquired by a unitary enterprise or institution under contract or other grounds, shall enter the economic jurisdiction or the operative management of the enterprise or institution in the procedure established by the present Code, other laws, and other legal acts for acquisition of the right of ownership.

3. The right of economic jurisdiction and the right of operative management of property shall terminate upon the grounds and in the procedure provided for by the present Code, other laws, and other legal acts for the termination of the right of ownership, and also in instances of the lawful withdrawal of the property from the enterprise or institution by decision of the owner.

### Article 300. Retention of Rights to Property in Event of Transfer of Enterprise or Institution to Another Owner

1. In the event of the transfer of the right of ownership in a State or municipal enterprise as a property complex to another owner of State or municipal property, this enterprise shall retain the right of economic jurisdiction in the property belonging to it.

2. In the event of the transfer of the right of ownership in an institution to another person, this institution shall retain the right of operative management to the property belonging to it.

---

### Глава 20. Защита права собственности и других вещных прав

### Статья 301. Истребование имущества из чужого незаконного владения

Собственник вправе истребовать свое имущество из чужого незаконного владения.

### Статья 302. Истребование имущества от добросовестного приобретателя

1. Если имущество возмездно приобретено у лица, которое не имело права его отчуждать, о чем приобретатель не знал и не мог знать (добросовестный приобретатель), то собственник вправе истребовать это имущество от приобретателя в случае, когда имущество утеряно собственником или лицом, которому имущество было передано собственником во владение, либо похищено у того или другого, либо выбыло из их владения иным путем помимо их воли.

2. Если имущество приобретено безвозмездно от лица, которое не имело права его отчуждать, собственник вправе истребовать имущество во всех случаях.

3. Деньги, а также ценные бумаги на предъявителя не могут быть истребованы от добросовестного приобретателя.

### Статья 303. Расчеты при возврате имущества из незаконного владения

При истребовании имущества из чужого незаконного владения собственник вправе также потребовать от лица, которое знало или должно было знать, что его владение незаконно (недобросовестный владелец), возврата или возмещения всех доходов, которые это лицо извлекло или должно было извлечь за все время владения; от добро-

---

### Chapter 20. Defence of Right of Ownership and Other Rights to Thing

### Article 301. Demanding and Obtaining Property from Another's Illegal Possession

The owner shall have the right to demand and obtain his property from another's illegal possession.

### Article 302. Demanding and Obtaining Property from a Good-Faith Acquirer

1. If property has been acquired for compensation from a person who did not have the right to alienate it, of which the acquirer did not know and could not have known (good-faith acquirer), then the owner shall have the right to demand and obtain this property from the acquirer when the property has been lost by the owner or person to whom the property was transferred by the owner in possession, or stolen from one or the other, or left the possession thereof by means other than the will thereof.

2. If property was acquired without compensation from a person who did not have the right to alienate it, the owner shall have the right to demand and obtain the property in all instances.

3. Money, and also bearer securities, may not be demanded and obtained from a good-faith acquirer.

### Article 303. Settlement of Accounts in Event of Return of Property from Illegal Possession

When demanding and obtaining property from another's illegal possession the owner also shall have the right to demand and obtain from a person who knew or should have known that his possession is illegal (possessor not in good faith) the return or compensation of all revenues which this person derived or should have been derived throughout the entire period

# COMMENTARY

## to the Civil Code of the Russian Federation
## Part One

# FOR ENTERPRENEURS

]

MOSCOW
FUND "LEGAL CULTURE"
1995

page 269


<
<

    " Replevin suit is a claim of brought by the owner where he claims his property from another's illegal possession. This claim is a claim of the owner who does not have possession against non-owner who illegally holds the possession. The possibility to bring such claim is provided for in case the owner loses possession of a thing, which belongs to him.

    The person who is entitled to replevin is the owner (or person who holds the title, i.e. other legal possessor), who is to prove his right to the property he claims, i.e. prove the title. The person burdened with obligation is the illegal possessor, who holds the property as a matter of fact, at the moment the claim is brought [by the owner]. If the defendant does not possess/holds the property at the moment the suit is brought, replevin suit cannot be brought, as there is no object for the replevin suit to be granted. However the owner can seek damages from such person...."

