IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,: 
FOSTON MANAGEMENT, LTD, and : 
OMNI TRUSTHOUSE, LTD, : 
: 
        Plaintiffs, : 
: 
v. :   No. 04-1483-GMS
: 
NEW START GROUP CORP., VENITOM CORP.,: 
PAN-AMERICAN CORP., MDM BANK, : 
URAL-GORNO METALURAGICAL COMPANY,: 
EVRAZ HOLDING, MIKHAIL CHERNOI, : 
OLEG DERIPASKA, ARNOLD KISLIN, : 
MIKHAIL NEKRICH, and ISKANDER : 
MAKMUDOV, : 
: 
        Defendants. :

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT PLAINTIFFS' CLAIMS:**

Plaintiffs' initial disclosure is made without the benefit of any discovery and prior to Defendants' answers. Plaintiffs reserve the right to amend their disclosures to add additional witnesses.

    A.  *Individuals Associated With Plaintiffs*

        1.  Jalol Khaidarov
            Israel

        2.  Joseph Traum
            Israel

        3.  Aleksey Zanadvorov
            Ukraine

B.  *Individuals and Entities Affiliated with Defendants*

1. Salim Abdulakhidov
   Tashkent, Uzbekistan

2. Mikhail Chernoi
   Israel

3. Oleg Deripaska
   Russia

4. Joseph Karam
   Geneva, Switzerland

5. Arnold Kislin
   New York, NY

6. Andrey Kozitsin
   Russia

7. Oleg Kozyrev
   Russia

8. Mikhail Nekrich
   Switzerland and/or Ukraine

9. Iskander Makmudov
   Moscow, Russia

10. Officers, directors and beneficial owners of New Start Group Corp.

11. Officers, directors and beneficial owners of Venitom Corp.

12. Officers, directors and beneficial owners of Pan-American Corp.

13. Officers, directors and beneficial owners of Unidale Corp.

14. Officers, directors and beneficial owners of Investland LLC.

15. Officers, directors and beneficial owners of MIC Building Co. L.P.

16. Officers, directors and beneficial owners of MC MIC Building Corp.

17. Officers, directors and beneficial owners of MIC Leasing Co., L.P.

18. Officers, directors and beneficial owners of MC MIC Leasing Corp.

19. Officers, directors and beneficial owners of Around the Clock Corp.

20. Officers, directors and beneficial owners of CMC MIC Holding Company, LLC

21. Officers, directors and beneficial owners of MC Holdings Company, LLC.

22. Officers, directors and beneficial owners of CMC Factory Holding Company, LLC.

23. Officers, directors and beneficial owners of CMC Center Holding Company, LLC.

24. Officers, directors and beneficial owners of CMC Falchi Holding Company, LLC.

25. Officers, directors and beneficial owners of Falchi Building Co., L.P.

26. Officers, directors and beneficial owners of 33-00 Center Building LLC.

27. Officers, directors and beneficial owners of The Factory, L.P.

28. Officers, directors and beneficial owners of MC Factory Corp.

C. *Third-Party Witnesses*

1. Igor Filgus
   Israel

2. Tigran Khourshadov
   Istanbul, Turkey

3. Mrs. Felix Lvov
   New York

4. Alexander Mordvinov
   Russia

5. David Ruben
   London, England

6. Simon Ruben
   Monaco

7. Vyacheslav Schelkunov

    Ukraine

8.    Sinisa Vuic
   Serbia

9.    Mikhail Zhivilo
   France

10.   Yuri Zhivilo
    Switzerland

11.   Fed.R.Civ.P. 30(b)(6) witnesses of Kroll International

12.   Fed.R.Civ.P. 30(b)(6) witnesses of Banks in which Defendants maintained accounts and wired funds

## II. CATEGORIES AND LOCATION OF DOCUMENTS:

All of the below documents are located in Israel and the United States.

1. Documents related to the ownership of GOK shares by plaintiffs.

2. Documents related to sham bankruptcy of GOK.

3. Documents related to fraudulent transfer of GOK shares owned by Davis.

4. Documents related to fraudulent transfer of GOK shares owned by Omni.

5. Documents related to fraudulent transfer of GOK shares owned by Foston.

6. Documents related to fraudulent transfer of GOK shares owned by Holdex

7. Documents related to the false criminal charges against Khaidarov.

8. Documents related to the illegal detention of Traum.

9. Documents related to the consolidation of control over GOK by the conspirators.

## III. COMPUTATION OF DAMAGES

Computation of damages will be provided at a later time when jurisdictional issues are resolved.

4

## IV. INSURANCE

Plaintiffs, at this time, are not aware of any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in favor of Plaintiffs or to indemnify or reimburse Defendants for payments to satisfy the judgment.

| | |
|---|---|
| OF COUNSEL: | THE BAYARD FIRM |
| MARKS & SOKOLOV, LLC<br>Bruce S. Marks<br>1835 Market Street - 28th Floor<br>Philadelphia, PA 19103<br>(215) 569-8901<br>(215) 569-8901 | /s/ Kurt M. Heyman<br>Kurt M. Heyman (# 3054)<br>Email: kheyman@bayardfirm.com<br>Patricia L. Enerio (# 3728)<br>Email: penerio@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>Attorneys for Plaintiffs |

Dated: March 8, 2005

5

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on December 23, 2004, copies of the foregoing Plaintiffs' Rule 26(a)(1) Initial Disclosures were served electronically and via hand delivery upon the following counsel of record:

Cathy L. Reese, Esquire
Paul D. Brown, Esquire
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Christos T. Adamopoulos, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
Wilmington, DE 19899

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
Wilmington DE 19899

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Attorneys for Plaintiffs

578896v1