**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
                                                                 :
DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,                           :
FOSTON MANAGEMENT, LTD., and                                     :
OMNI TRUSTHOUSE, LTD.,                                           :   No. 04-1482-GMS
                                                                 :
                        Plaintiffs,                              :
                                                                 :
        v.                                                       :
                                                                 :
NEW START GROUP CORP., VENITOM CORP.,                            :
PAN-AMERICAN CORP., MDM BANK,                                    :
URAL-GORNO METALURGICAL COMPANY,                                 :
EVRAZ HOLDING, MIKHAIL CHERNOI,                                  :
OLEG DERIPASKA, ARNOLD KISLIN,                                   :
MIKHAIL NEKRICH, and ISKANDER                                    :
MAKMUDOV,                                                        :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------x
```

**STIPULATED ORDER EXTENDING PAGE LIMITATION FOR DEFENDANTS'
REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO
DISMISS THE COMPLAINT PURSUANT TO THE DOCTRINE OF DIRECT
ESTOPPEL AND TO ENJOIN PLAINTIFFS FROM REFILING THIS ACTION**

WHEREAS, D. Del. LR 7.1.3 provides that reply briefs shall not exceed 20 pages;

WHEREAS, ten defendants are submitting one Reply Brief in Further Support of Defendants' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel and to Enjoin Plaintiffs from Refiling This Action ("Direct Estoppel Reply Brief");

WHEREAS, defendants requested that plaintiffs agree to extend the page limitation so that defendants could fully respond to plaintiffs' arguments contained in their answering brief.

**IT IS HEREBY STIPULATED** by and between the parties, through the undersigned counsel, that the page limitation for defendants' Direct Estoppel Reply Brief shall be extended no more than three pages so that the total is 23 pages.


Attorneys for Plaintiffs:

/s/ David L. Finger
David L. Finger (DSBA No. 2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801
(302) 884-6766

Bruce S. Marks, Esquire
Gene M. Burd, Esquire
Marks & Sokolov LLC
1835 Market Street – 28th Floor
Philadelphia, PA 19103


Attorneys for Defendants Arnold Kislin:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

Lisa C. Cohen
Schindler Cohen & Hochman LLP
100 Wall Street
15th Floor
New York, NY 10005
(212) 277-6300

Lawrence S. Goldman
Elizabeth Johnson
The Law Offices of Lawrence S. Goldman
500 Fifth Ave., 29th Floor
New York, NY 10110-2900
(212) 997-7499

Attorneys for Defendants New Start Group
Corp. and Venitom Group:

/s/ Charles M. Oberly, III
| | |
|---|---|
| Charles M. Oberly, III (DSBA No. 743) | Richard J. Schaeffer |
| Karen V. Sullivan (DSBA No. 3872) | Peter J. Venaglia |
| Oberly, Jennings & Rhodunda, P.A. | Laura D. Sullivan |
| 800 Delaware Avenue, Suite 901 | Dornbush, Schaeffer, Strongin & |
| PO Box 2054 | Weinstein, LLP |
| Wilmington, DE 19899 | 747 Third Avenue, 11th Floor |
| (302) 576-2000 | New York, NY 10017 |
| | (212) 759-3300 |

Attorneys for Defendant Oleg Deripaska:

/s/ Collins J. Seitz, Jr.
| | |
|---|---|
| Collins J. Seitz, Jr. (DSBA No. 2237) | Rodney F. Page |
| Kevin F. Brady (DSBA No. 2248) | Michael G. Biggers |
| Connolly Bove Lodge & Hutz LLP | Bryan Cave LLP |
| 1007 North Orange Street | 700 13th Street, N.W. |
| P.O. Box 2207 | Washington, D.C. 20005-3960 |
| Wilmington, DE 19899 | (202) 508-6002 |
| (302) 658-9141 | |

Attorneys for Defendant Evraz Holding:

/s/ William M. Lafferty
| | |
|---|---|
| William M. Lafferty (DSBA No. 2755) | David H. Herrington |
| Morris, Nichols, Arsht & Tunnell | Vitali Rosenfeld |
| Chase Manhattan Centre, 18th Floor | Cleary Gottlieb Steen & Hamilton LLP |
| 1201 North Market Street | One Liberty Plaza |
| P.O. Box 1347 | New York, NY 10006 |
| Wilmington, DE 19899-1347 | (212) 225-2266 |
| (302) 575-7341 | |

Attorneys for Defendant MDM Bank:

/s/ Richard I.G. Jones, Jr.
Richard I.G. Jones, Jr. (DSBA No. 3301)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Joel B. Kleinman
Steven J. Roman
David H. Greenberg
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526
(202) 785-9700

Attorneys for Defendant Ural-Gorno
Metallurgical Company:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

William H. Devaney
Heard & O'Toole LLP
405 Lexington Ave, Floor 62
New York, NY 10174
(212) 307-5500

Attorneys for Defendant Iskander
Makmudov:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

William H. Devaney
Heard & O'Toole LLP
405 Lexington Ave, Floor 62
New York, NY 10174
(212) 307-5500

Attorneys for Defendant Mikhail Chernoi:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (DSBA No. 743)   Brian Maas
Karen V. Sullivan (DSBA No. 3872)       Cameron A. Myler
Oberly, Jennings & Rhodunda, P.A.       Frankfurt Kurnit Klein & Selz PC
800 Delaware Avenue, Suite 901          488 Madison Avenue, 9th Floor
PO Box 2054                             New York, NY 10022
Wilmington, DE 19899                    (212) 980-0120
(302) 576-2000


Attorneys for Defendant Mikhail Nekrich:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (DSBA No. 743)   Paul R. Grand
Karen V. Sullivan (DSBA No. 3872)       Edward M. Spiro
Oberly, Jennings & Rhodunda, P.A.       Morvillo, Abramowitz, Grand, Iason &
800 Delaware Avenue, Suite 901          Silberberg, P.C.
PO Box 2054                             565 Fifth Avenue
Wilmington, DE 19899                    New York, NY  10017
(302) 576-2000                          (212) 880-9510

Dated: June 27, 2005


       It is SO ORDERED this ____ day of _____, 2005.


                                                _____
                                                The Honorable Gregory M. Sleet