## CERTIFICATE OF SERVICE

I, Karen V. Sullivan, Esquire, hereby certify that on this 27th day of June, 2005 a true and correct copy of the foregoing Reply Brief in Further Support of Defendants' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel and to Enjoin Plaintiffs from Refiling this Action was served on the following via electronic filing:

David L. Finger, Esquire
Finger & Slanina
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

/s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)