AUG 06 2002 15:40 FR HERRICK FEINSTEIN LLP3 274 2500 TO #0799,1212294470 P.03/04

# HERRICK, FEINSTEIN LLP

2 PENN PLAZA
NEWARK, N.J. 07105-2245

TELEPHONE: (973) 274-2000
FACSIMILE: (973) 274-2500
WEB: www.herrick.com

2 PARK AVENUE
NEW YORK, N.Y. 10016-9301

104 CARNEGIE CENTER
PRINCETON, N.J. 08540-6232

11 WASHINGTON AVENUE
ALBANY, N.Y. 12210-2210

DAVID M. MEISELS
PARTNER
(973) 274-2015
email: dmeisels@herrick.com

**MEMO ENDORSED**

July 29, 2002

**BY FACSIMILE**

Honorable John G. Koeltl
United States District Judge
United States District Court - S.D.N.Y.
500 Pearl Street - Room 1030
New York, New York 10007

Re: Base Metal Trading, S.A. et al. v. Russian Aluminum et al.
    Docket No. 00 Civ. 9627 (JGK)

Dear Judge Koeltl:

This firm represents the GOK Plaintiffs in the above-referenced matter.

As the attached letter indicates, on June 26, 2002, we requested limited relief from the current stay of discovery to obtain documents concerning disclosures by defendants in securities offerings or credit transactions that Russian courts are corrupt and that foreign litigants cannot be assured that they will obtain a just resolution of their claims in Russia. On June 28, 2002, Defendants submitted their response to Plaintiffs' application. (A copy of Defendants' response is attached).

We would be grateful if Your Honor would advise us of the status of Plaintiffs' application, as Plaintiffs' response to Defendants' motions to dismiss is due August 23, 2002, and the information sought in our June 26, 2002 letter is directly relevant to the forum non conveniens and comity arguments raised by Defendants.

Respectfully submitted,

David M. Meisels

Attachments
cc: Jamie Bernard, Esq. (via fax)

*[Handwritten endorsement:]* Application for additional discovery is denied. The requested discovery is plainly overbroad, not limited to the issues of the current motions, and unnecessary to the disposition of the current motions. SO ORDERED. 8/5/02 /s/ JGK U.S.D.J.

AUG 06 2002 15:40 FR HERRICK FEINSTEIN LLP3 274 2500 TO #0799,1212294470 P.04/04

HERRICK, FEINSTEIN LLP

Bruce Marks, Esq. (via fax)
Michael D. Burrows, Esq. (via fax)
John Redmon, Esq. (via fax)
Paul R. Grand, Esq. (via fax)
Victor Roger Rubin, Esq. (via fax)
Peter D. Venaglie, Esq. (via fax)
Robert E. Hauberg, Jr., Esq. (via fax)
Brian S. Cousin, Esq. (via fax)
Raymond L. Vanderberg, Esq. (via fax)
Lisa C. Cohen, Esq. (via fax)
Elizabeth M. Johnson, Esq. (via fax)

HF\NWK1: #35144 v.1 #06161-0001

** TOTAL PAGE.04 **