## **CERTIFICATE OF SERVICE**

I, Karen V. Sullivan, Esquire, hereby certify that on this 27th day of June, 2005 a true and correct copy of the foregoing Reply Declaration of Lisa C. Cohen were served on the following via electronic filing:

David L. Finger, Esquire
Finger & Slanina
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

/s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)