# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302 658 9200
302 658 3989 Fax

William M. Lafferty
302 575 7341
302 425 4679 Fax
wlafferty@mnat.com

June 30, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
   District of Delaware
844 North King Street
Wilmington, Delaware 19801

   Re:   *Davis Int'l, LLC, et al. v. New Start Group Corp., et al.*, Case No. 04-1482-GMS

Dear Judge Sleet:

   I write on behalf of defendant Evraz Holding in the above-referenced action to report on the outcome of the Luxembourg proceeding described in my June 30, 2005 letter to Your Honor. In that proceeding, brought against Evraz Group S.A. by the same four parties who are plaintiffs in the action in this Court, the plaintiffs sought to escrow shares of GOK, the same company whose shares are at issue here. We have learned that the Luxembourg court denied the plaintiffs' escrow demand, based on lack of jurisdiction. We expect to receive a written version of the order in approximately two weeks.

                                                Respectfully,

                                                /s/ William M. Lafferty
                                                William M. Lafferty (Del. Bar No. 2755)

cc.   Dr. Peter T. Dalleo, Clerk
      Charles M. Oberly, Esq.
      Karen V. Sullivan, Esq.
      Lisa C. Cohen, Esq.
      Lawrence S. Goldman, Esq.
      Elizabeth Johnson, Esq.

The Honorable Gregory M. Sleet
July 7, 2005
Page 2

    Richard J. Schaeffer, Esq.
    Peter J. Venaglia, Esq.
    Laura D. Sullivan, Esq.
    Kevin F. Brady, Esq.
    Rodney F. Page, Esq.
    Michael G. Biggers, Esq.
    David H. Herrington, Esq.
    Vitali Rosenfeld, Esq.
    Richard I.G. Jones, Jr., Esq.
    Joel B. Kleinman, Esq.
    Steven J. Roman, Esq.
    David H. Greenberg, Esq.
    William H. Devaney, Esq.
    Brian Maas, Esq.
    Paul R. Grand, Esq.
    Edward M. Spiro, Esq.
    David L. Finger, Esq.
    Bruce S. Marks, Esq.