# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
------------
**Karen V. Sullivan**

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail coberly@ojlaw.com

July 22, 2005

<u>Via E-Filing</u>
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    <u>Davis International LLC, et al., v. New Start Group Corp., et al.,</u>
                <u>Case Nos. 04-1482 & 04-1483</u> (GMS)

Dear Judge Sleet:

      Enclosed for the Court's consideration is a certified translation of pages from the police file concerning the death of Jalol Khaidarov's mother, along with copies of the original pages in Uzbek and in Russian. These pages were obtained from the police in Tashkent, Uzbekistan.

      As Your Honor may recall, in their brief opposing defendants' motion to dismiss the complaint pursuant to the doctrine of direct estoppel and to enjoin plaintiffs from refiling this action, plaintiffs stated without any documentary support that Khaidarov's mother had been "murder[ed]" in Tashkent, Uzbekistan, by a "hit and run" accident arranged by Ivankov in conjunction with defendant Makmudov in "retaliation" for the plaintiffs' filings here. (Pls. Br. at 9.) Plaintiffs also claimed that the police had refused to conduct a proper investigation. (Pls. Br. Ex. A at 6.) In their reply brief, defendants denied this accusation as baseless, pointing out, among other things, that Ivankov was in jail 1700 miles away from Tashkent in another country, Russia. Defendants also promised (at 9, n.5) to forward to the Court a translated copy of the relevant pages of the police report when it was received.

      As the translated pages show, plaintiffs' accusations are false. The accident resulting in the death of Khaidarov's mother was not a hit and run, as plaintiffs state, but rather an unfortunate accident. The driver of the car, 20-year-old Qodirov Nuriddin Mukhiddinovich, was driving at about 60 kmh in rainy weather on a wet road when Mrs. Khaidarov stepped in front of his car, apparently from the side of the road and not at any intersection. Mr. Qodirov attempted

to brake but could not stop his car before hitting Mrs. Khaidarov. After he hit Mrs. Khaidarov, Mr. Qudirov, with another passer-by, took her to the hospital.

At the hospital, Mr. Qudirov provided a statement to the police and even returned to the accident scene with the police to answer the police officers' questions. The police investigation included, among other things, the statement from Mr. Qodirov, statements from other witnesses, and an analysis performed by an investigator from the Sulaimanova Regional Forensic Analysis Center of the Ministry of Justice of the Republic of Uzbekistan. The analysis concluded that Mr. Qodirov was unable to avoid the collision.

On March 5, 2005, Captain Aliyev M.A., investigator of the Department for Investigating Road Transport Accidents Related Crimes of the Transport Management of the Tashkent City Head Interior Affairs Department, determined that there was no criminal conduct and ended the investigation.

**Respectfully submitted,**

**/s/ Charles M. Oberly, III**

**CHARLES M. OBERLY, III (No. 743)**

CMO,III/bld
Enclosure
cc:   Dr. Peter T. Dalleo, Clerk of Court
       All counsel