RESOLUTION
On launching criminal case

8 November 2004                                                                      City of Tashkent

Having been familiarized with the facts of road transport accident No.2234, senior lieutenant Aliyev M.A., investigator of the Department for Investigating Road Transport Accidents Related Crimes of the Transport Management of the Tashkent City Head Interior Affairs Department,

HAS IDENTIFIED THE FOLLOWING:

At approximately 12.00 on 5 November 2004, driver Qodirov Nuriddin Mukhiddinovich, while driving a car of Nexia model, with state sign 30D1101, along Usta Shirin Street located in Yunusobod District, hit a 72-year-old pedestrian Khaidarova Mamlakat near house No.38. As a result, the pedestrian received bodily injuries and was taken to city hospital No.17. As a result of received bodily injuries, the pedestrian died at the city hospital No.17 at approximately 14.30 on the same day.
Taking into account the above, and based on articles 321, 322, 331, 336, 350 of the Criminal Proceedings Code of the Republic of Uzbekistan,

I HAVE RESOLVED THAT

1. A criminal case is launched for this accident based on part 2 of Article 266 of the Criminal Code of the Republic of Uzbekistan.
2. The launched criminal case is accepted in my record keeping and the investigation is started.
3. One copy of this resolution is sent to the Prosecutor for information.

Investigator                                                      M.A.Aliyev

"AGREED"
Head of Department for Investigating Road Transport Accidents
Related Crimes of the Transport Management of Tashkent City
Head Interior Affairs Department

                                               Z.S.Kholmuhamedov

Жиноят ишини кузгатиш хакида

К А Р О Р

08 ноябр 2004 й.                                                                                                           Тошкент ш.

Тошкент шахар ИИББ ТБнинг ЙТХ ТБ терговчиси катта лейтенант Алиев М.А 2234-сонли ЙТХ материаллари билан танишиб чикиб, куйидагиларни:

А Н И К Л А Д И М.

2004 йил 05 ноябрь куни соат тахминан 12.00 лар атрофида хайдовчи Кадыров Нуритдин Мухиддинович НЕКСИЯ русумли, давлат раками 30 D 1101 автомобилини Тошкент шахар Юнусобод тумани худудида жойлашган Уста Ширин кучаси буйлаб бошкариб бораётиб 38-уй каршисида пиёда 72 ёшлик Хайдарова Мамлакатни уриб юборган. Натижада пиёда тан жарохати олиб 17 шахар клиник касалхонасига олиб борган. Пиёда олган тан жарохатлари окибатида шу куни соат тахминан 14.30лар атрофида 17-шахар касалхонасида вафот этган.

Юкорида курсатилганларни инобатга олиб, УзР ЖПКнинг 321, 322, 331, 336, 350-моддаларига асосан

К А Р О Р   К И Л Д И М.

1. Ушбу холат юзасидан УзР ЖКнинг 266-моддаси 2-кисми билан жиноят иши кузгатилсин.
2. Кузгатилган жиноят ишини иш юритувимга кабул килинсин ва терговга киришилсин
3. Ушбу карорнинг бир нусхаси маълумот учун прокурорга юборилсин.

Терговчи _____ М.А.Алиев

«КУШИЛАМАН»

Тошкент шахар ИИББ ТБ ЙТХ ни тергов килиш булими бошлиги подполковник

_____ З.С.Холмухамедов

INTERIOR MINISTRY OF THE REPUBLIC OF UZBEKISTAN

Expert Criminalistics Department

TABLE

Yunusobod District                    5 November 2004

Driver Qodirov N. of the Nexia car, state sign 30D1101, hit pedestrian Khaidarova M., 72, near house No.38 in Usta Shirin Street. As a result, pedestrian died at 14.30 at city hospital No.17.

[PHOTO]

Driver of Nexia 30D1101 showing the place where he hit the pedestrian.

SEAL –
CENTER TEXT: "FOR INFORMATION";
CIRCLE TEXT: "Department for Investigating Road Transport Accidents Related Crimes of the Transport Management of the Tashkent City Head Interior Affairs Department of the Interior Ministry of the Republic of Uzbekistan"


[text on page bottom cut off]

SEAL –
CENTER TEXT: "FOR INFORMATION";
CIRCLE TEXT: "Department for Investigating Road Transport Accidents Related Crimes of the Transport Management of the Tashkent City Head Interior Affairs Department of the Interior Ministry of the Republic of Uzbekistan"

[PHOTO]

Nexia driver showing the part of the car that the pedestrian was hit with.

Signature *[signature]* Qozoqov B.G. [surname unclear]

## Экспертно-криминалистический отдел

# ТАБЛИЦА

ЮО-Абд. т/кг от 5.11. 2004 г.

уста- Ширинти кўчаси 38 уй кошисида
Нексия д.р. 30 D 1101 а/улови хайдовчи
Ғафуров Н. пиёда Хайдарова М. 72 ешли
либ юбориб кетганда пиёда 17 м/касалхонасига
соат 14:30 да вафот этди



Нексия 30 D 1101 хайдовчиси
пиёда уриб юборган жойини
кўрсатмоқда.



