UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
DAVIS INTERNATIONAL, LLC, HOLDEX, :
LLC, FOSTON MANAGEMENT, LTD, and :
OMNI TRUSTHOUSE, LTD, :
 :
                Plaintiffs, :
  v. : Case No. 04-1482-GMS
 :
NEW START GROUP CORP., VENITOM :
CORP., PAN-AMERICAN CORP., MDM :
BANK, URAL-GORNO METALURAGICAL :
COMPANY, EVRAZ HOLDING, MIKHAIL :
CHERNOI, OLEG DERIPASKA, ARNOLD :
KISLIN, MIKHAIL NEKRICH, and :
ISKANDER MAKMUDOV, :
 :
                Defendants. :
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Karen V. Sullivan, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves the admission pro hac vice of Cameron A. Myler, Esquire of the law firm Frankfurt Kurnit Klein & Selz, P.C., 488 Madison Avenue, New York, NY 10022, to represent Defendant Mikhail Chernoi in this matter. The Admittee is admitted, practicing and in good standing in the State of New York. The Admittee's certification for admission is attached hereto.

                            OBERLY, JENNINGS & RHODUNDA, P.A.

                            /s/ Karen V. Sullivan
                            Charles M. Oberly, III (No. 743)
                            Karen V. Sullivan (No. 3872)
                            800 Delaware Avenue, Suite 901
                            P.O. Box 2054
                            Wilmington, DE  19899-2054
                            (302) 576-2000 – Telephone
                            (302) 576-2004 – Facsimile
Dated: August 12, 2005       *Attorneys for Defendant Mikhail Chernoi*