UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
DAVIS INTERNATIONAL, LLC, HOLDEX, :
LLC, FOSTON MANAGEMENT, LTD, and :
OMNI TRUSTHOUSE, LTD, :
 :
               Plaintiffs, :
   v. : Case No. 04-1482-GMS
 :
NEW START GROUP CORP., VENITOM :
CORP., PAN-AMERICAN CORP., MDM :
BANK, URAL-GORNO METALURAGICAL :
COMPANY, EVRAZ HOLDING, MIKHAIL :
CHERNOI, OLEG DERIPASKA, ARNOLD :
KISLIN, MIKHAIL NEKRICH, and :
ISKANDER MAKMUDOV, :
 :
               Defendants. :
------------------------------------------------------------x

## ORDER

      This ___ day of _____, 2005, the Court having considered the motion for admission *pro hac vice* of Cameron A. Myler,

      It is hereby ORDERED that this motion is GRANTED.


                                                _____
                                                United States District Judge