**CERTIFICATE OF SERVICE**

      I, Karen V. Sullivan, hereby certify that on this 12th day of August, 2005, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice for Cameron A. Myler with the Clerk of Court using CM/ECF which will send notification of the filing to the following:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

Bruce S. Marks, Esquire
Gene M. Burd, Esquire
Marks & Sokolov LLC
1835 Market Street – 28th Floor
Philadelphia, PA 19103

Richard I.G. Jones, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

      /s/ Karen V. Sullivan
    KAREN V. SULLIVAN (No. 3872)