# OBERLY, JENNINGS & RHODUNDA, P.A.

800 Delaware Avenue - Suite 901
P. O. Box 2054
Wilmington, Delaware 19899

| | |
|---|---|
| Charles M. Oberly, III<br>Kathleen M. Jennings<br>William J. Rhodunda, Jr.<br>-----------<br>Karen V. Sullivan | (302) 576-2000<br>Fax (302) 576-2004<br>E.I.No. 51-0364261<br>Writer's e-mail coberly@ojlaw.com |

October 31, 2005

**Via E-Filing**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    **Davis International LLC, et al., v. New Start Group Corp., et al.,**
             **Case No. 1482-GMS (Consolidated)**

Dear Judge Sleet:

     I write on behalf of defendants in the above-referenced action to report on the status of the related proceeding in the Delaware Court of Chancery. The Honorable Stephen P. Lamb granted the defendants' motion to stay proceedings. Enclosed for the Court's consideration is a copy of Vice Chancellor Lamb's October 27, 2005 letter opinion.

                                          Respectfully submitted,

                                          */s/ Charles Oberly*
                                      CHARLES M. OBERLY, III (No. 743)

CMO,III/kvs
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk
       Kevin F. Brady, Esquire
       David Finger, Esquire
       Richard I.G. Jones, Jr., Esquire
       William M. Lafferty, Esquire
       Collin J. Seitz, Jr., Esquire