# OBERLY, JENNINGS & RHODUNDA, P.A.
800 Delaware Avenue - Suite 901
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail coberly@ojlaw.com

March 3, 2006

<u>Via E-Filing</u>
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re: <u>Davis International LLC, et al., v. New Start Group Corp., et al.</u>,
         Case No. 1482-GMS (Consolidated)

Dear Judge Sleet:

    I write on behalf of all defendants in the above-referenced action in response to the February 25, 2006 letter from David Finger, Esquire to Your Honor. The defendants are considering the issues raised in Mr. Finger's letter and intend to file a response on or before March 15. Therefore, the defendants respectfully request that the Court defer any action on the issues raised in Mr. Finger's letter until after March 15.

    I, along with counsel for the other defendants, am available to respond to any concerns or questions the Court may have with respect to the proposed response time.

                          Respectfully submitted,

                          CHARLES M. OBERLY, III (No. 743)

CMO,III/kvs
cc:    Dr. Peter T. Dalleo, Clerk
       Kevin F. Brady, Esquire
       David Finger, Esquire
       Richard I.G. Jones, Jr., Esquire
       William M. Lafferty, Esquire
       Collin J. Seitz, Jr., Esquire