IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,: <br> FOSTON MANAGEMENT, LTD, and <br> OMNI TRUSTHOUSE, LTD, <br>   <br> Plaintiffs, <br>   <br> v. <br>   <br> NEW START GROUP CORP., VENITOM CORP.,: <br> PAN-AMERICAN CORP., MDM BANK, <br> URAL-GORNO METALURAGICAL COMPANY,: <br> EVRAZ HOLDING, MIKHAIL CHERNOI, <br> OLEG DERIPASKA, ARNOLD KISLIN, <br> MIKHAIL NEKRICH, and ISKANDER <br> MAKMUDOV, <br>   <br> Defendants. | No. 04-1482-GMS <br><br> **NOTICE OF APPEAL** |

Notice if hereby given that Davis International, LLC, Holdex, LLC, Foston Management, Ltd. and Omni Trusthouse, Ltd., plaintiffs in the above-named action, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the Court dated March 29, 2006, granting the defendants' Motion to Dismiss the Complaint Pursuant to the Doctrine of Direct Estoppel (a copy of which is appended hereto).

Dated: April 12, 2006

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for plaintiffs/appellants

Of counsel:

Bruce S. Marks
MARKS & SOKOLOV, LLC
1835 Market Street, 6th Floor
Philadelphia, Pennsylvania  19103

## **CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 12th day of April, 2006, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of record:

Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

Collins J. Seitz, Jr. (DSBA No. 2237)
Kevin F. Brady (DSBA No. 2248)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

William M. Lafferty (DSBA No. 2755)
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7341

Richard I.G. Jones, Jr. (DSBA No. 3301)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

                                                               */s/ David L. Finger*
                                                               David L. Finger (DE Bar ID #2556)
                                                               Finger & Slanina, LLC
                                                                One Commerce Center
                                                                1201 Orange Street, Suite 725
                                                                Wilmington, DE  19801-1155
                                                                (302) 884-6766