## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
DAVIS INTERNATIONAL, LLC, HOLDEX, :
LLC, FOSTON MANAGEMENT, LTD, and :
OMNI TRUSTHOUSE, LTD, :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs, :
　　　　v. : Case No. 04-1482-GMS
　　　　　　　　　　　　　　　　　　　　:
NEW START GROUP CORP., VENITOM :
CORP., PAN-AMERICAN CORP., MDM :
BANK, URAL-GORNO METALURAGICAL :
COMPANY, EVRAZ HOLDING, MIKHAIL :
CHERNOI, OLEG DERIPASKA, ARNOLD :
KISLIN, MIKHAIL NEKRICH, and :
ISKANDER MAKMUDOV, :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants. :
---------------------------------------------------------------x

## **NOTICE OF CROSS-APPEAL**

Notice is hereby given that Defendants New Start Group Corp., Venitom Corp., MDM Bank, Ural-Gorno Metalurgical Company, Evraz Holding, Mikhail Chernoi, Oleg Deripaska, Arnold Kislin, Mikhail Nekrich, and Iskander Makmudov cross-appeal to the United States Court of Appeals for the Third Circuit from the Order of the District Court of the District of Delaware dated March 29, 2006 denying Defendants' Motion to Enjoin Plaintiffs from Refiling this Action (DI No. 103).

Attorneys for Defendants Arnold Kislin:

 /s/ Charles M. Oberly, III
_____
Charles M. Oberly, III (ID No. 743)　　　　Lisa C. Cohen
Karen V. Sullivan (ID No. 3872)　　　　　　Schindler Cohen & Hochman LLP
Oberly, Jennings & Rhodunda, P.A.　　　　　100 Wall Street
1220 Market Street, Suite 710　　　　　　　15th Floor
PO Box 2054　　　　　　　　　　　　　　　New York, NY 10005
Wilmington, DE 19899　　　　　　　　　　 (212) 277-6300
(302) 576-2000

                                              Lawrence S. Goldman
                                              Elizabeth Johnson
                                              The Law Offices of Lawrence S. Goldman
                                              500 Fifth Ave., 29th Floor
                                              New York, NY 10110-2900
                                              (212) 997-7499

Attorneys for Defendants New Start Group Corp. and Venitom Corp.:

/s/ Charles M. Oberly, III

| | |
|---|---|
| Charles M. Oberly, III (ID No. 743) | Richard J. Schaeffer |
| Karen V. Sullivan (ID No. 3872) | Peter J. Venaglia |
| Oberly, Jennings & Rhodunda, P.A. | Laura D. Sullivan |
| 1220 Market Street, Suite 710 | Dornbush, Schaeffer, Strongin & |
| PO Box 2054 | Weinstein, LLP |
| Wilmington, DE 19899 | 747 Third Avenue, 11th Floor |
| (302) 576-2000 | New York, NY 10017 |
| | (212) 759-3300 |

Attorneys for Defendant Oleg Deripaska:

/s/ Collins J. Seitz, Jr.

| | |
|---|---|
| Collins J. Seitz, Jr. (ID No. 2237) | Rodney F. Page |
| Kevin F. Brady (ID No. 2248) | Bryan Cave LLP |
| Connolly Bove Lodge & Hutz LLP | 700 13th Street, N.W. |
| 1007 North Orange Street | Washington, D.C. 20005-3960 |
| P.O. Box 2207 | (202) 508-6002 |
| Wilmington, DE 19899 | |
| (302) 658-9141 | Michael G. Biggers |
| | Bryan Cave LLP |
| | 1290 Avenue of the Americas |
| | New York, NY 10104 |
| | (212) 541-2000 |

Attorneys for Defendant Evraz Holding:

 /s/ William M. Lafferty
William M. Lafferty (ID No. 2755)
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7341

David H. Herrington
Vitali Rosenfeld
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2266

Attorneys for Defendant MDM Bank:

 /s/ Richard I.G. Jones, Jr.
Richard I.G. Jones, Jr. (ID No. 3301)
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Joel B. Kleinman
David H. Greenberg
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526
(202) 785-9700

Attorneys for Defendant Ural-Gorno Metallurgical Company:

 /s/ Charles M. Oberly, III
Charles M. Oberly, III (ID No. 743)
Karen V. Sullivan (ID No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

William H. Devaney
Venable LLP
405 Lexington Ave, Floor 62
New York, NY 10174
(212) 307-5500

Attorneys for Defendant Iskander Makmudov:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (ID No. 743)
Karen V. Sullivan (ID No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

William H. Devaney
Venable LLP
405 Lexington Ave, Floor 62
New York, NY 10174
(212) 307-5500

Attorneys for Defendant Mikhail Chernoi:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (ID No. 743)
Karen V. Sullivan (ID No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

Brian Maas
Cameron A. Myler
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue, 9th Floor
New York, NY 10022
(212) 980-0120

Attorneys for Defendant Mikhail Nekrich:

/s/ Charles M. Oberly, III
Charles M. Oberly, III (ID No. 743)
Karen V. Sullivan (ID No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
PO Box 2054
Wilmington, DE 19899
(302) 576-2000

Paul R. Grand
Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600