## **CERTIFICATE OF SERVICE**

I, Karen V. Sullivan, certify that on this 21st day of April 2006 a true and correct copy of the foregoing Notice of Cross-Appeal was served via the CM/ECF system on the following:

David L. Finger
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

Richard I.G. Jones, Jr.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

William M. Lafferty
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Collins J. Seitz, Jr.
Kevin F. Brady
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

    /s/ Karen V. Sullivan
KAREN V. SULLIVAN