IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,: 
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,

    Plaintiffs,

v.              No. 04-1482-GMS

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI,
OLEG DERIPASKA, ARNOLD KISLIN,
MIKHAIL NEKRICH, and ISKANDER
MAKMUDOV,

    Defendants.

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective December 18, 2006, the law firm of Ashby & Geddes has changed its delivery address to:

  Ashby & Geddes
  500 Delaware Avenue, 8th Floor
  Wilmington, DE 19801

The firm's telephone number, facsimile number, e-mail address, and P.O. Box address will remain the same.

      ASHBY & GEDDES

      /s/ Richard I.G. Jones, Jr. (#3301)

      Stephen E. Jenkins (#2152)
      Richard I.G. Jones, Jr. (#3301)
      222 Delaware Avenue, 17th Floor
      P.O. Box 1150
      Wilmington, DE 19899
      (302) 654-1888
      Attorneys for Defendant MDM Bank

Dated: December 15, 2006
176149.1