

**FINGER & SLANINA, LLC**
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

June 5, 2007

**Via E-Filing and Hand Delivery**
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 King Street, Lock Box 19
Wilmington, DE 19801

    Re:    **Davis International LLC, *et al.* v. New Start Group Corp., *et al.***
               C.A. Nos. 04-1482 (GMS)

Dear Judge Sleet:

    We are in receipt of Your Honor's Order dated May 30, 2007.

    The Third Circuit Court of Appeals has not yet issued its mandate pursuant to Fed.App.R. 41, returning jurisdiction to this Court. Our clients are considering their further appellate options.

    We have conferred with Defendants and respectfully suggest the following schedule, to the extent that nothing changes in the Third Circuit's decision: Defendants' opening brief will be filed no later than 30 days after the mandate is issued; Plaintiffs' responsive brief will be filed 30 days thereafter; and Defendants' reply brief 15 days after that.

    As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

                             Respectfully,

                             David L. Finger
                             (DE Bar ID #2556)

cc:    Clerk of the Court (via CM/ECF)
       Kevin F. Brady, Esq. (via CM/ECF)
       Richard I.G. Jones, Esq. (via CM/ECF)
       William M. Lafferty, Esq. (via CM/ECF)
       Charles M. Oberly, III, Esq. (via CM/ECF)