IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX LLS, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD, <br><br> Plaintiffs <br><br> v. <br><br> NEW START GROUP CORPORATION, VENITOM CORPORATION, PAN-AMERICAN CORPORATION, MDM BANK, URAL-GORNO METALURGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1482 GMS |

**ORDER**

At Wilmington, this 12th day of July, 2007, having considered the plaintiffs' letter setting forth a proposed briefing schedule with respect to the issue of an anti-suit injunction;

IT IS ORDERED that the defendants shall file a twenty (20) page opening brief within thirty (30) days of the date of this Order, the plaintiffs shall file a twenty (20) page answering brief thirty (30) days after the due date of the defendants' opening brief, and the defendants shall file a ten (10) page reply brief fifteen (15) days after the due date of the plaintiffs' answering brief.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE