IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,

                Plaintiffs,

v.                                      No. 04-1482-GMS

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,
URAL-GORNO METALURAGICAL COMPANY,:
EVRAZ HOLDING, MIKHAIL CHERNOI,
OLEG DERIPASKA, ARNOLD KISLIN,
MIKHAIL NEKRICH, and ISKANDER
MAKMUDOV,

                Defendants.
---------------------------------------------------------------X

## DECLARATION OF LISA C. COHEN

LISA C. COHEN declares as follows:

      1.        I am a member of the Bar of the State of New York and of the law firm of Schindler Cohen & Hochman LLP, counsel for Defendant Arnold Kislin. I submit this Declaration in support of Defendants' motion to enjoin Plaintiffs for the purpose of referring this Court to certain exhibits in an appendix ("A," D.I. 51-63) that was previously filed in this Court in connection with Defendants' opening briefs supporting their motion to dismiss, including the Declaration of Professor Paul B. Stephan III ("Stephan," D.I. 48, Exhibit 2) executed March 23, 2005, that was also submitted in connection with those briefs, as well as other exhibits.

      2.        Attached hereto as Exhibit A is a portion of the transcript of a conference held in this matter before this Court on April 13, 2005.

      3.        Attached hereto as Exhibit B is a copy of the complaint filed by the Plaintiffs in the Court of Chancery on April 26, 2005.

{00032346}

4.      Attached hereto as Exhibit C is a chart comparing the factual allegations in the Plaintiffs' original complaint in this action with the factual allegations contained in Plaintiffs' Court of Chancery complaint.

5.      Attached hereto as Exhibit D is a portion of the transcript of the August 16, 2006 hearing on Plaintiffs' motion to vacate the stay in the parallel Delaware Court of Chancery action, No. 1297-N.

6.      Plaintiffs Davis International, LLC ("Davis"), Holdex, LLC ("Holdex"), Foston Management, Ltd. ("Foston") and Omni Trusthouse, Ltd. ("Omni"), have participated in numerous Russian court proceedings involving the allegations made here. The following chart lists the decisions in which a court located in Russia ruled on a proceeding involving one or more of the Plaintiffs here:

### DECISIONS INVOLVING ALLEGATIONS MADE HERE IN WHICH PLAINTIFFS WERE PARTIES

| DATE | COURT | PLAINTIFFS INVOLVED | CITATION |
|---|---|---|---|
| 4/17/01 | Federal Arbitrazh Court for the North Caucasus Region | Holdex | A-1895; Stephan ¶ 57. |
| 7/5/01 | Arbitrazh Court for the Republic of Kalmykia | Holdex | A-1904; Stephan ¶ 57. |
| 11/9/01 | Appellate Instance for the Kalmykia Arbitrazh Court | Holdex | A-1910; Stephan ¶ 57. |
| 1/21/02 | Federal Arbitrazh Court for the North Caucasus Circuit | Holdex | A-2084; Stephan ¶ 57. |
| 3/12/02 | Arbitrazh Court for the Republic of Kalmykia | Holdex | A-2094; Stephan ¶ 57. |
| 4/23/02 | Federal Arbitrazh Court for the North Caucasus Circuit | Holdex | A-2105. |
| 9/10/02 | Arbitrazh Court for the Republic of Kalmykia | Holdex | A-2269; Stephan ¶ 57. |

| DATE | COURT | PLAINTIFFS INVOLVED | CITATION |
|---|---|---|---|
| 2/4/03 | Appellate Instance for the Arbitrazh Court for the Republic of Kalmykia | Holdex | A-2143; Stephan ¶ 57. |
| 5/20/03 | Federal Arbitrazh Court for the District of Severo-Kavkaz | Holdex | A-2150; Stephan ¶ 57. |
| 4/27/04 | Arbitrazh Court for the Republic of Kalmykia | Holdex | A-2197; Stephan ¶ 57. |
| 8/1/00 | Chelyabinsk Arbitrazh Court | According to the complaint, shares in dispute were held by Omni | A-1924; Stephan ¶ 55. |
| 10/16/00 | Chelyabinsk Region Arbitrazh Appellate Court | According to the complaint, shares in dispute were held by Omni | A-1942; Stephan ¶ 55. |
| 1/4/01 | Urals District Federal Arbitrazh Court | According to the complaint, shares in dispute were held by Omni | A-1952; Stephan ¶ 55. |
| 9/29/00 | Solntsevsky Inter-regional Court of the City of Moscow | Foston, Omni, Ltd., Holdex and Davis | A-1960; Stephan ¶ 56. |
| 3/30/01 | Moscow City Court | Foston, Omni, Ltd., Holdex and Davis | A-1970; Stephan ¶ 56. |
| 11/30/01 | Solntsevsky Inter-regional Court of the City of Moscow | Foston, Omni, Ltd., Holdex and Davis | A-1980; Stephan ¶ 56. |
| 5/22/02 | Moscow City Court | Foston, Omni, Ltd., Holdex and Davis | A-2246; Stephan ¶ 56. |
| 8/22/02 | Moscow City Court Presidium | Foston, Omni, Ltd., Holdex and Davis | A-2256; Stephan ¶ 56. |
| 8/13/03 | Solntsevsky Inter-regional Court of the City of Moscow | Foston | A-2283; Stephan ¶ 56. |

