IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD, : : : : Plaintiffs, : v. : : NEW START GROUP CORP., VENITOM CORP., PAN-AMERICAN CORP., MDM BANK, URAL-GORNO METALLURGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV, : : : : : : : : : : Defendants. : | Civil Action No. 04-1482-GMS |

## STUPULATION AND PROPOSED SCHEDULING ORDER

It is stipulated by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that:

1. On July 12, 2007, the Court issued an Order (D.I. 114) setting forth the briefing schedule with respect to the issue of anti-suit injunction (the "Scheduling Order").

2. The Scheduling Order provided that the defendants file the opening brief within thirty (30) days of the date of the Scheduling Order, the plaintiffs file the answering brief thirty (30) days after the due date of the defendants' opening brief, and the defendants file a reply brief fifteen (15) days after the due date of the plaintiffs' answering brief.

3. The defendants filed their Opening Brief In Support of Defendants' Motion for a Permanent Injunction on August 13, 2007.

4. According to the Scheduling Order, the date for filing of the plaintiffs' answering brief falls on September 13, 2007, which is Rosh Hashanah, a Jewish religious holiday.

5. In order to accommodate the counsels' schedule around this holiday, the parties have agreed that the plaintiffs will have until September 17, 2007 to file an answering brief to the defendants' Opening Brief In Support of Defendants' Motion for a Permanent Injunction.

6. The defendants will have till October 3, 2007 to file a reply brief.

Attorneys for Plaintiffs:

/s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

Bruce Marks
Marks & Sokolov, LLC.
1835 Market Str., 6th Floor
Philadelphia, PA 19103
(215) 569-8901

Attorneys for Defendants Arnold Kislin:

/s/ Charles M. Oberly_____
Charles M. Oberly, III (DSBA No. 743)
Karen V. Sullivan (DSBA No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000

Lisa C. Cohen
Schindler Cohen & Hochman LLP
100 Wall Street
15th Floor
New York, NY 10005
(212) 277-6300

Lawrence S. Goldman
Elizabeth Johnson
The Law Offices of Lawrence S. Goldman
500 Fifth Ave., 29th Floor
New York, NY 10110-2900
(212) 997-7499

Attorneys for Defendants New Start Group
Corp. and Venitom Group:

/s/ Charles M. Oberly
Charles M. Oberly, III (DSBA No. 743)    Richard J. Schaeffer
Karen V. Sullivan (DSBA No. 3872)    Peter J. Venaglia
Oberly, Jennings & Rhodunda, P.A.    Laura D. Sullivan
1220 Market Street, Suite 710    Dornbush, Schaeffer, Strongin &
P.O. Box 2054    Weinstein, LLP
Wilmington, DE 19899    747 Third Avenue, 11th Floor
(302) 576-2000    New York, NY 10017
    (212) 759-3300


Attorneys for Defendant Oleg Deripaska:

/s/ Kevin F. Brady
Collins J. Seitz, Jr. (DSBA No. 2237)    Rodney F. Page
Kevin F. Brady (DSBA No. 2248)    Michael G. Biggers
Connolly Bove Lodge & Hutz LLP    Bryan Cave LLP
1007 North Orange Street    700 13th Street, N.W.
P.O. Box 2207    Washington, D.C. 20005-3960
Wilmington, DE 19899    (202) 508-6002
(302) 658-9141


Attorneys for Defendant Evraz Holding:

/s/ William M. Lafferty
William M. Lafferty (DSBA No. 2755)    David H. Herrington
Morris, Nichols, Arsht & Tunnell    Vitali Rosenfeld
Chase Manhattan Centre, 18th Floor    Cleary Gottlieb Steen & Hamilton LLP
1201 North Market Street    One Liberty Plaza
P.O. Box 1347    New York, NY 10006
Wilmington, DE 19899-1347    (212) 225-2266
(302) 575-7341

Attorneys for Defendant MDM Bank:

/s/ Richard I.G. Jones
Richard I.G. Jones, Jr. (DSBA No. 3301)  Joel B. Kleinman
Ashby & Geddes  Steven J. Roman
500 Delaware Avenue, 8th Floor  David H. Greenberg
Wilmington, DE 19801  Dickstein Shapiro Morin & Oshinsky
(302) 654-1888  LLP
 2101 L Street NW
 Washington, DC 20037-1526
 (202) 785-9700


Attorneys for Defendant Ural-Gorno
Metallurgical Company:

/s/ Charles M. Oberly
Charles M. Oberly, III (DSBA No. 743)  William H. Devaney
Karen V. Sullivan (DSBA No. 3872)  Venable LLP
Oberly, Jennings & Rhodunda, P.A.  405 Lexington Ave, Floor 62
1220 Market Street, Suite 710  New York, NY 10174
P.O. Box 2054  (212) 307-5500
Wilmington, DE 19899
(302) 576-2000

Attorneys for Defendant Iskander Makmudov:

| | |
|---|---|
| /s/ Charles M. Oberly | |
| Charles M. Oberly, III (DSBA No. 743) | William H. Devaney |
| Karen V. Sullivan (DSBA No. 3872) | Venable LLP |
| Oberly, Jennings & Rhodunda, P.A. | 405 Lexington Ave, Floor 62 |
| 1220 Market Street, Suite 710 | New York, NY 10174 |
| P.O. Box 2054 | (212) 307-5500 |
| Wilmington, DE 19899 | |
| (302) 576-2000 | |

Attorneys for Defendant Mikhail Chernoi:

| | |
|---|---|
| /s/ Charles M. Oberly | |
| Charles M. Oberly, III (DSBA No. 743) | Brian Maas |
| Karen V. Sullivan (DSBA No. 3872) | Cameron A. Myler |
| Oberly, Jennings & Rhodunda, P.A. | Frankfurt Kurnit Klein & Selz PC |
| 1220 Market Street, Suite 710 | 488 Madison Avenue, 9th Floor |
| P.O. Box 2054 | New York, NY 10022 |
| Wilmington, DE 19899 | (212) 980-0120 |
| (302) 576-2000 | |

Attorneys for Defendant Mikhail Nekrich:

| | |
|---|---|
| /s/ Charles M. Oberly | |
| Charles M. Oberly, III (DSBA No. 743) | Paul R. Grand |
| Karen V. Sullivan (DSBA No. 3872) | Edward M. Spiro |
| Oberly, Jennings & Rhodunda, P.A. | Morvillo, Abramowitz, Grand, Iason, |
| 1220 Market Street, Suite 710 | Anello & Bohrer, P.C. |
| P.O. Box 2054 | 565 Fifth Avenue |
| Wilmington, DE 19899 | New York, NY  10017 |
| (302) 576-2000 | (212) 880-9600 |

IT IS SO ORDERED.

Dated: _____                                    _____
                                                                              Gregory M. Sleet. U.S.D.J.