IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
DAVIS INTERNATIONAL, LLC, HOLDEX, :
LLC, FOSTON MANAGEMENT, LTD, and :
OMNI TRUSTHOUSE, LTD, :
　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　Plaintiffs, :
　　　　　v. :　　　　Case No. 04-1482-GMS
　　　　　　　　　　　　　　　　　　　　　　　　 :
NEW START GROUP CORP., VENITOM :
CORP., PAN-AMERICAN CORP., MDM :
BANK, URAL-GORNO METALLURGICAL :
COMPANY, EVRAZ HOLDING, MIKHAIL :
CHERNOI, OLEG DERIPASKA, ARNOLD :
KISLIN, MIKHAIL NEKRICH, and :
ISKANDER MAKMUDOV, :
　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　Defendants. :
------------------------------------------------------------x

### NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION

PLEASE TAKE NOTICE, that effective May 1, 2008, the undersigned counsel's firm affiliation and contact information was changed as follows:

Charles M. Oberly
Karen V. Sullivan
WolfBlock LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-6928 - Telephone
(302) 778-7908 - Facsimile
coberly@wolfblock.com
ksullivan@wolfblock.com

Please revise your records accordingly.

i

WOLFBLOCK LLP

_____
Charles M. Oberly (No. 713)
Karen V. Sullivan (No. 3872)
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-6928 - Telephone
(302) 778-7908 - Facsimile
*Attorneys for Arnold Kislin, New Start Group Corp., Venitom Group, Ural-Gorno Metallurgical Company, Iskander Makmudov, Mikhail Chernoi, Mikhail Nekrich*

Dated: May 21, 2008

ii