FRANKFURT KURNIT KLEIN & SELZ PC

488 Madison Avenue
New York, New York 10022
Telephone:   (212) 980-0120
Facsimile:   (212) 593-9175

Cameron A. Myler
Direct dial:   (212) 826-5545
e-mail:   cmyler@fkks.com

July 11, 2008

**Via E-Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Davis Int'l LLC v. New Start Group Corp. (04-1482 & 04-1483 (GMS))*

Dear Judge Sleet:

      We represent Mikhail Chernoi in the above-referenced action and write with regard to the July 7, 2008 letter submitted to the Court by David Finger, counsel for plaintiffs.

      My colleague Brian Maas, who is lead counsel for Mr. Chernoi in this matter, is out of the office until Monday, July 14, 2008. As such, we require additional time to consult with our client and English counsel before we can respond substantively to Mr. Finger's request concerning the pleadings filed in *Cherney v. Deripaska*, Queens' Bench Division, Commercial Court, Case No. 2006 Folio 1218. We anticipate submitting a response to the Court by the end next week.

      Please feel free to contact us with any questions.

                            Respectfully submitted,

                            Cameron A. Myler

cc:    Clerk of the Court (via CM/ECF)
        Kevin F. Brady, Esq. (via CM/ECF)
        Richard I. G. Jones, Esq. (via CM/ECF)
        William M. Lafferty, Esq. (via CM/ECF)
        Charles M. Oberly, III, Esq. (via CM/ECF)