**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Collins J. Seitz, Jr.
TEL        (302) 888-6278
FAX       (302) 255-4278
EMAIL   cjs@cblh.com
REPLY TO   Wilmington Office

WILMINGTON, DE
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

July 11, 2008

**VIA ELECTRONIC FILING**
Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 North King Street
Lock Box 18
Wilmington, DE 19801

    Re:   *Davis International, LLC v. New Start Group Corp., et al.*
           C.A. No. 04-cv-1482 (GMS)

Dear Chief Judge Sleet:

    We write on behalf of defendant Oleg Deripaska in response to the July 7, 2008 letter sent to the Court on behalf of plaintiffs. Plaintiffs request a "stay of the Court's decision on the pending anti-suit motion until the Davis Plaintiffs have had time to study the decision and formulate their position on the impact of this decision on the pending litigation."

    The motion pending before the Court for decision was brought by the ten defendants in this case, as to whom all plaintiffs' claims have been dismissed and affirmed on appeal. The English Court decision attached to counsel's letter is from an unrelated dispute between only two of the ten defendants. Plaintiffs do not say, and cannot say, that this decision mentions the plaintiffs in this action or the subject of the pending motion – which is <u>plaintiffs'</u> U.S. litigation misconduct. Indeed, plaintiffs do not say, and cannot say, that the decision mentions the subject of plaintiffs' dismissed claims in this action – the Russian company known by the acronym GOK, or the vanadium industry in which it is said to be engaged. Eight of the ten moving defendants are not parties to the English proceedings.

The Honorable Gregory M. Sleet
July 11, 2008
Page 2 of 2

---

    If the Court believes it would be helpful for defendants to address plaintiffs' letter in detail, and the many inaccuracies contained in the letter, we will do so in a manner and on a schedule that the Court deems appropriate.

                        Respectfully,

                        Collins J. Seitz, Jr.

CJS,Jr./jtf
cc:    Clerk of the Court (via CM/ECF)
      David L. Finger, Esq. (via CM/ECF)
      Richard I. G. Jones, Esq. (via CM/ECF)
      William M. Lafferty, Esq. (via CM/ECF)
      Charles M. Oberly, III, Esq. (via CM/ECF)

622343v1