

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Chandra J. Rudloff
Direct Dial: (302) 777-6929
Direct Fax: (302) 778-7909
E-mail:    crudloff@wolfblock.com

July 21, 2008

**Via CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    Davis Int'l LLC v. New Start Group Corp.
            Case Nos. 04-1482 & 1483 GMS

Dear Judge Sleet:

    With respect to the above-referenced matter, enclosed please find a letter from Brian E. Mass responding to the July 7, 2008 letter submitted to the Court by David Finger, counsel for Plaintiffs.

    I am available at the convenience of the Court to answer any questions.

                              Respectfully submitted,

                              Chandra J. Rudloff

CJR/alv
Enclosure
cc:    Clerk of the Court (via CM/ECF)
        Kevin F. Brady, Esquire (via CM/ECF)
        Richard I. G. Jones, Esquire (via CM/ECF)
        William F. Lafferty, Esquire (via CM/ECF)

WIL:125319.1/999999-999999

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA, New York, NY and Washington, DC
WolfBlock LLP, a Pennsylvania Limited Liability Partnership