# FRANKFURT KURNIT KLEIN & SELZ PC

488 Madison Avenue
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (347) 438-2110

July 18, 2008

Brian E. Maas
Direct dial: (212) 705-4836
e-mail: bmaas@fkks.com

**VIA E-FILING**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: *Davis Int'l LLC v. New Start Group Corp.*, (04-1482 & 04-1483 (GMS))

Dear Judge Sleet:

We represent Michael Chernoi in the above litigation. By letter dated July 7, 2008, plaintiffs transmitted to the Court a copy of a recent procedural decision entered in a litigation initiated in London, England by Mr. Chernoi against another defendant in this case, Oleg Deripaska. Although requesting that this Court stay its decision on the pending injunction motion to give their counsel time "to study the decision," plaintiffs' counsel apparently "studied" the decision sufficiently to be able to present a five-page analysis that mischaracterizes the decision in order to suggest some linkage between the English case and this case. In fact, the English case involves a private business dispute between Mr. Chernoi and Mr. Deripaska and there are no substantive or procedural overlaps between that case and the case pending in this court.

Plaintiffs have chosen not to bring an appropriate motion either in this Court or in England. Until such time as they do so, or unless directed by the Court, Mr. Chernoi does not intend to respond to any of plaintiffs' misstatements.

Very truly yours,

Brian E. Maas

BEM:mcw
cc: Clerk of the Court (via CM/ECF)
     Kevin F. Brady, Esq. (via CM/ECF)
     Richard I. G. Jones, Esq. (via CM/ECF)
     William M. Lafferty, Esq. (via CM/ECF)
     Charles M. Oberly, III, Esq. (via CM/ECF)

FKKS: 358808.v1                                                                 14635.200