Case 1:04-cv-01482-GMS     Document 88-5     Filed 05/31/2005     Page 14 of 36

# КОММЕНТАРИЙ

## ЧАСТИ ПЕРВОЙ ГРАЖДАНСКОГО КОДЕКСА РОССИЙСКОЙ ФЕДЕРАЦИИ

# ДЛЯ ПРЕДПРИНИМАТЕЛЕЙ

МОСКВА
ФОНД "ПРАВОВАЯ КУЛЬТУРА"
1995

<table>
<tr><td>

імого  бственни-

ітивного управле-
ены собственника
, муниципального
риятия от одного
речь должна идти
той по правилам
т быть объектом
цет о предприятии
ГК), а не как о
ществе, закреплен-

**ОСТИ**
6)

хупность правовых
ий собственности.
, права собственно-
обов защиты граж-
щита вещных прав
ещных прав, целям

собы защиты права
солютным характе-
юго неправомерно-
вляв    обязатель-
в, р     итанным на
бязательственных,
учае, когда аренда-
ежащее ему имуще-
т право собственно-
ле способы защиты,
й сторон. Поэтому
ственнику возможно-
сонкуренции исков",
,ному европейскому
участниками спора
нельзя предъявлять
м состоит и практи-

авовых иска, служа-
ів: виндикационный
цет о таких способах
ности на сохраняю-
раты или невозмож-
іько о компенсации
не вещных правоот-

тороны, Кодекс сам
ва собственности на
ым законом, то есть
енник обязан подчи-
іму   тва, но может

</td>
<td>

добиваться полной компенсации — взыскания убытков (п. 2 ст. 15), вклю-
чающих и неполученные им доходы, и стоимость утраченного им имуще-
ства. Это право, однако, принадлежит только собственнику, но не субъекту
иного (ограниченного) вещного права, например права хозяйственного
ведения или оперативного управления.

С другой стороны, иск к государству, органы которого наложили неза-
конный арест на имущество лица, об освобождении этого имущества из-под
ареста (исключении имущества из описи) не включен законом в число
вещных исков (способов). Этот иск, по сути, сводится к иску о признании
права собственности на незаконно включенное в опись и арестованное
имущество, а не к защите уже имеющегося и неоспариваемого права соб-
ственности.

Виндикационный иск — требование собственника о возврате своего
имущества из чужого незаконного владения. Оно представляет собой иск не
владеющего конкретным имуществом собственника к незаконно владею-
щему им несобственнику. Это требование установлено на случай утраты
собственником владения своей вещью.

Субъектом права на виндикацию является собственник (или иной титуль-
ный, то есть законный, владелец), который, следовательно, должен доказать
свое право на истребуемое имущество, то есть его юридический титул.
Субъектом обязанности здесь является незаконный владелец, фактически
обладающий вещью на момент предъявления требования. Если к этому
моменту вещи у ответчика не окажется, виндикационный иск предъявлять
нельзя, ибо исчез сам предмет виндикации. Можно, однако, предъявить к
такому лицу иск о возмещении причиненных им собственнику убытков
(ст. 126 Основ).

Объектом виндикации во всех без исключения случаях является индивиду-
ально-определенная вещь, сохранившаяся в натуре. Невозможно предъявить
виндикационный иск в отношении вещей, определенных родовыми призна-
ками или не сохранившихся в натуре (например, в случае, когда спорное
строение капитально перестроено, а не просто отремонтировано фактиче-
ским владельцем и стало практически новой недвижимой вещью). Ведь
содержание такого иска — возврат конкретной вещи, а не замена ее другой
вещью или вещами того же рода и качества.

Незаконное владение чужой вещью бывает как добросовестным, так и
недобросовестным. В первом случае фактический владелец вещи не знает и
не должен был знать о незаконности своего владения (а чаще всего о том,
что передавший ему вещь отчуждатель был неуправомочен на ее отчужде-
ние): например, при приобретении вещи в комиссионном магазине или на
аукционной торговле, когда продавец умышленно или по незнанию скрыл
от покупателя отсутствие требуемых правомочий. Во втором случае факти-
ческий владелец знает либо по обстоятельствам дела должен знать об отсут-
ствии у него прав на имущество (например, похититель или приобретатель
вещи "с рук" по заведомо низкой цене).

У недобросовестного приобретателя имущество может быть истребовано
собственником во всех случаях без каких бы то ни было ограничений. У
добросовестного приобретателя, напротив, невозможно истребовать деньги
и предъявительские ценные бумаги (п. 3 ст. 302 ГК) из-за практических
сложностей теоретически возможного доказывания их индивидуальной
определенности и возможности получения однородной по характеру
(денежной) компенсации от непосредственного причинителя имуществен-
ного вреда.

От добросовестного приобретателя имущество можно истребовать в двух
случаях. Во-первых, если имущество было получено им безвозмездно (по

</td></tr>
</table>

THE CONSTITUTION OF THE RUSSIAN FEDERATION

**Article 123.**

1. All trials in all law courts shall be open. The hearing of a case can be in camera in cases provided by the federal law.
2. Hearing of criminal cases in law courts in absentia shall not be allowed except the cases provided for by the federal law.
3. The trial shall be conducted on an adversarial and equal basis.
4. In cases stipulated by federal law trials shall be held by jury.

## КОНСТИТУЦИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ

**Статья 123**

1. Разбирательство дел во всех судах открытое. Слушание дела в закрытом заседании допускается в случаях, предусмотренных федеральным законом.

2. Заочное разбирательство уголовных дел в судах не допускается, кроме случаев, предусмотренных федеральным законом.

3. Судопроизводство осуществляется на основе состязательности и равноправия сторон.

4. В случаях, предусмотренных федеральным законом, судопроизводство осуществляется с участием присяжных заседателей.

ARBITRATION PROCEDURAL CODE
OF THE RUSSIAN FEDERATION
NO. 70-FZ OF MAY 5, 1995

Adopted by the State Duma April 5, 1995


Article 7. Competitiveness and Equality of the Parties
The legal proceedings in the arbitration court shall be conducted on the basis of the competitiveness and equality of the parties.

**Арбитражный процессуальный кодекс Российской Федерации
от 5 мая 1995 г. N 70-ФЗ**

**Принят Государственной Думой 5 апреля 1995 года**

**Статья 7.** Состязательность и равноправие сторон

Судопроизводство в арбитражном суде осуществляется на основе состязательности и равноправия сторон.

ARBITRATION PROCEDURAL CODE
OF THE RUSSIAN FEDERATION
NO. 70-FZ OF MAY 5, 1995

Adopted by the State Duma April 5, 1995

Article 112. The Judge's Actions, Involved in Preparing the Case for
Examination in Court

When preparing the case for examination in court, the judge shall:

1) consider, whether an other defendant or third person shall be brought to court to take part in the legal proceedings on the case;

2) notify the interested persons about the legal proceedings on the case;

3) suggest that the persons, participating in the case, as well as the other organizations and their official persons perform certain actions, including the presentation of the documents and information, essential for the resolution of the dispute;

4) certify the relevance and the admissibility of the proofs;

5) call to attend the witnesses;

6) consider the issue of carrying out an expert examination;

7) forward court orders to the other arbitration courts;

8) call to attend the persons, participating in the case;

9) take measures to reconcile the parties;

10) consider the question about calling to attend the heads of the organizations, participating in the case, for giving explanations;

11) take measures to provide for the claim.

The judge shall also perform the other actions, aimed at ensuring a correct and timely resolution of the dispute.

**Арбитражный процессуальный кодекс Российской Федерации
от 5 мая 1995 г. N 70-ФЗ**

**Принят Государственной Думой 5 апреля 1995 года**

**Статья 112.** Действия судьи по подготовке дела к судебному разбирательству

При подготовке дела к судебному разбирательству судья производит следующие действия:

1) рассматривает вопрос о привлечении к участию в деле другого ответчика или третьего лица;

2) извещает заинтересованных лиц о производстве по делу;

3) предлагает лицам, участвующим в деле, другим организациям, их должностным лицам выполнить определенные действия, в том числе представить документы и сведения, имеющие значение для разрешения спора;

4) проверяет относимость и допустимость доказательств;

5) вызывает свидетелей;

6) рассматривает вопрос о назначении экспертизы;

7) направляет другим арбитражным судам судебные поручения;

8) вызывает лиц, участвующих в деле;

9) принимает меры к примирению сторон;

10) решает вопрос о вызове руководителей организаций, участвующих в деле, для дачи объяснений;

11) принимает меры по обеспечению иска.

Судья совершает и другие действия, направленные на обеспечение правильного и своевременного разрешения спора.

**Supreme Arbitrazh Court of the Russian Federation**

# Commentary to the Arbitrazh Procedure Code of the Russian Federation

Introductory article of the Chairman of the Supreme Arbitrazh Court of the Russain federation Professor V.F. Yakovlev

2-nd edition, amended and revised

Law firm
CONTRACT

Publishing House
INFRA-M

Moscow, 2000

Page 278
<
<
<


" Pursuant to the Article 112 of APC[1] arbitrazh court notifies interested persons about the proceedings. Only the persons who have legal interest (substantive, procedural) in the outcome of the litigation and can occupy a procedural position, provided for in the law. The first ones to be mentioned in this regard are third persons, submitting and [third persons] not submitting claims in regard to the subject of the litigation, as well as defendants who are joint in accordance with Article 112 (1) of APC."

---

[1] Translator's note: APC stands for Arbitrazh Procedure Code

Высший Арбитражный Суд Российской Федерации

# Комментарий к Арбитражному процессуальному кодексу Российской Федерации

Со вступительной статьей
председателя Высшего Арбитражного Суда
Российской Федерации профессора **В. Ф. Яковлева**

Издание 2-е, дополненное и переработанное

Юридическая фирма
КОНТРАКТ

Издательский Дом
ИНФРА·М

Москва, 2000

участию в деле по инициативе арбитражного суда. Вопрос о вступлении (невступлении) в дело эти лица решают самостоятельно, что объясняется действием в арбитражном процессе принципа диспозитивности. Поэтому в случае необходимости суд вправе лишь известить их о начатом процессе и разъяснить им право в нем участвовать.