Мазкур хайдовчи шахсни а/уловини қайси жойди экан курсатмокда

Подпись    ДЖВ Нуров Б.Г.

Department for Road Traffic Safety of the Tashkent City Head Interior Affairs Department

Explanatory letter

5 November 2004                                City of Tashkent

<u>Investigator of Investigations Department of Head Interior Affairs Department Aliyev M.A.</u>

In accordance with Article 91 of the Criminal Proceedings Code of the Republic of Uzbekistan, explanatory letter by citizen

| | | | |
|---|---|---|---|
| 1. Surname | <u>Qodirov</u> | 2. Name | <u>Nuriddin</u> |
| 3. Father's name | <u>Mukhiddinovich</u> | 4. Place and date of birth | <u>1984</u> |
| | | 5. Place of work and title | <u>temporarily unemployed</u> |
| Place of residence | <u>Chilonzor District, Pathway 1, Dombirobod, House 29</u> | | |
| Passport | [issued by, registered address] <u>Sabir Rakhimov District, Soghbon, Oqtepa, house 4, Phone No. 291183</u> | | |

[illegible] reasons for being called, and writing explanatory letter explained to me: [place for signature, unsigned]

<u>I give the following answers to the questions posed to me. Today, on 5 November 2004, at 12.00 I was driving Nexia car 30D1101, belonging to my mother by letter of attorney, alone, without passengers or load, along Usta Shirin Street located in Yunusobod District, from the side of Amad Donish Street towards Guards Colonel Khodjaev Street, at the approximate speed of 60 kmh. At this time, it was raining, and the road was wet. In front, on the right side of the street, [illegible] car was stopped. At this time, I saw one old woman standing in the middle of the road, in front of the white line. She let the car driving in front of me pass, and started walking fast from the left to the right in relation to my [illegible]. I hardly managed to step on the brakes, but when I stepped on the brakes the front side of my car hit this old woman. She fell on my car's hood and hit my window. My car moved and stopped, and at that time the old woman fell on the ground. I immediately stepped out of the car and started helping her. At this time, from the opposite side, a Nexia car stopped, together we placed the woman in that car and took her to hospital No.17. Then, at the hospital, I waited for my father to come, and after he came he went to the accident scene, my statement was written down, documents were compiled and I signed them.
I wrote this explanatory letter truthfully and with my own hand. Qodirov Nuriddin [signed]</u>

Accepted [signed by senior lieutenant M.A.Aliyev]

**Тошкент шаҳар ИИББ ЙҲХ бошқармаси**

# Тушунтириш хати

"5" - 11  2004 йил.                                    Тошкент шаҳри

ИИББ ТБ гуруҳвисе Асиев.М.Я
(ИИВ ходимининг фамилияси, исми, отасининг исми, лавозими, унвони)

Респ. ЖПКнинг 91 моддасига асосан тушунтириш хатини фуқаро

1. Фамилияси _Жўраев_     2. Исми _Нуриддин_
3. Отасининг исми _Мухаммадович_  4. Туғилган жойи вақти _1984_
                                   5. Иш жойи ва лавозими
_вақтинча ишламовчи_
(иш жойи, лавозими ёки қачондан бери ишламайди.)

Турар жойи _Чилонзор тумани Қор Ниёзов 29 уй_
Паспорт _С. Рахимов тумани Собир Оқ тоша кўчи_
(серияси, номери, қачон ва ким томонидан берилган, қаерда рўйхатда туради.) Тел 29.11.8...

...ички ишлар идорасига чақирилишимни ва тушунтириш хатининг
...лиш сабаблари тушунтирилди:

(Тушунтириш берувчининг имзоси)

[handwritten statement, largely illegible]

[handwritten text in Uzbek, illegible]

Тушинтириш хатини берувчининг имзоси ._____

Тушинтириш хатини олдим: _____

Witness questioning protocol

30 December                                                                City of Tashkent

<u>Investigator of Department for Investigating Road Transport Accidents of the Transport Management of the Tashkent City Head Interior Affairs Department M.A. Aliyev</u>

Questioned <u>at the accident scene</u> with observation of articles 96-108 of the Criminal Proceedings Code of the Republic of Uzbekistan as a witness.

Questioning started at <u>10</u> hours <u>20</u> minutes
Questioning ended at <u>10</u> hours <u>50</u> minutes

1. Surname, name         <u>Karimov Ozod Nuriddinovich</u>
2. Date of birth          <u>1942</u>         3. Place of birth        <u>Tashkent</u>
4. Nationality            <u>Uzbek</u>        5. Citizenship           <u>Republic of Uzbekistan</u>
5. Education and specialty              <u>Higher</u>
6. Place of work, profession and title  <u>Unemployed</u>
7. Place of residence        <u>Yunusobod District, Usta Shirin Street, House No.37</u>
8. Marital status            <u>Married, five children</u>
9. Passport                  <u>Identity established</u>
10. Previous convictions     <u>None</u>
11. Relation to accused (suspect)    <u>None</u>
12. Relation to victim               <u>None</u>

Cautioned about responsibility for wrong evidence and refusal of the court case participants to implement entrusted duties, in accordance with articles 288, 240 of the Criminal Code of the Republic of Uzbekistan.