| DATE | COURT | PLAINTIFFS INVOLVED | CITATION |
|---|---|---|---|
| 10/30/03 | Moscow City Court | Foston | A-2170; Stephan ¶ 56. |
| 7/2/04 | Moscow City Court | Foston, Omni, Ltd., Holdex and Davis | A-2205; Stephan ¶ 56. |
| 12/7/04 | Moscow City Court Chair | Foston, Omni, Ltd., Holdex and Davis | A-2221; Stephan ¶ 56. |
| 3/20/01 | Arbitrazh Court of Moscow | Claim brought by, *inter alia*, Davis, Holdex, Omni and Foston | A-1839; Stephan ¶ 52. |
| 6/26/01 | Appellate Instance of the Arbitrazh Court of Moscow | Further proceeding in claim brought by, *inter alia*, Davis, Holdex, Omni and Foston (A-1839). | A-1846; Stephan ¶ 52. |
| 9/5/01 | Federal Arbitrazh Court for the Moscow Circuit | Further proceeding in claim brought by, *inter alia*, Davis, Holdex, Omni and Foston (A-1839). | A-1852; Stephan ¶ 52. |
| 3/3/04 | Sverdlovsk Arbitrazh Court | Foston | A-2289; Stephan ¶ 58. |
| 9/18/01 | Arbitrazh Court for the Sverdlovsk Oblast | Claim brought by Foston | A-2224; Stephan ¶ 42. |
| 12/20/01 | Federal Arbitrazh Court for the Urals Circuit | Further proceeding in claim brought by Foston (A-2224). | A-2238; Stephan ¶ 42. |
| 8/27/03 | Arbitrazh Court for the Sverdlovsk Oblast | Claim brought by Davis, Holdex, Foston and Omni | A-2165; Stephan ¶ 60. |
| 1/14/04 | Federal Arbitrazh Court for the Urals Circuit | Further proceeding in claim brought by Davis, Holdex, Foston and Omni (A-2165). | A-2176; Stephan ¶ 60. |
| 4/20/04 | Arbitrazh Court for the Sverdlovsk Oblast | Further proceeding in claim brought by Davis, Holdex, Foston and Omni (A-2165). | A-2187; Stephan ¶ 60 |
| 7/29/04 | Federal Arbitrazh Court for the Urals Circuit | Further proceeding in claim brought by Davis, Holdex, Foston and Omni (A-2165). | A-2212; Stephan ¶ 60. |

{00032346}

- 4 -

| DATE | COURT | PLAINTIFFS INVOLVED | CITATION |
|---|---|---|---|
| 9/17/01 | Gagarinsky Inter-Municipal Court | Claim brought by Davis. | A-1758. |

7. Plaintiffs' amended complaint ("Am. Compl.") makes various allegations concerning the improper actions of the Kachkanarsky GOK ("GOK") trustee during GOK's bankruptcy (Am. Compl. ¶¶ 88-89, 115-116). The following chart lists the decisions in which a court located in Russia supported the actions of the GOK Trustee, including decisions from a claim asserted by Foston (which are included also in the chart in paragraph 5, above):