Третьи лица, не заявляющие самостоятельные требования на предмет спора, привлекаются к участию в деле по ходатайству сторон или по инициативе суда. Такое ходатайство могут заявить и третьи лица с самостоятельными требованиями на предмет спора, а также прокурор (ст. 41 АПК), государственные органы, органы местного самоуправления и иные органы, выступающие в процессе в соответствии со ст. 42 АПК. И это понятно, поскольку все они пользуются правами истца.

В силу п. 2 ст. 112 АПК арбитражный суд извещает заинтересованных лиц о производстве по делу. Здесь имеются в виду только такие лица, которые имеют юридический интерес (материальный, процессуальный) в исходе дела и могут занять в нем определенное, предусмотренное законом процессуальное положение. К ним прежде всего следует отнести третьих лиц, как заявляющих, так и не заявляющих самостоятельных требований на предмет спора, а также ответчиков, привлекаемых к участию в деле в соответствии с п. 1 ст. 112 АПК.

В стадии подготовки дела к судебному разбирательству судья может предложить лицам, участвующим в деле, совершить самые разнообразные действия: определить или уточнить правовую позицию, представить круг вопросов, которые должны быть разъяснены при проведении экспертизы, ответчику дать письменные возражения на иск, если он это не сделал ранее, и др.

Прежде чем приступить к предварительному анализу доказательств, судья обязан проделать большую работу, в частности предложить, если это необходимо по делу, истцу, ответчику, третьему лицу, заявляющему самостоятельные требования на предмет спора, уточнить требования и возражения, а также обстоятельства, их обосновывающие; определить характер спорного правоотношения и закон, которым следует руководствоваться при разрешении данного спора; рассмотреть вопрос о привлечении к участию других лиц; четко определить круг фактов, имеющих значение для дела (предмет доказывания).

Правила относимости и допустимости доказательств сформулированы в законе (см. коммент. к ст. 56, 57 АПК).

Круг необходимых средств доказывания определяется с учетом характера заявленных требований и возражений. При этом следует иметь в виду, что по каждой категории экономических споров существуют различные средства доказывания.

Так, в частности, должны быть приобщены к исковым заявлениям:

а) о признании права собственности на часть жилого дома или нежилого строения — правоустанавливающие документы на жилой дом или нежилое строение (договор о совместной деятельности; договор о долевом участии в строительстве жилого дома или нежилого строения; акт приемки дома в эксплуатацию; справки БТИ или технический паспорт БТИ о правовой регистрации дома; поэтажный план дома или строения; документы о действительной стоимости дома или его частей — акт компетентной комиссии; доказательства, подтверждающие участие истца рабочей силой или средствами в возведении дома или строения (счета на оплату доли; счета на оплату материалов и их перевозку, накладные, квитанции, чеки и т.п.); доказательства, устанавливающие наличие договоренности между истцом и застройщиком о создании общей собственности на дом или строение; документы о выделении земельного участка (свидетельство о праве собственности, об аренде земли, акт отвода земельного участка и т.д.); если на возведение дома была представлена ссуда (кредит), — документы, подтверждающие предоставление целевой ссуды;

б) о разделе жилого дома, строения в натуре — документы, подтверждающие права сторон на жилой дом или строение, размер доли каждого сособственника (договор купли-продажи дома или строения, справки БТИ, договор мены, свидетельство о праве собственности, решение арбитражного суда о праве собственности и т.д.); поэтажный план дома или строения; техническое заключение специалиста о возможности и вариантах его раздела в натуре в соответствии с размером доли каждого сособственника; план возможных вариантов раздела и др.;

в) о возврате имущества из чужого незаконного владения — доказательства, подтверждающие право истца на спорное имущество (свидетельство о праве собственности, договор купли-продажи, мены, решение арбитражного суда о признании права собственности, накладные, квитанции, счета, чеки, паспорта, удостоверения и т.п.); доказательства, подтверждающие наличие спорного имущества у ответчика (акты, материалы служебных проверок и т.п.); документы о действительной стоимости имущества (счета, балансы, спецификации, договоры, чеки, накладные и т.п.); если спорное имущество приобретено ответчиком возмездно, но непосредственно у истца, то последний представляет доказательства того, что имущество приобретено возмездно (договор купли-продажи, мены, счета и т.п.), а также что это имущество утеряно либо похищено у него, либо выбыло из владения помимо его воли; доказательства, подтверждающие размер доходов, полученных ответчиком (или тех, что он должен был получить) за пользование имуществом, которые подлежат возмещению истцу, если он заявил об этом требование;

г) о взыскании стоимости некачественной продукции (товаров) и штрафа за поставку некачественной продукции (товаров) — договор поставки, счет, доказательства оплаты счета (справки бухгалтерии),

ARBITRATION PROCEDURAL CODE
OF THE RUSSIAN FEDERATION
NO. 70-FZ OF MAY 5, 1995

Adopted by the State Duma April 5, 1995

Article 36. Substitution of the Improper Party

1. If the arbitration court establishes in the course of the case investigation that the claim was not filed by the person who possesses the right of claim, or not against the person who shall be answerable by the claim, it may admit, with the consent of the plaintiff, the substitution of the proper plaintiff or the proper defendant for the initial plaintiff or defendant.