**DECISIONS SUPPORTING TRUSTEE'S ACTIONS**

| DATE | COURT | ACTION TAKEN | CITATION |
|---|---|---|---|
| 2/19/01 | Arbitrazh Court for the Sverdlovsk Oblast | Upholds trustee's recognition of creditor Lebaut's claim. | A-1591; Stephan ¶ 39. |
| 4/19/01 | Appellate Instance for the Arbitrazh Court for the Sverdlovsk Oblast | Upholds 2/19/01 decision (A-1591) with respect to Lebaut. | A-1598; Stephan ¶ 39. |
| 7/12/01 | Federal Arbitrazh Court for the Urals Circuit | Upholds 4/19/01 decision (A-1598) with respect to Lebaut's claims. | A-1607; Stephan ¶ 39. |
| 4/18/01 | Arbitrazh Court for the Sverdlovsk Oblast | Rejects challenge to trustee's recognition of claim by firm that which had acquired notes from Lebaut. | A-1613; Stephan ¶ 40. |
| 9/18/01 | Arbitrazh Court for the Sverdlovsk Oblast | Rejects Foston's challenge to trustee's decision to recognize various debts. | A-2224; Stephan ¶ 42. |
| 12/20/01 | Federal Arbitrazh Court for the Urals Circuit | Affirms 9/18/01 decision of Sverdlovsk Arbitrazh Court (A-2224). | A-2238; Stephan ¶ 42. |

8. Plaintiffs' amended complaint makes various allegations concerning the "illegality" of the January 28, 2000 meeting (Am. Compl. ¶¶ 62-64). The following chart lists the decisions in which a court located in Russia upheld the propriety of that meeting, including a claim brought by Davis (which are included also in the chart in

paragraph 5, above) and claims brought by Jalol Khaidarov, the purported principal for all four of the Plaintiffs:

**DECISIONS UPHOLDING THE PROPRIETY OF THE 1/28/00 MEETING**

| DATE | COURT | ACTION TAKEN | CITATION |
|---|---|---|---|
| 2/1/00 | Kachkanar Town Court for the Sverdlovsk Oblast | Upholds 1/28/00 meeting, rejecting objection that the meeting did not comply with law and finding that votes of four directors complied with both Russian law and GOK's Articles of Incorporation. | A-1635; Stephan ¶ 46. |
| 2/15/00 | Arbitrazh Court for the Sverdlovsk Oblast | Affirms 2/1/00 ruling upholding 1/28/00 meeting. | A-1649; Stephan ¶ 46. |
| 3/8/01 | Moscow City Court | Upholds 1/28/00 meeting, finding that the actions taken at the meeting complied with Russian law and GOK's Articles of Incorporation. | A-1657; Stephan ¶ 47. |
| 2/22/01 | Appellate Instance of the Arbitrazh Court of Moscow | Upholds 1/28/00 meeting, indicating that a quorum was present. | A-1691; Stephan ¶ 47. |
| 4/26/01 | Federal Arbitrazh Court for the Moscow Circuit | Affirms 2/22/01 decision upholding the 12/28/00 meeting. | A-1706; Stephan ¶ 47. |
| 9/25/00 | Perovsky Inter-Municipal Regional Court of Moscow | Revokes an injunction which had been granted by a 4/10/00 decision (A-1737) against the implementation of the decisions made at the January 28, 2000 meeting. Also revokes ban on change in registrar. | A-1747; Stephan ¶ 47. |
| 10/26/00 | Moscow City Court | Affirms 9/25/00 decision regarding 1/28/00 meeting and change in registrar. | A-1752; Stephan ¶ 47. |
| 12/13/00 | Perovsky Inter-Municipal Regional Court of Moscow | Upholds 1/28/00 meeting (as well as the decision to change GOK's registrar). | A-1712; Stephan ¶ 47. |
| 9/17/01 | Gagarinsky Inter-Municipal Court | Dismisses case brought by Plaintiff Davis regarding the 1/28/00 meeting after Davis fails to appear. | A-1758. |
| 4/30/02 | Kachkanar Town Court for the Sverdlovsk Oblast | Denies claim by Khaidarov to invalidate the decisions made at the 1/28/00 Board of Directors' meeting. | A-2108; Stephan ¶ 46. |

{00032346}                                - 6 -

| DATE | COURT | ACTION TAKEN | CITATION |
|---|---|---|---|
| 9/24/02 | Kachkanar Regional Court for the Sverdlovsk Oblast | Denies Khaidarov's petition to renew the missed period for filing an appeal of the 4/30/02 decision. | A-2121; Stephan ¶ 46. |
| 11/19/02 | Arbitrazh Court for the Sverdlovsk Oblast | Affirms 9/24/02 ruling. | A-2126; Stephan ¶ 46. |
| 1/22/03 | Arbitrazh Court for the Sverdlovsk Oblast | Rejects request to annul the decision made by the Board of Directors at the 1/28/00 meeting. | A-2133; Stephan ¶ 46. |
| 5/22/03 | Appellate Instance of the Arbitrazh Court for the Sverdlovsk Oblast | Reverses 1/22/03 decision, citing 9/30/02 decision. | A-2277; Stephan ¶ 46. |