2. If the plaintiff does not consent to his being replaced by another person, this person may enter the case as a third person making independent claims for the object of the dispute about which the court shall inform the given person.

3. If the plaintiff does not consent to the substitution of another person for the defendant, the court shall have the right with the consent of the plaintiff, to bring this person to trial as the second defendant.

4. After the substitution of the improper party, the case shall be investigated from the very beginning.

**Арбитражный процессуальный кодекс Российской Федерации
от 5 мая 1995 г. N 70-ФЗ**

**Принят Государственной Думой 5 апреля 1995 года**

**Статья 36.** Замена ненадлежащей стороны

1. Арбитражный суд, установив во время разбирательства дела, что иск предъявлен не тем лицом, которому принадлежит право требования, или не к тому лицу, которое должно отвечать по иску, может с согласия истца допустить замену первоначального истца или ответчика надлежащим истцом или ответчиком.

2. Если истец не согласен на замену его другим лицом, то это лицо может вступить в дело в качестве третьего лица, заявляющего самостоятельные требования на предмет спора, о чем суд извещает данное лицо.

3. Если истец не согласен на замену ответчика другим лицом, суд может с согласия истца привлечь это лицо в качестве второго ответчика.

4. После замены ненадлежащей стороны рассмотрение дела производится с самого начала.

ARBITRATION PROCEDURAL CODE
OF THE RUSSIAN FEDERATION
NO. 70-FZ OF MAY 5, 1995

Adopted by the State Duma April 5, 1995

Article 158. The Grounds for the Change or for the Repeal of the Decision

1. The grounds for the change or for the repeal of the decision of the arbitration court shall be the following:

1) an incomplete elucidation of the circumstances, essential for the given case;

2) the failure to prove the circumstances, essential for the case, which the arbitration court regarded as established;

3) the discrepancy between the conclusions, presented in the decision, and the circumstances of the case;

4) the violation or an incorrect application of the norms of the substantive right or of the norms of the procedural right.

2. The violation or an incorrect application of the norms of the procedural right shall be the ground for changing or repealing the decision, if this decision has led, or might have led, to the adoption of an incorrect decision.

3. The violation of the norms of the procedural right shall be in any case the ground for repealing the decision of the arbitration court of the first instance:

1) if the case has been considered by the court of an illegal composition;

2) if the case has been considered by the court in the absence of some one person participating in the case who was not duly notified about the time and place of the court session;

3) if the rules on the language have been violated during the legal proceedings;

4) if the court has adopted the decision on the rights and duties of the persons, who were not brought to the court to take part in the case. These persons shall have the right to appeal against such decision in conformity with the procedure laid down by the present Code;

5) if the decision has not been signed by any one of the judges or if it has been signed not by those judges who were named in the decision;

6) if the decision has been adopted not by those judges, who were included into the composition of the court, which examined the case;

7) if there is no protocol of the court session in the case, or if it has not been signed by the persons pointed out in Article 123 of the present Code.

**Арбитражный процессуальный кодекс Российской Федерации
от 5 мая 1995 г. N 70-ФЗ**

**Принят Государственной Думой 5 апреля 1995 года**

**Статья 158.** Основания к изменению или отмене решения

1. Основаниями к изменению или отмене решения арбитражного суда являются:

1) неполное выяснение обстоятельств, имеющих значение для дела;

2) недоказанность имеющих значение для дела обстоятельств, которые арбитражный суд считал установленными;

3) несоответствие выводов, изложенных в решении, обстоятельствам дела;

4) нарушение или неправильное применение норм материального права или норм процессуального права.

2. Нарушение или неправильное применение норм процессуального права является основанием к изменению или отмене решения, если это нарушение привело или могло привести к принятию неправильного решения.

3. Нарушение норм процессуального права является в любом случае основанием к отмене решения арбитражного суда первой инстанции:

1) если дело рассмотрено судом в незаконном составе;

2) если дело рассмотрено судом в отсутствие кого-либо из участвующих в деле лиц, не извещенных надлежащим образом о времени и месте заседания;

3) если при рассмотрении дела были нарушены правила о языке;

4) если суд принял решение о правах и обязанностях лиц, не привлеченных к участию в деле. Эти лица вправе обжаловать такое решение в порядке, установленном настоящим Кодексом;

5) если решение не подписано кем-либо из судей или подписано не теми судьями, которые указаны в решении;

6) если решение принято не теми судьями, которые входили в состав суда, рассматривавшего дело;

7) если в деле отсутствует протокол судебного заседания или он не подписан лицами, указанными в статье 123 настоящего Кодекса.