9. Plaintiffs' amended complaint makes various allegations concerning the propriety of the March 4, 2000 meeting (Am. Compl. ¶¶ 65-72). The following chart lists the decisions in which a court located in Russia found that the March 4, 2000 meeting was invalid:

### INVALIDATION OF THE MARCH 4TH MEETING

| DATE | COURT | ACTION TAKEN | CITATION |
|---|---|---|---|
| 8/14/00 | Kachkanar Town Court of the Sverdlovsk Oblast | Invalidates 3/4/00 shareholders' meeting on the ground that it had been enjoined by the earlier court decisions. | A-1790; Stephan ¶ 51. |
| 3/6/01 | Moscow City Court | Invalidates 3/4/00 shareholders' meeting (reversing April 5, 2000 decision of the Meshchnsky Inter-Municipal Regional Court- A-1814) | A-1806; Stephan ¶ 51. |

10. Plaintiffs' amended complaint makes various allegations concerning the impropriety of GOK's issuance of additional shares (Am. Compl. ¶¶ 126-133). All four Plaintiffs brought a claim in Russia alleging that the additional GOK shares were improperly issued. The following chart lists the decisions regarding that claim (which are included also in the chart in paragraph 5, above):

| DATE | COURT | ACTION TAKEN | CITATION |
|---|---|---|---|
| 8/27/03 | Arbitrazh Court for the Sverdlovsk Oblast | Rejecting claim brought by Davis, Holdex, Foston and Omni that GOK's issuance of additional shares was improper. | A-2165; Stephan ¶ 60. |
| 1/14/04 | Federal Arbitrazh Court for the Urals Circuit | Remanding action (A-2165) to Sverdlovsk Oblast court to determine the identity of GOK shareholders, among other things. Further proceeding in claim brought by Davis, Holdex, Foston and Omni. | A-2176; Stephan ¶ 60. |
| 4/20/04 | Arbitrazh Court for the Sverdlovsk Oblast | Determining identity of GOK shareholders, rejecting claims of Davis, Holdex, Foston and Omni, and finding that the issuance of the additional shares was appropriate. | A-2187; Stephan ¶ 60. |
| 7/29/04 | Federal Arbitrazh Court for the Urals Circuit | Affirming decision of Arbitrazh Court for the Sverdlovsk Oblast (A-2187) and rejecting the position advanced by Davis, Holdex, Foston and Omni. | A-2212; Stephan ¶ 60. |

11.     Plaintiffs' amended complaint makes various allegations concerning the impropriety of GOK's change in the registrar (Am. Compl. ¶¶ 63-68). The following chart lists the decisions in which a court located in Russia supported the change in the registrar, including claims brought by the Plaintiffs here (which are included also in the chart in paragraph 5, above):

**DECISIONS AFFIRMING CHANGE IN REGISTRAR**

| DATE | COURT | ACTION TAKEN | CITATION |
|---|---|---|---|
| 3/20/01 | Arbitrazh Court of Moscow | Refuses to satisfy complaint brought by, *inter alia*, Davis, Holdex, Omni and Foston, concluding that Panorama's contract had been properly terminated and that proper notice had been given to GOK's shareholders via publication in *Oblastnaya gazeta*. | A-1839; Stephan ¶ 52. |
| 6/26/01 | Appellate Instance of the Arbitrazh Court of Moscow | Upholds 3/20/01 decision rejecting challenge by Davis, Holdex, Omni and Foston. | A-1846; Stephan ¶ 52. |

| | | | |
|---|---|---|---|
| 9/5/01 | Federal Arbitrazh Court for the Moscow Circuit | Upholds 3/20/01 and 6/26/01 rejections of the complaint brought by Davis, Holdex, Omni and Foston. | A-1852; Stephan ¶ 52. |
| 12/20/00 | Petrogradsky Regional Court of St. Peterburg | Rejects challenge to change in registrar. | A-1859; Stephan ¶ 52. |
| 1/12/01 | Petrogradsky Regional Court of St. Peterburg | Upholds legality of registrar change. | A-1864; Stephan ¶ 52. |

I declare under penalty of perjury that the foregoing is true and correct.

                                                                                              /s/ Lisa C. Cohen
                                                                                              LISA C. COHEN

Executed on August 2, 2007.