**Decree of the Plenum of the Supreme Arbitrazh court dated February 25, 1998 # 8
"On certain issues of the dispute resolution practice, dealing with the protection
of the ownership right and other property rights"**

In order to secure proper application of the law regulating the ownership right by the arbitrazh courts, the Plenum of the Supreme Arbitrazh Court of the Russian Federation, in compliance with the Article 13 of the Federal Constitutional Law "On Arbitrazh Courts in the Russian Federation" holds to give the following guidance [to the courts].

1.

2.

<
<
<

22. When applying Article 301 of the CC RF[1] it should be born in mind that the owner is entitled to claim his property from the person who illegally holds the property as a matter of fact. A judgment of a replevin against a person who used to illegally hold the property, but who does not hold it at the moment when the suit is brought, cannot be granted.

<
<

29.

Head of the Supreme
Arbitrazh Court
of the Russian Federation                                        V.F.Yakovlev

Secretary of the Plenum, Judge
of the Supreme Arbitrazh Court
of the Russian Federation                                        A.S.Kozlova

---

[1] Translator's note: CC RF stands for Civil Code of the Russian Federation

### Постановление Пленума Высшего Арбитражного Суда РФ
### от 25 февраля 1998 г. N 8
### "О некоторых вопросах практики разрешения споров,
### связанных с защитой права собственности и других вещных прав"

В целях обеспечения правильного применения арбитражными судами законодательства о собственности Пленум Высшего Арбитражного Суда Российской федерации, руководствуясь статьей 13 Федерального конституционного закона "Об арбитражных судах в Российской Федерации", постановляет дать арбитражным судам следующие разъяснения.

1.

2.

<
<
<

22. При применении статьи 301 ГК РФ следует иметь в виду, что собственник вправе истребовать свое имущество от лица, у которого имущество фактически находится в незаконном владении. Иск об истребовании имущества, предъявленный к лицу, в незаконном владении которого это имущество находилось, но у которого оно к моменту рассмотрения дела в суде отсутствует, не может быть удовлетворен.

<
<

29.

Председатель Высшего
Арбитражного Суда
Российской Федерации                                              В.Ф.Яковлев

Секретарь Пленума, судья
Высшего Арбитражного Суда
Российской Федерации                                            А.С.Козлова

PANORAMA

Outgoing # 135-250900-005/OPERU of September 28, 2000

Company - Registrar


## LIST OF SHAREHOLDERS OF OJSC KACHKANAR GOK VANADIY, AS OF SEPTEMBER 25, 2000

Registered address of the issuer:

624356 Russia
Severdlovsk region
Kachkanar, 2 Sverdlova St.

Certificate of state registration of the issuer:

0422 series III-IK issued by
The Head of Kachkanar
Administration on 04/15/1993

Ordinary nominal non-documentary shares:       403,662
State number of issue of shares:               # 62-1P-290
Face value of one share:                       1,00 rubles
Ordinary nominal non-documentary shares:       190,528,464
State number of issue of shares:               # 62-1-1396
Face value of one share:                       1,00 rubles

The person requesting the information:     the company, Foston Management Limited
Properties of the request:
    Outgoing number and the date          No number, of September 25, 2000
    Incoming number of the registrar      Ts-0135-250900-005, of September
    and the date                          25, 2000

Basis for execution of the list: Provisions "On keeping of register of nominal securities owners", approved by the decision of the FKTsB (Federal Securities Commission) of October 2, 1997 # 27.

Date of execution of the list: September 28, 2000

Order of distribution of the list: on the basis of the acceptance-conveyance report

**List of shareholders of OJSC Kachkanar GOK Vanadiy,
composed as of September 25, 2000**

| # | Type of nominal account | Name | Amount of ordinary nominal shares 1 issue | Amount of ordinary nominal shares 2 issue |
|---|---|---|---|---|
| 3679 | Owner | Yahsina Anna Anatolievna | 4 | 1888 |
| 3680 | Owner | CJSC Gefest Association | 94 | 44368 |
| 3681 | Owner | CJSC Evrosib-Moskva | 6541 | 0 |
| 3682 | Owner | CJSC Novaya Investitsionnaya Kompaniya | 4 | 1888 |
| 3683 | Owner | CJSC IK Iset-Invest | 505 | 8678 |
| 3684 | Owner | LLC Uralskaya Torgovo-Inv. Companiya" | 45 | 0 |
| 3685 | Owner | OJSC Predriyatie Agat | 6 | 2832 |
| 3686 | Owner | Union Committee JSC Vanadiy | 715 | 337480 |
| 3687 | Owner | OJSC Remelektro | 0 | 8164 |
| 3688 | Owner | OJSC Rink-Invest | 0 | 3304 |
| 3689 | Owner | Sverdlovskiy Region Committee on Management of State Property | 1 | 472 |
| 3690 | Owner | Private investment fund Ural-Tri-K | 4 | 1888 |
| 3691 | Owner | LLC Chermetplan LTD | 1091 | 0 |
| 3692 | Owner | First Baltic Commercial Trust | 0 | 2978500 |
| 3693 | Nominal holder | CJSC AKB Rosbank | 26 | 4408 |
| 3694 | Owner | CJSC Uralelekromed | 100 | 0 |
| 3695 | Owner | CJSC BF Interural-Invest | 7447 | 67604 |
| 3696 | Nominal holder | CJSC Depozitarno-Kliringovaya Kompaniya | 167 | 0 |
| 3697 | Owner | CJSC sredneuralskiy Brokerskiy Tsentr | 20 | 9420 |
| 3698 | Owner | CJSC Financial-Investment Company Ural-Kontinent | 0 | 24 |
| 3699 | Owner | Company, Foston Management Limited | 103565 | 37696035 |
| 3700 | Owner | Company, Davis International, LLC | 78282 | 35027740 |
| 3701 | Owner | Company, Nexis Products, LLC | 45 | 0 |
| 3702 | Owner | Company, Omni Trusthouse Limited | 42660 | 33988454 |
| 3703 | Owner | Company, Holdex LLC | 70308 | 30877078 |
| 3704 | Owner | Vox LLC | 63724 | 35819270 |
| 3705 | Owner | OJSC Innovatsionnyi Fond AZ-Kapital | 8126 | 3835472 |
| 3706 | Nominal Holder | Association of Legal Entities Depozitarno-Raschetnyi Soyuz | 0 | 90 |
| 3707 | Owner | LLC BF UTK-Brok-Invest | 588 | 472 |
| 3708 | Owner | LLC Komapniya Novye Investitsii | 1541 | 17938 |

| 3709 | Owner | LLC Lans | | 0 | 100 |
| --- | --- | --- | --- | --- | --- |

Head of the operational department
of JSC Panorama          [seal]          [signed]          G.E. Yurasova

Executed
Samoilova Ye.A.
Tel. 490-49-40


Provided upon September 9, 2000 request of registered person, the company Foston
Management Limited



Исх. №135-250900-005/ОПЕРУ от 28.09.2000г.

КОМПАНИЯ-РЕГИСТРАТОР

# Список
# акционеров ОАО «Качканарский ГОК «Ванадий», составленный по состоянию на 25.09.2000г.

| | |
|---|---|
| **Юридический адрес эмитента:** | **624356 Россия, Свердловская обл., г.Качканар, ул.Свердлова, д.2** |
| **Свидетельство о государственной регистрации эмитента:** | **0422 Серия III-ИК выдано Глава администрации г.Качканар 15.04.1993** |

| | |
|---|---|
| *Акции обыкновенные именные бездокументарные:* | **403 662 шт.** |
| *Государственный номер выпуска акций:* | **№ 62-1П-290** |
| *Номинальная стоимость одной акции:* | **1,00 руб.** |
| *Акции обыкновенные именные бездокументарные:* | **190 528 464 шт.** |
| *Государственный номер выпуска акций:* | **№ 62-1-1396** |
| *Номинальная стоимость одной акции:* | **1,00 руб.** |

**Лицо, запрашивающее информацию:** Компания «Фостон Менеджмент Лимитед»
**Реквизиты запроса:**

- ♦ **Номер и дата исходящего:**  б/н от 25.09.2000
- ♦ **Номер и дата входящего регистратора:**  Ц-0135-250900-005 от 25.09.2000

**Основание выдачи списка:** Положение о ведении реестра владельцев именных ценных бумаг, утвержденное постановлением ФКЦБ от 02.10.1997г. №27

**Дата подготовки списка:** 28.09.2000

**Порядок выдачи списка:** По акту приема-передачи

Архангельск • Астрахань • Братск • Владивосток • Волгоград • Вологда • Казань • Калуга • Кострома • Краснодар
Магнитогорск • Москва • Нижний Новгород • Оренбург • Ставрополь • Тамбов • Тверь • Челябинск • Йошкар-Ола

Список акционеров ОАО "Качканарский горно-обогатительный комбинат "Ванадий" по состоянию на 25.09.2000г.

| Номер п/п | Тип лицевого счета | Наименование | Кол-во обыкновенных именных акций 1 вып. | Кол-во обыкновенных именных акций 2 вып. |
|---|---|---|---|---|
| 3679 | Владелец | ЯШИНА АННА АНАТОЛЬЕВНА | 4 | 1888 |
| 3680 | Владелец | "ГЕФЕСТ" АОЗТ АССОЦИАЦИЯ | 94 | 44368 |
| 3681 | Владелец | "ЕВРОСИБ- МОСКВА"АОЗТ | 6541 | 0 |
| 3682 | Владелец | ЗАО "НОВАЯ ИНВЕСТИЦИОННАЯ КОМПАНИЯ" | 4 | 1888 |
| 3683 | Владелец | ЗАО "ИК ИСЕТЬ-ИНВЕСТ" | 505 | 8678 |
| 3684 | Владелец | ООО "УРАЛЬСКАЯ ТОРГОВО-ИНВ. КОМПАНИЯ" | 45 | 0 |
| 3685 | Владелец | АОЗТ "ПРЕДПРИЯТИЕ АГАТ" | 6 | 2832 |
| 3686 | Владелец | ПРОФСОЮЗНЫЙ КОМИТЕТ АО "ВАНАДИЙ" | 715 | 337480 |
| 3687 | Владелец | "РЕМЭЛЕКТРО" ОАО | 0 | 8164 |
| 3688 | Владелец | "РИНК-ИНВЕСТ" ОАО | 0 | 3304 |
| 3689 | Владелец | СВЕРДЛОВСКИЙ ОБЛ. КОМИТЕТ ПО УПР. ГОСИМУЩЕСТВОМ | 1 | 472 |
| 3690 | Владелец | "УРАЛ-ТРИ-К" ЧИФ | 4 | 1888 |
| 3691 | Владелец | ООО "ЧЕРМЕТПЛАН ЛТД" | 1091 | 0 |
| 3692 | Владелец | FIRST BALTIC COMMERCIAL TRUST | 0 | 2978500 |
| 3693 | Ном. держ. | АКБ "РОСБАНК" (ОАО) | 26 | 4408 |
| 3694 | Владелец | АООТ "УРАЛЭЛЕКТРОМЕДЬ" | 100 | 0 |
| 3695 | Владелец | ЗАО "БФ "ИНТЕРУРАЛ-ИНВЕСТ" | 7447 | 67604 |
| 3696 | Ном. держ. | ЗАО "ДЕПОЗИТАРНО-КЛИРИНГОВАЯ КОМПАНИЯ" | 167 | 0 |
| 3697 | Владелец | ЗАО "СРЕДНЕУРАЛЬСКИЙ БРОКЕРСКИЙ ЦЕНТР" | 20 | 9420 |
| 3698 | Владелец | ЗАО "ФИНАНСОВО-ИНВЕСТИЦИОННАЯ КОМПАНИЯ "УРАЛ-КОНТИНЕНТ" | 0 | 24 |
| 3699 | Владелец | КОМПАНИЯ "ФОСТОН МЕНЕДЖМЕНТ ЛИМИТЕД" | 103565 | 37696035 |
| 3700 | Владелец | КОМПАНИЯ "ДЭВИС ИНТЕРНЕШНЛ Эл.Эл.Си." | 78282 | 35027740 |
| 3701 | Владелец | КОМПАНИЯ "НЭКСИЗ ПРОДАКТС Эл.Эл.Си." | 45 | 0 |
| 3702 | Владелец | КОМПАНИЯ "ОМНИ ТРАСТХАУС ЛИМИТЕД" | 42660 | 33988454 |
| 3703 | Владелец | КОМПАНИЯ "ХОЛДЭКС Эл.Эл.Си." | 70308 | 30877078 |
| 3704 | Владелец | КОМПАНИЯ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ВОКС" (VOX L.L.C.) | 63724 | 35819270 |
| 3705 | Владелец | ОАО "ИННОВАЦИОННЫЙ ФОНД "АЗ-КАПИТАЛ" | 8126 | 3835472 |
| 3706 | Ном. держ. | ОБЪЕДИНЕНИЕ ЮРИДИЧЕСКИХ ЛИЦ "ДЕПОЗИТАРНО-РАСЧЕТНЫЙ СОЮЗ" | 0 | 90 |
| 3707 | Владелец | ООО "БФ "УТК-БРОК-ИНВЕСТ" | 588 | 472 |
| 3708 | Владелец | ООО "КОМПАНИЯ "НОВЫЕ ИНВЕСТИЦИИ" | 1541 | 17938 |
| 3709 | Владелец | ООО "ЛАНС" | 0 | 100 |

Начальник операционного управления
АО "ПАНОРАМА"



Г.Е.Юрасова

Исполнитель
Самойлова Е.А.
тел.490–49–40

*предоставлен по запросу от 25.09.2000г. зарегистрированного лица Компании "Фостон Менеджмент Лимитед"*